

**SHELTER INSURANCE COMPANIES**

SHELTER MUTUAL
SHELTER GENERAL
SHELTER LIFE

2500 Iowa St
Lawrence, KS 66046-4041
785-841-3020

785-841-5031
gpetersen@Shelterinsurance.com



May 19, 2009

The Honorable Judge Arthur J. Gonzalez
One Bowling Green
New York, NY 10004-1408

Dear Judge Gonzalez,

I am writing you in an attempt to have you change your decision to close our Chrysler, Jeep Dealership here in Lawrence, Kansas; Jim Clark Motors.

I understand this is a painful decision to any and everyone this will affect but something has to be done to save this industry, but why would you close this dealership?

I have been in the Insurance Business here in Lawrence for almost 40 years and this industry has also had its share of problems and failures. AIG is on the top of the list and has received unbelievable amounts of Government Monies to keep it afloat. Yet the Company I represent here in Lawrence for those 40 years is very financially sound and does not need any Government Monies.

We, as an economy, got into this situation by throwing out good business, or good common sense. We all thought the economy was going to grow; we were all living way beyond our means, both on an individual and corporate level.

The businesses that tried to make good business decisions were penalized by doing the right thing when the businesses down the street were making the sale and going deeper in debt.

I have purchased cars from Jim Clark Motors for over 40 years and so has my family, not because they were the cheapest dealer in the area or because I liked Chryslers, I purchased cars from them because they took care of what they sold. Not only did they take care of me but also took care of the other consumers that saved a few dollars buying their Chrysler out of town.

How can you expect Chrysler to make it now if you close the only dealer in this town or county? You can tell someone to drive to Kansas City for service but are they going to buy a Chrysler if no one in this town, or county, can service it? This decision goes far beyond just Jim Clark Motors here in Lawrence. This affects the sale of any Chrysler product in Lawrence or Douglas County.

LIFE • HOME • AUTO • FARM • BUSINESS

We will have to use good business or common sense to get through these times and closing the only Chrysler Dealer in the area will kill the chance of Chrysler surviving in this area.

Thanks for your time and consideration.

Respectfully,

Gary Petersen