Judge Arthur J. Gonzalez
Presiding judge over Chrysler LLC Bankruptcy
One Bowling Green
New York, NY

May 19, 2009

Your Honor,

I am respectfully submitting this letter as a result of the forced closing of RFJS co. LLC, known as Frederick Chrysler, Jeep, Dodge of Boardman, Ohio by Chrysler LLC.

As a 49 year resident of Boardman and a loyal Frederick customer, I am shocked and sickened at this senseless decision. I cannot even imagine ONE reason why this dealership should be forced to close, but the reasons it should remain open are countless.

Boardman, Ohio is the epicenter of retail commerce in the tri-county area of Mahoning, Trumbull and Columbiana counties. Also included would be New Castle Pa., in nearby Lawrence county. The intersection of rt.7 and rt. 224 is one of the busiest stretches of roadway in the entire state and is located only blocks away from Frederick CJD. At this intersection is located the Southern Park Mall which attracts shoppers from all nearby communities; Youngstown, Austintown, Girard, Liberty, Canfield, Poland, North Lima, Columbiana, Salem, Lisbon, E. Palestine, E. Liverpool, Wellsville and the list goes on. Frederick's CJD prime location is smack dab in the middle of all this. For some unknown reason, small dealerships in Columbiana and Salem, approx. 15 and 20 miles away respectively, are remaining open. The only reason anyone goes to Columbiana or Salem is because they live there or are passing through to get somewhere else.

In addition to Frederick CDJ being in the prime location, it currently sells many, many more vehicles than these other small dealerships, always has and always will. In Boardman and the entire Youngstown area, Chrysler, Dodge and Jeep are synonymous with the name Frederick. One is rarely spoken without the other.

Bob Frederick Sr. started this business over 40 years ago from the ground up to what it is today. Bob Jr. has taken up the reigns along with his dad. Both men are of impeccable character and reputation and are pillars of the community. Their service team is widely known for its quality and is the ONLY place I would bring my car. Recently, a customer drove 6 hrs., one way, to have his car serviced at Frederick's.

Therefore, what possible purpose can be achieved by disrupting the lives and familys of all involved. By doing this, Chrysler is cutting its own throat. Chrysler needs these people if they are to survive. The customers need this dealership to remain open to provide the quality of service that we have grown accustomed to receiving and the personal attention given by Bob, his managers and techs. The state and local governments need the tax revenue that this dealership generates.

There are no winners here if they are forced to close. Everyone wins if they are allowed to continue business as usual, especially Chrysler LLC. This is a productive dealership, a landmark of our community. These are loyal Chrysler people with loyal Chrysler customers. Now is the time for Chrysler to demonstrate loyalty to the people that do the job right so Chrysler can succeed once again.

I respectfully ask that you consider reversing this untimely and reckless decision.

Thank you.

Sincerely Yours,
Joseph P. Jasinski
8543 Ivy Hill Dr.
Boardman, Ohio 44514
330-707-0614

RECEIVED MAY 22 2009 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK