May 18, 2009



Judge Arthur J. Gonzalez
One Bowling Geeen
New York, NY 10004-1408
Coutroom 523

Dear Judge Gonzales:

I am writing this letter on behalf of Jim Clark Motors Chrysler Dealership in Lawrence, Kansas. We have been doing business with the Dealership for thirty years and have purchased three new Chrysler products in the past ten years. Through these experiences with them, I feel I know them well. I can truthfully attest to their contributions to the city of Lawrence, Kansas, the State of Kansas, and the University of Kansas.

Junior Brubeck is not only the owner of the business, he is also a civic fixture in the city of Lawrence, Kansas. He is a well-respected leader in the community, and he has made great contributions to the community, the schools, and the entire State of Kansas. He is fair to his customers and runs an honest business in both sales and service. On a personal note, I have highly recommended his dealership to friends and relatives who were searching for a new car.

The Dealership is staffed by a group of sincere, honest people, who are great advocates of Chrysler products. The sales people are friendly and available, the service department is top notch and the parts department personnel are always ready to help and lend advice to those of us who enjoy tinkering with cars.

On a personal note, I suppose we could drive to another town to have our Durango and our Dodge Ram serviced, but it will be terribly inconvenient and expensive to drive elsewhere to have service work done. Also, I would prefer to do business with someone I know and trust.

In the interest of full discloser, we own an advertising shopper and Jim Clark Motors has advertised with us for thirty years. They are one of the best customers we have ever had, and we only wish all of our customers were as conscientious. We are one of several small businesses in the Lawrence community that will be affected by the trickle down effect of the Chrysler Dealership closing.

Please reconsider the decision concerning Jim Clark Motors and their affiliation with Chrysler Corporation.

Sinerely.

Phil Huntsinger

Cc: Senator Pat Roberts.
    Senator Sam Brownback
    Junior Brubeck