Timothy J. Conway (to be admitted *Pro Hac Vice*)
Thomas P. Palmer, NY Reg #1392208
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
Telephoen:: (503) 221-1440
Facsimile: (503) 274-8779
E-Mail: tim.conway@tonkon.com
E-Mail: tom.palmer@tonkon.com

    Attorneys for South Valley Auto Center, Inc.

Hearing Date: June 4, 2009 at 10:00 a.m. EST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| CHRYSLER LLC, et al., | Case No. 09-50002 (AJG) (Jointly Administered) |
| Debtors. | |

### OBJECTION OF SOUTH VALLEY AUTO CENTER, INC. TO PROPOSED CURE AMOUNT REGARDING NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

    South Valley Auto Center, Inc. ("South Valley") has been identified on Exhibit A to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto ("Notice") with a cure amount of zero dollars. South Valley objects to the proposed cure amount and states that the accurate cure amount is $12,305.00. South Valley's dealer code number is 44759. In accordance with

\* \* \*

\* \* \*

\* \* \*

\* \* \*



1

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Section 3(e) of the Notice, South Valley is available to meet and confer in good faith in an attempt to resolve this objection without further Bankruptcy Court intervention.

Respectfully submitted this 21st day of May, 2009.

TONKON TORP LLP

By _____
Timothy J. Conway, to be admitted
*Pro Hac Vice*
Thomas P. Palmer, NY Reg #1392208
Tonkon Torp LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
Telephone: (503) 221-1440
Facsimile: (503) 274-8779
Attorneys for South Valley Auto Center, Inc.

080000\02013\1290818 V001