Timothy J. Conway (to be admitted
   *Pro Hac Vice*)
Thomas P. Palmer, NY Reg #1392208
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
Direct Dial:   (503) 221-1440
Facsimile:   (503) 274-8779
E-Mail:   tim.conway@tonkon.com
          tom.palmer@tonkon.com

Hearing Date: June 4, 2009 at 10:00 a.m. EST

    Attorneys for Kendall Idaho LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | : | Chapter 11 |
|---|---|---|
| CHRYSLER LLC, et al., | : | Case No. 09-50002 (AJG) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

### OBJECTION OF KENDALL IDAHO LLC TO PROPOSED CURE AMOUNT REGARDING NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

    Kendall Idaho LLC ("Kendall") has been identified on Exhibit A to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto ("Notice") with a cure amount of zero dollars. Kendall objects to the proposed cure amount and states that the accurate cure amount is $42,544.13. Kendall's dealer code number is 60164. In accordance with Section 3(e) of the Notice, Kendall is available

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*



1

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

to meet and confer in good faith in an attempt to resolve this objection without further Bankruptcy Court intervention.

Respectfully submitted this 21st day of May, 2009.

TONKON TORP LLP

By _____
Timothy J. Conway, to be admitted
*Pro Hac Vice*
Thomas P. Palmer, NY Reg #1392208
Tonkon Torp LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
Telephone: (503) 221-1440
Facsimile: (503) 274-8779
Attorneys for Kendall Idaho LLC

080000\02013\1290818 V001

2