Gerald Teplitzky
96 Bent Road
Sudbury, MA. 01776



May, 18, 2009

Arthur J. Gonzalez
U.S. Bankruptcy Judge
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004

Dear Judge Gonzalez:

I have been a customer of Midway Motors in Framingham, MA. for the past 10 years and am writing to tell you of my surprise and disappointment that Chrysler has abruptly terminated their Chrysler/Jeep automobile franchise.

In all of my dealings with Midway Motors I know them to be beyond reproach in their customer dealings and representation of Chrysler. I know that they have been very successful in their efforts and have been both a high volume car dealer o as well as an extremely large seller of Chrysler parts to the entire New England region.
It appears that Chryslers abrupt action is inappropriate and will cause both the Midway Motor employees and equally all of their customers a significant issue that is unjust.

I am only a Midway Motors customer but have taken the time to tell you that I encourage you to look into the situation and deny Chryslers arbitrary action. Approving this termination will result in economic issue for their employees, the local community and for their loyal customers that will now be forced to shop elsewhere under less desirable conditions.

Thank You for your consideration.
Gerald Teplitzky