

May 19, 2009

Dear Judge Gonzalez,

This letter is in response to a recent decision to eliminate Frederick CJD from your list of eligible Ohio Dealerships.

It has been much to my surprise that Frederick CJD Located in Boardman Ohio has been sighted for closure in what I sight as none other than personal political positioning by other local dealerships in Ohio? If you continue in the process to allow a defunct decision to remove Frederick CJD from his services, you have clearly not considered what Frederick CJD has brought to the table in the least bit and decided purely in haste to allow the decision which placed such a Stellar Franchise on a "Hit List".

If this decision were none other than political then, "the committee" to reduce Dealerships nationwide perhaps had been too shortsighted to not consider which dealerships actually produce sales through out their region and across other regions as well.

With rapid ease and striking decision you should immediately motion to remove Frederick CJD from such list allowing Frederick CJD to remain a viable option for Personal Sales and Support to customers in not only Ohio, but in such surrounding and remote states with which Frederick's has continually produced unprecedented out of state sales, such as Hawaii, California, Minnesota, Pennsylvania, New York, New Hampshire, New Jersey, West Virginia, Michigan, Idaho, Florida, Georgia, Texas, Kentucky, Tennessee, Massachusetts, Maryland, Washington D.C., Washington State, Illinois, and more. These sales were pure and un-inherited sales as a result of Bob Frederick's reputation for Sales and Service Excellence alone. Interstate Sales from referrals are few and far between for the Chrysler-Jeep-Dodge Brands and I implore you to produce an Ohio dealer or any other with a staggering track record such as "Bob's".

Although the Challenger design has inspired me to purchase a Dodge vehicle, it was Bob Frederick who ultimately was responsible for providing me with the ability to believe that Dodge could actually deliver me a vehicle that I envisioned. When all other local dealers had no information on my preferred Classic Edition, when no local dealer would even give me a test drive Bob not only educated me from a distance, he inspired me, informed me, referred me and above all sought to protect the Chrysler-Jeep-Dodge name in which you have hastily endorsed to disenfranchise him from.

Please reconsider the contributions and dedications in which Frederick CJD of Boardman OH has and shall continue to offer your Franchise and remove his good name from your list of dealerships which will no longer have the ability to provide sales for the Chrysler-Jeep-Dodge Brand.

Sincerely Yours,

Benjamin A Alexander

Lifetime Supporter of Chrysler Products and current Owner of a 1970 Plymouth Road Runner, 2009 Dodge Challenger Classic, and many more in-between.