May 19, 2009



RECEIVED
MAY 2 2 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

The honorable Arthur J. Gonzalez
US Bankruptcy Court Judge for
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Gonzalez:

I am writing you in regard to the Chrysler Bankruptcy and more specifically the motion filed by Chrysler on May 14 authorizing the rejection of executory contracts and unexpired leases of certain domestic dealers.

I am asking that you deny this request. The dealers are not cost centers for Chrysler in fact we are their revenue generators. We buy vehicles, parts and services from them. We advertise in our local markets with no reimbursement for them. We drive Chrysler vehicles. In addition we purchase our own buildings, equipment, pay our employee salaries and benefits.

I am an employee of one of the dealerships that has been selected for rejection. We are a community of 100,000 and we are the only Chrysler dealership in town. Our customers will have to drive a minimum of 30 miles for service on their Chrysler vehicle should Chrysler be allowed to move forward with this plan. The closure of our dealership will have an adverse affect on our employees, community and the state in which we do business. This will not only affect our operation but the operation of our suppliers and vendors.

Chrysler has also informed us that they have no intention of buying back any inventory, parts or paying any of the franchisees for the businesses that they have spent years building. These businesses have been there to support Chrysler through the good times and the bad and now Chrysler is leaving them to deal with the bad decisions made by Chrysler Executives. The dealers are not responsible for Chrysler's downfall.

I thank you for your time and hope that you will consider a rejection of this motion.

Sincerely,

Julie Ahrens
Julie Ahrens
2702 Coralberry Ct.
Lawrence, KS 66047