**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                      :

In re                                         :     Chapter 11
                                                      :

Chrysler LLC, *et al.*,[1]              :     Case No. 09-50002 (AJG)
                                                      :

                     Debtors.        :     (Jointly Administered)
                                                        :
------------------------------------------------------ x

**NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT
TO PURCHASER OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

        1.        On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale

---

[1]    The Debtors and their respective Tax ID numbers are as follows: Chrysler LLC, Tax ID No. 38-2673623; Alpha Holding LP, Tax ID No. 45-0568211; Chrysler Aviation Inc., Tax ID No. 38-3475417; Chrysler Dutch Holding LLC, Tax ID No. 26-1498515; Chrysler Dutch Investment LLC, Tax ID No. 26-1498838; Chrysler Dutch Operating Group LLC, Tax ID No. 26-1498787; Chrysler Institute of Engineering, Tax ID No. N/A; Chrysler International Corporation, Tax ID No. 38-2631697; Chrysler International Limited, L.L.C., Tax ID No. N/A; Chrysler International Services, S.A., Tax ID No. 38-0420030; Chrysler Motors LLC, Tax ID No. 383625541; Chrysler Realty Company LLC, Tax ID No. 38-1852134; Chrysler Service Contracts Inc., Tax ID No. 38-3382368; Chrysler Service Contracts Florida, Inc., Tax ID No. 26-0347220; Chrysler Technologies Middle East Ltd., Tax ID No. 75-2487766; Chrysler Transport Inc., Tax ID No. 38-2143117; Chrysler Vans LLC, Tax ID No. 31-1781705; DCC 929, Inc., Tax ID No. 38-2899837; Dealer Capital, Inc., Tax ID No. 38-3036138; Global Electric Motorcars, LLC, Tax ID No. 31-1738535; NEV Mobile Service, LLC, Tax ID No. 33-1024272; NEV Service, LLC, Tax ID No. 03-0501234; Peapod Mobility LLC, Tax ID No. 26-4086991; TPF Asset, LLC, Tax ID No. 74-3167035; TPF Note, LLC, Tax ID No. 74-3167038; and Utility Assets LLC, Tax ID No. 200874783.

[2]    Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://www.chryslerrestructuring.com.

Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction. On May 31, 2009, the Bankruptcy Court granted the Sale Motion. The Sale Transaction closed on June 10, 2009.

2. Chrysler LLC and its Debtor subsidiaries, Fiat S.p.A ("Fiat"), and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as "Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3. By notices dated May 15, 22 and 26 and June 4, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases. Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4. The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties. The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever

barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser. Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects. Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects.

5. The Designated Agreements identified in Exhibits A and B hereto (as modified by the Addenda thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6. If the Cure Costs related to a Designated Agreement are established by the Court in an amount greater than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the Court-established Cure Costs.

7. Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8. Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease within ten days after the closing date. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9. The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.

10. Questions or inquiries relating to this notice may be directed to the Chrysler Restructuring Hotline at +1-877-271-1568 (for U.S. and Canadian callers) and +1-503-597-7708 (for international callers outside the U.S. and Canada).

Dated: June 14, 2009
      New York, New York

Respectfully submitted,

/s/ Andrew G. Dietderich
Andrew G. Dietderich
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

