**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- x
: 
In re : Chapter 11
: 
Chrysler LLC, *et al.*,[1] : Case No. 09-50002 (AJG)
: 
               Debtors. : (Jointly Administered)
: 
----------------------------------------------------- x

### NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT TO PURCHASER OF CERTAIN SUPPLIER EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

### PLEASE TAKE NOTICE OF THE FOLLOWING:

        1.      On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale

---

[1]    The Debtors and their respective Tax ID numbers are as follows: Chrysler LLC, Tax ID No. 38-2673623; Alpha Holding LP, Tax ID No. 45-0568211; Chrysler Aviation Inc., Tax ID No. 38-3475417; Chrysler Dutch Holding LLC, Tax ID No. 26-1498515; Chrysler Dutch Investment LLC, Tax ID No. 26-1498838; Chrysler Dutch Operating Group LLC, Tax ID No. 26-1498787; Chrysler Institute of Engineering, Tax ID No. N/A; Chrysler International Corporation, Tax ID No. 38-2631697; Chrysler International Limited, L.L.C., Tax ID No. N/A; Chrysler International Services, S.A., Tax ID No. 38-0420030; Chrysler Motors LLC, Tax ID No. 383625541; Chrysler Realty Company LLC, Tax ID No. 38-1852134; Chrysler Service Contracts Inc., Tax ID No. 38-3382368; Chrysler Service Contracts Florida, Inc., Tax ID No. 26-0347220; Chrysler Technologies Middle East Ltd., Tax ID No. 75-2487766; Chrysler Transport Inc., Tax ID No. 38-2143117; Chrysler Vans LLC, Tax ID No. 31-1781705; DCC 929, Inc., Tax ID No. 38-2899837; Dealer Capital, Inc., Tax ID No. 38-3036138; Global Electric Motorcars, LLC, Tax ID No. 31-1738535; NEV Mobile Service, LLC, Tax ID No. 33-1024272; NEV Service, LLC, Tax ID No. 03-0501234; Peapod Mobility LLC, Tax ID No. 26-4086991; TPF Asset, LLC, Tax ID No. 74-3167035; TPF Note, LLC, Tax ID No. 74-3167038; and Utility Assets LLC, Tax ID No. 200874783.

[2]    Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://www.chryslerrestructuring.com.

Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction. On May 31, 2009, the Bankruptcy Court granted the Sale Motion. The Sale Transaction closed on June 10, 2009.

2. Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as "Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3. By notices dated May 15, 16, 21, 22, 23 and 26 and June 6, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases. Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4. The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties. The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever

barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser. Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects. Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects.

5.     The Designated Agreements identified in Exhibits A through I hereto (as modified by the Addendum thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.     If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs. The Cure Costs established by a the Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.     Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.     Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease within ten days after the closing date. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.     The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.

NY12532:436104.2C

10. Questions or inquiries relating to this notice may be directed to the Chrysler Restructuring Hotline at +1-877-271-1568 (for U.S. and Canadian callers) and +1-503-597-7708 (for international callers outside the U.S. and Canada).

Dated: June 16, 2009
      New York, New York

Respectfully submitted,

/s/ Andrew G. Dietderich
Andrew G. Dietderich
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

