**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x
                                              :

In re                               :    Chapter 11
                                                :

Old Carco LLC (f/k/a Chrysler LLC), *et al.*,[1]:    Case No. 09-50002 (AJG)
                                                :

                      Debtors.      :    (Jointly Administered)
                                                  :
-------------------------------------------------- x

### NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT TO PURCHASER OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

### PLEASE TAKE NOTICE OF THE FOLLOWING:

        1.      On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction. On May 31, 2009, the Bankruptcy Court granted the Sale Motion. The Sale Transaction closed on June 10, 2009.

        2.      Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

[2]    Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at www.chryslerrestructuring.com.

"Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3.       By notices dated May 14, 15, 16, 21, 22 and 23 and June 3, 4, 6 and 12, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases. Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4.       The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties. The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser. Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects. Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated

Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects.  In addition, and for the avoidance of doubt, to the extent a Non-Debtor Counterparty has made a timely filed Section 365 Objection to the Cure Costs or the accuracy of the information provided in the Assignment Notice pending on the date hereof, such objection is preserved pending resolution by Cure Agreement or order of the Court.

5.      The Designated Agreements identified in Exhibits A through E hereto (as modified by the Addenda thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof.  The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable.  Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.      If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs.  The Cure Costs established by a Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.      Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.      Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease as soon as practicable (and in any event not later than ten days after the date hereof), provided, however, that Purchaser shall pay Disputed Cure Costs (as defined in the Bidding Procedures) as soon as practicable following (and in any event not later than 10 days after) the date the amount thereof is finally determined.  Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.      The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.

10.     Certain executory dealer agreements have been identified as Designated Agreements to be assumed and assigned. Although most U.S. dealers have entered into standard uniform dealership agreements in the form of the Chrysler Corporation Sales and Service

Agreement (the "Sales and Service Agreement"), some dealers are parties to older agreements in the form of the Chrysler Direct Dealer Agreement (each, a "Direct Dealer Agreement"). If a Direct Dealer Agreement is identified as a Designated Agreement in the attached Exhibit B, then such Direct Dealer Agreement will only be assumed and assigned to the Purchaser if the counterparty to the Direct Dealer Agreement first agrees to modify such Direct Dealer Agreement and restate it in the form of the Sales and Service Agreement (each such modified and restated Direct Dealer Agreement and each Sales and Service Agreement, a "Dealer Agreement"). If the Non-Debtor Counterparty and the Debtors do not so modify and restate such Direct Dealer Agreement in the form of the Sales and Service Agreement, then notwithstanding any other provisions in this Notice or in the Bidding Procedures, such Direct Dealer Agreement and its Ancillary Agreements (as defined in the Addendum to Exhibit B) will not be assumed and assigned as set forth herein.

11.     Questions or inquiries relating to this notice may be directed to the Chrysler Restructuring Hotline at +1-877-271-1568 (for U.S. and Canadian callers) and +1-503-597-7708 (for international callers outside the U.S. and Canada).

Dated:  June 18, 2009
        New York, New York

Respectfully submitted,

/s/ Andrew G. Dietderich
Andrew G. Dietderich
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

