JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| Old Carco LLC | : | Case No. 09-50002 (AJG) |
| (f/k/a Chrysler LLC), *et al.*,[1] | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | x |  |

------------------------------------------------------------

## NOTICE OF HEARING ON
## NINTH OMNIBUS MOTION OF DEBTORS AND
## DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
## BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
## <u>AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS</u>

### PLEASE TAKE NOTICE OF THE FOLLOWING:

---

[1] A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

1. A hearing to consider the Ninth Omnibus Motion of Debtors and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts (the "Motion"), filed by the above-captioned debtors and debtors in possession (the "Debtors"), shall be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **July 16, 2009, at 10:00 a.m. (New York time).**

2. Objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and be filed with the Bankruptcy Court and must be served in accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), so as to be actually received by the parties on the Special Service List (as defined in the Case Management Order) and the parties to the executory contracts sought to be affected not later than **4:00 p.m. (New York time) on June 29, 2009** (the "Objection Deadline").

3. If no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form attached to the Motion, which order shall be submitted and may be entered with no further notice or opportunity to be heard offered to any party.

4. Copies of the Motion, the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb-mega.uscourts.gov or, free of charge, at www.chryslerrestructuring.com.

Dated: June 18, 2009  
      New York, New York

Respectfully submitted,

 /s/ Corinne Ball  
Corinne Ball  
Veerle Roovers  
JONES DAY  
222 East 41st Street  
New York, New York 10017  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306

David G. Heiman  
JONES DAY  
North Point  
901 Lakeside Avenue  
Cleveland, Ohio 44114  
Telephone: (216) 586-3939  
Facsimile: (216) 579-0212

Jeffrey B. Ellman  
JONES DAY  
1420 Peachtree Street, N.E.  
Suite 800  
Atlanta, Georgia 30309  
Telephone: (404) 521-3939  
Facsimile: (404) 581-8330

ATTORNEYS FOR DEBTORS AND  
DEBTORS IN POSSESSION

**PARTIES RECEIVING THIS NINTH OMNIBUS MOTION
SHOULD LOCATE THEIR NAMES IN THE ATTACHED EXHIBIT A**

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
Old Carco LLC                                               :   Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.,*[1]                          :
                                                            :   (Jointly Administered)
                              Debtors.                      :
                                                            :
------------------------------------------------------------x

---

[1]     A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

**NINTH OMNIBUS MOTION OF DEBTORS AND
DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS**

TO THE HONORABLE ARTHUR J. GONZALEZ,
UNITED STATES BANKRUPTCY JUDGE:

Old Carco LLC (f/k/a Chrysler LLC) ("Old Carco") and its affiliated debtors and

debtors in possession (collectively with Old Carco, the "Debtors") respectfully represent as

follows:

## Background

1.      On April 30, 2009 (the "Petition Date"), Old Carco and 24 of its affiliated

Debtors (collectively, the "Original Debtors") commenced their reorganization cases by filing

voluntary petitions for relief under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code").  On May 19, 2009, Debtor Alpha Holding LP ("Alpha") commenced

its reorganization case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

By orders of the Court (Docket Nos. 97 and 2188), the Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being administered jointly.

2.      The Debtors are authorized to continue to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

3.      On May 5, 2009, the Office of the United States Trustee for the Southern

District of New York appointed an official committee of unsecured creditors, pursuant to section

1102 of the Bankruptcy Code.

4.      As of the Petition Date, the Debtors and their nondebtor direct and indirect

subsidiaries (collectively, the "Old Carco Companies") comprised one of the world's largest

manufacturers and distributors of automobiles and other vehicles, together with related parts and accessories. On the Petition Date, the Old Carco Companies employed approximately 55,000 hourly and salaried employees worldwide, 70% of whom were based in the United States.

5.     For the 12 months ended December 31, 2008, the Old Carco Companies recorded revenue of more than $48.4 billion and had assets of approximately $39.3 billion and liabilities totaling $55.2 billion.

6.     In connection with the commencement of these cases, Old Carco and its Debtor subsidiaries, Fiat S.p.A. ("Fiat") and New Chrysler (as defined below) entered into a Master Transaction Agreement dated as of April 30, 2009 (as amended and collectively with other ancillary and supporting documents, the "Purchase Agreement"). The Purchase Agreement provided, among other things, that: (a) Old Carco would transfer the majority of its operating assets to New CarCo Acquisition LLC (n/k/a Chrysler Group LLC) ("New Chrysler"), a newly established Delaware limited liability company formed by Fiat; and (b) in exchange for those assets, New Chrysler would assume certain liabilities of Old Carco and pay to Old Carco $2 billion in cash (collectively with the other transactions contemplated by the Purchase Agreement, the "Fiat Transaction"). On May 3, 2009, the Original Debtors filed a motion to approve the Fiat Transaction or a similar transaction with a competing bidder (Docket No. 190).

