JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
Old Carco LLC                                               :   Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,[1]                          :
                                                            :   (Jointly Administered)
                              Debtors.                      :
                                                            x
-----------------------------------------------------------

## NOTICE OF HEARING ON
## TENTH OMNIBUS MOTION OF DEBTORS AND
## DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
## BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
## <u>AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS</u>

### PLEASE TAKE NOTICE OF THE FOLLOWING:

---

[1]     A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

1.      A hearing to consider the Tenth Omnibus Motion of Debtors and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts (the "Motion"), filed by the above-captioned debtors and debtors in possession (the "Debtors"), shall be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **July 16, 2009, at 10:00 a.m. (New York time).**

2.      Objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and be filed with the Bankruptcy Court and must be served in accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), so as to be actually received by the parties on the Special Service List (as defined in the Case Management Order) and the parties to the executory contracts sought to be affected not later than **4:00 p.m. (New York time) on June 29, 2009** (the "Objection Deadline").

3.      If no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form attached to the Motion, which order shall be submitted and may be entered with no further notice or opportunity to be heard offered to any party.

4.      Copies of the Motion, the Case Management Order and the Special

Service List may be obtained from the Court's website at http://ecf.nysb-mega.uscourts.gov or,

free of charge, at www.chryslerrestructuring.com.


Dated:  June 18, 2009                          Respectfully submitted,
            New York, New York


                                               /s/ Corinne Ball
                                               Corinne Ball
                                               Veerle Roovers
                                               JONES DAY
                                               222 East 41st Street
                                               New York, New York  10017
                                               Telephone:  (212) 326-3939
                                               Facsimile:  (212) 755-7306

                                               David G. Heiman
                                               JONES DAY
                                               North Point
                                               901 Lakeside Avenue
                                               Cleveland, Ohio  44114
                                               Telephone:  (216) 586-3939
                                               Facsimile:  (216) 579-0212

                                               Jeffrey B. Ellman
                                               JONES DAY
                                               1420 Peachtree Street, N.E.
                                               Suite 800
                                               Atlanta, Georgia  30309
                                               Telephone:  (404) 521-3939
                                               Facsimile:  (404) 581-8330

                                               ATTORNEYS FOR DEBTORS AND
                                               DEBTORS IN POSSESSION

**PARTIES RECEIVING THIS TENTH OMNIBUS MOTION
SHOULD LOCATE THEIR NAMES IN THE ATTACHED EXHIBIT A**

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                       :    Chapter 11
:
Old Carco LLC                               :    Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,[1]          :
:    (Jointly Administered)
               Debtors.    :
:
-------------------------------------------------------------x

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

**TENTH OMNIBUS MOTION OF DEBTORS AND
DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS**

TO THE HONORABLE ARTHUR J. GONZALEZ,
UNITED STATES BANKRUPTCY JUDGE:

Old Carco LLC (f/k/a Chrysler LLC) ("Old Carco") and its affiliated debtors and debtors in possession (collectively with Old Carco, the "Debtors") respectfully represent as follows:

## Background

1. On April 30, 2009 (the "Petition Date"), Old Carco and 24 of its affiliated Debtors (collectively, the "Original Debtors") commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On May 19, 2009, Debtor Alpha Holding LP ("Alpha") commenced its reorganization case by filing a voluntary petition under chapter 11 of the Bankruptcy Code. By orders of the Court (Docket Nos. 97 and 2188), the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly.

2. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On May 5, 2009, the Office of the United States Trustee for the Southern District of New York appointed an official committee of unsecured creditors, pursuant to section 1102 of the Bankruptcy Code.

4. As of the Petition Date, the Debtors and their nondebtor direct and indirect subsidiaries (collectively, the "Old Carco Companies") comprised one of the world's largest

manufacturers and distributors of automobiles and other vehicles, together with related parts and accessories. On the Petition Date, the Old Carco Companies employed approximately 55,000 hourly and salaried employees worldwide, 70% of whom were based in the United States.

5.    For the 12 months ended December 31, 2008, the Old Carco Companies recorded revenue of more than $48.4 billion and had assets of approximately $39.3 billion and liabilities totaling $55.2 billion.

6.    In connection with the commencement of these cases, Old Carco and its Debtor subsidiaries, Fiat S.p.A. ("Fiat") and New Chrysler (as defined below) entered into a Master Transaction Agreement dated as of April 30, 2009 (as amended and collectively with other ancillary and supporting documents, the "Purchase Agreement"). The Purchase Agreement provided, among other things, that: (a) Old Carco would transfer the majority of its operating assets to New CarCo Acquisition LLC (n/k/a Chrysler Group LLC) ("New Chrysler"), a newly established Delaware limited liability company formed by Fiat; and (b) in exchange for those assets, New Chrysler would assume certain liabilities of Old Carco and pay to Old Carco $2 billion in cash (collectively with the other transactions contemplated by the Purchase Agreement, the "Fiat Transaction"). On May 3, 2009, the Original Debtors filed a motion to approve the Fiat Transaction or a similar transaction with a competing bidder (Docket No. 190).

