JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11
                                                    :
Old Carco LLC                                       :   Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), et al.,¹                      :
                                                    :   (Jointly Administered)
                            Debtors.                :
                                                    x
------------------------------------------------------------
```

## NOTICE OF HEARING ON
## ELEVENTH OMNIBUS MOTION OF DEBTORS AND
## DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
## BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
## <u>AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS</u>

## PLEASE TAKE NOTICE OF THE FOLLOWING:

---

[1]     A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

1.        A hearing to consider the Eleventh Omnibus Motion of Debtors and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts (the "Motion"), filed by the above-captioned debtors and debtors in possession (the "Debtors"), shall be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **July 16, 2009, at 10:00 a.m. (New York time).**

2.        Objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and be filed with the Bankruptcy Court and must be served in accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), so as to be actually received by the parties on the Special Service List (as defined in the Case Management Order) and the parties to the executory contracts sought to be affected not later than **4:00 p.m. (New York time) on June 29, 2009** (the "Objection Deadline").

3.        If no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form attached to the Motion, which order shall be submitted and may be entered with no further notice or opportunity to be heard offered to any party.

4. Copies of the Motion, the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb-mega.uscourts.gov or, free of charge, at www.chryslerrestructuring.com.

Dated: June 18, 2009
New York, New York

Respectfully submitted,

 /s/ Corinne Ball
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

---

**PARTIES RECEIVING THIS ELEVENTH OMNIBUS MOTION
SHOULD LOCATE THEIR NAMES IN THE ATTACHED EXHIBIT A**

---

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Old Carco LLC                             :   Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), et al.,¹            :
                                          :   (Jointly Administered)
                     Debtors.             :
                                          :
------------------------------------------------------------x
```

---

[1]      A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

**ELEVENTH OMNIBUS MOTION OF DEBTORS AND
DEBTORS IN POSSESSION, PURSUANT TO SECTION 365 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AN ORDER
<u>AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS</u>**

TO THE HONORABLE ARTHUR J. GONZALEZ,
UNITED STATES BANKRUPTCY JUDGE:

Old Carco LLC (f/k/a Chrysler LLC) ("<u>Old Carco</u>") and its affiliated debtors and

debtors in possession (collectively with Old Carco, the "<u>Debtors</u>") respectfully represent as

follows:

### <u>Background</u>

1.      On April 30, 2009 (the "<u>Petition Date</u>"), Old Carco and 24 of its affiliated

Debtors (collectively, the "<u>Original Debtors</u>") commenced their reorganization cases by filing

voluntary petitions for relief under chapter 11 of title 11 of the United States Code

(the "<u>Bankruptcy Code</u>").  On May 19, 2009, Debtor Alpha Holding LP ("<u>Alpha</u>") commenced

its reorganization case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

By orders of the Court (Docket Nos. 97 and 2188), the Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being administered jointly.

2.      The Debtors are authorized to continue to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

3.      On May 5, 2009, the Office of the United States Trustee for the Southern

District of New York appointed an official committee of unsecured creditors, pursuant to section

1102 of the Bankruptcy Code.

4.      As of the Petition Date, the Debtors and their nondebtor direct and indirect

subsidiaries (collectively, the "<u>Old Carco Companies</u>") comprised one of the world's largest

manufacturers and distributors of automobiles and other vehicles, together with related parts and accessories. On the Petition Date, the Old Carco Companies employed approximately 55,000 hourly and salaried employees worldwide, 70% of whom were based in the United States.

5. For the 12 months ended December 31, 2008, the Old Carco Companies recorded revenue of more than $48.4 billion and had assets of approximately $39.3 billion and liabilities totaling $55.2 billion.

6. In connection with the commencement of these cases, Old Carco and its Debtor subsidiaries, Fiat S.p.A. ("Fiat") and New Chrysler (as defined below) entered into a Master Transaction Agreement dated as of April 30, 2009 (as amended and collectively with other ancillary and supporting documents, the "Purchase Agreement"). The Purchase Agreement provided, among other things, that: (a) Old Carco would transfer the majority of its operating assets to New CarCo Acquisition LLC (n/k/a Chrysler Group LLC) ("New Chrysler"), a newly established Delaware limited liability company formed by Fiat; and (b) in exchange for those assets, New Chrysler would assume certain liabilities of Old Carco and pay to Old Carco $2 billion in cash (collectively with the other transactions contemplated by the Purchase Agreement, the "Fiat Transaction"). On May 3, 2009, the Original Debtors filed a motion to approve the Fiat Transaction or a similar transaction with a competing bidder (Docket No. 190).

7. On May 31, 2009, this Court issued: (a) an Opinion Granting the Debtors' Motion Seeking Authority to Sell, Pursuant to § 363, Substantially All of the Debtors' Assets (Docket No. 3073) (the "Sale Opinion"); and (b) an Opinion and Order Regarding Emergency Economic Stabilization Act of 2008 and Troubled Asset Relief Program (Docket Nos. 3074 and 3229) (together with the Sale Opinion, the "Opinions"). On June 1, 2009 and consistent with the Sale Opinion, this Court entered an Order authorizing the Fiat Transaction (Docket No. 3232)

(the "Sale Order").  On June 5, 2009, the United States Court of Appeals for the Second Circuit affirmed the Opinions and the Sale Order.  Consistent with the Sale Order, the Fiat Transaction was consummated on June 10, 2009.