ATTORNEYS FOR FIAT S.p.A. AND CHRYSLER GROUP LLC

# Exhibit A

**[Schedule of Certain Confirmed Transportation Supplier Agreements and Cure Costs Related Thereto]**

# EXHIBIT A

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT | |
|---|---|---|---|---|
| 1625443 ONTARIO INC | ATTN: BOB ANDERSON<br>P O BOX 95888<br>CHICAGO, IL  60694-0001 | 62088 | $1,013,000.00 | CAN |
| A D TRANSPORT EXPRESS | ATTN: GARY PERCY<br>5601 BELLEVILLE ROAD<br>CANTON, MI  48188 | 75667 | $680,000.00 | |
| ACTION DELIVERY | PO BOX 361<br>CHEBOYGAN, MI  49721 | 17781 | $3,224.00 | |
| ADAMS CARGO LIMITED | ATTN: ALLISON KANE<br>6751 PROFESSIONAL CT<br>MISSISSAUGA, ON  L4V1Y3<br>CANADA | 57308 | $10,890.00 | CAN |
| AERO EXPEDITING | ATTN: COLLEEN TAYLOR<br>24259 SORRENTINO<br>CLINTON TOWNSHIP, MI  48035 | 60465 | $34,140.00 | |
| ALAPLEX TRANSPORTATION INC | ATTN: NORM KING<br>PO BOX 530004<br>BIRMINGHAM, AL  35253 | 41228 | $79,231.38 | |
| ALASKA MARINE LINES | ATTN: MARK MINCKLER<br>5615 W MARGINAL WAY<br>SEATTLE, WA  98106 | 36445 | $3,847.00 | |
| ALDEN LOGISTICS | ATTN: DOUG OSTROWSKI<br>18765 SEAWAY DRIVE<br>MELVIDALE, MI  48122 | 61934 | $23,000.00 | |
| ALLIANCE SHIPPERS INC. | ATTN: GARY LAPORTE<br>P O BOX 827505<br>PHILADELPHIA, PA  19182-7505 | 17749 | $2,175,000.00 | |
| ALLIED SYSTEMS LTD | ATTN: PAM BLAIR<br>2302 PARKLAKE DR. BUILDING 15 SUITE 600<br>ATLANTA, GA  30245 | 85936 | $409,198.00 | |
| AMPORTS | ATTN: RICHARD KILBRIDE<br>9240 BLOUNT ISLAND BLVD<br>JACKSONVILLE, FL  32226 | 74224 | $1,050,154.00 | |
| ANDREW VAZQUEZ INC | ATTN: ANTHONY CARPENTIER<br>24 TUTTLE AVE<br>PO BOX 1010<br>BEDMINSTER, NJ  07921-1010 | 50141 | $0.00 | |
| ANN ARBOR RAILROAD | ATTN: BOB BILLINGS<br>121 S WALNUT STREET<br>P O BOX 380<br>HOWELL, MI  48844 | 77240 | $250,000.00 | |
| APL LOGISTICS | ATTN: MIKE PILVER<br>PO BOX 2969<br>CAROL STREAM, IL  60132-2969 | 85180 | $1,004,000.00 | |
| ARMSTRONG MOVING | UNITED VAN LINES OF CANADA<br>ATTN: DALE ARMSTRONG<br>630 SECRETARIAT CT<br>MISSISSAUGA, ON  L5S 2A5<br>CANADA | 96763 | $14,841.00 | CAN |
| ARTISAN ASSOCIATES INC | ATTN: GREG HUMES<br>14320 JOY ROAD<br>DETROIT, MI  48228 | 75178 | $412,224.19 | |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| AUTO HAULAWAY CENTRAL LIMITED | ATTN: PAM BLAIR<br>160 CLAIRMONT AVENUE<br>DECATUR, GA  30030 | 36949 | $0.00 |
| AUTO HAULAWAY CENTRAL LIMITED | ATTN: PAM BLAIR<br>160 CLAIRMONT AVENUE<br>DECATUR, GA  30030 | 36949 | $798,654.00  CAN |
| AUTO HAULAWAY RELEASING SERVICE | ATTN: PAM BLAIR<br>160 CLAIRMONT AVENUE<br>DECATUR, GA  30030 | 36438 | $192,603.00  CAN |
| AUTO RELEASING INC | ATTN: STEVE ROBERTS<br>P O BOX 468<br>EDWARDSVILLE, IL  62025 | 30480 | $0.00 |
| AUTOBAHN FREIGHT LINES LTD. | ATTN: JEFF SIMONS<br>200 RONSON DR   SUITE 211<br>ETOBICOKE, ON  M9W5Z9<br>CANADA | 62214 | $3,614.74  CAN |
| AUTOVIN INC | ATTN: DENNIS JONES<br>50 MANSELL COURT<br>ROSWELL, GA  30076 | 60434 | $45,475.00 |
| AXIS NORTH AMERICA | ATTN: EDDIE BLACK<br>535 SUGAR GROVE PLACE<br>ORANGE PARK, FL  32073 | 42463 | $625,000.00 |
| B&W INTERSTATE TRANSPORT CO. | ATTN: BOB ANDERSON<br>P O BOX 95888<br>CHICAGO, IL  60694-0001 | 22761 | $241,000.00 |
| C J & M TRANSPORT INC | ATTN: AMY MARSHALL<br>10170 ELIZABEHT LAKE RD<br>WHITE LAKE, MI  48386 | 36461 | $304,620.40 |