ATTORNEYS FOR FIAT S.p.A. AND
CHRYSLER GROUP LLC

- 4 -

**Exhibit A**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| A M G INDUSTRIES INC | 200 COMMERCE DRIVE<br>MOUNT VERNON, OH  43050-4699 | 12115 | $6,117.16 |
| ADCO GLOBAL INC | 1175 DIAMOND AVENUE<br>EVANSVILLE, IN  47711 | 48033 | $17,000.00 |
| ALPHA GROUP OF COMPANIES THE | 32711 GLENDALE<br>LIVONIA, MI  48150 | 26285 | $537,229.03 |
| AMSTED INDUSTRIES INC | 737 PEYTON STREET<br>GENEVA, IL  60134 | 72530 | $122,621.82 |
| BASF AKTIENGESELLSCHAFT | GASURITSTRASSE 1 BLDG D403<br>D 48165 MUENSTER<br>GERMANY | 73811 | $281,853.92 |
| BBS OF AMERICA INC | 5320 BBS DRIVE<br>BRASELTON, GA  30517 | 46780 | $188.88 |
| BEHR GMBH | MAUSERSTRASSE 3<br>STUTTGART  70469<br>GERMANY | 40494 | $8,461,464.00 |
| BEND ALL AUTOMOTIVE INC | 575 WAYDON DRIVE<br>AYR, ON  N0B1E0<br>CANADA | 50018 | $6,902.55 |
| BRC RUBBER & PLASTICS INC | 589 U S  33 SOUTH<br>PO BOX 227<br>CHURUBUSCO, IN  46723 | 58418 | $40,596.43 |
| CADILLAC PRODUCTS AUTOMOTIVE CO | 5800 CROOKS ROAD SUITE 100<br>TROY, MI  48098-2830 | 23038 | $87,743.00 |
| CEVA GROUP PLC | PO BOX 13000<br>1100 KG AMSTERDAM<br>THE NETHERLANDS | 46627 | $32,303.83 |
| CITATION CORPORATION | 2700 CORPORATE DRIVE    SUITE 100<br>BIRMINGHAM, AL  35242 | 87188 | $1,069,921.61 |
| CONTINENTAL STRUCTURAL PLASTICS | 3155 WEST BIG BEAVER RD<br>TROY, MI  48007 | 30656 | $69,919.18 |
| COOPER INDUSTRIES INC | 600 TRAVIS SUITE 5800<br>HOUSTON, TX  77002-1001 | 35659 | $147,428.50 |
| CREATEC CORPORATION | 901 EAST 86TH STREET<br>INDIANAPOLIS, IN  46240 | 97558 | $46,692.40 |
| CROWN AUTOMOTIVE SALES COMPANY INC | 83 ENTERPRISE DR<br>PO BOX 607<br>MARSHFIELD, MA  02050 | 86499 | $13,390.18 |
| DOFASCO INC | 1330 BURLINGTON ST E<br>PO BOX 2460<br>HAMILTON, ON  L8N3J5<br>CANADA | 31288 | $6,017,060.00 |
| DONGAH TIRE & RUBBER COMPANY | 24500 NORTHLINE RD<br>TAYLOR, MI  48180 | 46535 | $2,232,201.00 |
| DOW CHEMICAL COMPANY THE | 2030 DOW CENTER<br>MIDLAND, MI  48674 | 30549 | $749,202.10 |
| ENGINE POWER COMPONENTS | 1333 FULTON<br>GRAND HAVEN, MI  49417-1593 | 43077 | $0.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 51287 | $2,603,000.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 60503 | $66,101.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 58933 | $1,191,900.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 58720 | $6,656,800.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 43684 | $104,043.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 52879 | $10,878,247.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 43679 | $475,657.00 |
| FAURECIA | 2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 59332 | $24,283.00 |
| FLEX-N-GATE CORPORATION | 1306 E UNIVERSITY<br>PO BOX 727<br>URBANA, IL  61801 | 65620 | $5,000,000.00 |
| FUTURE DIE CAST & ENGINEERING INC | 14100 ROCCO CT<br>SHELBY TOWNSHIP, MI  48315 | 98184 | $26,026.00 |
| GESTAMP TOLUCA SA DE CV | FILADELFIA 128 401 COL NAPOLES<br>MEXICO, DF  03810<br>MEXICO | 60552 | $516.35 |
| GT TECHNOLOGIES INC | 5859 E EXECUTIVE DR<br>WESTLAND, MI  48185 | 90227 | $2,969,039.00 |
| GUANGDONG HONGTU TECHNOLOGY CO LTD | NO 168 CENTURY RD  JINDU<br>GAOYAO    GUANGDONG  526108<br>CHINA | 60663 | $195,849.25 |
| HARMAN INTERNATIONAL INDUSTRIES | 1101 PENNSYLVANIA AVENUE N W  1010<br>WASHINGTON, DC  20004-2504 | 91544 | $14,991,169.00 |