ATTORNEYS FOR FIAT S.p.A. AND
CHRYSLER GROUP LLC

**Exhibit A**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| 3M GENERAL OFFICES | 2501 HUDSON BLDG  200 4 BOX 33800<br>ST PAUL, MN  55144 | 96475 | $4,156.60 |
| AIR INTERNATIONAL THERMAL SYS CORP | 80 TURNER ST<br>MELBOURNE, VICTORIA  3207<br>AUSTRALIA | 60441 | $36,401.33 |
| ALPS ELECTRIC COMPANY LTD | 1 7 YUKIGAYA OHTSUKA CHO<br>OHTA KU, TOKYO  145<br>JAPAN | 73795 | $22,682.72 |
| ARCELORMITTAL USA | 400 GALLERIA OFFICENTRE SUITE 21S<br>SOUTHFIELD, MI  48034-2164 | | $19,074,673.00 |
| ARVIN MERITOR | 2135 WEST MAPLE ROAD<br>TROY, MI  48084-7186 | 44558 | $6,737,457.09 |
| AUTO-METER PRODUCTS  INC | 413 W ELM STREET<br>SYCAMORE, IL  60178-1796 | 13927 | $5,647.40 |
| AVK INDUSTRIAL PRODUCTS | 25323 RYE CANYON ROAD<br>VALENCIA, CA  91355-1271 | 59166 | $70,443.06 |
| BATES ACQUISITION LLC | 118 ROSE STREET<br>LOBELVILLE, TN  37097 | 34611 | $73,000.00 |
| BENTELER - SOUTHERN HEMISPHERE OPS | PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE  72260<br>MEXICO | 23860 | $16,778.68 |
| BENTELER AUTOMOTIVE | PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE  72260<br>MEXICO | 49587 | $232,395.95 |
| BENTELER AUTOMOTIVE CORPORATION | PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE  72260<br>MEXICO | 22053 | $5,681,549.05 |
| BENTELER AUTOMOTIVE PAY AS BUILT | PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE  72260<br>MEXICO | 50568 | $0.00 |
| DAKKOTA INTEGRATED SYSTEMS | 1875 HALLOWAY DRIVE<br>HOLT, MI  48842 | 51088 | $0.00 |
| DURA AUTOMOTIVE SYSTEMS INC | 2791 RESEARCH DRIVE<br>ROCHESTER HILLS, MI  48309 | 30651 | $0.00 |
| EATON CORPORATION | EATON CENTER<br>CLEVELAND, OH  44114 | 35062 | $2,164,824.00 |
| EMERSON ELECTRIC COMPANY | 8000 W FLORISSANT AVE<br>PO BOX 4100<br>ST LOUIS, MO  63136-8506 | 35273 | $0.00 |
| FRENCH, JL CORP. | 3101 S TAYLOR DRIVE<br>PO BOX 1024<br>SHEBOYGAN, WI  53081-9401 | 39811 | $344,225.00 |
| GENERAL ELECTRIC COMPANY | 3135 EASTON TURNPIKE<br>FAIRFIELD, CT  06431-0001 | 43485 | $174,554.94 |
| GENERAL MOTORS-POWER TRAIN DIV | 31 E POWERTRAIN<br>MILFORD, MI  48380-3726 | 15386 | $173,477.13 |
| GOODMARK INDUSTRIES | 625 E OLD NORCROSS RD<br>LAWRENCEVILLE, GA  30045 | 57969 | $11,019.19 |
| GOODYEAR TIRE & RUBBER | 1144 EAST MARKET STREET<br>AKRON, OH  44316-0002 | 21773 | $12,552,111.00 |
| GROUPE SCHNEIDER | EXECUTIVE PLAZA<br>PALATINE, IL  60067 | 22634 | $1,141,013.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| GRUPO ANTOLIN NORTH AMERICA INC | 1700 ATLANTIC BLVD<br>AUBURN HILLS, MI 48236 | 49758 | $12,940,954.17 |
| HBPO NORTH AMERICA INC | 1050 WILSHIRE DR SUITE 300<br>TROY, MI 48084 | 53765 | $252,049.86 |
| HENGST N. AMERICA | 29 HENGST DR<br>CAMDEN, SC 29020 | 60815 | $20,000.00 |
| HITACHI METALS AMERICA LTD | 41800 W 11 MILE ROAD SUITE 100<br>NOVI, MI 48375 | 49020 | $1,098,732.84 |
| HITCHINER MANUFACTURING CO INC | ELM STREET<br>P O BOX 2001<br>MILFORD, NH 03055-1431 | 47293 | $101,790.99 |
| HORTON INC | 201 W CARMEL DR<br>CARMEL, IN 46032 | 49430 | $6,145.20 |