7.     On May 31, 2009, this Court issued: (a) an Opinion Granting the Debtors' Motion Seeking Authority to Sell, Pursuant to § 363, Substantially All of the Debtors' Assets (Docket No. 3073) (the "Sale Opinion"); and (b) an Opinion and Order Regarding Emergency Economic Stabilization Act of 2008 and Troubled Asset Relief Program (Docket Nos. 3074 and 3229) (together with the Sale Opinion, the "Opinions"). On June 1, 2009 and consistent with the Sale Opinion, this Court entered an Order authorizing the Fiat Transaction (Docket No. 3232)

(the "Sale Order"). On June 5, 2009, the United States Court of Appeals for the Second Circuit affirmed the Opinions and the Sale Order. Consistent with the Sale Order, the Fiat Transaction was consummated on June 10, 2009.

## Jurisdiction

8.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

9.      Pursuant to section 365 of the Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors hereby seek the entry of an order authorizing them to reject all of their executory contracts (collectively, the "Contracts") with the parties identified on Exhibit A (collectively, the "Non-Debtor Counterparties") effective as of the date hereof.

## Facts Relevant to This Motion

10.      The Debtors have engaged in a review of certain of their executory supplier contracts. As a result of their review, the Debtors have determined that their Contracts with the Non-Debtor Counterparties identified on Exhibit A are neither necessary nor valuable to their estates and will not be assumed and assigned as part of the Fiat Transaction.

11.      Each of the Contracts is an "executory contract" within the meaning of section 365 of the Bankruptcy Code, capable of being rejected by the Debtors. To the extent that any Contract already has expired or been terminated, it is included herein out of an abundance of caution.

## **Argument**

12.     Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease." 11 U.S.C. § 365(a).  Courts routinely approve motions to assume, assume and assign or reject executory contracts upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment.  See Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1099 (2d Cir. 1993) (stating that section 365 of the Bankruptcy Code "permits the trustee or debtor-in-possession, subject to the approval of the bankruptcy court, to go through the inventory of executory contracts of the debtor and decide which ones it would be beneficial to adhere to and which ones it would be beneficial to reject."); see also NLRB v. Bildisco & Bildisco, 465 U.S. 513, 523 (1984) (stating that the traditional standard applied by courts to authorize the rejection of an executory contract is that of "business judgment"); In re Gucci, 193 B.R. 411, 415 (S.D.N.Y. 1996) ("A bankruptcy court reviewing a trustee's decision to assume or reject an executory contract should apply its 'business judgment' to determine if it would be beneficial or burdensome to the estate to assume it.").

13.     Courts generally will not second-guess a debtor's business judgment concerning the assumption or rejection of an executory contract.  See In re Riodizio, Inc., 204 B.R. 417, 424 (Bankr. S.D.N.Y. 1997) ("[A] court will ordinarily defer to the business judgment of the debtor's management"); accord Phar-Mor, Inc. v. Strouss Bldg. Assocs., 204 B.R. 948, 951-52 (Bankr. N.D. Ohio 1997) ("Whether an executory contract is 'favorable' or 'unfavorable' is left to the sound business judgment of the debtor . . . .  Courts should generally defer to a debtor's decision whether to reject an executory contract.").  The "business judgment" test is not a strict standard; it merely requires a showing that either assumption or rejection of the

executory contract will benefit a debtor's estate. See, e.g., Bregman v. Meehan (In re Meehan), 59 B.R. 380, 385 (E.D.N.Y. 1986) ("The business judgment test is a flexible one . . . . The primary issue under the business judgment test is whether rejection of the contract would benefit general unsecured creditors."); In re Helm, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 2006) ("To meet the business judgment test, the debtor in possession must establish that rejection will benefit the estate."); Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.), 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996) ("In reviewing a debtor's decision to assume or reject an executory contract, the court must examine the contract and circumstances and apply its best 'business judgment' to determine if the assumption or rejection would be beneficial or burdensome to the estate.").

14. As noted above, New Chrysler has determined not to accept an assignment of Contracts with any of the Non-Debtor Counterparties in connection with the Fiat Transaction. In addition, following the consummation of the Fiat Transaction, the Debtors are in the process of winding down their business affairs and have no further need for the goods or services that otherwise would be provided pursuant to the Contracts. As such, the Debtors have determined that the Contracts provide no ongoing benefits to their estates. Moreover, the Debtors have determined that the Contracts do not have any realizable value in the marketplace.

15. Courts that have permitted retroactive rejection generally have permitted rejection of an executory contract to be effective as of the date on which the nondebtor party to the executory contract was given definitive notice of the debtor's intent to reject. See, e.g., In re Loewen Group Int'l, Inc., No. 99 1244 (PJW) (Bankr. D. Del. Aug. 18, 2000) (authorizing rejection effective as of the date of the filing of the rejection motion). Generally, the Non-Debtor

Counterparties received notice of the Debtors' intent to reject the Contracts upon the filing and service of this Motion.

16.     Accordingly, in the sound exercise of their business judgment, the Debtors have determined that the rejection of the Contracts, pursuant to section 365 of the Bankruptcy Code, effective as of the date of this Motion, is in the best interests of their estates and stakeholders.