7.    On May 31, 2009, this Court issued: (a) an Opinion Granting the Debtors' Motion Seeking Authority to Sell, Pursuant to § 363, Substantially All of the Debtors' Assets (Docket No. 3073) (the "Sale Opinion"); and (b) an Opinion and Order Regarding Emergency Economic Stabilization Act of 2008 and Troubled Asset Relief Program (Docket Nos. 3074 and 3229) (together with the Sale Opinion, the "Opinions"). On June 1, 2009 and consistent with the Sale Opinion, this Court entered an Order authorizing the Fiat Transaction (Docket No. 3232)

(the "Sale Order"). On June 5, 2009, the United States Court of Appeals for the Second Circuit affirmed the Opinions and the Sale Order. Consistent with the Sale Order, the Fiat Transaction was consummated on June 10, 2009.

## Jurisdiction

8. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

9. Pursuant to section 365 of the Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors hereby seek the entry of an order authorizing them to reject all of their executory contracts (collectively, the "Contracts") with the parties identified on Exhibit A (collectively, the "Non-Debtor Counterparties") effective as of the date hereof.

## Facts Relevant to This Motion

10. The Debtors have engaged in a review of certain of their executory supplier contracts. As a result of their review, the Debtors have determined that their Contracts with the Non-Debtor Counterparties identified on Exhibit A are neither necessary nor valuable to their estates and will not be assumed and assigned as part of the Fiat Transaction.

11. Each of the Contracts is an "executory contract" within the meaning of section 365 of the Bankruptcy Code, capable of being rejected by the Debtors. To the extent that any Contract already has expired or been terminated, it is included herein out of an abundance of caution.

**<u>Argument</u>**

12.      Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease."  11 U.S.C. § 365(a).  Courts routinely approve motions to assume, assume and assign or reject executory contracts upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment.  <u>See</u> <u>Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)</u>, 4 F.3d 1095, 1099 (2d Cir. 1993) (stating that section 365 of the Bankruptcy Code "permits the trustee or debtor-in-possession, subject to the approval of the bankruptcy court, to go through the inventory of executory contracts of the debtor and decide which ones it would be beneficial to adhere to and which ones it would be beneficial to reject.");  <u>see also</u> <u>NLRB v. Bildisco & Bildisco</u>, 465 U.S. 513, 523 (1984) (stating that the traditional standard applied by courts to authorize the rejection of an executory contract is that of "business judgment");  <u>In re Gucci</u>, 193 B.R. 411, 415 (S.D.N.Y. 1996) ("A bankruptcy court reviewing a trustee's decision to assume or reject an executory contract should apply its 'business judgment' to determine if it would be beneficial or burdensome to the estate to assume it.").

13.      Courts generally will not second-guess a debtor's business judgment concerning the assumption or rejection of an executory contract.  <u>See</u> <u>In re Riodizio, Inc.</u>, 204 B.R. 417, 424 (Bankr. S.D.N.Y. 1997) ("[A] court will ordinarily defer to the business judgment of the debtor's management");  <u>accord</u> <u>Phar-Mor, Inc. v. Strouss Bldg. Assocs.</u>, 204 B.R. 948, 951-52 (Bankr. N.D. Ohio 1997) ("Whether an executory contract is 'favorable' or 'unfavorable' is left to the sound business judgment of the debtor . . . .  Courts should generally defer to a debtor's decision whether to reject an executory contract.").  The "business judgment" test is not a strict standard; it merely requires a showing that either assumption or rejection of the

executory contract will benefit a debtor's estate.  See, e.g., Bregman v. Meehan (In re Meehan), 59 B.R. 380, 385 (E.D.N.Y. 1986) ("The business judgment test is a flexible one . . . .  The primary issue under the business judgment test is whether rejection of the contract would benefit general unsecured creditors."); In re Helm, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 2006) ("To meet the business judgment test, the debtor in possession must establish that rejection will benefit the estate."); Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.), 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996) ("In reviewing a debtor's decision to assume or reject an executory contract, the court must examine the contract and circumstances and apply its best 'business judgment' to determine if the assumption or rejection would be beneficial or burdensome to the estate.").

14.     As noted above, New Chrysler has determined not to accept an assignment of Contracts with any of the Non-Debtor Counterparties in connection with the Fiat Transaction. In addition, following the consummation of the Fiat Transaction, the Debtors are in the process of winding down their business affairs and have no further need for the goods or services that otherwise would be provided pursuant to the Contracts.  As such, the Debtors have determined that the Contracts provide no ongoing benefits to their estates.  Moreover, the Debtors have determined that the Contracts do not have any realizable value in the marketplace.

15.     Courts that have permitted retroactive rejection generally have permitted rejection of an executory contract to be effective as of the date on which the nondebtor party to the executory contract was given definitive notice of the debtor's intent to reject.  See, e.g., In re Loewen Group Int'l, Inc., No. 99 1244 (PJW) (Bankr. D. Del. Aug. 18, 2000) (authorizing rejection effective as of the date of the filing of the rejection motion).  Generally, the Non-Debtor

Counterparties received notice of the Debtors' intent to reject the Contracts upon the filing and service of this Motion.

16.     Accordingly, in the sound exercise of their business judgment, the Debtors have determined that the rejection of the Contracts, pursuant to section 365 of the Bankruptcy Code, effective as of the date of this Motion, is in the best interests of their estates and stakeholders.