## Jurisdiction

8.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

9.      Pursuant to section 365 of the Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors hereby seek the entry of an order authorizing them to reject all of their executory contracts (collectively, the "Contracts") with the parties identified on Exhibit A (collectively, the "Non-Debtor Counterparties") effective as of the date hereof.

## Facts Relevant to This Motion

10.      The Debtors have engaged in a review of certain of their executory supplier contracts.  As a result of their review, the Debtors have determined that their Contracts with the Non-Debtor Counterparties identified on Exhibit A are neither necessary nor valuable to their estates and will not be assumed and assigned as part of the Fiat Transaction.

11.      Each of the Contracts is an "executory contract" within the meaning of section 365 of the Bankruptcy Code, capable of being rejected by the Debtors.  To the extent that any Contract already has expired or been terminated, it is included herein out of an abundance of caution.

**<u>Argument</u>**

12.     Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease." 11 U.S.C. § 365(a).  Courts routinely approve motions to assume, assume and assign or reject executory contracts upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment.  <u>See</u> <u>Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)</u>, 4 F.3d 1095, 1099 (2d Cir. 1993) (stating that section 365 of the Bankruptcy Code "permits the trustee or debtor-in-possession, subject to the approval of the bankruptcy court, to go through the inventory of executory contracts of the debtor and decide which ones it would be beneficial to adhere to and which ones it would be beneficial to reject."); <u>see also</u> <u>NLRB v. Bildisco & Bildisco</u>, 465 U.S. 513, 523 (1984) (stating that the traditional standard applied by courts to authorize the rejection of an executory contract is that of "business judgment"); <u>In re Gucci</u>, 193 B.R. 411, 415 (S.D.N.Y. 1996) ("A bankruptcy court reviewing a trustee's decision to assume or reject an executory contract should apply its 'business judgment' to determine if it would be beneficial or burdensome to the estate to assume it.").

13.     Courts generally will not second-guess a debtor's business judgment concerning the assumption or rejection of an executory contract.  <u>See</u> <u>In re Riodizio, Inc.</u>, 204 B.R. 417, 424 (Bankr. S.D.N.Y. 1997) ("[A] court will ordinarily defer to the business judgment of the debtor's management"); <u>accord</u> <u>Phar-Mor, Inc. v. Strouss Bldg. Assocs.</u>, 204 B.R. 948, 951-52 (Bankr. N.D. Ohio 1997) ("Whether an executory contract is 'favorable' or 'unfavorable' is left to the sound business judgment of the debtor . . . .  Courts should generally defer to a debtor's decision whether to reject an executory contract.").  The "business judgment" test is not a strict standard; it merely requires a showing that either assumption or rejection of the

executory contract will benefit a debtor's estate. See, e.g., Bregman v. Meehan (In re Meehan), 59 B.R. 380, 385 (E.D.N.Y. 1986) ("The business judgment test is a flexible one . . . . The primary issue under the business judgment test is whether rejection of the contract would benefit general unsecured creditors."); In re Helm, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 2006) ("To meet the business judgment test, the debtor in possession must establish that rejection will benefit the estate."); Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.), 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996) ("In reviewing a debtor's decision to assume or reject an executory contract, the court must examine the contract and circumstances and apply its best 'business judgment' to determine if the assumption or rejection would be beneficial or burdensome to the estate.").

14.     As noted above, New Chrysler has determined not to accept an assignment of Contracts with any of the Non-Debtor Counterparties in connection with the Fiat Transaction. In addition, following the consummation of the Fiat Transaction, the Debtors are in the process of winding down their business affairs and have no further need for the goods or services that otherwise would be provided pursuant to the Contracts. As such, the Debtors have determined that the Contracts provide no ongoing benefits to their estates. Moreover, the Debtors have determined that the Contracts do not have any realizable value in the marketplace.

15.     Courts that have permitted retroactive rejection generally have permitted rejection of an executory contract to be effective as of the date on which the nondebtor party to the executory contract was given definitive notice of the debtor's intent to reject. See, e.g., In re Loewen Group Int'l, Inc., No. 99 1244 (PJW) (Bankr. D. Del. Aug. 18, 2000) (authorizing rejection effective as of the date of the filing of the rejection motion). Generally, the Non-Debtor

Counterparties received notice of the Debtors' intent to reject the Contracts upon the filing and service of this Motion.

16.     Accordingly, in the sound exercise of their business judgment, the Debtors have determined that the rejection of the Contracts, pursuant to section 365 of the Bankruptcy Code, effective as of the date of this Motion, is in the best interests of their estates and stakeholders.

## Notice

17.     No trustee or examiner has been appointed in these chapter 11 cases.  In accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), entered on May 12, 2009, notice of this Motion has been given to the parties identified on the General Service List and the Special Service List (as such terms are identified in the Case Management Order), and to the Non-Debtor Counterparties to the Contracts identified in Exhibit A.  The Debtors submit that no other or further notice need be provided.