| CAMIONNAGE C P INC | ATTN: RAY OUIMET | 48910 | $162,940.21  CAN |
| CANADIAN FREIGHTWAY | 5425 DIXIE RD.<br>MISSISSAUGA, ON  L4W1E6 | 49172 | $47,393.72  CAN |
| CANADIAN NATIONAL RAILWAYS | ATTN: BARBARA A. SZYMANSKI<br>2800 LIVERNOIS, STE. 200<br>TROY, MI  48083-1222 | 29546 | $220,143.06 |
| CANADIAN PACIFIC LIMITED | ATTN: CAROLINE CUNNINGHAM<br>SUITE 800 1290 CENTRAL PARKWAY W<br>MISSISSAGUA, ON  L5C 4R3<br>CANADA | 29556 | $0.00 |
| CANADIAN PACIFIC RAILROAD | P O BOX 9516 STATION A<br>TORONTO, ON  M5W 2K3<br>CANADA | 37174 | $1,453,131.00  CAN |
| CANADIAN PACIFIC RAILROAD | P O BOX 9516 STATION A<br>TORONTO, ON  M5W 2K3<br>CANADA | 37174 | $0.00 |
| CANADIAN PACIFIC RAILROAD | PO BOX 9516 STATION A<br>TORONTO, ON  M5W 2K3<br>CANADA | 62181 | $846,670.00 |
| CANTUR TRANS. INC. | ATTN: ANTHONY WHITE<br>7481 WOODBINE AVE<br>MARKHAM, ON  L5T2H3<br>CANADA | 72942 | $10,028.73  CAN |
| CASSENS TRANSPORT COMPANY | ATTN: LISA SHASHEK<br>PO BOX 468<br>EDWARDSVILLE, IL  62025 | 36951 | $3,036,869.49 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| CASSENS TRANSPORT LTD | ATTN: LISA SHASHEK<br>PO BOX 468<br>EDWARDSVILLE, IL  62025 | 54021 | $721,293.69  CAN |
| CCT AUTO TRANS INC | ATTN: TODD DORIAN<br>6 HILLSIDE CT.<br>HAMPTON, ON  L0B 1J0<br>CANADA | 57180 | $32,000.00 |
| CENTRA INC. | ATTN: KEVIN STUTZMAN<br>PO BOX 33299<br>DETROIT, MI  48232-5299 | 29832 | $685,000.00 |
| CEVA EGL EAGLE GLOBAL LOGISTICS - BUX | ATTN: PEGGY PAPPAS<br>10049 HARRISON # 100<br>ROMULUS, MI  48174 | 11186 | $45,790.80 |
| CEVA LOGISTICS CANADA ULC CEVA GROUP PLC | ATTN: CRAIG VEESER<br>P O  BOX 41456<br>JACKSONVILLE, FL  32203-1456 | 84889 | $2,443,013.21  CAN |
| CEVA LOGISTICS US INC. CEVA GROUP PLC | ATTN: CRAIG VEESER<br>P O  BOX 41456<br>JACKSONVILLE, FL  32203-1456 | 77551 | $1,175,000.00 |
| CHOPPER EXPRESS TRANSPORTATION | ATTN: CHARLES CONLEY<br>350 MAIN RD. MONTVILLE<br>MONTVILLE, NJ  07045 | 50042 | $1,609,733.29 |
| CHURCHILL TPTN | ATTN: DON FEDORONKO<br>DEPT 72401<br>PO BOX 67000<br>DETROIT, MI  48267-0724 | 29741 | $1,029,075.12 |
| CIMARRON EXPRESS INC. | ATTN: JAMES SHEPPERD<br>P O BOX 185<br>GENOA, OH  43430-0185 | 14776 | $444,000.00 |
| CORDEL TRANSPORTATION COMPANY LLC | ATTN: SCOTT VERSPEETEN<br>PO BOX 703<br>HIGHLAND, MI  48357 | 59695 | $130,000.00 |
| CORRIGAN MOVING & STORAGE | ATTN: TOM BALLARD<br>23923 RESEARCH DR.<br>FARMINGTON HILLS, MI  48335 | 31829 | $383,291.00 |
| CROWLEY AMERICAN TRANSPORT | ATTN: SHIRLEY STEELE<br>11200 METRO AIRPORT CENTER DRIVE, SUITE<br>ROMULUS, MI  48174 | 46283 | $0.00 |
| CROWLEY LINER SERVICES INC | ATTN: DAVID ALLEGRETTI<br>2250 POINT BLVD, SUITE 340<br>ELGIN, IL  60123 | 29950 | $0.00 |
| CSAV | ATTN: PABLO SEPULVEDA<br>HARBORSIDE FINANCIAL CENTER, PLAZA FIVE,<br>JERSEY CITY, NJ  07311 | 46884 | $0.00 |
| DAY & ROSS LTD | ATTN: WAYNE MORIN<br>107 SUMMERLEA ROAD<br>BRAMPTON, ON  L6T 4VT<br>CANADA | 74713 | $147,654.50  CAN |
| DEDICATED LOGISTICS INC | ATTN: SCOTT CARLSON<br>2896 CENTRE POINTE DRIVE<br>ST. PAUL, MN  55113 | 61290 | $70,950.00 |
| DEPENDABLE AUTO SHIPPERS INC | ATTN: TERRY BOLBY<br>2417 WHITECHAPEL<br>TOLEDO, OH  43614 | 48391 | $195,000.00 |