| HELLA KG HUECK & COMPANY | RIXBECKER STRASSE 75<br>LIPPSTADT<br>DE | 95873 | $1,831,921.00 |
| HIRSCHVOGEL INCORPORATED | 2230 SOUTH 3RD ST<br>COLUMBUS, OH  43207 | 50698 | $83,028.91 |
| HOOVER GROUP INC | 219 COMMERCE DRIVE<br>MOUNT VERNON, OH  43050-4697 | 58684 | $10,634.98 |
| INDIAN HEAD INDUSTRIES INC | 8530 CLIFF CAMERON DRIVE<br>CHARLOTTE, NC  28269 | 71027 | $1,943.94 |
| INTERSTATE BATTERY CORPORATION | 39 BROOKSIDE BX 3050<br>WILMINGTON, DE  19804-1101 | 52389 | $17,783.78 |
| IWKA A G | GARTENSTRASSE 71<br>76125 KARLSRUHE<br>GERMANY | 37628 | $14,046,737.00 |
| KAYABA INDUSTRY COMPANY LTD | 2 4 1 HAMAMATSU CHO<br>YEN<br>MINATO KU, TOKYO  1056111<br>JAPAN | 87271 | $55,787,033.00 |
| KEIPER GMBH & CO | | 36135 | $20,110.00 |
| KELLER GROUP | ONE NORTHFIELD PLAZA  570 FRONTAGE<br>NORTHFIELD, IL  60093 | 13445 | $652,067.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| KS CENTOCO LTD | 2450 CENTRAL AVENUE<br>WINDSOR, ON  N8W4J3<br>CANADA | 35431 | $845,616.00 |
| LTC ROLL & ENGINEERING COMPANY | 23500 JOHN GORSUCH DRIVE<br>MT  CLEMENS, MI  48043 | 97669 | $371,565.00 |
| MACHINING CENTER INC | 5959 FORD COURT<br>BRIGHTON, MI  48116 | 43046 | $85,073.00 |
| METHODE ELECTRONICS INC | 7444 W  WILSON AVENUE<br>CHICAGO, IL  60656-4549 | 65003 | $748,168.00 |
| MID-WEST FORGE CORPORATION | 17301 ST  CLAIR AVENUE<br>CLEVELAND, OH  44110-2500 | 63614 | $0.00 |
| MSX INTERNATIONAL | 1950 CONCEPT DR<br>WARREN, MI  48091 | 23867 | $0.00 |
| NARMCO GROUP THE | 2575 AIRPORT ROAD<br>WINDSOR, ON  N8W1Z4<br>CANADA | 77985 | $2,369,045.00 |
| NSK AMERICAS INC | PO BOX 134007<br>ANN ARBOR, MI  48113 | 27962 | $651,414.24 |
| NUGAR,S.A. DE C.V. | AV 4 #12 PQUE IND CARTAGENA<br>TULTITLAN, MEX  54900<br>MEXICO | 50428 | $0.00 |
| PARK-OHIO CORPORATION | 23000 EUCLID AVENUE<br>CLEVELAND, OH  44117 | 74399 | $2,835,583.00 |
| PEER BEARING COMPANY | 2200 NORMAN DR SOUTH<br>WAUKEGEN, IL  60085 | 97654 | $194,824.35 |
| PENSKE CORPORATION | 2555 TELEGRAPH RD<br>BLOOMFIELD HILLS, MI  48302-0954 | 22963 | $1,158,688.30 |
| PILKINGTON PLC | PRESCOT ROAD<br>ST  HELENS  WA103TR<br>UNITED KINGDOM | 94609 | $1,734,330.00 |
| PPG INDUSTRIES INC | ONE PPG PLACE<br>PITTSBURGH, PA  15272 | 72371 | $3,476,272.00 |
| PREFIX CORPORATION | 1300 WEST HAMLIN<br>ROCHESTER HILLS, MI  48309 | 12387 | $89,883.36 |
| PYEONG HWA AUTOMOTIVE CO LTD | 900 WILSHIRE DRIVE SUITE 300<br>TROY, MI  48084 | 48834 | $196,047.00 |
| QUALITY METALCRAFT INC | 33355 GLENDALE<br>LIVONIA, MI  48150 | 32223 | $813,569.12 |
| ROYAL OAK BORING | 4800 S LAPEER RD<br>LAKE ORION, MI  48361-0127 | 76277 | $79,004.99 |
| SCM METAL PRODUCTS  INC | 2601 WECK<br>PO BOX 12166<br>RESEARCH TRIANGLE PARK, NC  27709-2166 | 51563 | $81,963.00 |
| SIEMENS AKTIENGESELLSCHAFT | FRANKFURTER RING 152<br>MUNCHEN 46 D 8000<br>GERMANY | 55595 | $187,506.29 |
| SIGMA INTERNATIONAL | 32027 INDUSTRIAL RD<br>LIVONIA, MI  48150 | 55094 | $73,796.00 |
| SIKA CORPORATION | 201 POLITO AVENUE<br>LYNDHURST, NJ  07071-3601 | 56090 | $1,066,387.60 |
| SIMPSON A G COMPANY-LTD CANADA | 675 PROGRESS AVENUE<br>SCARBOROUGH, ON  M1H2W9<br>CANADA | 86063 | $0.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| SKF INDUSTRIES INC-U S | 1111 ADAMS AVENUE<br>NORRISTOWN, PA  19403 | 82005 | $726,687.07 |