| HUTCHINSON SEAL DE MEXICO SA DE CV | PELICANOS NO 313 COL LOMAS DE SAN<br>FERNANDO ENSENSDA, BC 22785<br>MEXICO | 19314 | $0.00 |
| ILLINOIS TOOL WORKS INC | 3600 WEST LAKE AVENUE<br>GLENVIEW, IL 60025-5811 | 51027 | $3,327,380.00 |
| KUMHO TIRE USA | 10299 SIXTH ST<br>RANCHO CUCAMONGA, CA 91730-5875 | 55343 | $0.00 |
| LEAR CORPORATION | 21557 TELEGRAPH<br>SOUTHFIELD, MI 48034 | 91591 | $5,833,931.05 |
| LUK GMBH & CO | INDUSTRIESTRABE 3<br>BUHL 77815<br>GERMANY | 35629 | $1,159,004.47 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 33598 | $6,773,407.00 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 59887 | $92,090.82 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 60250 | $42,280.53 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 59121 | $61,621.70 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 57902 | $160,103.94 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 57259 | $31,136.92 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 49533 | $3,190,147.57 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 59002 | $135,006.20 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 60022 | $33,383.93 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 54887 | $37,330.20 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 60108 | $1,467,801.98 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 51616 | $0.00 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 56233 | $1,879.38 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 42069 | $28,282,385.18 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 59896 | $5,612.58 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 48048 | $58,247.54 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 54236 | $3,428.67 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 51630 | $15,481,062.40 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 31195 | $4,322,952.97 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 51575 | $3,853,773.00 |
| MAGNA INTERNATIONAL | 600 WILSHIRE DRIVE<br>TROY, MI 48084 | 57528 | $113.84 |
| MAGNETTI MARELLI SPA | 1389 WHEATON AVE, SUITE 800<br>TROY, MI 48083 | 18470 | $1,368,207.00 |
| MITSUBISHI HEAVY IND AMERICA INC | 520 MADISON AVENUE<br>NEW YORK, NY 10022-4213 | 67450 | $24,459.61 |
| MITSUBISHI HEAVY INDUSTRIES LTD | 5 1 MARUNOUCHI 2 CHOME CHIYODA KU<br>TOKYO 100 72903<br>JAPAN | 23200 | $86,308.43 |
| MITSUBISHI MOTORS CORPORATION | 33 8 SHIBA 5 CHOME<br>MINATO KU, TOKYO 1088410<br>JAPAN | 65692 | $1,500,000.00 |
| MOBIL OIL CORPORATION | 3225 GALLOWS ROAD ROOM 4W203<br>FAIRFAX, VA 22037-0001 | 64251 | $0.00 |
| MODINE MANUFACTURING COMPANY | 1500 DE KOVEN AVENUE<br>RACINE, WI 53403-2552 | 63774 | $713,358.34 |
| MOTIP DUPLI GMBH | KURT VOGELSANG STRABE 6 UNIT 1140<br>HASSMERSHEIM BADEN WURTTEMBG D-74851<br>GERMANY | 23202 | $15,192.66 |
| OMIX ADA INC | 460 HORIZON DR SUITE 400<br>SUWANEE, GA 30024 | 61994 | $19,725.74 |
| ORHAN NORTH AMERICA INC | 190 COUNTY HOME RD<br>PARIS, TN 38242 | 43995 | $4,773.47 |
| PAULSTRA CORPORATION | 460 FULLER N E<br>PO BOX 1886<br>GRAND RAPIDS, MI 49503-1900 | 24269 | $0.00 |