### Notice

17.     No trustee or examiner has been appointed in these chapter 11 cases.  In accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), entered on May 12, 2009, notice of this Motion has been given to the parties identified on the General Service List and the Special Service List (as such terms are identified in the Case Management Order), and to the Non-Debtor Counterparties to the Contracts identified in Exhibit A.  The Debtors submit that no other or further notice need be provided.

### No Prior Request

18.     No prior request for the relief sought in this Motion has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order substantially in the form attached hereto as <u>Exhibit B</u>, granting the relief requested herein; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

Dated: June 18, 2009
      New York, New York

Respectfully submitted,

 /s/ Corinne Ball
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT A

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| 3-D SALES INC | 2026 SOUTH PARKER<br>MARINE CITY, MI 48039 | 12369 |
| A & S INDUSTRIAL COATING CO INC | 23800 AMBER P O BOX 1045<br>WARREN, MI 48090-1045 | 42897 |
| A W COMPANY | 8809 INDUSTRIAL DRIVE<br>FRANKSVILLE, WI 53126 | 60631 |
| ABANAKI CORPORATION | 17387 MUNN ROAD<br>CHAGRIN FALLS, OH 44022 | 77493 |
| ABSORB TECH LLC | 9236 KEYSTONE ST<br>PHILADELPHIA, PA 19114 | 13686 |
| ACCO AIR CONDITIONING CO | 11375 SUNRISE PARK DRIVE 600<br>RANCHO CORDOVA, CA 95742 | 46217 |
| ACRO AUTOMATION SYSTEMS | 2900 W GREENTREE ROAD BOX 09401<br>MILWAUKEE, WI 53209-2640 | 43203 |
| ADAC STRATTEC DE MEXICO | CALLE MAGNETO 2409<br>JUAREZ, CHIH 32640<br>MEXICO | 60698 |
| AGI SCHUTZ MERCHANDISING | 376 PINE STREET EXT<br>FOREST CITY, NC 28043-4502 | 34127 |
| AHERN J F | 855 MORRIS STREET P O BOX 1316<br>FOND DU LAC, WI 54935-5611 | 73515 |
| AIRCOND CORPORATION | 400 LAKE RIDGE DRIVE<br>SMYRNA, GA 30082 | 44125 |
| AIRTECH CONTROLS COMPANY | 30571 BECK RD PO BOX 930345<br>WIXOM, MI 48393-0345 | 21204 |
| ALLIANCE | 29600 SOUTHFIELD<br>SOUTHFIELD, MI 48076 | 47129 |
| AMCAN CONSOLIDATED TECHNOLOGIES | 9 HILLYARD STREET PO BOX 446 LCD 1<br>HAMILTON, ON L8L7X3<br>CANADA | 33984 |
| AMERICAN G F M CORPORATION | 1200 CAVALIER BLVD<br>CHESAPEAKE, VA 23323-1597 | 66428 |
| AMERISOURCE IND SUPPLY CO INC | 9145 VINCENT<br>HAMTRAMACK, MI 48211 | 61903 |
| AMETEK INC | STATION SQUARE 2<br>PAOLI, PA 19301 | 10554 |
| ANCHOR ABRASIVES COMPANY | 7651 W 18TH STREET<br>TINLEY PARK, IL 60477-6267 | 15441 |
| APPLIED INDUSTRIAL TECHNOLOGIES | ONE APPLIED PLAZA<br>CLEVELAND, OH 44115-5000 | 18198 |
| APPLIED MARKETING SOLUTIONS INC | 33228 WEST 12 MILE ROAD SUITE 111<br>FARMINGTON HILLS, MI 48334 | 25128 |
| APPLIED TECHNOLOGIES INC-OH | 440 SOUTH REYNOLDS ROAD SUITE 100<br>TOLEDO, OH 43615-5934 | 44880 |
| ARADCO MANAGEMENT LIMITED | 452 CHARLES<br>WINDSOR, ON N8X3Z1<br>CANADA | 13062 |
| ARBOR SPRING WATER CO-ANN ARBOR | 1440 PLYMOUTH ROAD<br>ANN ARBOR, MI 48105-1799 | 47819 |
| ARCHER CORPORATE SERVICES | 6703 HAGGERTY RD SUITE B<br>BELLEVILLE, MI 48111 | 61737 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| ARISTO-CRAFT INC | 105 EAST POND<br>ROMEO, MI 48065 | 95583 |
| ARKK ENGINEERING INC | 14251 ELEVEN MILE<br>OAK PARK, MI 48237-1152 | 71153 |
| ARROW UNIFORM RENTAL INC | 6400 MONROE BLVD<br>TAYLOR, MI 48180-1814 | 12609 |
| ASIMCO CAMSHAFT SPECIALTIES INC | 11118 US 31<br>GRAND HAVEN, MI 49417 | 51809 |