## Notice

17.     No trustee or examiner has been appointed in these chapter 11 cases.  In accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), entered on May 12, 2009, notice of this Motion has been given to the parties identified on the General Service List and the Special Service List (as such terms are identified in the Case Management Order), and to the Non-Debtor Counterparties to the Contracts identified in Exhibit A.  The Debtors submit that no other or further notice need be provided.

## No Prior Request

18.     No prior request for the relief sought in this Motion has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order substantially in the form attached hereto as <u>Exhibit B</u>, granting the relief requested herein; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

Dated: June 18, 2009
      New York, New York

Respectfully submitted,

 /s/ Corinne Ball
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT A

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| DAJACO INC | 49715 LEONA DRIVE<br>CHESTERFIELD, MI 48051 | 55991 |
| DAKE CORPORATION | 724 ROBBINS ROAD<br>GRAND HAVEN, MI 49417-2690 | 30019 |
| DATAMATICS TECHNOLOGIES INC | 31557 SCHOOLCRAFT ROAD SUITE 100<br>LIVONIA, MI 48150 | 32974 |
| DAVIS INDUSTRIES | 14500 SHELDON ROAD, #140<br>PLYMOUTH, MI 48170 | 31100 |
| DE LAGE LANDEN FINANCIAL SERVICES | 1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087-8608 | 49507 |
| DE-CAL INC | 24659 SCHOENHERR RD<br>WARREN, MI 48089 | 97865 |
| DELTA GELANDESPORT UND ZUBEHUR | DORFSTR 20<br>ODELZHAUSEN OT UNTERUMBACH 85235<br>GERMANY | 59195 |
| DESC AUTOMOTRIZ | PASEO DE LOS TAMARINDOS 400 B<br>BOSQUES DE LAS LOMAS 55120<br>MEXICO | 20939 |
| DEUTSCHE TELEKOM | 691 N SQUIRREL ROAD SUITE 160<br>AUBURN HILLS, MI 48326 | 48220 |
| DICKSON ALLAN | 2800 LIVERNOIS<br>SUITE 400<br>TROY, MI 48083 | 19560 |
| DIEZ GROUP THE | 8111 TIREMAN AVENUE<br>DEARBORN, MI 48126 | 44172 |
| DIVERSIFIED DATA & COMMUNICATIONS | 10811 NORTHEND AVENUE<br>FERNDALE, MI 48220-2162 | 33179 |
| DIVERSIFIED TECHNICAL SYSTEMMS | 909 ELECTRIC AVENUE SUITE 206B<br>SEAL BEACH, CA 90740 | 30182 |
| DLI ENGINEERING INC | 253 WINSLOW WAY WEST<br>BAINBRIDGE ISLAND, WA 98110 | 21551 |
| DOMESTIC LINEN SUPPLY & CO INC | 3800 18TH STREET<br>DETROIT, MI 48208 | 97390 |
| DONALDSON COMPANY INC | 1400 W 94TH STREET P O BOX 1299<br>MINNEAPOLIS, MN 55440-1299 | 30519 |
| DS TECHNOLOGIE WERKZEUGMASCHINENBA | HUGO JUNKERS STRASSE 12 32<br>41236 MONCHENGLADBACH RHEYDT<br>GERMANY | 41260 |
| DUROPLAST S A DE C V | ESFUERZO 4 LETRA F<br>LAZARO CARDENAS NAUCALP 53560<br>MEXICO | 14311 |
| DUROPLAST,S.A. DE C.V. | ESFUERZO 4-F LAZARO CARDENAS<br>NAUCALPAN 53560<br>MEXICO | 50103 |
| E L HOLLINGSWORTH & COMPANY | P O BOX 672708<br>DETROIT, MI 48267-2708 | 50914 |
| EAGLE PLASTICS CORPORATION | 12001 LEVAN RD<br>LIVONIA, MI 48150 | 60021 |
| EAST-LIND HEAT TREAT INC | 32045 DEQUINDRE<br>MADISON HEIGHTS, MI 48071 | 37638 |
| EDITEK INC | 1238 ANTHONY ROAD<br>BURLINGTON, NC 27215 | 26580 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| EDS INFORMATION SERVICES LLC - MRO | 3000 TOWN CENTER    SUITE 76<br>SOUTHFIELD, MI  48075-1120 | 55556 |
| EDSCHA AG | 30555 SOUTHFIELD ROAD SUITE 500<br>SOUTHFIELD, MI  48076 | 39273 |