## No Prior Request

18.     No prior request for the relief sought in this Motion has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order substantially in the form attached hereto as <u>Exhibit B</u>, granting the relief requested herein; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

Dated: June 18, 2009
      New York, New York

Respectfully submitted,

 /s/ Corinne Ball
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT A

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :     Chapter 11
                                              :
Old Carco LLC                                 :     Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), et al.,                 :
                                              :     (Jointly Administered)
                          Debtors.            :
                                              :
------------------------------------------------------------x
```

## ELEVENTH OMNIBUS ORDER AUTHORIZING THE
## REJECTION OF CERTAIN EXECUTORY CONTRACTS

This matter coming before the Court on the Eleventh Omnibus Motion of Debtors

and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy

Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts

(the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"); the Court having reviewed the Motion and having considered the

statements of counsel and the evidence adduced with respect to the Motion at a hearing before

the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and

(d) a sound business purpose exists for the relief granted herein; and the Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

---

[1]       Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to reject all Contracts with the Non-Debtor Counterparties identified on the attached <u>Schedule 1</u>, which is incorporated herein by reference, and the Contracts are deemed rejected, pursuant to section 365 of the Bankruptcy Code, effective as of June 16, 2009.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
        _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE 1

# **EXHIBIT A**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| KARMANN GMBH | KARMANNSTRASSE 1<br>OSNARBRUECK  49084<br>GERMANY | 50021 |
| KEEP-FILL INC | 24400 NORTHLINE ROAD<br>TAYLOR, MI  48180 | 31848 |
| KENNEDY INDUSTRIES INC | 4975 TECHNICAL DRIVE<br>MILFORD, MI  48381 | 55895 |
| KENWAL STEEL COMPANY | 8223 W WARREN<br>DEARBORN, MI  48126 | 55112 |
| KENWAL STELL COMPANY | 201 MISSISSIPPI STREET<br>UNIT 3<br>GARY, IN  46402-1543 | 66391 |
| KLINGELNBERG OERLIKON TEC CTR INC | 1465 WOODLAND DRIVE<br>SALINE, MI  48176-1259 | 38654 |
| KORTEN QUALITY SYSTEMS | 69210 POWELL P O BOX 210<br>ROMEO, MI  48065 | 31981 |
| KRH ENGINEERING | 170 EASTON DR<br>SOUTH LYON, MI  48178 | 58517 |
| KRISHNA MARUTI LIMITED | 40 KM NH 8 VILLAGE NARSINGHPUR<br>GURGAON  122001<br>INDIA | 61343 |
| KRYSTAL MARKETING INC | 1120 E LONG LAKE ROAD SUITE 200<br>TROY, MI  48098 | 86944 |
| LIDKOPING MACHINE TOOLS - AB | 4 INDUSTRIAL ROAD<br>MILFORD INDUSTRIAL PLAZA<br>MILFORD, MA  01757 | 48259 |
| LONE STAR STEEL COMPANY | 15660 N DALLAS PARKWAY SUITE 500<br>DALLAS, TX  75248 | 58577 |
| LONE STAR TECHNOLOGIES INC | 15660 N DALLAS PARKWAY SUITE 500<br>DALLAS, TX  75248 | 82352 |
| LORRO INC | 13881 W CHICAGO<br>DETROIT, MI  48228 | 95632 |
| LOWRY COMPUTER PRODUCTS INC | 9420 MALTBY RD<br>BRIGHTON, MI  48116 | 17327 |
| LUNT MANUFACTURING COMPANY INC | 601 605 LUNT AVENUE<br>SCHAUMBURG, IL  60193 | 47896 |
| M K S INSTRUMENTS | 6 CHATTUCK ROAD<br>ANDOVER, MA  01810-2979 | 61708 |