| DHL / EXEL LOGISTICS | ATTN: JOHN ABEN<br>38701 SEVEN MILE ROAD SUITE 345<br>LIVONIA, MI  48152 | 97385 | $9,500,000.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| DIVERSIFIED AUTOMOTIVE | ATTN: JOHN ODONNELL<br>100 TERMINAL ST. CHARLESTON<br>CHARLESTON, MA  02129 | 58792 | $250,000.00 |
| DONAHUE  TOM TRUCKING INC | ATTN: TOM DONAHUE<br>4653 W. ELECTRIC AVENUE<br>WEST MILWAUKEE, WI  53219 | 72950 | $90,000.00 |
| DOUG COLEMAN TRUCKING LTD. | ATTN: DOUG COLEMAN<br>2073 PIPER LANE<br>LONDON, ON  N5V3S5<br>CANADA | 59481 | $415,000.00  CAN |
| DOVE CREEK MOTOR EXPRESS | ATTN: DOUG DUNLOP<br>325 ALLEN AVE<br>ESSEX, ON  N8M 3G7<br>CANADA | 16907 | $0.00 |
| EGL EAGLE GLOBAL LOGISTICS - INBOUND | ATTN: JERRY ANDERSON<br>10049 HARRISON RD   SUITE 100<br>ROMULUS, MI  48174 | 50932 | $1,333,322.51 |
| EHS TRUCKING | ATTN: ED WORLEY<br>28710 HILDEBRANDT ROAD<br>ROMULUS, MI  48174 | 61354 | $210,000.00 |
| EUKOR CAR CARRIERS INC | ATTN: RICHARD SEMSEL<br>560 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ  07632 | 52617 | $0.00 |
| EXPEDITORS INTERNATIONAL | ATTN: STEVE WALKER<br>11101  METRO AIRPORT CENTER DRIVE<br>ROMULUS, MI  48174 | 28922 | $15,329.48 |
| FED EX TRADE NETWORKS | ATTN: WILLIAM SCHWEITZER<br>128 DEARBORN STREET<br>BUFFALO, NY  14207 | 43525 | $115,926.03 |
| FLEET CAR LEASE INC | ATTN: BRIAN DALY<br>7563 DAHLIA ST.<br>COMMERCE CITY, CO  80037 | 60923 | $1,174,549.43 |
| FLEX LOGISTICS | ATTN: NICK GONZALES<br>1400 S. LIVERNOIS<br>ROCHESTER HILLS, MI  48307 | 59824 | $73,502.00 |
| FLORIDA EAST COAST RAILWAY COMPAN | ATTN: TOM BISCAN<br>7411 FULLERTON ST. SUITE 300<br>JACKSONVILLE, FL  32256 | 41860 | $106,269.00 |
| FOURTEENTH AVENUE CARTAGE CO. INC. | ATTN: JAMES RYAN<br>4401 STECKER AVE<br>P.O. BOX 4387<br>DEARBORN, MI  48126 | 41881 | $1,200,000.00 |
| FREIGHT MASTERS SYSTEMS INC. | ATTN: GENE MCFADDEN<br>2611 WATERWAY PARKWAY SUITE 100<br>INDIANAPOLIS, IN  46214 | 98659 | $587,768.62 |
| FREIGHTMASTERS | ATTN: GENE MCFADDEN<br>2611 WATERWAY PARKWAY SUITE 100<br>INDIANAPOLIS, IN  46214 | 98659 | $587,768.62 |
| FTI / A FREDERIC THOMPSON COMPANY | ATTN: DAN BRAATZ<br>19-1100 DEARNESS DRIVE<br>LONDON, ON  N6E 1N9<br>CANADA | 85422 | $230,000.00<br>$357,600.00  CAN |
| GRIMALDI LINES | ATTN: MIKE PAYNE<br>28 ST JAMES'S SQUARE, PICCADILLY<br>LONDON, ON  SW14 4JH<br>CANADA | 45362 | $0.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| HAPAG LLOYD | ATTN: DONALD DAVIS<br>3030 WARRENVILLE ROAD, SUITE 500<br>LISLE,, IL  60532 | 83062 | $375,000.00 |
| HAPAG LLOYD AMERICA INC | 399 HOES LANE<br>PISCATAWAY, NJ  08854 | 58882 | $0.00 |
| HAZEN TRANSPORT INC | ATTN: DON HAMRICK<br>27050 WICK ROAD<br>TAYLOR, MI  48180 | 14195 | $67,046.00 |
| HI WAY 9 | 711-ELGIN CLOSE<br>DRUMHELLER, AB  T0J0Y0 | 49149 | $47,143.85  CAN |
| HOEGH AUTOLINERS AS | ATTN: SUSAN SERRANO<br>500 NORTH BROADWAY, THE JERICHO ATRIUM S<br>JERICHO, NY  11753 | 57587 | $130,270.00 |
| HUNT J. B. TRANSPORT INC. | ATTN: CHRIS SANDOR<br>P O BOX 98545<br>CHICAGO, IL  60693-8545 | 69650 | $900,000.00 |
| INDUSTRIAL TRANSPORT INC | ATTN: MATTIE HARRIS<br>P O BOX 92233<br>CLEVELAND, OH  44193 | 97835 | $202,986.89 |
| INSIGHT NETWORK LOGISTICS | ATTN: ROLAND FORTNER<br>1849 POND RUN   SUITE 200<br>AUBURN HILLS, MI  48326 | 60241 | $508,373.00 |
| INSIGHT NETWORK LOGISTICS LLC | ATTN: ROLAND FORTNER<br>1849 POND RUN   SUITE 200<br>AUBURN HILLS, MI  48326 | 45678 | $842,000.00 |