| SMI CRANKSHAFT LLC | 455 W FOURTH STREET<br>PO BOX 1127<br>FOSTORIA, OH  44830 | 68875 | $80,172.37 |
| SPS TECHNOLOGIES INC | 301 HIGHLAND AVE<br>JENKINTOWN, PA  19046 | 82749 | $257,323.00 |
| STEWART & STEVENSON SERVICES INC | 2707 NORTH LOOP WEST<br>HOUSTON, TX  77008 | 97025 | $999.36 |
| STILLWATER DESIGNS & AUDIO | 5021 N PERKINS RD<br>STILLWATER, OK  74075 | 51932 | $206,618.00 |
| SUMITOMO METAL U S A | 8750 W BRYN MAWR AVENUE SUITE 1000<br>CHICAGO, IL  60631 | 99148 | $1,073,274.56 |
| SUPERIOR INDUSTRIES INTL INC | 7800 WOODLEY AVENUE<br>VAN NUYS, CA  91406-1722 | 85590 | $2,447,916.92 |
| THERMOFLEX CORPORATION | 1535 S LAKESIDE DR<br>WAUKEGAN, IL  60085 | 44321 | $291,319.76 |
| THYSSENKRUPP IND SRVCS NA INC  PAB | 22355 WEST ELEVEN MILE RD<br>SOUTHFIELD, MI  48033 | 59972 | $1,302.46 |
| TOKICO LTD | PARALE MITSUI BLDG 8 HIGASHIDA CHO<br>KAWASAKI KU KAWASAKI SHI, KAN  2100005<br>JAPAN | 84914 | $2,995,368.88 |
| TOMKINS PLC | EAST PUTNEY HOUSE 84 UPPER RICHMND<br>LONDON  SW152ST<br>UNITED KINGDOM | 12626 | $6,758,300.00 |
| TOYODA GOSEI COMPANY LTD | 1 NAGAHATA OCHIAI HARUHI MURA<br>NISHIKASUGAI GUN AICHI PREF  452<br>JAPAN | 69448 | $26,741.00 |
| U S F CORPORATION | 38000 MOUND ROAD<br>STERLING HEIGHTS, MI  48310 | 93785 | $1,384,096.00 |
| ULTRA MANUFACTURING LIMITED | 640 CONRAD PLACE<br>WATERLOO, ON  N2V1C4<br>CANADA | 51317 | $1,546.00 |
| USUI KOKUSAI SANGYO KAISHA  LTD | 131 2 NAGASAWA  SHIMIZU MACHI<br>SHUNTO GUN  SHIZUOKA KEN  411<br>JAPAN | 97583 | $119,532.00 |
| WIX FILTRATION CORP | 1101 TECHNOLOGY DR<br>ANN ARBOR, MI  48108 | 58025 | $585,063.53 |
| WIX FILTRATION CORP | 1101 TECHNOLOGY DR<br>ANN ARBOR, MI  48108 | 58025 | $186,094.00 CAN |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| ADCO GLOBAL INC<br>1175 DIAMOND AVENUE<br>EVANSVILLE, IN  47711 | 48033 | O3253319<br>O5253079<br>O5253083<br>O7253151 |
| BASF AKTIENGESELLSCHAFT<br>GASURITSTRASSE 1 BLDG D403<br>D 48165 MUENSTER<br>GERMANY | 73811 | O0292004<br>O5292003 |
| BEHR GMBH<br>MAUSERSTRASSE 3<br>STUTTGART  70469<br>GERMANY | 40494 | O5703018<br>O5703019 |
| DOW CHEMICAL COMPANY THE<br>2030 DOW CENTER<br>MIDLAND, MI  48674 | 30549 | O7253104 |
| FAURECIA<br>2 RUE HENNAPE<br>NANTERRE CEDEX  92735<br>FRANCE | 52879 | JS COMMERCIAL AGREEMENT DATED FEBRUARY 5, 2004<br>KA DOOR MODULE COMMERICAL AGREEMENT<br>KK COMMERCIAL AGREEMENT<br>PT-44 2006 COMMERCIAL AGREEMENT |
| FLEX-N-GATE CORPORATION<br>1306 E UNIVERSITY<br>PO BOX 727<br>URBANA, IL  61801 | 65620 | O3209010 |
| HARMAN INTERNATIONAL INDUSTRIES<br>1101 PENNSYLVANIA AVENUE N W  1010<br>WASHINGTON, DC  20004-2504 | 91544 | O3263046 |
| KELLER GROUP<br>ONE NORTHFIELD PLAZA  570 FRONTAGE<br>NORTHFIELD, IL  60093 | 13445 | O4432213 |
| KS CENTOCO LTD<br>2450 CENTRAL AVENUE<br>WINDSOR, ON  N8W4J3<br>CANADA | 35431 | O8511020 |
| METHODE ELECTRONICS INC<br>7444 W  WILSON AVENUE<br>CHICAGO, IL  60656-4549 | 65003 | O7243052<br>O7243057<br>O7243058 |
| NARMCO GROUP THE<br>2575 AIRPORT ROAD<br>WINDSOR, ON  N8W1Z4<br>CANADA | 77985 | O6137006 |
| PPG INDUSTRIES INC<br>ONE PPG PLACE<br>PITTSBURGH, PA  15272 | 72371 | O8252131 |
| SIKA CORPORATION<br>201 POLITO AVENUE<br>LYNDHURST, NJ  07071-3601 | 56090 | O3291200<br>O3291201<br>O3291202<br>O3291214 |
| TOYODA GOSEI COMPANY LTD<br>1 NAGAHATA OCHIAI HARUHI MURA<br>NISHIKASUGAI GUN AICHI PREF  452<br>JAPAN | 69448 | O3203026<br>O3203027 |