| POLYTEC AVO | METROPOOLSTRAAT 8<br>2900 SCHOTEN B-2900<br>BELGIUM | 37557 | $7,175.85 |
| SCHAEFFLER GROUP USA INC | 308 SPRINGHILL FARM ROAD<br>FORT MILL, SC 29715 | 52413 | $2,994,729.61 |
| SHUERT INDUSTRIES INC | 6600 DOBRY ROAD<br>STERLING HEIGHTS, MI 48078-7298 | 28278 | $1,000.00 |
| SPX CORPORATION | 700 TERRACE POINT DR<br>PO BOX 3301<br>MUSKEGON, MI 49443-3301 | 83739 | $302,166.19 |
| SUPERLIFT SUSPENSION SYSTEMS | 300 HUEY LENARD LOOP RD<br>WEST MONROE, LA 71292 | 61874 | $77,075.22 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| SYNCREON NORTH AMERICA HOLDINGS, INC. AND OTHER AFFILIATED ENTITES THAT ARE PARTY TO THAT CERTAIN LETTER AGREEMENT WITH THE DEBTORS DATED JUNE 8, 2009. | 100 MILVERTON RD SUITE 600 MISSISSAUGA, ON  L5R 4H1 CANADA | | |
| TERNES PROCUREMENT SERVICES | 700 MANUFACTURERS DR WESTLAND, MI  48186 | 31152 | $2,495,970.00 |
| THYSSEN KRUPP AG | 2573 S ROCHESTER ROAD BOX 1600 ROCHESTER, MI  48308-1600 | 42546 | $2,255,660.00 |
| TIMKEN | 1835 DUEBER AVENUE S W CANTON, OH  44706 | 90200 | $243,210.00 |
| TRW INC | 12001 TECH CENTER DR LIVONIA, MI  48150 | 90161 | $29,063,270.00 |
| VALEO SA | 43 RUE BAYEN PARIS  75017 FRANCE | 17603 | $2,143,546.00 |
| VALEO SYLVANIA LLC | 402 AIRPORT RD SEYMOUR, IN  47274-3397 | 30987 | $422,320.00 |
| VOLKSWAGEN AG | LETTER BOX 1961 WOLFSBURG  D38436 GERMANY | 52743 | $0.00 |
| WIGO WERK | SANDWEG 7 13 BAD KREUZNACH  55543 GERMANY | 47123 | $303,557.20 |
| WINSERT INC. | 2645 INDUSTRIAL PARKWAY SOUTH MARINETTE, WI  54143-3820 | 65986 | $41,121.20 |
| YASUNAGA | 3860 NAKAMACHI MIDORIGAOKA UENO, MIE  518 JAPAN | 51045 | $411,000.00 |
| ZYMEXX FAHRZEUGTECHNIK | JOHANNESSTRASSE 20 HERTEN  45701 GERMANY | 61947 | $26,113.53 |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| ARVIN MERITOR<br>2135 WEST MAPLE ROAD<br>TROY, MI 48084-7186 | 44558 | O4251134 |
| BATES ACQUISITION LLC<br>118 ROSE STREET<br>LOBELVILLE, TN 37097 | 34611 | O7414084<br>O7414085 |
| BENTELER AUTOMOTIVE<br>PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE 72260<br>MEXICO | 49587 | O7206014<br>O7206016<br>O7206018<br>O7206022 |
| BENTELER AUTOMOTIVE PAY AS BUILT<br>PROL AV DEFENSORES DE LA REP 999<br>ZONA INDUST NORTE CP PUEBL, PUE 72260<br>MEXICO | 50568 | O5206002<br>O5206015 |
| DAKKOTA INTEGRATED SYSTEMS<br>1875 HALLOWAY DRIVE<br>HOLT, MI 48842 | 51088 | O8564102 |
| DURA AUTOMOTIVE SYSTEMS INC<br>2791 RESEARCH DRIVE<br>ROCHESTER HILLS, MI 48309 | 30651 | O3522005 |
| GOODYEAR TIRE & RUBBER<br>1144 EAST MARKET STREET<br>AKRON, OH 44316-0002 | 21773 | O3534767<br>O6537008<br>O7537010 |
| ILLINOIS TOOL WORKS INC<br>3600 WEST LAKE AVENUE<br>GLENVIEW, IL 60025-5811 | 51027 | O4580042 |
| LEAR CORPORATION<br>21557 TELEGRAPH<br>SOUTHFIELD, MI 48034 | 91591 | O0244003<br>O0244004<br>O0244010<br>O0244011<br>O0244016<br>O0244017<br>O0244020<br>O0244024<br>O0245007<br>O0245017<br>O1244014<br>O1244028<br>O1244029<br>O4573004<br>O4573009<br>O4573010<br>O4573014<br>O4573015<br>O4573016<br>O4573019<br>O4573033<br>O4573035<br>O4593063<br>O4593064<br>O4593069 |