| ASTBURY LOUIS B CO ENVIRONMENTAL | 5933 WEST 71ST STREET<br>INDIANAPOLIS, IN 46278 | 52799 |
| ASTRO-NETICS INC | 1780 E 14 MILE ROAD<br>MADISON HEIGHTS, MI 48071 | 14693 |
| ATLANTIC COAST LABORATORIES INC | 630 CHURCHMANS ROAD<br>NEWARK, DE 19702 | 79487 |
| ATLAS FLUID COMPONENTS | 135 EAST ASCOT LANE PO BOX 4050<br>CUYAHOGA FALLS, OH 44223-4050 | 14661 |
| ATS WHEELS | 979 W VETERANS BLVD<br>AUBURN, AL 36832 | 57525 |
| AUTOCRAFT INDUSTRIES | 10001 NW 2ND ST<br>OKLAHOMA CITY, OK 73127 | 66204 |
| AUTOMATION & CONTROL TECH LTD | 3607 MARINE DRIVE<br>TOLEDO, OH 43609-1019 | 97619 |
| AUTOMATION AND MODULAR COMPONENTS | 2250 NORTH OPDYKE ROAD<br>AUBURN HILLS, MI 48326-2437 | 78079 |
| AUTOTEK SEALANTS INC | 23800 RESEARCH DRIVE<br>FARMINGTON HILLS, MI 48335 | 88103 |
| AXLE ALLIANCE COMPANY | 13400 OUTER DRIVE WEST<br>DETROIT , MI 48239 | 48907 |
| AXLY TOOL & BUSHING INC | 727 SKINNER STREET<br>BAD AXE, MI 48413 | 92166 |
| B D C INC | 1353 BAUER BLVD<br>ST LOUIS, MO 63132-1987 | 41032 |
| BEAR COM OPERATING LP | 4009 DISTRIBUTION DRIVE<br>GARLAND, TX 75041 | 16047 |
| BEI ELECTRONICS INC | ONE POST STREET SUITE 2500<br>SAN FRANCISCO, CA 94104 | 49083 |
| BERKLEY INDUSTRIES | 9938 PIGEON ROAD P O BOX 207<br>BAY PORT, MI 48720-0207 | 43571 |
| BESWAY EXTERMINATORS | 2509 VALWOOD PARKWAY<br>DALLAS, TX 75234-3413 | 14992 |
| BGK FINISHING SYSTEMS INC | 4131 PHEASANT RIDGE DRIVE N<br>MINNEAPOLIS, MN 55434-7104 | 69927 |
| BHARAT FORGE AMERICA | 2807 S MARTIN LUTHER KING JR BLVD<br>LANSING, MI 48910 | 61462 |
| BLACKHAWK AUTOMOTIVE PLASTS-MASON | 4219 U S ROUTE 42<br>MASON, OH 45040-1998 | 25196 |
| BLALOCK OIL COMPANY | 9949 S MAIN P O BOX 775<br>JONESBORO, GA 30237 | 13460 |
| BLUE DOT SERVICES COMPANY | 5108 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 | 46150 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| BLUE WATER AUTOMOTIVE SYSTEMS INC | 1515 BUSHA HIGHWAY P O BOX 129<br>MARYSVILLE, MI  48040-1754 | 55667 |
| BLX13 INC | 7901 SOUTHPARK PLAZA<br>LITTLETON, CO  80120 | 62128 |
| BRASK ENTERPRISES INC | 217 O NEIL BLVD<br>ATTLEBORO, MA  02703-4215 | 22296 |
| BRAUN MACHINERY COMPANY INC | 4130 FORTY FORTH STREET SE<br>GRAND RAPIDS, MI  49512 | 78385 |
| BRECHBUHLER SCALES INC | 980 SOUTH MARR ROAD<br>COLUMBUS, IN  47201 | 15246 |
| BRIGHTON TOOL & DIE INC | 735 NORTH SECOND ST<br>BRIGHTON, MI  48116 | 18601 |
| BROOKFIELD ENGINEERING LAB INC | 11 COMMERCE BOULEVARD<br>MIDDLEBORO, MA  02346-1031 | 18628 |
| BUEHLER LIMITED | 41 WAUKEGAN ROAD P O BOX 1<br>LAKE BLUFF, IL  60044-1699 | 18713 |
| BUJIAS NGK DE MEXICO,S.A. DE C.V. | TOLTECAS NO. 263<br>SANTA CLARA, MEXICO  55540<br>MEXICO | 21066 |
| BURR CHEMICAL COMPANY | 1649 CHARLES STREET<br>ROCKFORD, IL  61104-2499 | 23088 |
| C PLASTICS  CORPORATION | 243 WHITNEY STREET<br>LEOMINSTER, MA  01453-3275 | 30767 |
| CADENCE INNOVATION LLC | 977 EAST 14 MILE RD<br>TROY, MI  48084 | 57521 |
| CAMPBELL-COX LTD | 61 ARROW ROAD<br>BOX 623<br>GUELPH, ON  N1H6L3<br>CANADA | 15977 |
| CARLSON COMPANIES INC | CARLSON PARKWAY P O BOX 59159<br>MINNEAPOLIS, MN  55459 | 94781 |
| CAROL S CAR WASH | 533 E NINE MILE RD<br>HAZEL PARK, MI  48030-1891 | 56023 |
| CARR APPRAISALS INC | PO BOX 909<br>BOWIE, MD  20718 | 58694 |
| CARRIGAN DEVELOPMENT INC | 2896 ST HELENS<br>KIMBALL, MI  48074 | 47553 |
| CATCHING FLUID POWER | 4793 COLT ROAD<br>ROCKFORD, IL  61109 | 71949 |