| ELECTRONIC POWER SYSTEM SERVICES | 758 IRON STONE DRIVE<br>ROCHESTER, MI  48309-1603 | 87577 |
| ENGINEERED PLASTIC PRODUCTS INC | 699 JAMES L HART PARKWAY<br>YPSILANTI, MI  48197 | 74252 |
| ENVIRONMENTAL RESOURCES MANAGEMENT | 855 SPRINGDALE DRIVE<br>EXTON, PA  19341 | 16158 |
| ENVIRONMENTAL TESTING CORPORATION | 2022 HELENA STREET<br>AURORA, CO  80011-4616 | 27253 |
| EPCOS INC | 186 WOOD AVENUE SOUTH<br>ISELIN, NJ  08830 | 47005 |
| EUROVAC INC | 116 BUTTERMILL AVENUE<br>CONCORD, ON  L4K3X7<br>CANADA | 74199 |
| EWAB ENGINEERING INC | 1971 KELLEY COURT<br>LIBERTYVILLE, IL  60048 | 40451 |
| FANGLE AUTO PARTS CO LTD | 99 PINGYE RD   TINGWEI HWY<br>SHANGHAI       SHANGHAI  201507<br>CHINA | 60763 |
| FEI COMPANY | 5350 N E DAWSON CREEK DR<br>HILLSBORO, OR  97124 | 38175 |
| FERGUSON ENTERPRISES INC | 55500 GRAND RIVER AVENUE<br>NEW HUDSONWS, MI  48165 | 82953 |
| FERNDALE ELECTRIC COMPANY INC | 915 E DRAYTON<br>FERNDALE, MI  48220 | 39810 |
| FILTER SPECIALISTS INC | 100 ANCHOR ROAD P O BOX 735<br>MICHIGAN CITY, IN  46360-2802 | 40524 |
| FINDLAY INDUSTRIES INC | 4000 FOSTORIA ROAD  P O  BOX 1087<br>FINDLAY, OH  45840 | 38597 |
| FIRE PROTECTION INDUSTRIES INC | 301 RUTHAR DRIVE SUITE B<br>NEWARK, DE  19711-8016 | 72192 |
| FITZGERALD EQUIPMENT COMPANY | 4650 BOEING AVENUE<br>ROCKFORD, IL  61109-2996 | 39489 |
| FLUID ROUTING SOLUTIONS INC | 1955 ENTERPRISE DRIVE<br>ROCHESTER HILLS, MI  48309 | 30114 |
| FOCUS HOPE | 1355 OAKMAN BLVD<br>DETROIT , MI  48238-2949 | 52356 |
| FRANKLIN FASTENER COMPANY | 12701 BEECH DALY ROAD<br>REDFORD, MI  48239-2472 | 38374 |
| FRE-BAR INC | 720 WEST ROSE   P O  BOX 187<br>HOLLY, MI  48442-1552 | 74006 |
| GARMIN EUROPE LIMITED | UNIT 5 THE QUADRANGLE ABBY PK IND<br>ROMSEY   HAMPSHIRE<br>GREAT BRITAIN | 58336 |
| GEISLER A A COMPANY | 12675 MARLIN DRIVE<br>REDFORD, MI  48239-2798 | 46404 |
| GEM INDUSTRIAL INC | 6842 COMMODORE DRIVE<br>WALBRIDGE, OH  43465-9765 | 61599 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| GENERAL FASTENERS COMPANY | 37584 AMRHEIM RD   SUITE 150<br>LIVONIA, MI  48150-1020 | 42154 |
| GENERAL MOTORS CORP-PONTIAC | 2100 SOUTH OPDYKE<br>PONTIAC EAST<br>PONTIAC, MI  48341-3123 | 19859 |
| GENERAL OIL COMPANY INC | 31478 INDUSTRIAL ROAD SUITE 100<br>LIVONIA, MI  48150 | 42884 |
| GEORGE INSTRUMENT COMPANY | 4949 DELEMERE<br>ROYAL OAK, MI  48073-1095 | 42217 |
| GEROTECH INC | 29220 COMMERCE DRIVE<br>FLAT ROCK, MI  48134 | 32799 |
| GLAVERBEL ITALIE | VIA DEL CARPINE<br>ROCCASECCA  03038<br>ITALY | 48351 |
| GOMMA C F SPA | GUTENBERGSTRASSE 27<br>GARCHINY  D-85748<br>GERMANY | 31201 |
| GOODWAY GROUP | 261 OLD YORK RD<br>JENKINTOWN, PA  19046 | 57631 |
| GOODWAY TOOLS CORPORATION | 420 WEST AVENUE<br>STAMFORD, CT  06902 | 43575 |
| GUARANTEE FUMIGATION SERVICES | 20350 CENTER RIDGE RD   BOX 16547<br>ROCKY RIVER, OH  44116 | 42711 |
| GUDEL RAPINDEX INC | 4881 RUNWAY BLVD<br>ANN ARBOR, MI  48108 | 97412 |
| H M S PRODUCTS COMPANY | 1200 EAST BIG BEAVER<br>TROY, MI  48083-1904 | 20455 |
| HALE CHROME SERVICE | 2282 ALBION<br>TOLEDO, OH  43606-4597 | 48562 |
| HART SCIENTIFIC | 799 E UTAH VALLEY DRIVE<br>AMERICAN FORK, UT  84003 | 16956 |
| HENGES INTERIORS | 4133 SHORELINE DRIVE<br>EARTH CITY, MO  63045-1211 | 46618 |
| HERSH COMPANY INC | 50570 E RUSSELL SCHMIDT<br>CHESTERFIELD, MI  48051 | 59353 |