| MAC DONALD S INDUSTRIAL PRODS INC | 850 PANNELL STREET N W<br>GRAND RAPIDS, MI  49504 | 16280 |
| MACOMB PIPE & SUPPLY COMPANY | 34400MOUND ROAD<br>STERLING HEIGHTS, MI  48310 | 22615 |
| MANTER TECHNOLOGIES CORPORATION | 7177 MARINE CITY AIRPORT<br>MARINE CITY, MI  48039 | 67400 |
| MARKLEVILLE LUMBER COMPANY | STATE ROAD 38 PO BOX 137<br>MARKLEVILLE, IN  46056 | 70074 |
| MARUGO RUBBER INDUSTRIES LTD | 58 KAMITOMII<br>KURASHIKI<br>JAPAN | 35579 |
| MASTER MAILERS | 1701 SHEPHERD ST E., #200<br>WINDSOR, ON  NI64Y5<br>CANADA | 13071 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| MATRIX TECHNOLOGIES INC | 1760 INDIAN WOOD CIRCLE<br>MAUMEE, OH 43537 | 84767 |
| MC MACHINERY | 1500 MICHEAL DRIVE<br>WOOD DALE, IL 60191 | 21412 |
| MC MASTER-CARR SUPPLY COMPANY | 600 N COUNTYLINE ROAD<br>ELMHURST, IL 60126-2081 | 61077 |
| MEASUREMENT INSTRUMENTS EAST INC | 107 IRON AVENUE P O BOX 163<br>BLAIRSVILLE, PA 15717 | 87202 |
| MENDOZA JIMENEZ ADELINA | JORGE WASHINGTON NO. 196-102<br>COL. MODERNA 3510<br>MEXICO | 51993 |
| MERCHANDISING INCENTIVES CORP | 352 OLIVER STREET<br>P.O. BOX 7046<br>TROY, MI 48007-7046 | 57886 |
| MICHIGAN BRUSH MFG COMPANY INC | 7411 CENTRAL AVENUE<br>DETROIT, MI 48210 | 63493 |
| MICHIGAN GAGE & MANUFACTURING LLC | 44404 PHOENIX DRIVE<br>STERLING HEIGHTS, MI 48314 | 90881 |
| MICHIGAN INDUSTRIAL CONTROLS INC | 2402 GRATIOT AVENUE<br>PORT HURON, MI 48060-2940 | 90688 |
| MICHIGAN SCIENTIFIC CORPORATION | 321 E HURON STREET<br>MILFORD, MI 48381 | 67889 |
| MIDWAY PRODUCTS CORPORATION | ONE LYMAN E HOYT DR P O BOX 737<br>MONROE, MI 48161 | 63600 |
| MILL STEEL COMPANY | 5116 36TH STREET S E PO BOX 8827<br>GRAND RAPIDS, MI 49512-2079 | 45977 |
| MITSUBISHI HOME OFICE & AUTO INC | 500 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 | 76570 |
| MITSUBISHI MATERIALS USA CORP | 17401 EASTMAN STREET<br>IRVINE, CA 92614 | 40253 |
| MONARCH MACHINE TOOL INC | 641 NY STATE RT 13 SOUTH BOX 749<br>CORTLAND, NY 13045-0749 | 62908 |
| MONTUPET LIMITEE | 500 RUE LEGER<br>RIVIERE BEAUDETTE PQ, QC J0P1R0<br>CANADA | 78253 |
| MOPAR NATIONALS INC | 21520 NOWLIN<br>P.O. BOX 2303<br>DEARBORN, MI 48123 | 33242 |
| MUZAK LIMITED PARTNERSHIP | 5750 ENTERPRISE DRIVE<br>WARREN, MI 48092 | 10201 |
| NATIONAL INDUSTRIAL SUPPLY INC | 1201 ROCHESTER ROAD<br>TROY, MI 48083 | 43311 |
| NATIONAL STEEL CORPORATION | 600 GRANT STREET<br>PITTSBURG, PA 15219 | 39839 |
| NATIONWIDE FENCE | 53861 GRATIOT AVENUE<br>CHESTERFIELD, MI 48051 | 29807 |
| NAVISITE INC | 400 MINUTEMAN RD<br>ANDOVER, MA 01810 | 46047 |
| NICHOLAS PLASTICS INC | 11700 48TH AVENUE P O BOX 136<br>ALLENDALE, MI 49401-0136 | 36011 |
| NIELSEN MEDIA RESEARCH | 150 N MARTINGALE RD<br>SCHAUMBURG, IL 60173 | 59049 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| NOBLE INTERNATIONAL LTD | 33 BLOOMFIELD HILLS PARKWAY SU 155 BLOOMFIELD HILLS, MI 48304 | 30949 |
| NOBLE-CA | 33 BLOOMFIELD HILLS PARKWAY SU 155 BLOOMFIELD HILLS, MI 48304 | 39662 |
| NOBLE-US | 33 BLOOMFIELD HILLS PARKWAY SU 155 BLOOMFIELD HILLS, MI 48304 | 38416 |
| NOONAN GROUP INC | 1700 W BIG BEAVER RD SUITE 225 TROY, MI 48084 | 52929 |
| NORILSK NICKEL USA | 2 PENN CENTER WEST SUITE 330 PITTSBURG, PA 15276 | 58414 |
| NORMAN LUMBER COMPANY | 9651 CLAYTON RD PO BOX 6743 ST LOUIS, MO 63144-1834 | 52810 |
| NORTH AMERICAN MACHINE & ENG CO | 1950 BIRCHWOOD DR TROY, MI 48083 | 19090 |
| NORTHERN INDUSTRIAL PRODUCTS CORP | 20380 CORNILLIE DRIVE PO BOX 636 ROSEBILLE, MI 48066 | 70075 |
| NORTON EQUIPMENT CORPORATION | 203 E ADRIAN BLISSFIELD, MI 49228-1301 | 68299 |
| NOVEM CAR INTERIOR DESIGN | 7610 MARKET ST CANTON, MI 48187 | 52449 |