| INTERGRATED SERVICES INC. | ATTN: MIKE TAYLOR<br>2758 COMMERCE DRIVE<br>KOKOMO, IN  46902 | 37601 | $217,011.75 |
| INTERMODAL CONTAINER LOGISTICS | ATTN: STEVE HOSSA<br>137 NORTH OAK PARK AVENUE<br>OAK PARK, IL  60301 | 34126 | $50,000.00 |
| JACK KEY AUTO TRANSPORT | ATTN: LARRY KEY<br>9779 HAWN FREEWAY<br>DALLAS, TX  75217 | 53716 | $310,000.00 |
| JMN LOGISTICS LLC | ATTN: SCOTT NAZ<br>2051 CREVE COEUR MILL ROAD<br>MARYLAND HEIGHTS, MO  63043 | 55867 | $195,000.00 |
| JMN LOGISTICS LLC | ATTN: SCOTT NAZ<br>2051 CREVE COEUR MILL ROAD<br>MARYLAND HEIGHTS, MO  63043 | 55867 | $0.00 |
| JTL CARRIERS LLC | ATTN: JEFF LORINO<br>9218 WYNDHAM HILLS CT<br>FRANKLIN, WI  53132 | 59667 | $255,000.00 |
| K C TRANSPORTATION INC. | ATTN: KEN CALENDER<br>862 WILL CARLETON RD<br>CARLETON, MI  48117 | 15608 | $610,000.00 |
| K LINE AMERICA INC | ATTN: JERRY ANKOFSKI<br>8730 STONY POINT PARKWAY<br>RICHMOND, VA  23235 | 34435 | $0.00 |
| KENOSHA RELEASING INC | ATTN: LISA SHASHEK<br>PO BOX 468<br>EDWARDSVILLE, IL  62025 | 50709 | $0.00 |
| KING OCEAN SERVICES LIMITED | ATTN: NANCY LOPEZ<br>11000 NW 29TH STREET, SUITE 201<br>DORAL, FL  33172 | 60917 | $0.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| KINGSWAY TRANSPORT (CABANO TRANSPORT)- CBXI | 1100 HAULTAIN COURT<br>MISSISSAUGA, ON  L4W2T1 | 75449 | $18,236.02  CAN |
| LANTER DELIVERY SYSTEMS | ATTN: MICHELLE MORIO<br>1600 WAYNE LANTER MEMORIAL DRIVE<br>MADISON, IL  62060 | 61302 | $89,404.00 |
| LINAMAR TRANSPORTATION | ATTN: MIKE RUSSELL<br>700 WOODLAWN ROAD,<br>WEST GUELPH, ON  N1K 1G4<br>CANADA | 88160 | $38,535.00 |
| LOGISTICS INSIGHTS CORPORATION | (LINC LOGISTICS COMPANY)<br>ATTN: JEFF MORRISH<br>PO BOX 3008<br>CENTERLINE, MI  48015 | 14665 | $1,880,000.00<br>$204,892.63  CAN |
| LYNDEN TRANSPORT INC | ATTN: MATTHEW WETHERBEE<br>PO BOX 84167<br>SEATTLE, WA  98124 | 15072 | $95,000.00 |
| MACKIE MOVING SYSTEMS INC | ATTN: SCOTT MACKIE<br>933 BLOOR STREET W<br>OSHAWA, ON  L1H5Y7<br>CANADA | 39804 | $57,000.00  CAN |
| MAERSK | ATTN: LISA TYLER<br>29201 CAMBRIDGE<br>FLATROCK, MI  48134 | 31783 | $450,977.00 |
| MANN EXPORT | ATTN: STEVE VAUGHN<br>2700 52ND STREET<br>KENOSHA, WI  53140 | 59146 | $10,332.00 |
| MARTIN TRANSPORTATION SYSTEMS INC. | ATTN: FRANK GAMBISH<br>7300 CLYDE PARK AVE SW<br>BYRON CENTER, MI  49315 | 53898 | $845,000.00<br>$10,000.00  CAN |
| MASON DIXON | ATTN: JOE RUBINO<br>12755 EAST 9 MILE ROAD<br>WARREN, MI  48089 | 62643 | $250,000.00 |
| MATSON NAVIGATION COMPANY INC | ATTN: PAM HAGY<br>333 MARKET STREET<br>P O BOX 7452<br>SAN FRANCISCO, CA  94105 | 37018 | $63,458.00 |
| MEDITERRANEAN SHIPPING CO | 420 FIFTH AVENUE<br>NEW YORK, NY  10018 | 45672 | $0.00 |
| MEDITERRANEAN SHIPPING CO. | ATTN: GIANCARLO MORGERA<br>420 FIFTH AVENUE 8TH FLOOR<br>NEW YORK, NY  10018-2702 | 43392 | $2,000,000.00 |
| MIDWAY SPECIALTY VEHICLES LLC | ATTN: MICHAEL VIOLI<br>2940 DEXTER DR<br>ELKHART, IN  46514 | 60286 | $2,700.00 |
| MITSUI O S K LINES LTD | ATTN: TODD SPENCER<br>HARBORSIDE FINANCIAL CENTER, PLAZA FIVE,<br>JERSEY CITY, NJ  07311 | 12850 | $0.00 |
| MOHICAN TRANSPORT (DIV LINC ONTARIO) | ATTN: JEFF MORRISH<br>PO BOX 3008<br>CENTERLINE, MI  48015 | 92029 | $102,000.00 |
| MOTOR CITY AUTO TRANSPORT INC | ATTN: JAMES FERNS<br>13133 WEST STAR DRIVE<br>SHELBY TWP, MI  48315 | 59285 | $0.00 |