See the attached Addendum for important information.

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| U S F CORPORATION<br>38000 MOUND ROAD<br>STERLING HEIGHTS, MI  48310 | 93785 | O6153054 |

**Exhibit B**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| ABB ASEA BROWN BOVERI LTD | AFFOLTERNSTRASSE 44  CH 8050 ZURICH CHINA | 11580 | $363,823.61 |
| ACKERMAN GROUP | 1666 KENNEDY CAUSEWAY SUITE 700 MIAMI BEACH, FL  33140 | 25848 | $5,130.00 |
| ADT SECURITY SYSTEMS | 1400 E AVIS MADISON HEIGHTS, MI  48071 | 10015 | $36,165.14 |
| ATEL | 600 CALIFORNIA ST    6TH FLR SAN FRANCISCO, CA  94108 | 77906 | $84,610.40 |
| CIT | 2285 FRANKLIN ROAD 2ND FLOOR BLOOMFIELD HILLS, MI  483032017 | 78917 | $325,535.00 |
| EXEL NORTH AMERICA INC | 45001 FIVE MILE RD PLYMOUTH, MI  48170 | 91422 | $59,555.30 |
| INGERSOLL MACHINE TOOL INC | 707 FULTON AVENUE ROCKFORD, IL  61103 | 54834 | $75,975.00 |
| INGERSOLL PRODUCTION SYSTEMS LLC | 1301 EDDY AVE ROCKFORD, IL  61103 | 93576 | $3,328.00 |
| INTERNATION PAPER COMPANY (XPEDX) | TWO MANHATTANVILLE ROAD PURCHASE, NY  10577 | 51543 | $1,456,109.00 |
| KAWASAKI ROBOTICS USA INC | 28059 CENTER OAKS CT WIXOM, MI  48393 | 84340 | $12,208.00 |
| SENSIA HEALTHCARE | 11414 W PARK PLACE SUITE 100 MILWAUKEE, WI  53224 | 55994 | $12,555.20 |
| SUMITOMO ELECTRIC CARBIDE INC | 2575 BELLFORT SUITE 151 HOUSTON, TX  77054 | 57177 | $382,493.55 |
| THE CIT GROUP | 2 SUMMIT PARK DR  SUITE 105 CLEVELAND, OH  44131 | 38870 | $207,021.39 |
| THYSSEN ELEVATOR LIMITED | 410 PASSMORE AVENUE    UNIT 1 SCARBOROUGH, ON  M1V5C3 CANADA | 14909 | $0.00 |
| TOYODA MACHINERY USA INC | 51300 W PONTIAC TRAIL P O BOX 1003 WIXOM, MI  483931003 | 22402 | $3,227,664.06 |
| VERIZON NORTH INC | 32661 EDWARD STREET MADISON HEIGHTS, MI  48071 | 80982 | $1,844,101.15 |

See the attached Addendum for important information.