See the attached Addendum for important information.

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| | | O4593070 |
| | | O4593071 |
| | | O4593072 |
| | | O4593080 |
| | | O5218017 |
| | | O5573046 |
| | | O5573048 |
| | | O5573049 |
| | | O5573052 |
| | | O6244653 |
| | | O6573013 |
| | | O6573014 |
| | | O6573015 |
| | | O6582143 |
| | | O6582149 |
| | | O6582159 |
| | | O7575016 |
| | | O7575020 |
| | | O7575022 |
| | | O7575023 |
| | | O7575026 |
| | | O7575028 |
| | | O7575029 |
| | | O7575030 |
| | | O7582191 |
| | | O7582192 |
| | | O7582193 |
| | | O7582194 |
| | | O7582195 |
| | | O7582196 |
| | | O7582200 |
| | | O7582201 |
| | | O7584003 |
| | | O7584004 |
| | | O8575031 |
| | | O8575032 |
| | | O8575033 |
| | | O8575034 |
| | | O8575040 |
| | | O8575041 |
| | | O8584005 |
| | | O8584006 |
| | | O8584007 |
| | | O8584008 |
| | | O9576079 |
| | | O9576085 |
| | | O9576087 |
| | | O9576096 |
| | | O9576097 |
| | | O9576101 |
| | | O9584055 |
| | | O9584056 |
| | | O9584057 |
| | | O9584059 |
| | | O9584060 |
| | | O9584066 |

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| | | O9584067 |
| MAGNA INTERNATIONAL<br>600 WILSHIRE DRIVE<br>TROY, MI  48084 | 60108 | O8562241 |
| MAGNA INTERNATIONAL<br>600 WILSHIRE DRIVE<br>TROY, MI  48084 | 51616 | O3124165<br>O4132628 |
| PAULSTRA CORPORATION<br>460 FULLER N E<br>PO BOX 1886<br>GRAND RAPIDS, MI  49503-1900 | 24269 | O8704057<br>O8704058<br>O8704059<br>O9704056 |
| TRW INC<br>12001 TECH CENTER DR<br>LIVONIA, MI  48150 | 90161 | O3264042<br>O4243267<br>O7526033<br>O8552026<br>O8552027 |
| VALEO SA<br>43 RUE BAYEN<br>PARIS  75017<br>FRANCE | 17603 | O3704001 |

See the attached Addendum for important information.

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit A are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on Exhibit A relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of Exhibit A as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in Exhibit A or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit B**