| CENTURY SAW & TOOL COMPANY | 19347 MT ELLIOTT<br>DETROIT, MI  48234-2783 | 23296 |
| CFX LOGISTICS INC | 1700 NW 65 AVE    SUITE 7<br>PLANTATION, FL  33313 | 57124 |
| CHECKER MOTOR CORPORATION | 2016 N  PITCHER STREET<br>KALAMAZOO, MI  49007-1894 | 25182 |
| CIBA-GEIGY LIMITED GROUP | ALLCOMM ADVERTISING AG LETTENWEG<br>118 ALLSCHWIL, CHE  4123<br>SWITZERLAND | 20729 |
| CIVIL CONSTRUCTORS INC | 2283 ROUTE 20 EAST P O BOX 750<br>FREEPORT, IL  61032 | 94343 |
| CLARCOR | 2911 RESEARCH DRIVE<br>ROCHESTER HILLS, MI  48309 | 46622 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| CLEAN THE UNIFORM COMPANY ST LOUIS | 1316 S 7TH STREET P O BOX 12210<br>ST LOUIS, MO 63104-3606 | 24096 |
| CLEMENT COMMUNICATIONS INC | CONCORD INDUSTRIAL P O BOX 500<br>CONCORDVILLE, PA 19331-0500 | 46509 |
| CLIMAS Y REFACCIONES MONTERREY SA | AV RUIZ CORTINES 3750 PTE<br>MONTERREY, NL 64390<br>MEXICO | 61243 |
| CMS - A FROST COMPANY | 2685 NORTHRIDGE RD SUITE B<br>GRAND RAPIDS, MI 49544 | 38423 |
| COBRA AUTOMOTIVE TECHNOLOGIES SPA | VIA ASTICO 41<br>VARESE 21100<br>ITALY | 54234 |
| COCHNOWERS PEST CONTROL | 530 S EARL AVENUE<br>LAFAYETTE, IN 47904-3294 | 23566 |
| COLE-PARMER INSTRUMENT COMPANY | 625 EAST BUNKER COURT<br>VERNON HILLS, IL 60061 | 23588 |
| COMMERCIAL REFRIGERATION | 815 BROADWAY<br>ROCKFORD, IL 61104 | 97684 |
| COMMERCIAL STEEL TREATING CORP | 31440 STEPHENSON HIGHWAY<br>MADISON HEIGHTS, MI 48071-1693 | 23662 |
| CONCORD PRECISION INC | 38657 WEBB DRIVE<br>WESTLAND, MI 48185 | 37424 |
| CONSOLIDATED METAL PRODUCTS INC | 1028 DEPOT STREET<br>CINCINNATI, OH 45204 | 27369 |
| CONTINENTAL LIGHTING LLC | 42555 MERRILL ROAD<br>STERLING HEIGHTS, MI 48314-3266 | 19388 |
| CONTROL GAGING INC | 5200 VENTURE DRIVE<br>ANN ARBOR, MI 48108-9561 | 28365 |
| COPORATE EXPRESS PROMO MKTG | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 59335 |
| CORPORATE EXPRESS | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 67382 |
| CORPORATE EXPRESS CANADA | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 60592 |
| COUPLED PRODUCTS LLC | 2910 WATERVIEW DRIVE<br>ROCHESTER HILLS, MI 48309 | 23032 |
| CRANKS CATERING | 27990 HOOVER ROAD<br>WARREN, MI 48093-7715 | 22863 |
| CRB CRANE & SERVICE COMPANY INC | 1194 AUSTIN COURT<br>HOWELL, MI 48843 | 87091 |
| CREATIVE ERGONOMIC SYSTEMS INC | 6301 HUGHES<br>STERLING HEIGHTS, MI 48312 | 23516 |
| CROTTY CORPORATION | 854 E CHICAGO ROAD PO BOX 37<br>QUINCY, MI 49082-0037 | 24369 |
| CRYSTAL ENGINEERING SOLUTIONS INC | 32355 HOWARD<br>MADISON GHTS, MI 48071 | 49180 |
| CULLIGAN WATER CONDITIONING-OH | 507 TIFFIN<br>FREMONT, OH 43420 | 31764 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| CULLIGAN WATER TREATMENT | 1531 13TH AVENUE<br>UNION GROVE, WI  53182 | 98131 |
| CUTWATER | 55 UNION ST<br>SAN FRANCISCO, CA  94111 | 60930 |
| D C KILOWATTS INC | 2022 MIDWEST BLVD<br>INDIANAPOLIS, IN  46214 | 36037 |
| DAI-ICHI DENTSU | 32655 INDUSTRIAL DRIVE<br>MADISON HEIGHTS, MI  48071-1517 | 82883 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                                      :     Chapter 11
:
Old Carco LLC                                                      :     Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,                                :
:     (Jointly Administered)
                                        Debtors.            :
:
-------------------------------------------------------------x