| HERTZ EQUIPMENT RENTAL-MICHIGAN | 6227 FIFTEEN MILE ROAD<br>STERLING HEIGHTS, MI  48310 | 84747 |
| HEWITT MATERIAL HANDLING INC | 425 MILLWAY AVENUE<br>CONCORD, ON  L4K3V8<br>CANADA | 69031 |
| HIGH TECH - THIRD PARTY PACKAGING | 1212 EAST ALEXIS<br>TOLEDO, OH  43612 | 40991 |
| HONSEL INTERNATIONAL TECHNOLOGIES | 9 HILLYARD STREET<br>HAMILTON, ON  L8L7X3<br>CANADA | 60310 |
| HOUSE OF TOOLS & ENGINEERING INC | 436 ANGLUM ROAD<br>HAZELWOOD, MO  63042-2498 | 46761 |
| HUBBARD SUPPLY COMPANY | 901 WEST SECOND STREET<br>FLINT, MI  48503 | 40835 |
| HUDSON GLOBAL RESOURCES | 100 WEST MAIN ST SUITE 110<br>LANSDALE, PA  17446 | 49394 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| HUGHES TELEMATICS INC | 41 PERIMETER CTR EAST SUITE 400<br>ATLANTA, GA 30346 | 60155 |
| HUMPHREY PRINTING CO | 315 N MAIN ST<br>KOKOMO, IN 46901-4692 | 46554 |
| HUNTER SERVICE-MI | 4556 ETHEL DRIVE<br>HIGHLAND, MI 48357 | 83475 |
| HYDRA-AIR INC | 8208 INDY LANE<br>INDIANAPOLIS, IN 46214-2338 | 49624 |
| HYUNDAI AUTONET AMERICA CO | 39555 ORCHARD HILL PL SUITE 390<br>NOVI, MI 48375 | 61602 |
| I & C SALES | 14056 FORT STREET<br>SOUTHGATE, MI 48195-1200 | 24592 |
| ICG CASTINGS INC | 101 POPLAR P O BOX 470<br>DOWAGIAC, MI 49047-0470 | 30674 |
| IDEA CONSULTANTS INC | 17520 W 12 MILE ROAD SUITE 200<br>SOUTHFIELD, MI 48076 | 16455 |
| IMAGEPOINT | 445 SOUTH GAY STREET<br>KNOXVILLE, TN 37902 | 57266 |
| IMPERIAL CHEMICAL INDUSTRIES PLC | IMPERIAL CHEMICAL HOUSE 9 MILLBANK<br>LONDON SW1P3JF<br>UNITED KINGDOM | 71853 |
| INDEPENDENT MANUFACTURING SOLUTION | 46986 LIBERTY DRIVE<br>WIXOM, MI 48393 | 59096 |
| INDEX CORPORATION | 14700 NORTH POINT BLVD<br>NOBLESVILLE, IN 46060 | 42638 |
| INDUSTRIAL DESIGN INNOVATIONS INC | 10611 HAGGERTY ST<br>DEARBORN, MI 48126 | 60221 |
| INDUSTRIAL INNOVATIONS | 2650 THORNWOOD<br>WYOMINGO, MI 49519 | 12474 |
| INDUSTRIAL LEASING LLC | 1825 MONROE AVE NW<br>GRAND RAPIDS, MI 49505 | 60991 |
| INDUSTRIAL PROCESS EQUIPMENT | 2800 LOCUST STREET<br>ST LOUIS, MO 63103-1397 | 51430 |
| INDUSTRIAL SHELVING SYSTEMS | 455 E ELLIOT<br>ST LOUIS, MO 63122 | 51153 |
| INDUSTRIAL TOOL SERVICE INC | 6818 WALES ROAD<br>NORTHWOOD, OH 43619 | 52695 |
| INDUSTRIAPLEX INC | 11810 WILLS RD SUITE 100<br>ALPHARETTAGA, GA 30004 | 61263 |
| INSYNC MARKETING SOLUTIONS | 6100 MALT AVENUE<br>LOS ANGELES, CA 90040 | 46388 |
| IOTECH INC | 25971 CANNON ROAD<br>CLEVELAND, OH 44146 | 99905 |
| ITG SOLUTIONS INC | 17475 PALMER BLVD<br>HOMEWOOD, IL 60430 | 46763 |
| ITW RIDE QUALITY PRODUCTS | 1624 ENGLEWOOD<br>AKRON, OH 44305 | 55199 |
| IWIS MOTORSYSTEME GMBH & CO KG | ALBERT ROSSHAUPTER STR 53<br>MUNCHEN 81369<br>GERMANY | 45457 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| J G WELDING & MAINTENANCE INC | 21803 MOUND ROAD<br>WARREN, MI  48091 | 39172 |
| J M S & ASSOCIATES | 39303 COUNTRY CLUB DR SUITE A 48<br>FARMINGTON HILLS, MI  48331 | 43978 |
| J&L INDUSTRIAL SUPPLY | 31800 INDUSTRIAL ROAD<br>LIVONIA, MI  48151 | 54183 |
| JOHNSON RUBBER COMPANY | 16025 JOHNSON STREET P O BOX 67<br>MIDDLEFIELD, OH  44062-0067 | 53127 |
| JOINT PRODUCTION TECHNOLOGY | 15381 HALLMARK COURT<br>MACOMB, MI  48042 | 53973 |
| KANEKA | 2 NORTHPOINT DRIVE SUITE 200<br>HOUSTON, TX  77060 | 27001 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                            :