| NOVITA TECHNOLOGIES | 166 MOLLY WALTON HENDERSONVILLE, TN 37075 | 61597 |
| NUM CORPORATION | 603 E DIEHL ROAD SUITE 115 NAPERVILLE, IL 60563-1477 | 90148 |
| NUTEK | 26100 AMERICAN DR SUITE 401 SOUTHFIELD, MI 48034 | 41868 |
| NYLONCRAFT INC | 616 WEST MCKINLEY AVE MISHAWAKA, IN 46545 | 62037 |
| OESTERLESLER GMBH | SIEMENSSTRABE 6 8 ASPACH 71546 GERMANY | 58717 |
| OHIO TRANSMISSION & PUMP | 1221 HULMAN STREET P O BOX 2181 TERRE HAUTE, IN 47802 | 32422 |
| OLYMPIC LASER PROCESSING | 6331 SCHOONER DRIVE BELLEVILLE, MI 48111 | 45168 |
| OMEGA ENGINEERING INC | ONE OMEGA DRIVE P O BOX 4047 STAMFORD, CT 06907-0047 | 71448 |
| OMNI FACILITY SERVICES | 8720 W NINE MILE ROAD OAK PARK, MI 48237 | 15353 |
| OMNI-TECH SALES | 31189 SCHOOLCRAFT ROAD LIVONIA, MI 48150 | 98170 |
| OPTICAL MEASUREMENTS INC | 1900 E. 14 MILE ROAD MADISON HEIGHTS, MI 48071 | 45935 |
| ORTECH | 2806 N. INDUSTRIAL ROAD KIRKSVILLE, MO 63501 | 52223 |
| OWENS TECHNICAL COLLEGE | OREGON ROAD TOLEDO, OH 43699 | 75228 |
| PAR-FOAM PRODUCTS INC | 239 VAN RENSSELAER STREET BUFFALO, NY 14210 | 44257 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| PARTS PEDDLER AUTO SUPP STORES | 1414 S MAIN STREET<br>CHELSEA, MI  48118-1419 | 21459 |
| PAT PRECISION INC | 11048 HI TECH DRIVE<br>WHITMORE LAKE, MI  48189 | 55058 |
| PEBCO SALES INC | 22797 MORELLI DRIVE<br>CLINTON TOWNSHIP, MI  48036 | 76391 |
| PEORIA DISPOSAL COMPANY | 4700 W STERLING  P O BOX 9071<br>PEORIA, IL  61615-3652 | 17892 |
| PEPPERL & FUCHS INC | 1600 ENTERPRISE PARKWAY<br>TWINSBURG, OH  44087-2245 | 33813 |
| PETERS MANUFACTURING COMPANY | 215 SHERMAN STREET<br>PO BOX 1673<br>VASSAR, MI  48768 | 41750 |
| PHILLIPS PLASTICS CORPORATION | SEVEN LONG LAKE DRIVE<br>PHILLIPS, WI  54555 | 38593 |
| PLASTECH ENGINEERED PRODUCTS | 1810 W 20TH STREET<br>ERIE, PA  16502-2001 | 36946 |
| PLAS-TECH ENGINEERED PRODUCTS INC | 33195 HARPER AVENUE<br>ST CLAIR SHORES, MI  48082-1025 | 31726 |
| PLASTIC MASTERS INC | 18300 USHIGHWAY 12<br>NEW BUFFALO, MI  49117 | 64124 |
| PRECISE MACHINE & TOOL INC | 13450 PARKVIEW COURT<br>LOUISVILLE, KY  40223 | 49576 |
| PRECISION QUINCY CORPORATION | 1625 NORTH LAKE SHORE DRIVE<br>WOODSTOCK, IL  60098 | 17517 |
| PRECISION TOOL REPAIR COMPANY | 1815 BELLAIRE<br>ROYAL OAK, MI  48067-1584 | 72533 |
| PREFERRED PLASTIC | 800 EAST BRIDGE STREET<br>PLAINWELL, MI  49080 | 47166 |
| PREMIER FARNELL ELECTRONICS PLC | FARNELL HOUSE SANDBECK WAY<br>WETHERBY LS22-4DH<br>UNITED KINGDOM | 43723 |
| PRESTOLITE ELECTRIC INC | 2311 GREEN RD    SUITE B<br>ANN ARBOR, MI  48105 | 73691 |
| PRODUCTION HANDLING SYSTEMS INC | 415 EAST STATE ROAD 144 PO BOX 474<br>FRANKLIN, IN  46131 | 45839 |
| PRODUCTION TOOL SUPPLY COMPANY-MI | 8655 E 8 MILE ROAD P O BOX 987<br>WARREN, MI  48089-4030 | 72626 |
| PROGRESSIVE MOULDED PRODUCTS LTD | 9024 KEELE STREET<br>CONCORD, ON  L4K2N2<br>CANADA | 12050 |
| PROGRESSIVE SWEEPING & CONTRACTORS | 455 TERMINAL ROAD<br>TOLEDO, OH  43612 | 11030 |
| PROTOFAB INC | 2835 DALEY<br>TROY, MI  48083-1940 | 47798 |
| PULLMAN INDUSTRIES INC | 100 VETERANS BLVD<br>SOUTH HAVEN, MI  49090 | 72663 |
| Q3 MANSFIELD INC | 25 RUPP ROAD<br>MANSFIELD, OH  44901 | 43643 |
| QC ONICS VENTURES LP | 1410 WOHLERT ST   PO BOX 329<br>ANGOLA, IN  46703 | 50108 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| QINGDAO METEOR RUBBER & PLASTIC CO | TAICHANG RD ZHONGYUN DVLPT ZONE<br>JIAOZHOU  266300<br>CHINA | 61167 |
| R & M AIR SYSTEMS | 2000 OAKLEY PARK ROAD<br>SUITE 205A<br>WALLED LAKE, MI  48390 | 80793 |
| R&R TEXTILES INC | 4187 HWY 411<br>ETON, GA  30724 | 49415 |