| NATIONAL LOGISTICS MANAGEMENT | ATTN: GREG HUMES<br>14320 JOY ROAD<br>DETROIT, MI  48228 | 45795 | $381,747.68 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| NORFOLK SOUTHERN CORPORATION | ATTN: DAVID JULIAN<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA  23510 | 29492 | $1,612,127.00 |
| NORFOLK SOUTHERN RAILWAY COMPANY | ATTN: FRANK WECKERLE<br>17301 MICHIGAN AVE SUITE 230<br>DEARBORN, MI  48126 | 70832 | $0.00 |
| NORTH AMERICAN VAN LINES INC | ATTN: TRACIE MANTH<br>24285 NETWORK PLACE<br>CHICAGO, IL  60673 | 29493 | $59,157.00 |
| NYK BULKSHIP USA INC | ATTN: GARY HURLEY<br>300 LIGHTING WAY<br>SECAUCUS, NJ  07094 | 33619 | $136,000.00 |
| OAKWOOD TRANSPORT | ATTN: BRAD JACKSON<br>129 OAKWOOD STREET<br>PO BOX 23<br>INGERSOLL, ON  N5C 3K1<br>CANADA | 54459 | $140,000.00 |
| PALMER MOVING & STORAGE COMPANY | ATTN: JEFF PALMER<br>24600 DEQUINDRE<br>WARREN, MI  48091 | 29495 | $643,797.00 |
| PASHA DISTRIBUTION SERVICES | ATTN: TRISH ZARIK<br>5725 PARADISE DR  SUITE 1000<br>CORTE MADERA, CA  94925 | 49442 | $950,000.00 |
| PENDA CORPORATION | ATTN: BILL BARREAU<br>2344 WEST WISCONSIN ROAD<br>PORTAGE, WI  53901 | 22767 | $196,362.00 |
| PENSKE LOGISTICS LLC | ATTN: BRIAN MACKOWIAK<br>32600 DEQUINDRE<br>WARREN, MI  48092 | 84112 | $1,400,000.00 |
| PORT SERVICES COMPANY | 6347 N MARINE DR<br>PORTLAND, OR  97203-6445 | 73589 | $0.00 |
| RANGER TRANSPORTATION INC | (LANDSTAR SYSTEM INC.)<br>ATTN: ROD THEUNISSEN<br>PO BOX 8500 54293<br>PHILADELPHIA, PA  19178-4293 | 81299 | $820,000.00 |
| RELIABLE CARRIERS INC | ATTN: TOM ABANA<br>41555 KOPPERNICK ROAD<br>CANTON, MI  48187 | 27627 | $609,000.00 |
| RIDEWAY TRANSPORT INC | ATTN: TOM BROOKE<br>859 A COURTLAND AVE EAST<br>KITCHENER, ON  N2C1K4<br>CANADA | 45851 | $143,183.78 |
| ROCKY MOUNTAIN | ATTN: LEON BOUWMAN<br>4907 GRAHAM DR. S.W.<br>CALGARY, AB  T3E 4L3<br>CANADA | 17703 | $102,335.57  CAN |
| ROMEO EXPEDITORS INC | ATTN: BILL SENGSTOCK<br>69210 POWELL<br>P O BOX 120<br>ROMEO, MI  48065-0120 | 12265 | $13,382.00 |
| ROSE MOVING & STORAGE CO INC | ATTN: TREVOR HEWES<br>10421 FORD ROAD<br>DEARBORN, MI  48126 | 29497 | $90,000.00 |
| RUSH TRUCKING CORPORATION | ATTN: ANDRA RUSH<br>35160 EAST MICHIGAN AVE<br>WAYNE, MI  48184-4011 | 79192 | $200,000.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| RYDER DEDICATED LOGISTICS - ASSEMBLY | ATTN: DICK JENNINGS<br>39550 13 MILE ROAD<br>NOVI, MI  48377 | 52916 | $825,262.36 |
| RYDER LOGISTICS & TRANSP SOLUTIONS | ATTN: DICK JENNINGS<br>39550 13 MILE ROAD<br>NOVI, MI  48377 | 16367 | $221,854.56  CAN |
| RYDER LOGISTICS & TRANSP SOLUTIONS | ATTN: DICK JENNINGS<br>39550 13 MILE ROAD<br>NOVI, MI  48377 | 16368 | $1,442,666.42 |
| SAMEDAY | ATTN: JOHN DROWN<br>6975 MENKES DRIVE<br>MISSISSAGUA, ON  L5S 1Y2<br>CANADA | 80275 | $314,968.00  CAN |
| SANDLER & TRAVIS | ATTN: ALFRED D'AMICO<br>38345 TEN MILE RD SUITE 200<br>FARMINGTON HILLS, MI  48335 | 24282 | $100,860.52 |
| SCHNEIDER NATIONAL INC | ATTN: SHELLY COVINS<br>P O BOX 2545<br>GREEN BAY, WI  54306-2545 | 70833 | $268,188.66 |
| SEA STAR LINE LLC | ATTN: JIM GASKIN<br>17W635 BUTTERFIELD ROAD<br>OAKBRPPK, IL  60181-4001 | 53419 | $4,140.00 |
| SELECT 1 TRANSPORT | ATTN: PAT EVO<br>25005 BREST RD<br>TAYLOR, MI  48180 | 45739 | $83,287.00 |