**Exhibit C**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| 3-D SERVICE MICHIGAN LTD | 800 NAVE ROAD SE<br>MASSILLON, OH 44646 | 61910 | $21,685.00 |
| AFFILIATED COMPUTER SERVICES | 2828 NORTH HASKELL<br>DALLAS, TX 75204 | 59048 | $2,050,799.50 |
| AFFILIATED COMPUTER SERVICES INC | 4000 TOWN CENTER SUITE 1100<br>SOUTHFIELD, MI 48075 | 30390 | $7,865.00 |
| AFFINITY RESOURCES, INC. | 31800 NORTHWESTERN HWY<br>SUITE 203<br>FARMINGTON HILLS, MI 48334 | 58853 | $0.00 |
| AGIE CHARMILLES LLC | 560 BOND STREET<br>LINCOLNSHIRE, IL 60069-4224 | 17952 | $4,386.15 |
| AMERIGAS PROPANE L P | 460 N GULPH ROAD<br>KING OF PRUSSIA, PA 19406 | 36791 | $40,557.07 |
| ASPEN MARKETING | 1240 NORTH AVE<br>WEST CHICAGO, IL 60185 | 57576 | $578,356.61 |
| ATEL CAPITAL GROUP | 600 CALIFORNIA ST 6TH FLR<br>SAN FRANCISCO, CA 94108 | 58762 | $0.00 |
| BANK FINANCIAL FSB | 15 W 060 FRONTAGE ROAD<br>BURR RIDGE, IL 60527 | 55986 | $46,114.82 |
| BLOOM ENGINEERING COMPANY INC | 5311 NORTHFIELD<br>CLEVELAND, OH 44146-1135 | 18424 | $0.00 |
| BOMBARDIER CAPITAL | 800 DORCHESTER BLVD W SUITE 1700<br>MONTREAL, QC H3B1Y8<br>CANADA | 41125 | $0.00 |
| BOSCH REXROTH CANADA CORP | 490 PRINCE CHARLES DRIVE SOUTH<br>WELLAND, ON L3B5X7<br>CANADA | 75567 | $0.00 |
| BP PRODUCTS NA INC | 28100 TORCH PARKWAY MC417A<br>WARRENVILLE, IL 60555 | 15999 | $0.00 |
| CARL ZEISS MICROIMAGING INC | ONE ZEISS DRIVE<br>THORNWOOD, NY 10594 | 29885 | $352,000.00 |
| CIVET CONSULTING | 6606 HAYWARD CT<br>MCHENRY, IL 60050 | 62496 | $44,800.00 |
| COBALT GROUP | 2200 FIRST AVENUE SOUTH<br>SEATTLE, WA 98134-1408 | 41614 | $660,338.33 |
| COMPUTER SCIENCES CORPORATION | 3170 FAIRVIEW<br>FALLS CHURCH, VA 22042 | 28191 | $12,328,213.00 |
| COMPUWARE | ONE CAMPUS MARTIUS<br>DETROIT, MI 48226 | 16923 | $51,000.00 |
| COMSOURCE INC | 2130 AUSTIN DRIVE<br>ROCHESTER HILLS, MI 48309 | 22717 | $747.50 |
| CONCUR TECHNOLOGIES INC | 6222 185TH AVENUE NE<br>REDMOND, WA 98052 | 37623 | $55,500.00 |
| CONVERGYS CUSTOMER MANAGEMENT GRP | 201 EAST FOURTH STREET BOX 1638<br>CINCINNATI, OH 45201 | 30167 | $2,593,022.31 |
| CROSS COUNTRY AUTOMOTIVE SERVICES | 4040 MYSTIC VALLEY PARKWAY<br>BOSTON, MA 02155 | 90494 | $265,249.86 |
| DATA SALES COMPANY INC | 3450 W BURNSVILLE PARKWAY<br>BURNSVILLE, MN 55337 | 21103 | $17,841.17 |
| DAVINCI | 56 SCANZENSTRASSE<br>DUSSELDORF 40549<br>GERMANY | 61213 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| DAVIS R G & COMPANY | PMB 363 5247 WILSON MILLS ROAD<br>CLEVELAND, OH  44143 | 96362 | $935.00 |
| DEALER TIRE | 3711 CHESTER AVENUE<br>CLEVELAND, OH  44114 | 47671 | $1,462,986.54 |
| DELL COMPUTER CORPORATION | ONE DELL WAY R R 3<br>ROUND ROCK, TX  78682 | 75611 | $42,124.01 |
| DESIGN FORUM LLC | 21593 NETWORK PLACE<br>CHICAGO, IL  60673-1215 | 54909 | $12,098.12 |
| DHL EXPRESS | PO BOX 4723<br>HOUSTON, TX  77210-4723 | 46614 | $534,572.54 |
| EVIGNA | 800 TECH ROW<br>MADISON HGTS, MI  48071 | 47255 | $314,806.23 |
| FIRST BANK OF HIGHLAND PARK | 1835 FIRST STREET<br>HIGHLAND PARK, IL  60035 | 20092 | $56,037.14 |
| FIRST FLEET | 350 LAS OLAS BLVD SUITE 1400<br>FORT LAUDERDALE, FL  33301 | 43092 | $526,049.00 |
| FISHER SCIENTIFIC INTERNATIONAL | LIBERTY LANE<br>HAMPTON, NH  03842 | 20474 | $8,717.96 |
| FL TOOL HOLDER COMPANY | 36010 INDUSTRIAL ROAD<br>LIVONIA, MI  31351 | 31351 | $1,600.00 |
| FLANNERY FIRE PROTECTION INC | 4810 52ND AVENUE<br>KENOSHA, WI  53144-4307 | 13725 | $9,981.75 |
| GE CAPITAL | 3135 EASTON TURNPIKE<br>FAIRFIELD, CT  06431-0001 | 80322 | $6,143.00 |
| GILLETT EVERNHAM PERFORMANCE PART | 535 C PITTS SCHOOL ROAD<br>CONCORD, NC  28027 | 60713 | $228,342.73 |
| IMPERIAL MARKETING INC | 21238 BRIDGE STREET<br>P O BOX 185<br>SOUTHFIELD, MI  48037-0185 | 48808 | $2,592,073.99 |
| JACOBS ENGINEERING GROUP INC | 1111 S ARROYO PARKWAY<br>PASADENA, CA  91105 | 37595 | $213,993.07 |
| JOHANN HALTERMANN LTD | 1201 SOUTH SHELDON ROAD<br>CHANNELVIEW, TX  77530 | 49613 | $593,531.03 |
| KASEY KAHNE RACING LLC | 296 CAYUGA DR<br>MOORESVILLE, NC  28115 | 59013 | $0.00 |
| ORACLE CORPORATION | 500 ORACLE PARKWAY<br>REDWOOD SHORES, CA  94065 | 41496 | $73,431.25 |
| PARK NATIONAL BANK | 28 W MADISON STREET<br>OAK PARK, IL  60302 | 19681 | $5,447.42 |
| PENSKE RACING SOUTH INC | 200 PENSKE WAY<br>MOORESVILLE, NC  28117 | 50022 | $177,058.33 |
| QUAERO CORPORATION | 1930 CAMDEN RD<br>CHARLOTTE, NC  28203 | 58950 | $139,309.00 |
| SALESFORCE COM | 1 MARKET ST.<br>SUITE 300<br>SAN FRANCISCO, CA  94105 | 60071 | $3,168.00 |
| SAS INSTITUTE | SAS CAMPUS DRIVE<br>CARY, NC  27513 | 41259 | $360,230.00 |
| SHELL CANADA PRODUCTS LTD | 90 SHEPPARD AVENUE EAST SUITE 600<br>TORONTO, ON  M2N6X2<br>CANADA | 86049 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| SUPERB MACHINE REPAIR  INC | 59180 HAVEN RIDGE RD  BOX 480579<br>NEW HAVEN, MI  48048-0579 | 67019 | $99,338.06 |
| VIGNETTE | 901 S MOPAC EXPWY  SUITE 100<br>AUSTIN, TX  78746 | 44596 | $73,146.00 |
| VISARA INTERNATIONAL INC | 6833 MT HERMAN ROAD<br>MORRISVILLE, NC  27560-9261 | 24980 | $92,281.47 |