**[Schedule of Certain Confirmed Dealer Agreements and Cure Costs Related Thereto]**

| DEALER NAME | MAJORITY OWNER | DEALER ADDRESS | DEALER CODE | LINES | CURE AMOUNT |
|---|---|---|---|---|---|
| ANCIRA MOTOR COMPANY | ERNESTO ANCIRA JR | DBA ANCIRA CHRYSLER JEEP DODGE<br>10807 IH 10 W<br>SAN ANTONIO, TX 78230-1301 | 23867 | JCDT | $0.00 |
| ASBURY AUTOMOTIVE - ASBURY AUTOMOTIVE BRANDON, L.P. | CHARLES R OGLESBY | DBA COURTESY CHRYSLER-JEEP-DODGE<br>622 THIRD AVENUE 37TH FLOOR<br>NEW YORK, NY 10017 | 45399 | DTCJ | $0.00 |
| ASBURY AUTOMOTIVE - CROWN FDO LLC | CHARLES R OGLESBY | DBA CROWN DODGE OF FAYETTEVILLE<br>622 THIRD AVENUE 37TH FLOOR<br>NEW YORK, NY 10017 | 45035 | DT | $0.00 |
| ASBURY AUTOMOTIVE - CROWN GDO LLC | CHARLES R OGLESBY | DBA CROWN CHRYSLER DODGE<br>622 THIRD AVENUE 37TH FLOOR<br>NEW YORK, NY 10017 | 42622 | DCT | $0.00 |
| BROADWAY LONE STAR, LTD | WILLIAM DAY | DBA NORTH STAR DODGE CHRYSLER JEEP<br>7242 SAN PEDRO<br>SAN ANTONIO, TX 78216-6204 | 45448 | DTCJ | $0.00 |
| BROOKLYN CENTER MOTORS LLC | CHARLES D LUTHER | DBA LUTHER BROOKDALE CHRY-JEEP<br>8188 BROOKLYN BLVD<br>BROOKLYN PARK, MN 55445-2459 | 68978 | CDTJ | $0.00 |
| CROWN MOTORS INC | FRED F GRIFFITH | DBA CROWN DODGE-CHRYSLER-PLYMOUTH<br>1701 RAINBOW DR<br>GADSDEN, AL 35901-3619 | 57073 | DCT | $0.00 |
| DAVE MARSTON MOTORS INC | DAVID L MARSTON | 9594 HWY 70 WEST<br>MINOCQUA, WI 54548 | 43956 | DTCJ | $0.00 |
| DODGE COUNTRY, LTD | ACE M CONNELL | DBA FREEDOM JEEP CHRYSLER<br>3602 E CENTRAL TEXAS EXPY<br>KILLEEN, TX 76543-7301 | 60300 | CJ | $0.00 |
| DODGE COUNTRY, LTD. | DAVID M CONNELL | DBA DODGE COUNTRY, LTD.<br>1902 E CENTRAL TEXAS EXPY<br>KILLEEN, TX 76541-9110 | 43173 | DT | $0.00 |
| DODGE OF BURNSVILLE INC | JOHN J ADAMICH JR | 12101 35W SOUTH<br>BURNSVILLE, MN 55337 | 42832 | DT | $0.00 |
| EDDIE ACCARDI JEEP CHRYSLER | EDMUND ACCARDI | DBA ACCARDI MILROT JEEP CHRYSLER DODGE<br>4224 SOUTH HWY 441<br>OKEECHOBEE, FL 34974 | 44638 | DTCJ | $0.00 |
| GANLEY CHRYSLER JEEP DODGE, INC. | THOMAS D GANLEY | DBA GANLEY CHRYSLER JEEP DODGE, INC.<br>13215 DETROIT AVENUE<br>LAKEWOOD, OH 44107 | 41943 | DTCJ | $0.00 |
| HUDSON CHRYSLER LLC | JOHN G KREMER | 1200 CARMICHAEL RD SOUTH<br>HUDSON, WI 54016 | 44435 | DTCJ | $0.00 |
| HUNTINGTON BEACH CHRYSLER JEEP, | RICHARD A EVANS JR | DBA HUNTINGTON BEACH CHRYSLER JEEP<br>16701 BEACH BLVD<br>HUNTINGTON BEACH, CA 92647-4814 | 24100 | JC | $0.00 |
| JIM CLICK DODGE | ROBERT H TUTTLE | DBA TUTTLE-CLICK'S TUSTIN CHRYSLER<br>40 AUTO CENTER DRIVE<br>TUSTIN, CA 92782 | 43174 | DTCJ | $0.00 |
| JIM CLICK INC | JAMES H CLICK JR | DBA JIM CLICK CHRYSLER JEEP<br>701 W AUTO MALL DR<br>TUCSON, AZ 85705-6013 | 26001 | JC | $0.00 |
| JIM CLICK, INC. | JAMES H CLICK | DBA JIM CLICK DODGE<br>850 W AUTO MALL DRIVE<br>TUCSON, AZ 85705 | 44628 | DT | $0.00 |

Designations above for "Lines" refer to the linemakes Chrysler ("C"), Jeep ("J") and Dodge ("D") or Dodge Truck ("T"). Please see attached addendum for important additional information.