## NINTH OMNIBUS ORDER AUTHORIZING THE
## REJECTION OF CERTAIN EXECUTORY CONTRACTS

This matter coming before the Court on the Ninth Omnibus Motion of Debtors

and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy

Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts

(the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"); the Court having reviewed the Motion and having considered the

statements of counsel and the evidence adduced with respect to the Motion at a hearing before

the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and

(d) a sound business purpose exists for the relief granted herein; and the Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

---

[1]         Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to reject all Contracts with the Non-Debtor Counterparties identified on the attached <u>Schedule 1</u>, which is incorporated herein by reference, and the Contracts are deemed rejected, pursuant to section 365 of the Bankruptcy Code, effective as of June 16, 2009.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
          _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE 1

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| 3-D SALES INC | 2026 SOUTH PARKER<br>MARINE CITY, MI  48039 | 12369 |
| A & S INDUSTRIAL COATING CO INC | 23800 AMBER P O BOX 1045<br>WARREN, MI  48090-1045 | 42897 |
| A W COMPANY | 8809 INDUSTRIAL DRIVE<br>FRANKSVILLE, WI  53126 | 60631 |
| ABANAKI CORPORATION | 17387 MUNN ROAD<br>CHAGRIN FALLS, OH  44022 | 77493 |
| ABSORB TECH LLC | 9236 KEYSTONE ST<br>PHILADELPHIA, PA  19114 | 13686 |
| ACCO AIR CONDITIONING CO | 11375 SUNRISE PARK DRIVE 600<br>RANCHO CORDOVA, CA  95742 | 46217 |
| ACRO AUTOMATION SYSTEMS | 2900 W GREENTREE ROAD BOX 09401<br>MILWAUKEE, WI  53209-2640 | 43203 |
| ADAC STRATTEC DE MEXICO | CALLE MAGNETO 2409<br>JUAREZ, CHIH  32640<br>MEXICO | 60698 |
| AGI SCHUTZ MERCHANDISING | 376 PINE STREET EXT<br>FOREST CITY, NC  28043-4502 | 34127 |
| AHERN J F | 855 MORRIS STREET P O BOX 1316<br>FOND DU LAC, WI  54935-5611 | 73515 |
| AIRCOND CORPORATION | 400 LAKE RIDGE DRIVE<br>SMYRNA, GA  30082 | 44125 |
| AIRTECH CONTROLS COMPANY | 30571 BECK RD   PO BOX 930345<br>WIXOM, MI  48393-0345 | 21204 |
| ALLIANCE | 29600 SOUTHFIELD<br>SOUTHFIELD, MI  48076 | 47129 |
| AMCAN CONSOLIDATED TECHNOLOGIES | 9 HILLYARD STREET PO BOX 446 LCD 1<br>HAMILTON, ON  L8L7X3<br>CANADA | 33984 |
| AMERICAN G F M CORPORATION | 1200 CAVALIER BLVD<br>CHESAPEAKE, VA  23323-1597 | 66428 |
| AMERISOURCE IND SUPPLY CO INC | 9145 VINCENT<br>HAMTRAMCK, MI  48211 | 61903 |
| AMETEK INC | STATION SQUARE 2<br>PAOLI, PA  19301 | 10554 |
| ANCHOR ABRASIVES COMPANY | 7651 W 18TH STREET<br>TINLEY PARK, IL  60477-6267 | 15441 |
| APPLIED INDUSTRIAL TECHNOLOGIES | ONE APPLIED PLAZA<br>CLEVELAND, OH  44115-5000 | 18198 |
| APPLIED MARKETING SOLUTIONS INC | 33228 WEST 12 MILE ROAD SUITE 111<br>FARMINGTON HILLS, MI  48334 | 25128 |
| APPLIED TECHNOLOGIES INC-OH | 440 SOUTH REYNOLDS ROAD SUITE 100<br>TOLEDO, OH  43615-5934 | 44880 |
| ARADCO MANAGEMENT LIMITED | 452 CHARLES<br>WINDSOR, ON  N8X3Z1<br>CANADA | 13062 |
| ARBOR SPRING WATER CO-ANN ARBOR | 1440 PLYMOUTH ROAD<br>ANN ARBOR, MI  48105-1799 | 47819 |
| ARCHER CORPORATE SERVICES | 6703 HAGGERTY RD   SUITE B<br>BELLEVILLE, MI  48111 | 61737 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| ARISTO-CRAFT INC | 105 EAST POND<br>ROMEO, MI  48065 | 95583 |