In re                          :    Chapter 11
                            :

Old Carco LLC            :    Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,   :
                            :    (Jointly Administered)
                 Debtors.   :
                            :
---------------------------------------------------------------x

## TENTH OMNIBUS ORDER AUTHORIZING THE
## REJECTION OF CERTAIN EXECUTORY CONTRACTS

        This matter coming before the Court on the Tenth Omnibus Motion of Debtors

and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy

Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts

(the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"); the Court having reviewed the Motion and having considered the

statements of counsel and the evidence adduced with respect to the Motion at a hearing before

the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and

(d) a sound business purpose exists for the relief granted herein; and the Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein;

            IT IS HEREBY ORDERED THAT:

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to reject all Contracts with the Non-Debtor Counterparties identified on the attached <u>Schedule 1</u>, which is incorporated herein by reference, and the Contracts are deemed rejected, pursuant to section 365 of the Bankruptcy Code, effective as of June 16, 2009.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>SCHEDULE 1</u>**

CHI-1708888v4

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| DAJACO INC | 49715 LEONA DRIVE<br>CHESTERFIELD, MI 48051 | 55991 |
| DAKE CORPORATION | 724 ROBBINS ROAD<br>GRAND HAVEN, MI 49417-2690 | 30019 |
| DATAMATICS TECHNOLOGIES INC | 31557 SCHOOLCRAFT ROAD SUITE 100<br>LIVONIA, MI 48150 | 32974 |
| DAVIS INDUSTRIES | 14500 SHELDON ROAD, #140<br>PLYMOUTH, MI 48170 | 31100 |
| DE LAGE LANDEN FINANCIAL SERVICES | 1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087-8608 | 49507 |
| DE-CAL INC | 24659 SCHOENHERR RD<br>WARREN, MI 48089 | 97865 |
| DELTA GELANDESPORT UND ZUBEHUR | DORFSTR 20<br>ODELZHAUSEN OT UNTERUMBACH 85235<br>GERMANY | 59195 |
| DESC AUTOMOTRIZ | PASEO DE LOS TAMARINDOS 400 B<br>BOSQUES DE LAS LOMAS 55120<br>MEXICO | 20939 |
| DEUTSCHE TELEKOM | 691 N SQUIRREL ROAD SUITE 160<br>AUBURN HILLS, MI 48326 | 48220 |
| DICKSON ALLAN | 2800 LIVERNOIS<br>SUITE 400<br>TROY, MI 48083 | 19560 |
| DIEZ GROUP THE | 8111 TIREMAN AVENUE<br>DEARBORN, MI 48126 | 44172 |
| DIVERSIFIED DATA & COMMUNICATIONS | 10811 NORTHEND AVENUE<br>FERNDALE, MI 48220-2162 | 33179 |
| DIVERSIFIED TECHNICAL SYSTEMMS | 909 ELECTRIC AVENUE SUITE 206B<br>SEAL BEACH, CA 90740 | 30182 |
| DLI ENGINEERING INC | 253 WINSLOW WAY WEST<br>BAINBRIDGE ISLAND, WA 98110 | 21551 |
| DOMESTIC LINEN SUPPLY & CO INC | 3800 18TH STREET<br>DETROIT, MI 48208 | 97390 |
| DONALDSON COMPANY INC | 1400 W 94TH STREET P O BOX 1299<br>MINNEAPOLIS, MN 55440-1299 | 30519 |
| DS TECHNOLOGIE WERKZEUGMASCHINENBA | HUGO JUNKERS STRASSE 12 32<br>41236 MONCHENGLADBACH RHEYDT<br>GERMANY | 41260 |
| DUROPLAST S A DE C V | ESFUERZO 4 LETRA F<br>LAZARO CARDENAS NAUCALP 53560<br>MEXICO | 14311 |
| DUROPLAST,S.A. DE C.V. | ESFUERZO 4-F LAZARO CARDENAS<br>NAUCALPAN 53560<br>MEXICO | 50103 |
| E L HOLLINGSWORTH & COMPANY | P O BOX 672708<br>DETROIT, MI 48267-2708 | 50914 |
| EAGLE PLASTICS CORPORATION | 12001 LEVAN RD<br>LIVONIA, MI 48150 | 60021 |