| RAN ENTERPRISES INC | 5062 KENDRICK COURT S E<br>GRAND RAPIDS, MI  49512 | 94479 |
| RAYHAVEN EQUIPMENT COMPANY INC | 22122 TELEGRAPH ROAD<br>SOUTHFIELD, MI  48034 | 78103 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                             :

In re                             :    Chapter 11
                                  :

Old Carco LLC               :    Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,    :
                                 :    (Jointly Administered)
                    Debtors.    :
                                  :
------------------------------------------------------------x

### ELEVENTH OMNIBUS ORDER AUTHORIZING THE
### REJECTION OF CERTAIN EXECUTORY CONTRACTS

This matter coming before the Court on the Eleventh Omnibus Motion of Debtors

and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy

Rule 6006, for an Order Authorizing the Rejection of Certain Executory Contracts

(the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"); the Court having reviewed the Motion and having considered the

statements of counsel and the evidence adduced with respect to the Motion at a hearing before

the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and

(d) a sound business purpose exists for the relief granted herein; and the Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein;

            IT IS HEREBY ORDERED THAT:

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to reject all Contracts with the Non-Debtor Counterparties identified on the attached <u>Schedule 1</u>, which is incorporated herein by reference, and the Contracts are deemed rejected, pursuant to section 365 of the Bankruptcy Code, effective as of June 16, 2009.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
           _____, 2009

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

# **SCHEDULE 1**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| KARMANN GMBH | KARMANNSTRASSE 1<br>OSNARBRUECK  49084<br>GERMANY | 50021 |
| KEEP-FILL INC | 24400 NORTHLINE ROAD<br>TAYLOR, MI  48180 | 31848 |
| KENNEDY INDUSTRIES INC | 4975 TECHNICAL DRIVE<br>MILFORD, MI  48381 | 55895 |
| KENWAL STEEL COMPANY | 8223 W WARREN<br>DEARBORN, MI  48126 | 55112 |
| KENWAL STELL COMPANY | 201 MISSISSIPPI STREET<br>UNIT 3<br>GARY, IN  46402-1543 | 66391 |
| KLINGELNBERG OERLIKON TEC CTR INC | 1465 WOODLAND DRIVE<br>SALINE, MI  48176-1259 | 38654 |
| KORTEN QUALITY SYSTEMS | 69210 POWELL P O BOX 210<br>ROMEO, MI  48065 | 31981 |
| KRH ENGINEERING | 170 EASTON DR<br>SOUTH LYON, MI  48178 | 58517 |
| KRISHNA MARUTI LIMITED | 40 KM NH 8 VILLAGE NARSINGHPUR<br>GURGAON  122001<br>INDIA | 61343 |
| KRYSTAL MARKETING INC | 1120 E LONG LAKE ROAD SUITE 200<br>TROY, MI  48098 | 86944 |
| LIDKOPING MACHINE TOOLS - AB | 4 INDUSTRIAL ROAD<br>MILFORD INDUSTRIAL PLAZA<br>MILFORD, MA  01757 | 48259 |
| LONE STAR STEEL COMPANY | 15660 N DALLAS PARKWAY SUITE 500<br>DALLAS, TX  75248 | 58577 |
| LONE STAR TECHNOLOGIES INC | 15660 N DALLAS PARKWAY SUITE 500<br>DALLAS, TX  75248 | 82352 |
| LORRO INC | 13881 W CHICAGO<br>DETROIT, MI  48228 | 95632 |
| LOWRY COMPUTER PRODUCTS INC | 9420 MALTBY RD<br>BRIGHTON, MI  48116 | 17327 |
| LUNT MANUFACTURING COMPANY INC | 601 605 LUNT AVENUE<br>SCHAUMBURG, IL  60193 | 47896 |
| M K S INSTRUMENTS | 6 CHATTUCK ROAD<br>ANDOVER, MA  01810-2979 | 61708 |
| MAC DONALD S INDUSTRIAL PRODS INC | 850 PANNELL STREET N W<br>GRAND RAPIDS, MI  49504 | 16280 |
| MACOMB PIPE & SUPPLY COMPANY | 34400MOUND ROAD<br>STERLING HEIGHTS, MI  48310 | 22615 |
| MANTER TECHNOLOGIES CORPORATION | 7177 MARINE CITY AIRPORT<br>MARINE CITY, MI  48039 | 67400 |