| SELLAND AUTO TRANSPORT INC | ATTN: ALLEN ANDERSON<br>615 SOUTH 96TH STREET<br>SEATTLE, WA  98108 | 26990 | $70,000.00 |
| SIERRA MOUNTAIN EXPRESS | ATTN: NORM KING<br>PO BOX 530004<br>BIRMINGHAM, AL  35253 | 41229 | $527,782.30 |
| SOUTHWESTERN MOTOR TRANSPORT INC | ATTN: COREY KUHN<br>4600 GOLDFIELD<br>SAN ANTONIO, TX  78285-0001 | 89801 | $82,500.00 |
| SUPREME AUTO TRANSPORT INC | ATTN: DOUG FELLOWS<br>7300 MILLER PL., UNIT B<br>LONGMONT, CO  80504 | 54644 | $265,000.00 |
| SWIFT TRANSPORTATION | ATTN: JEFF OEGEMA<br>P O BOX 70406<br>CHICAGO, IL  60673 | 47602 | $107,370.03 |
| SWIFT TRANSPORTATION CO. INC | ATTN: RON MORRIS<br>24200 BELL ROAD<br>NEW BOSTON, MI  48164 | 31080 | $1,657,598.61 |
| T V MINORITY CO. INC | ATTN: BOB ANDERSON<br>P O BOX 95888<br>CHICAGO, IL  60694-0001 | 97891 | $500,000.00 |
| THREE STAR TRUCKING CO. | ATTN: ROBERT RAYS<br>36860 VAN BORN ROAD<br>P O BOX 549<br>WAYNE, MI  48184 | 92667 | $117,244.27 |
| TOTEM OCEAN TRAILER EXPRESS CO | ATTN: CATHIE CORNIE<br>32001 32ND AVENUE SOUTH, SUITE 200<br>FEDERAL WAY, WA  98001 | 37137 | $153,961.00 |
| TRAILER BRIDGE INC | ATTN: GARY SALVADOR<br>10405 NEW BERLIN RD. EAST<br>JACKSONVILLE, FL  32226 | 15049 | $184,384.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| TRAN TECH | ATTN: BOB PORTER<br>888 WILL CARLETON RD<br>CARLETON, MI  48117 | 53214 | $170,000.00 |
| TRANSLOGIC AUTO CARRIERS LLC | ATTN: RUSS PARKS<br>210 PIGEON RD<br>BAD AXE, MI  48413 | 53554 | $176,031.00 |
| TRANSPORT SUPPORT INC | ATTN: DAVID LARSON<br>10701 MIDDLEBELT RD<br>ROMULUS, MI  48174 | 15469 | $100,372.00 |
| TRIPLE CROWN SERVICES | ATTN: TERESA KOCH<br>P O BOX 10221<br>FORT WAYNE, IN  46851-0221 | 42679 | $1,450,000.00 |
| UNION PACIFIC DISTRIBUTION SERVICES | 1400 DOUGLAS ST.; STEP 1230<br>OMAHA, NE  68179 | 16001 | $9,000,000.00 |
| UNITED PARCEL SERVICES | (ALL SUBSIDIARIES)<br>ATTN: JOHN SHAUGHNESSY<br>29855 SCHOOLCRAFT<br>LIVONIA, MI  48150 | 93910, 709 | $5,224,685.95 |
| UNITED ROAD | ATTN: DAVID LARSON<br>10701 MIDDLEBELT RD<br>ROMULOS, MI  48174 | 51813 | $159,108.00 |
| UNIVERAL CONTRACT LOGISTICS | ATTN: TED BROWN<br>5425 DIXIE ROAD<br>MISSISSAUGA, ON  L4W 1E8<br>CANADA | 51054 | $137,507.60  CAN |
| UNIVERSAL AM-CAN LTD | ATTN: DAN SKIDMORE<br>PO BOX 712969<br>CINCINNATI, OH  45271-2969 | 31874 | $36,000.00 |
| VASCOR LTD | ATTN: RUSS PETT<br>1125 CHERRY BLOSSOM WAY<br>PO BOX 580<br>GEORGETOWM, KY  40324 | 27021 | $816,051.05 |
| VERSPEETEN CARTAGE LTD. | ATTN: RON VERSPEETEN<br>274129 WALLACE LINE<br>INGERSOIL, ON  N5C3K5<br>CANADA | 94950 | $122,000.00 |
| WAGONNERS | ATTN: ROB BIGGOTT<br>5200 W AIRPORT FREEWAY<br>IRVING, TX  75062 | 48976 | $92,976.00 |
| WES PRO FLEET SERVICE INC | ATTN: SCOTT TONKOVICH<br>12310  24 MILE RD<br>SHELBY TOWNSHIP, MI  48135 | 52958 | $75,000.00 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit A are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Consistent with the Bidding Procedures, the Designated Agreements in Exhibit A are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on Exhibit A relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of Exhibit A (just prior to this Addendum) as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in this Exhibit A or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