See the attached Addendum for important information.

**Exhibit D**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| EXEDY DYNAX AMERICA CORPORATION | 1053 2 KOMIOSATSU<br>CHITOSE   HOKKAIDO  0668585<br>JAPAN | 56852 | $745.00 |
| HUGO BENZING GMBH & CO KG | DAIMLERSTRASSE 49 53<br>D 70825 KORNTAL MUNCHINGEN<br>GERMANY | 43834 | $23,831.00 |
| WEBASTO FAHRZEUGTECHNIK | 2655 PRODUCT DRIVE<br>ROCHESTER HILLS, MI  48309 | 43515 | $523,507.00 |

**Exhibit E**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| AON CONSULTING HUMAN RESOURCES GRP | 3000 TOWN CENTER   SUITE 2900<br>SOUTHFIELD, MI  48075 | 14907 | $94,854.00 |
| ASHLAND INC | 50 E RIVERCENTER BLVD<br>COVINGTON, KY  41012-0391 | 11560 | $22,483.39 |
| ASI CONSULTING GROUP LLC | 38705 SEVEN MILE ROAD<br>SUITE 345<br>LIVONIA, MI  48152 | 57928 | $1,500,000.00 |
| CAMERA READY CARS | 11161 SLATER AVENUE<br>FOUNTAIN VALLEY, CA  92708 | 41197 | $621,864.35 |
| CISCO SYSTEMS CAPITAL | 170 WEST TASMAN DRIVE<br>SAN JOSE, CA  95134 | 92487 | $1,065,242.64 |
| CIT FINANCIAL USA INC | 1 CIT DRIVE<br>LIVINGSTON, NJ  07039 | 58962 | $357,434.00 |
| CRASSOCIATES | 8580 CINDERBED ROAD SUITE 2400<br>NEWINGTON, VA  22122 | 37146 | $0.00 |
| EPITEC GROUP INC THE | 24700 NORTHWESTERN HWY SUITE 350<br>SOUTHFIELD, MI  48075 | 41013 | $0.00 |
| ESPAS INC | 2717 INDUSTRIAL ROW DR<br>TROY, MI  48084 | 57197 | $2,054,353.63 |
| FAIRMONT SIGN COMPANY | 3750 E  OUTER DRIVE<br>DETROIT, MI  48234-2900 | 39077 | $170,437.38 |
| HEWITT ASSOCIATES - MI | 101 WEST BIG BEAVER ROAD SUITE 300<br>TROY, MI  48084 | 86850 | $377,009.00 |
| HEWLETT PACKARD | 200 FOREST AVENUE<br>MARLBORO, MA  01752-3011 | 31729 | $111,334.73 |
| HEWLETT-PACKARD CANADA LIMITED | 200 FOREST AVENUE<br>MARLBORO, MA  01752-3011 | 48201 | $0.00 |
| HITACHI CAPITAL AMERICAN CORP | 800 CONNECTICUT AVE<br>NORWALK, CT  06854 | 59797 | $39,268.00 |
| IBM | CORP HQ NEW ORDHARD ROAD<br>ARMONK, NY  10504 | 51218 | $1,563,124.00 |
| INSIGHT DIRECT USA, INC. | 6820 SOUTH HARL AVENUE<br>TEMPE, AZ  85283 | 58620 | $388,237.00 |
| JOHN BEAN TECHNOLOGIES CORP | 200 EAST RANDOLPH DRIVE<br>CHICAGO, IL  60601 | 39363 | $91,939.00 |
| MAHAR TOOL SUPPLY COMPANY INC | 112 WILLIAMS STREET<br>PO BOX 1747<br>SAGINAW, MI  48605 | 19321 | $6,170,675.00 |
| MICROSOFT CORP | ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 | 15623 | $439,055.00 |
| MID SOUTH CONTRACTORS | 3110 DEVON ST<br>WINDSOR, ON  N8X4L2<br>CANADA | 61063 | $0.00 |
| MORSE ELECTRIC INC | 711 S CHIPPEWA AVENUE<br>FREEPORT, IL  61032 | 57156 | $176,237.53 |
| NIELSEN MEDIA RESEARCH LTD | 160 MCNABB STREET<br>MARKHAM, ON  L3R4B8<br>CANADA | 59040 | $0.00 |
| PFPR COMMUNICATIONS LTD | 7 JAMES WHATMAN COURT<br>TURKEY MILL<br>MAIDSTONE, KENT  ME14 5SS<br>UNITED KINGDOM | 59870 | $37,982.06 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| QQUEST CORPORATION | 26300 FORD RD   SUITE 317<br>DEARBORN HGTS, MI  48127 | 25766 | $3,368.40 |
| RESOURCE TECHNOLOGIES CORPORATION | 431 STEPHENSON HIGHWAY<br>TROY, MI  48083 | 13149 | $0.00 |
| SIEMENS FINANCIAL | 170 WOOD AVE SORPORATE BLVD<br>ISELINWATER, NJ  08830 | 45483 | $0.00 |
| SUN MICROSYSTEMS INC | 901 SAN ANTONIO ROAD<br>PALO ALTO, CA  94303 | 28543 | $158,311.43 |
| SYNOVA INC | 1000 TOWN CTR   SUITE 700<br>SOUTHFIELD, MI  48075 | 44004 | $0.00 |
| TCF LEASING INC. | 11100 WAYZATA BLVD    SUITE 801<br>MINNETONKA, MN  55305 | 52824 | $0.00 |
| TECHNOLOGY INVESTMENT PARTNERS | 3955 PINNACLE CT<br>AUBURN HILLS, MI  48326 | 52905 | $59,764.58 |
| UPS CAPITAL CORP | 29855 SCHOOLCRAFT ROAD<br>LIVONIA, MI  48150 | 56334 | $47,594.00 |
| WORLD WIDE TECHNOLOGY INC | 60 WHELDON PARKWAY<br>MARYLAND HEIGHTS, MO  63043 | 55763 | $155,962.94 |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| JOHN BEAN TECHNOLOGIES CORP<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL  60601 | 39363 | JSTJ800178<br>JSWJ800086 |

**Exhibit F**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| ABC GROUP-CANADA | 100 RONSON DRIVE<br>REXDALE, ON  M9W1B6<br>CANADA | 41974 | $637,547.00 |
| ASC INC | ONE ASC CENTER<br>SOUTHGATE, MI  48195 | 77802 | $522,135.00 |
| COLLINS & AIKMAN PRODUCTS CO | 150 STEPHENSON HWY<br>TROY, MI  48083 | 18152 | $197,178.00 |
| CRANE CAMS INC | 530 FENTRESS BLVD<br>DAYTONA BEACH, FL  32114 | 28178 | $5,460.00 |
| NEMAK SA | APDO POSTAL 100<br>GARZA GARCIA, NL  66221<br>MEXICO | 55020 | $0.00 |
| NEMAK SA | TWO TOWNE SQUARE SUITE 300<br>SOUTHFIELD, MI  48076 | 49821 | $17,986,178.00 |
| RIETER AUTOMOTIVE | SCHLOSSTALSTRASSE 43 POSTFACH<br>WINTERTHUR, CHE  CH-8406<br>SWITZERLAND | 20973 | $4,605,186.00 |

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| COLLINS & AIKMAN PRODUCTS CO<br>150 STEPHENSON HWY<br>TROY, MI  48083 | 18152 | O3505085<br>O3505086<br>O3505087<br>O4505056<br>O5505081<br>O5505083<br>O7564053 |