| DEALER NAME | MAJORITY OWNER | DEALER ADDRESS | DEALER CODE | LINES | CURE AMOUNT |
|---|---|---|---|---|---|
| JUETTNER MOTORS INC | MARK T JUETTNER | 1900 SOUTH BROADWAY<br>ALEXANDRIA, MN 56308 | 63718 | CDT | $0.00 |
| LAUREL CHRYSLER JEEP, INC. | MICHAEL B SMITH | DBA LAUREL CHRYSLER JEEP, INC.<br>1880 BEDFORD ST<br>JOHNSTOWN, PA 15902-3426 | 67298 | CJ | $0.00 |
| LONE STAR IH-10, LTD | WILLIAM DAY | DBA LONE STAR CHRYSLER DODGE JEEP<br>8811 INTERSTATE 35 S<br>SAN ANTONIO, TX 78211-5700 | 45447 | DTCJ | $0.00 |
| NAPA CHRYSLER INC | PATRICK R SMORRA | DBA NAPA CHRYSLER JEEP DODGE<br>333 SOSCOL AVE<br>NAPA, CA 94559-4005 | 68574 | CDTJ | $0.00 |
| POMPANO MOTOR COMPANY | EDMUND ACCARDI | DBA EDDIE ACCARDI JEEP CHRYSLER<br>909 SOUTH FEDERAL HIGHWAY<br>POMPANO BEACH, FL 33062-7096 | 23963 | JC | $0.00 |
| RESEDA DODGE SALES INC | HORMOZ RAMY | DBA SIMI VALLEY CHRYSLER JEEP DODGE<br>2350 FIRST ST<br>SIMI VALLEY, CA 93065 | 44280 | DTCJ | $0.00 |
| ROSEVILLE CHRYSLER, INC | JEROME T GOLINVAUX | DBA ROSEVILLE CHRYSLER JEEP DODGE,<br>2805 HIGHWAY 35W NORTH<br>ROSEVILLE, MN 55113-1133 | 66912 | CDTJ | $0.00 |
| SHAVER AUTOMOTIVE GROUP INC | ANDREW P SHAVER | DBA SHAVER JEEP<br>3888 EAST THOUSAND OAKS<br>THOUSAND OAKS, CA 91362 | 24124 | J | $0.00 |
| STANLEY-LYND AUTOPLEX,LLC | JAMES W STANLEY | DBA STANLEY-LYND AUTOPLEX,LLC<br>308 N FANNIN AVE<br>CAMERON, TX 76520-3362 | 45363 | DTCJ | $0.00 |
| TUTTLE-CLICK INC | CHRISTOPHER B COTTER | DBA TUTTLE-CLICK CHRYSLER JEEP DODGE<br>40 AUTO CENTER DRIVE<br>IRVINE, CA 92618-2827 | 24097 | JCDT | $0.00 |

Designations above for "Lines" refer to the linemakes Chrysler ("C"), Jeep ("J") and Dodge ("D") or Dodge Truck ("T"). Please see attached addendum for important additional information.

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit B are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[4]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. The Debtors are hereby designating all of the dealership agreements relating to the dealership locations identified on Exhibit B, including, without limitation, all Sales and Service Agreements and Direct Dealer Agreements for any linemake at the identified dealership location, and any amendments, modifications, supplements, addenda, restatements or exhibits to those agreements, as well as any ancillary agreements and leases related to such Dealer Agreements at the identified dealership locations (collectively, the "Ancillary Agreements").

The Ancillary Agreements include, without limitation, software license agreements, data exchange and electronic commerce agreements, real property leases, Five Star dealer license agreements, options, sign leases, dealer improvement agreements, market action agreements, letters of intent and term sales agreements, as well as all site control agreements and similar agreements with Chrysler Realty Company LLC. The identified Cure Costs represents the aggregate Cure Costs for all of these agreements.

If any of the listed agreements is a Direct Dealer Agreement, then such Direct Dealer Agreement will only be assumed and assigned to the Purchaser if the Non-Debtor Counterparty first agrees to modify such agreement and restate it in the form of the Sales and Service Agreement. If the Non-Debtor Counterparty does not agree to so modify and restate its Direct Dealer Agreement in the form of the Sales and Service Agreement, then notwithstanding any other provisions in the Assignment Notice, the Bidding Procedures or this notice, such Direct Dealer Agreement and any Ancillary Agreement thereto will not be assumed and assigned as set forth herein.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[4]     Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit C**