| ARKK ENGINEERING INC | 14251 ELEVEN MILE<br>OAK PARK, MI  48237-1152 | 71153 |
| ARROW UNIFORM RENTAL INC | 6400 MONROE BLVD<br>TAYLOR, MI  48180-1814 | 12609 |
| ASIMCO CAMSHAFT SPECIALTIES INC | 11118 US 31<br>GRAND HAVEN, MI  49417 | 51809 |
| ASTBURY LOUIS B CO ENVIRONMENTAL | 5933 WEST 71ST STREET<br>INDIANAPOLIS, IN  46278 | 52799 |
| ASTRO-NETICS INC | 1780 E 14 MILE ROAD<br>MADISON HEIGHTS, MI  48071 | 14693 |
| ATLANTIC COAST LABORATORIES INC | 630 CHURCHMANS ROAD<br>NEWARK, DE  19702 | 79487 |
| ATLAS FLUID COMPONENTS | 135 EAST ASCOT LANE   PO BOX 4050<br>CUYAHOGA FALLS, OH  44223-4050 | 14661 |
| ATS WHEELS | 979 W VETERANS BLVD<br>AUBURN, AL  36832 | 57525 |
| AUTOCRAFT INDUSTRIES | 10001 NW  2ND ST<br>OKLAHOMA CITY, OK  73127 | 66204 |
| AUTOMATION & CONTROL TECH LTD | 3607 MARINE DRIVE<br>TOLEDO, OH  43609-1019 | 97619 |
| AUTOMATION AND MODULAR COMPONENTS | 2250 NORTH OPDYKE ROAD<br>AUBURN HILLS, MI  48326-2437 | 78079 |
| AUTOTEK SEALANTS INC | 23800 RESEARCH DRIVE<br>FARMINGTON HILLS, MI  48335 | 88103 |
| AXLE ALLIANCE COMPANY | 13400 OUTER DRIVE WEST<br>DETROIT , MI  48239 | 48907 |
| AXLY TOOL & BUSHING INC | 727 SKINNER STREET<br>BAD AXE, MI  48413 | 92166 |
| B D C INC | 1353 BAUER BLVD<br>ST LOUIS, MO  63132-1987 | 41032 |
| BEAR COM OPERATING LP | 4009 DISTRIBUTION DRIVE<br>GARLAND, TX  75041 | 16047 |
| BEI ELECTRONICS INC | ONE POST STREET SUITE 2500<br>SAN FRANCISCO, CA  94104 | 49083 |
| BERKLEY INDUSTRIES | 9938 PIGEON ROAD P O BOX 207<br>BAY PORT, MI  48720-0207 | 43571 |
| BESWAY EXTERMINATORS | 2509 VALWOOD PARKWAY<br>DALLAS, TX  75234-3413 | 14992 |
| BGK FINISHING SYSTEMS INC | 4131 PHEASANT RIDGE DRIVE N<br>MINNEAPOLIS, MN  55434-7104 | 69927 |
| BHARAT FORGE AMERICA | 2807 S MARTIN LUTHER KING JR BLVD<br>LANSING, MI  48910 | 61462 |
| BLACKHAWK AUTOMOTIVE PLASTS-MASON | 4219 U S ROUTE 42<br>MASON, OH  45040-1998 | 25196 |
| BLALOCK OIL COMPANY | 9949 S  MAIN  P O  BOX 775<br>JONESBORO, GA  30237 | 13460 |
| BLUE DOT SERVICES COMPANY | 5108 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH  44146 | 46150 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| BLUE WATER AUTOMOTIVE SYSTEMS INC | 1515 BUSHA HIGHWAY P O BOX 129<br>MARYSVILLE, MI  48040-1754 | 55667 |
| BLX13 INC | 7901 SOUTHPARK PLAZA<br>LITTLETON, CO  80120 | 62128 |
| BRASK ENTERPRISES INC | 217 O NEIL BLVD<br>ATTLEBORO, MA  02703-4215 | 22296 |
| BRAUN MACHINERY COMPANY INC | 4130 FORTY FORTH STREET SE<br>GRAND RAPIDS, MI  49512 | 78385 |
| BRECHBUHLER SCALES INC | 980 SOUTH MARR ROAD<br>COLUMBUS, IN  47201 | 15246 |
| BRIGHTON TOOL & DIE INC | 735 NORTH SECOND ST<br>BRIGHTON, MI  48116 | 18601 |
| BROOKFIELD ENGINEERING LAB INC | 11 COMMERCE BOULEVARD<br>MIDDLEBORO, MA  02346-1031 | 18628 |
| BUEHLER LIMITED | 41 WAUKEGAN ROAD P O BOX 1<br>LAKE BLUFF, IL  60044-1699 | 18713 |
| BUJIAS NGK DE MEXICO,S.A. DE C.V. | TOLTECAS NO. 263<br>SANTA CLARA, MEXICO  55540<br>MEXICO | 21066 |
| BURR CHEMICAL COMPANY | 1649 CHARLES STREET<br>ROCKFORD, IL  61104-2499 | 23088 |
| C PLASTICS  CORPORATION | 243 WHITNEY STREET<br>LEOMINSTER, MA  01453-3275 | 30767 |
| CADENCE INNOVATION LLC | 977 EAST 14 MILE RD<br>TROY, MI  48084 | 57521 |
| CAMPBELL-COX LTD | 61 ARROW ROAD<br>BOX 623<br>GUELPH, ON  N1H6L3<br>CANADA | 15977 |