| EAST-LIND HEAT TREAT INC | 32045 DEQUINDRE<br>MADISON HEIGHTS, MI 48071 | 37638 |
| EDITEK INC | 1238 ANTHONY ROAD<br>BURLINGTON, NC 27215 | 26580 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| EDS INFORMATION SERVICES LLC - MRO | 3000 TOWN CENTER    SUITE 76<br>SOUTHFIELD, MI  48075-1120 | 55556 |
| EDSCHA AG | 30555 SOUTHFIELD ROAD SUITE 500<br>SOUTHFIELD, MI  48076 | 39273 |
| ELECTRONIC POWER SYSTEM SERVICES | 758 IRON STONE DRIVE<br>ROCHESTER, MI  48309-1603 | 87577 |
| ENGINEERED PLASTIC PRODUCTS INC | 699 JAMES L HART PARKWAY<br>YPSILANTI, MI  48197 | 74252 |
| ENVIRONMENTAL RESOURCES MANAGEMENT | 855 SPRINGDALE DRIVE<br>EXTON, PA  19341 | 16158 |
| ENVIRONMENTAL TESTING CORPORATION | 2022 HELENA STREET<br>AURORA, CO  80011-4616 | 27253 |
| EPCOS INC | 186 WOOD AVENUE SOUTH<br>ISELIN, NJ  08830 | 47005 |
| EUROVAC INC | 116 BUTTERMILL AVENUE<br>CONCORD, ON  L4K3X7<br>CANADA | 74199 |
| EWAB ENGINEERING INC | 1971 KELLEY COURT<br>LIBERTYVILLE, IL  60048 | 40451 |
| FANGLE AUTO PARTS CO LTD | 99 PINGYE RD   TINGWEI HWY<br>SHANGHAI        SHANGHAI  201507<br>CHINA | 60763 |
| FEI COMPANY | 5350 N E DAWSON CREEK DR<br>HILLSBORO, OR  97124 | 38175 |
| FERGUSON ENTERPRISES INC | 55500 GRAND RIVER AVENUE<br>NEW HUDSONWS, MI  48165 | 82953 |
| FERNDALE ELECTRIC COMPANY INC | 915 E DRAYTON<br>FERNDALE, MI  48220 | 39810 |
| FILTER SPECIALISTS INC | 100 ANCHOR ROAD P O BOX 735<br>MICHIGAN CITY, IN  46360-2802 | 40524 |
| FINDLAY INDUSTRIES INC | 4000 FOSTORIA ROAD  P O  BOX 1087<br>FINDLAY, OH  45840 | 38597 |
| FIRE PROTECTION INDUSTRIES INC | 301 RUTHAR DRIVE SUITE B<br>NEWARK, DE  19711-8016 | 72192 |
| FITZGERALD EQUIPMENT COMPANY | 4650 BOEING AVENUE<br>ROCKFORD, IL  61109-2996 | 39489 |
| FLUID ROUTING SOLUTIONS INC | 1955 ENTERPRISE DRIVE<br>ROCHESTER HILLS, MI  48309 | 30114 |
| FOCUS HOPE | 1355 OAKMAN BLVD<br>DETROIT , MI  48238-2949 | 52356 |
| FRANKLIN FASTENER COMPANY | 12701 BEECH DALY ROAD<br>REDFORD, MI  48239-2472 | 38374 |
| FRE-BAR INC | 720 WEST ROSE   P O  BOX 187<br>HOLLY, MI  48442-1552 | 74006 |
| GARMIN EUROPE LIMITED | UNIT 5 THE QUADRANGLE ABBY PK IND<br>ROMSEY   HAMPSHIRE<br>GREAT BRITAIN | 58336 |
| GEISLER A A COMPANY | 12675 MARLIN DRIVE<br>REDFORD, MI  48239-2798 | 46404 |
| GEM INDUSTRIAL INC | 6842 COMMODORE DRIVE<br>WALBRIDGE, OH  43465-9765 | 61599 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| GENERAL FASTENERS COMPANY | 37584 AMRHEIM RD   SUITE 150<br>LIVONIA, MI  48150-1020 | 42154 |
| GENERAL MOTORS CORP-PONTIAC | 2100 SOUTH OPDYKE<br>PONTIAC EAST<br>PONTIAC, MI  48341-3123 | 19859 |
| GENERAL OIL COMPANY INC | 31478 INDUSTRIAL ROAD SUITE 100<br>LIVONIA, MI  48150 | 42884 |
| GEORGE INSTRUMENT COMPANY | 4949 DELEMERE<br>ROYAL OAK, MI  48073-1095 | 42217 |
| GEROTECH INC | 29220 COMMERCE DRIVE<br>FLAT ROCK, MI  48134 | 32799 |
| GLAVERBEL ITALIE | VIA DEL CARPINE<br>ROCCASECCA  03038<br>ITALY | 48351 |
| GOMMA C F SPA | GUTENBERGSTRASSE 27<br>GARCHINY  D-85748<br>GERMANY | 31201 |
| GOODWAY GROUP | 261 OLD YORK RD<br>JENKINTOWN, PA  19046 | 57631 |
| GOODWAY TOOLS CORPORATION | 420 WEST AVENUE<br>STAMFORD, CT  06902 | 43575 |
| GUARANTEE FUMIGATION SERVICES | 20350 CENTER RIDGE RD   BOX 16547<br>ROCKY RIVER, OH  44116 | 42711 |
| GUDEL RAPINDEX INC | 4881 RUNWAY BLVD<br>ANN ARBOR, MI  48108 | 97412 |
| H M S PRODUCTS COMPANY | 1200 EAST BIG BEAVER<br>TROY, MI  48083-1904 | 20455 |
| HALE CHROME SERVICE | 2282 ALBION<br>TOLEDO, OH  43606-4597 | 48562 |