| MARKLEVILLE LUMBER COMPANY | STATE ROAD 38 PO BOX 137<br>MARKLEVILLE, IN  46056 | 70074 |
| MARUGO RUBBER INDUSTRIES LTD | 58 KAMITOMII<br>KURASHIKI<br>JAPAN | 35579 |
| MASTER MAILERS | 1701 SHEPHERD ST E., #200<br>WINDSOR, ON  NI64Y5<br>CANADA | 13071 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| MATRIX TECHNOLOGIES INC | 1760 INDIAN WOOD CIRCLE<br>MAUMEE, OH 43537 | 84767 |
| MC MACHINERY | 1500 MICHEAL DRIVE<br>WOOD DALE, IL 60191 | 21412 |
| MC MASTER-CARR SUPPLY COMPANY | 600 N COUNTYLINE ROAD<br>ELMHURST, IL 60126-2081 | 61077 |
| MEASUREMENT INSTRUMENTS EAST INC | 107 IRON AVENUE P O BOX 163<br>BLAIRSVILLE, PA 15717 | 87202 |
| MENDOZA JIMENEZ ADELINA | JORGE WASHINGTON NO. 196-102<br>COL. MODERNA 3510<br>MEXICO | 51993 |
| MERCHANDISING INCENTIVES CORP | 352 OLIVER STREET<br>P.O. BOX 7046<br>TROY, MI 48007-7046 | 57886 |
| MICHIGAN BRUSH MFG COMPANY INC | 7411 CENTRAL AVENUE<br>DETROIT, MI 48210 | 63493 |
| MICHIGAN GAGE & MANUFACTURING LLC | 44404 PHOENIX DRIVE<br>STERLING HEIGHTS, MI 48314 | 90881 |
| MICHIGAN INDUSTRIAL CONTROLS INC | 2402 GRATIOT AVENUE<br>PORT HURON, MI 48060-2940 | 90688 |
| MICHIGAN SCIENTIFIC CORPORATION | 321 E HURON STREET<br>MILFORD, MI 48381 | 67889 |
| MIDWAY PRODUCTS CORPORATION | ONE LYMAN E HOYT DR P O BOX 737<br>MONROE, MI 48161 | 63600 |
| MILL STEEL COMPANY | 5116 36TH STREET S E PO BOX 8827<br>GRAND RAPIDS, MI 49512-2079 | 45977 |
| MITSUBISHI HOME OFICE & AUTO INC | 500 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 | 76570 |
| MITSUBISHI MATERIALS USA CORP | 17401 EASTMAN STREET<br>IRVINE, CA 92614 | 40253 |
| MONARCH MACHINE TOOL INC | 641 NY STATE RT 13 SOUTH BOX 749<br>CORTLAND, NY 13045-0749 | 62908 |
| MONTUPET LIMITEE | 500 RUE LEGER<br>RIVIERE BEAUDETTE PQ, QC J0P1R0<br>CANADA | 78253 |
| MOPAR NATIONALS INC | 21520 NOWLIN<br>P.O. BOX 2303<br>DEARBORN, MI 48123 | 33242 |
| MUZAK LIMITED PARTNERSHIP | 5750 ENTERPRISE DRIVE<br>WARREN, MI 48092 | 10201 |
| NATIONAL INDUSTRIAL SUPPLY INC | 1201 ROCHESTER ROAD<br>TROY, MI 48083 | 43311 |
| NATIONAL STEEL CORPORATION | 600 GRANT STREET<br>PITTSBURG, PA 15219 | 39839 |
| NATIONWIDE FENCE | 53861 GRATIOT AVENUE<br>CHESTERFIELD, MI 48051 | 29807 |
| NAVISITE INC | 400 MINUTEMAN RD<br>ANDOVER, MA 01810 | 46047 |
| NICHOLAS PLASTICS INC | 11700 48TH AVENUE P O BOX 136<br>ALLENDALE, MI 49401-0136 | 36011 |
| NIELSEN MEDIA RESEARCH | 150 N MARTINGALE RD<br>SCHAUMBURG, IL 60173 | 59049 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| NOBLE INTERNATIONAL LTD | 33 BLOOMFIELD HILLS PARKWAY SU 155<br>BLOOMFIELD HILLS, MI  48304 | 30949 |
| NOBLE-CA | 33 BLOOMFIELD HILLS PARKWAY SU 155<br>BLOOMFIELD HILLS, MI  48304 | 39662 |
| NOBLE-US | 33 BLOOMFIELD HILLS PARKWAY SU 155<br>BLOOMFIELD HILLS, MI  48304 | 38416 |
| NOONAN GROUP INC | 1700 W BIG BEAVER RD  SUITE 225<br>TROY, MI  48084 | 52929 |
| NORILSK NICKEL USA | 2 PENN CENTER WEST SUITE 330<br>PITTSBURG, PA  15276 | 58414 |
| NORMAN LUMBER COMPANY | 9651 CLAYTON RD    PO BOX 6743<br>ST LOUIS, MO  63144-1834 | 52810 |
| NORTH AMERICAN MACHINE & ENG CO | 1950 BIRCHWOOD DR<br>TROY, MI  48083 | 19090 |
| NORTHERN INDUSTRIAL PRODUCTS CORP | 20380 CORNILLIE DRIVE<br>PO BOX 636<br>ROSEBILLE, MI  48066 | 70075 |
| NORTON EQUIPMENT CORPORATION | 203 E ADRIAN<br>BLISSFIELD, MI  49228-1301 | 68299 |
| NOVEM CAR INTERIOR DESIGN | 7610 MARKET ST<br>CANTON, MI  48187 | 52449 |
| NOVITA TECHNOLOGIES | 166 MOLLY WALTON<br>HENDERSONVILLE, TN  37075 | 61597 |
| NUM CORPORATION | 603 E DIEHL ROAD SUITE 115<br>NAPERVILLE, IL  60563-1477 | 90148 |