Each contract or lease identified in Exhibit A is assumed and assigned to the Purchaser only to the extent that any such contract or lease constitutes an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

# Exhibit B

**[Schedule of Certain Confirmed General Agreements and Cure Costs Related Thereto]**

| CHRYSLER ENTITY | COUNTERPARTY | COUNTERPARTY NAME | ADDRESS ONE | CITY | STATE | ZIP | COUNTRY | DATE OF AGREEMENT | TITLE OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Chrysler LLC | Fiat Powertrain Technologies S.p.A | ATTN: V.P. - CFO | STRADA TORINO, 50-1 | ORBASSANO | | 10043 | ITALY | 3/12/2008 | Quota Purchase Agreement for Tritec Motors Ltda. | $0.00 |
| Chrysler LLC | Tritec Motors Ltda. | ATTN GERENETS | AVENIDA EMA TANNER DE ANDRADE, 792 | CAMPO LARGO | PARANA | | BRAZIL | 3/20/2008 | Release and Agreement | $0.00 |
| Chrysler LLC | Tritec Motors Ltda. | ATTN GERENETS | AVENIDA EMA TANNER DE ANDRADE, 792 | CAMPO LARGO | PARANA | | BRAZIL | 3/20/2008 | License Agreement | $0.00 |
| Chrysler LLC | Tritec Motors Ltda. | ATTN GERENETS | AVENIDA EMA TANNER DE ANDRADE, 792 | CAMPO LARGO | PARANA | | BRAZIL | 3/20/2008 | Transition Services Agreement | $0.00 |
| DaimlerChrysler Company LLC | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 7/11/2007 | Share Purchase for Tritec Motors Ltda. | $0.00 |
| DaimlerChrysler Company LLC | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 8/3/2007 | Administrative Services Agreement | $0.00 |
| DaimlerChrysler Company LLC | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 7/11/2007 | Memorandum of Understanding | $0.00 |
| Chrysler LLC | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 3/7/2008 | Post-Closing Settlement Agreement | $0.00 |
| Chrysler LLC | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 3/7/2008 | Intellectual Property Agreement | $0.00 |
| Chrysler LLC | Bayerische Motoren Werke Aktiengesellschaft; Tritec Motors Ltda. | ATTN CONTROLLER | AVENIDA EMA TANNER DE ANDRADE, 1892 - VILLA FERARI | CAMPO LARGO | PARANA | 83606 - 360 | BRAZIL | 3/7/2008 | Release and Termination Agreement | $0.00 |
| Chrysler LLC | Bayerische Motoren Werke Aktiengesellschaft; Tritec Motors Ltda. | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 3/7/2008 | Release and Termination Agreement | $0.00 |
| Chrysler LLC | Bayerische Motoren Werke Aktiengesellschaft; Tritec Motors Ltda. | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 3/7/2008 | Assignment Agreement | $0.00 |
| DaimlerChrysler Corporation | Bayerische Motoren Werke Aktiengesellschaft; Tritec Motors Ltda. | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 1/15/1997 | License Agreement, as amended | $0.00 |
| DaimlerChrysler Corporation | Bayerische Motoren Werke Aktiengesellschaft | ATTN GENERAL COUNSEL | PETUELRING 130, BMW HAUS | MUNCHEN | | 80788 | FEDERAL REPUBLIC OF GERMANY | 1/15/1997 | Engine Development Agreement | $0.00 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit B are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[4]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit B for assumption and assignment. Unless otherwise stated in Exhibit B or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

Each contract or lease identified in Exhibit B is assumed and assigned to the Purchaser only to the extent that any such contract or lease constitutes an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[4] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.