**Exhibit G**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| 3M | 2501 HUDSON BLDG 200 4<br>PO BOX 33800<br>ST PAUL, MN 55144 | 96477 | $4,156.60 |
| ANTEC FAHRZEUGTECHNIK GMBH | HERRSCHINGER STRABE 54<br>82266 INNING<br>GERMANY | 37555 | $0.00 |
| CARPET & ACOUSTIC PRODUCTS GMBH | WERK DEUCHENDORF<br>KAPFENBERG 8605<br>AUSTRIA | 19223 | $0.00 |
| CCL INDUSTRIES INC | 8801 KEELE STREET<br>CONCORD, ON L4K1B2<br>CANADA | 77790 | $0.00 |
| CONTINENTAL TEVES-CZECH | HRADECKA ULICE 1092<br>JICIN 50601<br>CZECH REPUBLIC | 29774 | $1,291.12 |
| CUMMINS ENGINE COMPANY INC | 500 JACKSON STREET<br>PO BOX 3005<br>COLUMBUS, IN 47202-3005 | 58179 | $10,500,000.00 |
| FLEXPAC PRODUCTS LTD | 819 FAREWELL AVENUE<br>OSHAWA, ON L1H6N4<br>CANADA | 87585 | $0.00 |
| HOPKINS MANUFACTURING CORPORATION | 428 PEYTON<br>EMPORIA, KS 66801-3758 | 46478 | $0.00 |
| HTP FOHNSDORF GMBH | EUMIGSTRASSE 6<br>FOHNSDORF A-8753<br>AUSTRIA | 16776 | $815.22 |
| INTL AUTO COMPONENTS GROUP BV | VERLOREN VAN THEMAATWEG 7<br>AC BORN 6121 RG<br>THE NETHERLANDS | 96885 | $37,005.67 |
| LAKE CITY FORGE INC | 4150 N WOLCOTT ROAD<br>LAKE CITY, MI 49651 | 51947 | $0.00 |
| MOMENTIVE PERFORMANCE MATERIALS | 2300 MEADOWVALE BLVD<br>MISSISSAUGA, ON L5N5P9<br>CANADA | 23107 | $0.00 |
| MTU DRIVE SHAFTS LLC | MAYBACHPLATZ 1<br>88045 FRIEDRICHSHAFEN 88045<br>GERMANY | 56621 | $10,645.84 |
| MUERDTER METALL UND | BERGSTRASSE 1<br>73557 MUTLANGEN<br>GERMANY | 58552 | $1,268.61 |
| OEM SYSTEMS | 219 W OKLAHOMA AVE<br>OKARCHE, OK 73762 | 57901 | $602,311.00 |
| OESTERLESLER GMBH | SIEMENSSTRABE 6 8<br>ASPACH 71546<br>GERMANY | 58717 | $215,950.56 |
| PLOMBCO INC | 66 EDMOND STREET<br>VALLEYFIELD, QC J6S3E8<br>CANADA | 62182 | $0.00 |
| RIETER AUTOMOTIVE FIMIT SPA | VIA GUIDO ROSSA 1<br>SANTHIA I-13048<br>ITALY | 29866 | $73,025.77 |
| SOLIGEN 2006 | 6849 WOODLEY AVE<br>VAN NUYS, CA 91406 | 24364 | $61,615.35 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| T & W BAUMAN ENTERPRISES INC | 7835 HIGHWAY 50 UNITS 18 & 19<br>WOODBRIDGE, ON  L4L1A5<br>CANADA | 26636 | $0.00 |
| TCG UNITECH LTH OL D O O | VINCARJE 2<br>SKOFJA LOKA  4220<br>SLOVENIA | 54253 | $468.67 |
| VULSAY INDUSTRIES INC | 35 REGAN ROAD<br>BRAMPTON, ON  L7A1B2<br>CANADA | 72214 | $0.00 |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| CUMMINS ENGINE COMPANY INC<br>500 JACKSON STREET<br>PO BOX 3005<br>COLUMBUS, IN  47202-3005 | 58179 | LIGHT DUTY DIESEL ENGINE SOURCING 2010 1/2<br>MODEL YEAR, JUNE 22, 2007 |

**Exhibit H**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| ALERIS INTERNATIONAL INC | 430 WEST GARFIELD AVENUE BOX 139<br>COLDWATER, MI  490360139 | 15010 | $361,779.11 |
| FLEXIBLE PRODUCTS | 2600 AUBURN COURT<br>AUBURN HILLS, MI  483263201 | 61368 | $1,019,846.00 |
| HEIDTMAN STEEL PRODUCTS INC | 19850 GIBRALTAR ROAD<br>GIBRALTAR, MI  48173 | 49753 | $250,000.00 |
| MITSUI & COMPANY U S A INC | 200 PARK AVENUE<br>NEW YORK, NY  10166 | 66215 | $0.00 |
| PERFECT EQUIPMENT INC | 1715 JOE B JACKSON<br>MURFREESBORO, TN  37127 | 75036 | $91,536.19 |
| REGAL STEEL COMPANY | 2220 MORRISSEY<br>WARREN, MI  480911895 | 78170 | $0.00 |

**Exhibit I**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

NY12532:436104.2C

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| RELIANCE MACHINE COMPANY | 4605 S WALNUT STREET<br>MUNCIE, IN 47302-8764 | 94547 | $777,929.17 |
| ROTOR CLIP COMPANY INC | 187 DAVIDSON AVENUE<br>SOMERSET, NJ 08875-0461 | 78755 | $14,095.11 |

## ADDENDUM

The executory contracts and unexpired leases identified in these Exhibits are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on the Exhibits relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of a given Exhibit as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in the Exhibits or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

Each contract or lease identified in the Exhibits is assumed and assigned to the Purchaser only to the extent that any such contract or lease constitutes an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.