**[Schedule of Certain Confirmed General Agreements and Cure Costs Related Thereto]**

| CHRYSLER ENTITY | COUNTERPARTY | COUNTERPARTY NAME | ADDRESS ONE | CITY | STATE | ZIP | Country | DATE OF AGREEMENT | TITLE OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 11/30/2007 | Master Lease Agreement | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | Attn: Senior VP, North America Operations | Three Capital Drive | Eden Prairie | MN | 55344 | | 11/30/2007 | Discount Agreement | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Capital Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 10/31/2001 | Master Lease Agreement | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 4/7/2009 | Waiver (with respect to Master Lease Agreement dated November 30, 2007) | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 4/7/2009 | Waiver (with respect to Master Lease Agreement dated October 31, 2001) | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 11/30/2007 | Security Agreement | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services; DaimlerChrysler Financial Services LLC | | Three Capital Drive | Eden Prairie | MN | 55344 | | 11/30/2007 | Intercreditor Agreement | $0.00 |
| | Gelco Corporation dba GE Fleet Services; DaimlerChrysler Financial Services LLC | DaimlerChrysler Financial Services LLC | Mercedesstrasse 137 | Stuttgart | | 70327 | Germany | | | |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services; Wilmington Trust Company | | Three Capital Drive | Eden Prairie | MN | 55344 | | 11/30/2007 | Intercreditor Agreement | $0.00 |
| | Gelco Corporation dba GE Fleet Services; Wilmington Trust Company | Wilmington Trust Co. Attn: James A Hanley, Asst. VP | 1100 N Market Street | Wilmington | DE | 19890 | | | | |
| DaimlerChrysler Corporation | Gelco Corporation dba GE Capital Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 10/31/2001 | Security Agreement | $0.00 |
| DaimlerChrysler Corporation | Gelco Corporation dba GE Capital Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 10/31/2001 | Agreement | $0.00 |
| DaimlerChrysler Corporation | GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 8/1/2006 | Master Lease Agreement  Rate Schedule | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services; DaimlerChrysler Financial Services LLC | DaimlerChrysler Financial Services LLC | Mercedesstrasse 137 | Stuttgart | | 70327 | Germany | 10/31/2001 | Intercreditor Agreement | $0.00 |
| | Gelco Corporation dba GE Fleet Services; DaimlerChrysler Financial Services LLC | | Three Capital Drive | Eden Prairie | MN | 55344 | | | | $0.00 |
| Chrysler LLC | Gelco Corporation dba GE Fleet Services | | Three Capital Drive | Eden Prairie | MN | 55344 | | 3/31/2009 | Waiver (with respect to Master Lease Agreement dated November 30, 2007) | $0.00 |
| Chrysler Motors, LLC | RHE Hatco, Inc. | | 601 Marion Drive | Garland | TX | 75042 | | 9/27/2007 | Trademark License of Dodge Brand and Resistol Trademark | $246,375.00 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit C are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[5]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit C for assumption and assignment. Unless otherwise stated in Exhibit C or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[5] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit D**

**[Confirmed Real Property Agreement and Cure Costs Related Thereto]**

**Debtor as Lessor**

| | Address | Type of Interest | Type of Property | Lessor | Lessee Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | 3900 Stickney Avenue Toledo, Ohio  43608 | Leased | Land | Chrysler LLC | Tenant<br><br>Ohio Module Manufacturing Co., LLC<br>Attn: Plant Manger,<br>Hyundai Mobis Ohio, LLC,<br>3900 Stickney Avenue,<br>Toledo, OH 43608<br><br>Tenant Notice<br><br>Attn: Grace Fremlin,<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | $0 |

# ADDENDUM

The Purchaser filed a schedule of certain confirmed real property agreements and cure costs related thereto, as Exhibit A to Docket Number 3920, with respect to the Confirmed Agreements listed on Exhibit D. The Non-Debtor Counterparty and the Purchaser have subsequently agreed to amend and restate the Confirmation Schedule with respect to the Confirmed Agreements listed on this Exhibit D to reflect a Cure Agreement entered between the parties.

The executory contracts and unexpired leases identified in Exhibit D are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[6]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit D for assumption and assignment. Unless otherwise stated in Exhibit D or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[6] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit E**

**[Confirmed Supplier Agreement and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| RED-E-MIX INC | 286 NORTH FRONTIER STREET<br>WICKENBURG, AZ 85390-1419 | 52875 | $170,125.00 |

# ADDENDUM

The Purchaser filed a schedule of certain confirmed supplier agreements and cure costs related thereto, as Exhibit A to Docket Number 3874, with respect to the Confirmed Agreements listed on Exhibit E. The Non-Debtor Counterparty and Purchaser have subsequently agreed to amend and restate the Confirmation Schedule with respect to the Confirmed Agreements listed on this Exhibit E to reflect a Cure Agreement entered between the parties.

The executory contracts and unexpired leases identified in Exhibit E are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[7]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on Exhibit E relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of Exhibit E as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in Exhibit E or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[7] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.