| CARLSON COMPANIES INC | CARLSON PARKWAY P O BOX 59159<br>MINNEAPOLIS, MN  55459 | 94781 |
| CAROL S CAR WASH | 533 E NINE MILE RD<br>HAZEL PARK, MI  48030-1891 | 56023 |
| CARR APPRAISALS INC | PO BOX 909<br>BOWIE, MD  20718 | 58694 |
| CARRIGAN DEVELOPMENT INC | 2896 ST HELENS<br>KIMBALL, MI  48074 | 47553 |
| CATCHING FLUID POWER | 4793 COLT ROAD<br>ROCKFORD, IL  61109 | 71949 |
| CENTURY SAW & TOOL COMPANY | 19347 MT ELLIOTT<br>DETROIT, MI  48234-2783 | 23296 |
| CFX LOGISTICS INC | 1700 NW 65 AVE    SUITE 7<br>PLANTATION, FL  33313 | 57124 |
| CHECKER MOTOR CORPORATION | 2016 N  PITCHER STREET<br>KALAMAZOO, MI  49007-1894 | 25182 |
| CIBA-GEIGY LIMITED GROUP | ALLCOMM ADVERTISING AG LETTENWEG<br>118 ALLSCHWIL, CHE  4123<br>SWITZERLAND | 20729 |
| CIVIL CONSTRUCTORS INC | 2283 ROUTE 20 EAST P O BOX 750<br>FREEPORT, IL  61032 | 94343 |
| CLARCOR | 2911 RESEARCH DRIVE<br>ROCHESTER HILLS, MI  48309 | 46622 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| CLEAN THE UNIFORM COMPANY ST LOUIS | 1316 S 7TH STREET P O BOX 12210<br>ST LOUIS, MO 63104-3606 | 24096 |
| CLEMENT COMMUNICATIONS INC | CONCORD INDUSTRIAL P O BOX 500<br>CONCORDVILLE, PA 19331-0500 | 46509 |
| CLIMAS Y REFACCIONES MONTERREY SA | AV RUIZ CORTINES 3750 PTE<br>MONTERREY, NL 64390<br>MEXICO | 61243 |
| CMS - A FROST COMPANY | 2685 NORTHRIDGE RD SUITE B<br>GRAND RAPIDS, MI 49544 | 38423 |
| COBRA AUTOMOTIVE TECHNOLOGIES SPA | VIA ASTICO 41<br>VARESE 21100<br>ITALY | 54234 |
| COCHNOWERS PEST CONTROL | 530 S EARL AVENUE<br>LAFAYETTE, IN 47904-3294 | 23566 |
| COLE-PARMER INSTRUMENT COMPANY | 625 EAST BUNKER COURT<br>VERNON HILLS, IL 60061 | 23588 |
| COMMERCIAL REFRIGERATION | 815 BROADWAY<br>ROCKFORD, IL 61104 | 97684 |
| COMMERCIAL STEEL TREATING CORP | 31440 STEPHENSON HIGHWAY<br>MADISON HEIGHTS, MI 48071-1693 | 23662 |
| CONCORD PRECISION INC | 38657 WEBB DRIVE<br>WESTLAND, MI 48185 | 37424 |
| CONSOLIDATED METAL PRODUCTS INC | 1028 DEPOT STREET<br>CINCINNATI, OH 45204 | 27369 |
| CONTINENTAL LIGHTING LLC | 42555 MERRILL ROAD<br>STERLING HEIGHTS, MI 48314-3266 | 19388 |
| CONTROL GAGING INC | 5200 VENTURE DRIVE<br>ANN ARBOR, MI 48108-9561 | 28365 |
| COPORATE EXPRESS PROMO MKTG | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 59335 |
| CORPORATE EXPRESS | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 67382 |
| CORPORATE EXPRESS CANADA | HOOGOORDDREEF 62<br>1101 BE AMSTERDAM ZO<br>THE NETHERLANDS | 60592 |
| COUPLED PRODUCTS LLC | 2910 WATERVIEW DRIVE<br>ROCHESTER HILLS, MI 48309 | 23032 |
| CRANKS CATERING | 27990 HOOVER ROAD<br>WARREN, MI 48093-7715 | 22863 |
| CRB CRANE & SERVICE COMPANY INC | 1194 AUSTIN COURT<br>HOWELL, MI 48843 | 87091 |
| CREATIVE ERGONOMIC SYSTEMS INC | 6301 HUGHES<br>STERLING HEIGHTS, MI 48312 | 23516 |
| CROTTY CORPORATION | 854 E CHICAGO ROAD PO BOX 37<br>QUINCY, MI 49082-0037 | 24369 |
| CRYSTAL ENGINEERING SOLUTIONS INC | 32355 HOWARD<br>MADISON GHTS, MI 48071 | 49180 |
| CULLIGAN WATER CONDITIONING-OH | 507 TIFFIN<br>FREMONT, OH 43420 | 31764 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| CULLIGAN WATER TREATMENT | 1531 13TH AVENUE<br>UNION GROVE, WI  53182 | 98131 |
| CUTWATER | 55 UNION ST<br>SAN FRANCISCO, CA  94111 | 60930 |
| D C KILOWATTS INC | 2022 MIDWEST BLVD<br>INDIANAPOLIS, IN  46214 | 36037 |
| DAI-ICHI DENTSU | 32655 INDUSTRIAL DRIVE<br>MADISON HEIGHTS, MI  48071-1517 | 82883 |