| HART SCIENTIFIC | 799 E UTAH VALLEY DRIVE<br>AMERICAN FORK, UT  84003 | 16956 |
| HENGES INTERIORS | 4133 SHORELINE DRIVE<br>EARTH CITY, MO  63045-1211 | 46618 |
| HERSH COMPANY INC | 50570 E RUSSELL SCHMIDT<br>CHESTERFIELD, MI  48051 | 59353 |
| HERTZ EQUIPMENT RENTAL-MICHIGAN | 6227 FIFTEEN MILE ROAD<br>STERLING HEIGHTS, MI  48310 | 84747 |
| HEWITT MATERIAL HANDLING INC | 425 MILLWAY AVENUE<br>CONCORD, ON  L4K3V8<br>CANADA | 69031 |
| HIGH TECH - THIRD PARTY PACKAGING | 1212 EAST ALEXIS<br>TOLEDO, OH  43612 | 40991 |
| HONSEL INTERNATIONAL TECHNOLOGIES | 9 HILLYARD STREET<br>HAMILTON, ON  L8L7X3<br>CANADA | 60310 |
| HOUSE OF TOOLS & ENGINEERING INC | 436 ANGLUM ROAD<br>HAZELWOOD, MO  63042-2498 | 46761 |
| HUBBARD SUPPLY COMPANY | 901 WEST SECOND STREET<br>FLINT, MI  48503 | 40835 |
| HUDSON GLOBAL RESOURCES | 100 WEST MAIN ST SUITE 110<br>LANSDALE, PA  17446 | 49394 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| HUGHES TELEMATICS INC | 41 PERIMETER CTR EAST SUITE 400<br>ATLANTA, GA 30346 | 60155 |
| HUMPHREY PRINTING CO | 315 N MAIN ST<br>KOKOMO, IN 46901-4692 | 46554 |
| HUNTER SERVICE-MI | 4556 ETHEL DRIVE<br>HIGHLAND, MI 48357 | 83475 |
| HYDRA-AIR INC | 8208 INDY LANE<br>INDIANAPOLIS, IN 46214-2338 | 49624 |
| HYUNDAI AUTONET AMERICA CO | 39555 ORCHARD HILL PL SUITE 390<br>NOVI, MI 48375 | 61602 |
| I & C SALES | 14056 FORT STREET<br>SOUTHGATE, MI 48195-1200 | 24592 |
| ICG CASTINGS INC | 101 POPLAR P O BOX 470<br>DOWAGIAC, MI 49047-0470 | 30674 |
| IDEA CONSULTANTS INC | 17520 W 12 MILE ROAD SUITE 200<br>SOUTHFIELD, MI 48076 | 16455 |
| IMAGEPOINT | 445 SOUTH GAY STREET<br>KNOXVILLE, TN 37902 | 57266 |
| IMPERIAL CHEMICAL INDUSTRIES PLC | IMPERIAL CHEMICAL HOUSE 9 MILLBANK<br>LONDON SW1P3JF<br>UNITED KINGDOM | 71853 |
| INDEPENDENT MANUFACTURING SOLUTION | 46986 LIBERTY DRIVE<br>WIXOM, MI 48393 | 59096 |
| INDEX CORPORATION | 14700 NORTH POINT BLVD<br>NOBLESVILLE, IN 46060 | 42638 |
| INDUSTRIAL DESIGN INNOVATIONS INC | 10611 HAGGERTY ST<br>DEARBORN, MI 48126 | 60221 |
| INDUSTRIAL INNOVATIONS | 2650 THORNWOOD<br>WYOMINGO, MI 49519 | 12474 |
| INDUSTRIAL LEASING LLC | 1825 MONROE AVE NW<br>GRAND RAPIDS, MI 49505 | 60991 |
| INDUSTRIAL PROCESS EQUIPMENT | 2800 LOCUST STREET<br>ST LOUIS, MO 63103-1397 | 51430 |
| INDUSTRIAL SHELVING SYSTEMS | 455 E ELLIOT<br>ST LOUIS, MO 63122 | 51153 |
| INDUSTRIAL TOOL SERVICE INC | 6818 WALES ROAD<br>NORTHWOOD, OH 43619 | 52695 |
| INDUSTRIAPLEX INC | 11810 WILLS RD SUITE 100<br>ALPHARETTAGA, GA 30004 | 61263 |
| INSYNC MARKETING SOLUTIONS | 6100 MALT AVENUE<br>LOS ANGELES, CA 90040 | 46388 |
| IOTECH INC | 25971 CANNON ROAD<br>CLEVELAND, OH 44146 | 99905 |
| ITG SOLUTIONS INC | 17475 PALMER BLVD<br>HOMEWOOD, IL 60430 | 46763 |
| ITW RIDE QUALITY PRODUCTS | 1624 ENGLEWOOD<br>AKRON, OH 44305 | 55199 |
| IWIS MOTORSYSTEME GMBH & CO KG | ALBERT ROSSHAUPTER STR 53<br>MUNCHEN 81369<br>GERMANY | 45457 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| J G WELDING & MAINTENANCE INC | 21803 MOUND ROAD<br>WARREN, MI 48091 | 39172 |
| J M S & ASSOCIATES | 39303 COUNTRY CLUB DR SUITE A 48<br>FARMINGTON HILLS, MI 48331 | 43978 |
| J&L INDUSTRIAL SUPPLY | 31800 INDUSTRIAL ROAD<br>LIVONIA, MI 48151 | 54183 |
| JOHNSON RUBBER COMPANY | 16025 JOHNSON STREET P O BOX 67<br>MIDDLEFIELD, OH 44062-0067 | 53127 |
| JOINT PRODUCTION TECHNOLOGY | 15381 HALLMARK COURT<br>MACOMB, MI 48042 | 53973 |
| KANEKA | 2 NORTHPOINT DRIVE SUITE 200<br>HOUSTON, TX 77060 | 27001 |