| NUTEK | 26100 AMERICAN DR   SUITE 401<br>SOUTHFIELD, MI  48034 | 41868 |
| NYLONCRAFT INC | 616 WEST MCKINLEY AVE<br>MISHAWAKA, IN  46545 | 62037 |
| OESTERLESLER GMBH | SIEMENSSTRABE 6 8<br>ASPACH  71546<br>GERMANY | 58717 |
| OHIO TRANSMISSION & PUMP | 1221 HULMAN STREET P O BOX 2181<br>TERRE HAUTE, IN  47802 | 32422 |
| OLYMPIC LASER PROCESSING | 6331 SCHOONER DRIVE<br>BELLEVILLE, MI  48111 | 45168 |
| OMEGA ENGINEERING INC | ONE OMEGA DRIVE  P O  BOX 4047<br>STAMFORD, CT  06907-0047 | 71448 |
| OMNI FACILITY SERVICES | 8720 W NINE MILE ROAD<br>OAK PARK, MI  48237 | 15353 |
| OMNI-TECH SALES | 31189 SCHOOLCRAFT ROAD<br>LIVONIA, MI  48150 | 98170 |
| OPTICAL MEASUREMENTS INC | 1900 E. 14 MILE ROAD<br>MADISON HEIGHTS, MI  48071 | 45935 |
| ORTECH | 2806 N. INDUSTRIAL ROAD<br>KIRKSVILLE, MO  63501 | 52223 |
| OWENS TECHNICAL COLLEGE | OREGON ROAD<br>TOLEDO, OH  43699 | 75228 |
| PAR-FOAM PRODUCTS INC | 239 VAN RENSSELAER STREET<br>BUFFALO, NY  14210 | 44257 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| PARTS PEDDLER AUTO SUPP STORES | 1414 S MAIN STREET<br>CHELSEA, MI 48118-1419 | 21459 |
| PAT PRECISION INC | 11048 HI TECH DRIVE<br>WHITMORE LAKE, MI 48189 | 55058 |
| PEBCO SALES INC | 22797 MORELLI DRIVE<br>CLINTON TOWNSHIP, MI 48036 | 76391 |
| PEORIA DISPOSAL COMPANY | 4700 W STERLING P O BOX 9071<br>PEORIA, IL 61615-3652 | 17892 |
| PEPPERL & FUCHS INC | 1600 ENTERPRISE PARKWAY<br>TWINSBURG, OH 44087-2245 | 33813 |
| PETERS MANUFACTURING COMPANY | 215 SHERMAN STREET<br>PO BOX 1673<br>VASSAR, MI 48768 | 41750 |
| PHILLIPS PLASTICS CORPORATION | SEVEN LONG LAKE DRIVE<br>PHILLIPS, WI 54555 | 38593 |
| PLASTECH ENGINEERED PRODUCTS | 1810 W 20TH STREET<br>ERIE, PA 16502-2001 | 36946 |
| PLAS-TECH ENGINEERED PRODUCTS INC | 33195 HARPER AVENUE<br>ST CLAIR SHORES, MI 48082-1025 | 31726 |
| PLASTIC MASTERS INC | 18300 USHIGHWAY 12<br>NEW BUFFALO, MI 49117 | 64124 |
| PRECISE MACHINE & TOOL INC | 13450 PARKVIEW COURT<br>LOUISVILLE, KY 40223 | 49576 |
| PRECISION QUINCY CORPORATION | 1625 NORTH LAKE SHORE DRIVE<br>WOODSTOCK, IL 60098 | 17517 |
| PRECISION TOOL REPAIR COMPANY | 1815 BELLAIRE<br>ROYAL OAK, MI 48067-1584 | 72533 |
| PREFERRED PLASTIC | 800 EAST BRIDGE STREET<br>PLAINWELL, MI 49080 | 47166 |
| PREMIER FARNELL ELECTRONICS PLC | FARNELL HOUSE SANDBECK WAY<br>WETHERBY LS22-4DH<br>UNITED KINGDOM | 43723 |
| PRESTOLITE ELECTRIC INC | 2311 GREEN RD SUITE B<br>ANN ARBOR, MI 48105 | 73691 |
| PRODUCTION HANDLING SYSTEMS INC | 415 EAST STATE ROAD 144 PO BOX 474<br>FRANKLIN, IN 46131 | 45839 |
| PRODUCTION TOOL SUPPLY COMPANY-MI | 8655 E 8 MILE ROAD P O BOX 987<br>WARREN, MI 48089-4030 | 72626 |
| PROGRESSIVE MOULDED PRODUCTS LTD | 9024 KEELE STREET<br>CONCORD, ON L4K2N2<br>CANADA | 12050 |
| PROGRESSIVE SWEEPING & CONTRACTORS | 455 TERMINAL ROAD<br>TOLEDO, OH 43612 | 11030 |
| PROTOFAB INC | 2835 DALEY<br>TROY, MI 48083-1940 | 47798 |
| PULLMAN INDUSTRIES INC | 100 VETERANS BLVD<br>SOUTH HAVEN, MI 49090 | 72663 |
| Q3 MANSFIELD INC | 25 RUPP ROAD<br>MANSFIELD, OH 44901 | 43643 |
| QC ONICS VENTURES LP | 1410 WOHLERT ST PO BOX 329<br>ANGOLA, IN 46703 | 50108 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE |
|---|---|---|
| QINGDAO METEOR RUBBER & PLASTIC CO | TAICHANG RD ZHONGYUN DVLPT ZONE<br>JIAOZHOU  266300<br>CHINA | 61167 |
| R & M AIR SYSTEMS | 2000 OAKLEY PARK ROAD<br>SUITE 205A<br>WALLED LAKE, MI  48390 | 80793 |
| R&R TEXTILES INC | 4187 HWY 411<br>ETON, GA  30724 | 49415 |
| RAN ENTERPRISES INC | 5062 KENDRICK COURT S E<br>GRAND RAPIDS, MI  49512 | 94479 |
| RAYHAVEN EQUIPMENT COMPANY INC | 22122 TELEGRAPH ROAD<br>SOUTHFIELD, MI  48034 | 78103 |