**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Old Carco LLC (f/k/a Chrysler LLC), *et al.*,[1]:   Case No. 09-50002 (AJG)
                                                       :
                              Debtors.                 :    (Jointly Administered)
                                                       :
------------------------------------------------------ x


### NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT TO PURCHASER OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.     On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction.  On May 31, 2009, the Bankruptcy Court granted the Sale Motion.  The Sale Transaction closed on June 10, 2009.

2.     Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

[2]    Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at www.chryslerrestructuring.com.

"Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3.     By notices dated May 15, 16, 21 and 22 and June 4 and 9, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases.   Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code").  The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4.     The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties.  The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser.  Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects.  Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated

Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects. In addition, and for the avoidance of doubt, to the extent a Non-Debtor Counterparty has made a timely filed Section 365 Objection to the Cure Costs or the accuracy of the information provided in the Assignment Notice pending on the date hereof, such objection is preserved pending resolution by Cure Agreement or order of the Court.

5.  The Designated Agreements identified in Exhibits A through D hereto (as modified by the Addenda thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.  If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs. The Cure Costs established by a Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.  Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.  Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease as soon as practicable (and in any event not later than ten days after the date hereof), provided, however, that Purchaser shall pay Disputed Cure Costs (as defined in the Bidding Procedures) as soon as practicable following (and in any event not later than 10 days after) the date the amount thereof is finally determined. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.  The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.

10.    Questions or inquiries relating to this notice may be directed to the Chrysler Restructuring Hotline at +1-877-271-1568 (for U.S. and Canadian callers) and +1-503-597-7708 (for international callers outside the U.S. and Canada).

Dated:  June 19, 2009
          New York, New York

Respectfully submitted,

/s/ Andrew G. Dietderich
Andrew G. Dietderich
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

ATTORNEYS FOR FIAT S.p.A. AND
CHRYSLER GROUP LLC

**Exhibit A**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 45258 | $6,615.40 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 21193 | $2,847,129.02 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 23087 | $2,749,311.56 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 30793 | $171,362.62 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 31165 | $2,229,854.00 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 40105 | $140,081.80 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 42945 | $68,838.36 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 19138 | $404,669.20 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 45149 | $200,476.60 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 94369 | $642,499.28 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 47810 | $236,375.94 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 53956 | $35,583,460.04 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 56083 | $34,394.57 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 59093 | $7,546.60 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 64469 | $3,158,987.97 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 90186 | $473,637.85 |
| CONTINENTAL AG | JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 94368 | $30,876.09 |
| HONEYWELL INC | 101 COLUMBIA RD<br>MORRISTOWN, NJ  07962 | 47629 | $530,102.11 |
| HONEYWELL INTERNATIONAL | 101 COLUMBIA ROAD<br>PO BOX 1039<br>MORRISTOWN, NJ  07962-1039 | 20377 | $95,702.88 |
| HONEYWELL LIMITED | 155 GORDON BAKER ROAD<br>NORTH YORK, ON  M2H3N7<br>CANADA | 49265 | $0.00 |
| HONEYWELL SENSOTEC INC | 2080 ARLINGATE LANE<br>COLUMBUS, OH  43228-4112 | 88123 | $1,422.00 |
| TEMIC TELEFUNKEN MICROELECTRONICS | SIEBOLDSTRASSE 19<br>NUREMBURG  90411<br>GERMANY | 42859 | $33,526.82 |
| ZF FRIEDRICHSHAFEN AG | POSTFACH 1240<br>SCHWEINFURT 827<br>GERMANY | 35686 | $4,504,433.36 |

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| CONTINENTAL AG<br>JAEDEKAMP 30<br>PO BOX 169<br>HANNOVER  D-30419<br>GERMANY | 53956 | O8232085<br>O8232086<br>O9232033 |
| ZF FRIEDRICHSHAFEN AG<br>POSTFACH 1240<br>SCHWEINFURT 827<br>GERMANY | 35686 | O9515077 |

See the attached Addendum for important information.

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit A are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on Exhibit A relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of Exhibit A as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in Exhibit A or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3]   Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit B**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| AUTOPORT | ATTN: JIM COOK<br>1180 MAIN ROAD<br>P.O. BOX 9<br>EASTERN PASSAGE, NS  B3G 1M4<br>CANADA | 59290 | $235,573.86  CAN |
| BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY | MARC ALLEN<br>ASSISTANT VICE PRESIDENT, AUTOMOTIVE MARKETING<br>2650 LOU MENK DRIVE<br>FORT WORTH, TX  76131 | | $0.00<br>RAIL TRANSPORTATION CONTRACT NO.: BNSFC 307531 |
| BYERS TRANSPORT | 2840-76 AVENUE PO BOX 157<br>EDMONTON, AB  T5J2J1<br>CANADA | 49135 | $35,374.06  CAN |
| CSX TRANSPORTATION | ATTN: ANDY STROK<br>301 W. BAY ST. 4TH  J885<br>JACKSONVILLE, FL  32217 | 36964 | $0.00 |
| CSX TRANSPORTATION | ATTN: BRIAN EFFINGER<br>P O BOX 771025<br>DETROIT, MI  48277-1025 | 29749 | $0.00 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit B are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[4]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on Exhibit B relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of Exhibit B as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in Exhibit B or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[4] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit C**

**[Schedule of Certain Confirmed Real Property Agreements
and Cure Costs Related Thereto]**

**<u>Debtor as Lessor</u>**

| | Address | Type of Interest | Type of Property | Lessor | Lessee Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | 875 Berkshire Lane North<br>Minneapolis, Minnesota 55441 | Leased | Warehouse | Chrysler Motors LLC | <u>Payee/Landlord</u><br>27th Avenue North Corporate Center, LLC<br>c/o The Rotenberg Companies, Inc.<br>12455 Ridgedale Drive, Suite 103<br>Minnetonka, MN 55305<br><u>Managing Agent</u><br>Richard Rotenberg<br>The Rotenberg Companies, Inc.<br>12455 Ridgedale Drive, Suite 103<br>Minnetonka, MN 55305 | $0 |
| 2. | 2900 Busha Highway<br>Marysville, Michigan 48040 | Leased | Land | Chrysler Motors LLC | <u>Tenant Notice</u><br>Friedrichshafen AG<br>Attn: President and Chief Executive Officer,<br>Graf-von-Soden-Platz1,<br>Friedrichshafen, D-88046 Germany<br><u>Tenant Notice</u><br>ZF Marysville LLC<br>2900 Busha Highway,<br>Marysville, MI 48040-2439<br><u>Tenant Counsel</u><br>Hunter & Schank Co., LPA<br>Attn: Thomas J. Schank,<br>1700 Canton Avenue,<br>Toledo, OH 43604 | $0 |

| | Address | Type of Interest | Type of Property | Lessor | Lessee Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 3. | 9777 Mopar Drive Streetsboro, Ohio 44241 | Leased | Warehouse | Chrysler Motors LLC | <u>Landlord</u><br>Knickerbocker Properties, Inc. XXV<br>Attn: Steve Steffas<br>c/o CB Richard Ellis<br>526 Superior Avenue, Suite 505<br>Cleveland, OH 44114<br><u>Payee</u><br>Knickerbocker Properties, Inc. XXV<br>Attn: Steve Steffas<br>c/o CB Richard Ellis<br>LB 1E5130 - 9777 Mopar Drive<br>PO BOX 6149<br>Hicksville, NY 11802-6149<br><u>Managing Agent</u><br>Steve Steffas<br>CB Richard Ellis<br>526 Superior Avenue, Suite 505<br>Cleveland, OH 44114 | $0 |

**ADDENDUM**

The executory contracts and unexpired leases identified in Exhibit C are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[5]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit C for assumption and assignment. Unless otherwise stated in Exhibit C or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[5] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit D**

**[Schedule of Certain Confirmed General Agreements and Cure Costs Related Thereto]**

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| ACCEL<br>MINDAUGAS KETLERIUS<br>SAVANORIU PR. 271<br>KAUNAS  LT-50131<br>LITHUANIA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2009 | $0.00 |
| AISIN<br>ACCOUNTS PAYABLE<br>46501 COMMERCE CENTER DR<br>PLYMOUTH, MI  48170 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  11/8/2008 | $0.00 |
| AM GENERAL<br>FRED SACHE<br>P.O. BOX 3330<br>LIVONIA, MI  48151 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  1/1/2009 | $0.00 |
| AMOTECH<br>BYUNG SOO KIM<br>579-10 MANHO-RI<br>POSING-EUP<br>PYEONGTAEK<br>KOREA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2009 | $0.00 |
| APPLIED MEDIA TECHNOLOGIES CORP<br>ATTN: CLAYTON B BURTON JR<br>4901 AMTC CENTER<br>CLEARWATER, FL  33764 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>DEALER MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 7/12/2004 | $0.00 |
| APTERRA MOTORS<br>STEVE FAMBRO<br>2778 LOKER AVE W.<br>CARLSBAD, CA  92010 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  6/16/2008 | $0.00 |
| ARAMARK REFRESHMENT SERVICES<br>ATTN: JAMES (PAT) BARGER<br>444 SOUTH VERMONT STREET<br>PALATINE, IL  60067-6987 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 5/1/2006 | $0.00 |
| ARAMARK UNIFORM SERVICES<br>ATTN: BRAD DRUMMOND<br>115 NORTH FIRST STREET<br>BURBANK, CA  915002 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 9/29/2000 | $0.00 |
| ASC<br>STEFAN KOZMA<br>37875 WEST TWELVE MILE SUITE 200<br>FARMINTON HILLS, MI  48331 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2006 | $0.00 |
| ASMO/DENSO<br>KEN RIMATZKI<br>39575 LEWIS DR., SUITE 800<br>NOVI, MI  48377 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2005 | $0.00 |
| ASPEN MARKETING SERVICES<br>ATTN: PATRICK O'RAHILY<br>1240 NORTH AVE<br>WEST CHICAGO, IL  60185 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 2/1/2006 | $0.00 |
| AUTO DEALER HOLE-IN-ONE<br>ATTN: JAMES RYDER<br>33519 STATE ST<br>FARMINGTON, MI  48335 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 11/15/2006 | $0.00 |
| AUTOJOBS COM INC<br>ATTN: STEVE BROWN<br>2065 E MAIN ST, BLDG D<br>MONTROSE, CO  81401 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 5/10/2007 | $0.00 |
| AUTOMETER<br>DEREK CRAWFORD<br>413 WEST ELM STREET<br>SYCAMORE, IL  60178 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2006 | $0.00 |
| AUTOMOTIVE TESTING AND DEVELOPMENT<br>DEVON SMITH<br>400 S. ETIWANDA AVE<br>ONTARIO, CA  91761 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  2/9/2009 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| BEHR<br>JAMES WAGNER<br>2852 DALEY DR<br>TROY, MI 48083 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| BODYCOTE TESTING GROUP<br>ACCOUNTS PAYABLE<br>28031 GRAND OAKS COURT<br>WIXOM, MI 48393 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 1/1/2009 | $0.00 |
| BOSCH<br>FRED HAMMOUD<br>15000 NORTH HAGGERTY ROAD<br>PLYMOUTH, MI 48170 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| BOURNS<br>KEN MCDONALD<br>46820 MAGELLAN DRIVE, STE. A<br>NOVI, MI 48377 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| CALLCOMMAND CORP<br>ATTN: AL BABBINGTON<br>11500 NOTHLAKE DR<br>CINCINNATI, OH 45249 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 10/10/2003 | $0.00 |
| CAR & DRIVER MAG.<br>ACCOUNTS PAYABLE<br>1585 EISENHOWER<br>ANN ARBOR, MI 48108 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 1/1/2009 | $0.00 |
| CAREERBUILDER<br>ATTN: MATT FERGUSON<br>200 NORTH LA SALLE, 11TH FLR<br>CHICAGO, IL 60601 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 5/10/2007 | $0.00 |
| CASCO<br>ENRICO GIORDANO<br>V.E. FERMI 3/5<br>APIGNANO 10091<br>ITALY | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| CHASE PAYMENTECH<br>ATTN: BARRY COFFEY<br>1601 W ELM ST<br>DALLAS, TX 75201 | CHRYSLER LLC | MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 3/25/2005<br>(AMENDED 2/7/2006) | $0.00 |
| CHECK CORPORATION<br>MEGAN BISHOP<br>1800 STEPHENSON HWY<br>TROY, MI 48083 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| CLARION<br>CARLOS RODRIGUEZ LOZANO<br>AV. 3 CALLE 9 S/N<br>SAN JUAN DEL RIO, QUERETARA<br>MEXICO | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| CML<br>JOSH DEBRUYN<br>17177 N LAUREL PARK DR<br>LIVONIA, MI 48152 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2009 | $0.00 |
| COBALT GROUP<br>ATTN: ROBERT SNYDER<br>2200 FIRST AVENUE SOUTH<br>SEATTLE, WA 98134-1408 | CHRYSLER LLC | MARKETCENTER PROPOSAL SUBMISSION FORM<br>EXECUTION DATE: 4/30/2004 | $0.00 |
| COBRA<br>MARCO MENEGOLO<br>V ASTICO<br>VARESE 41<br>ITALY | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| COMBINED SYSTEMS TECHNOLOGY INC<br>ATTN: SCOT LETON<br>2165 NW 108TH ST<br>DES MOINES, IA 50325 | CHRYSLER LLC | MARKETCENTER PROPOSAL SUBMISSION FORM<br>EXECUTION DATE: 11/19/2003 | $0.00 |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| CONTIENTAL TEVES<br>STEVE KUHLA<br>2400 EXECUTIVE HILLS BLVD.<br>AUBURN HILLS, MI 48326-2980 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| COX TARGET MEDIA<br>ATTN: JOHN OSSI<br>8575 LARGO LAKES<br>LARGO, FL 33773 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 2/1/2006 | $0.00 |
| CTS<br>JOHN AMOS<br>1142 W. BEARDSLEY AVE<br>ELKHART, IN 46514-2292 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| CUMMINS<br>BUSINESS SERVICES<br>P.O. BOX 290909<br>NASHVILLE, TN 37229 | CHRYSLER LLC | EMISSIONS LAB TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2003 | $0.00 |
| CUSTOM PROMOTIONS INC<br>ATTN: JASON GORDON<br>14400 WOODROW WILSON<br>DETROIT, MI 48238 | CHRYSLER LLC | CHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 1/31/2009 | $0.00 |
| D&R TECHNOLOGY<br>DAVID STANTON<br>400 EAST FULLERTON AVENUE<br>CAROL STREAM, IL 60188 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2009 | $0.00 |
| DAWG INC<br>ATTN: KEVIN LACILLA<br>22 LASSY CT<br>TERRYVILLE, CT 06786 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 6/7/2006 | $0.00 |
| DEALER CONCEPTS LLC<br>ATTN: ANDY WOLF<br>3080 ORCHARD LAKE RD, SUITE J<br>KEEGO HARBOR MI, MI 48320 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 6/7/2006 | $0.00 |
| DEALER TRACK INC<br>ATTN: ANGELA RUTHENBURG<br>1111 MARCUS AVE<br>LAKE SUCCESS, NY 11042 | CHRYSLER LLC | CHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 2/28/2009 | $0.00 |
| DELL COMPUTER CORPORATION<br>ATTN: DAVID VEGA<br>ONE DELL WAY R R 3<br>ROUND ROCK, TX 78682 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 11/5/2001 | $0.00 |
| DESIGNLINE<br>DAVID CARTER<br>2015 AYRSLEY TOWN BLVD., SUITE 202<br>CHARLOTTE, NC 28241 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| DETROIT REGION OF THE SPORTS CAR CLUB OF AMERICA<br>ACCOUNTS PAYABLE<br>P.O. BOX 401018<br>REDFORD, MI 48239 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 4/6/2009 | $0.00 |
| DONGYANG<br>WILL YOUNG<br>25177 DEQUINDRE ROAD<br>MADISON HEIGHTS, MI 48076 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| DYNAMEX CANADA CORP<br>ATTN: RICHARD K MCCELLAND<br>1870 CROWN DR<br>DALLAS, TX 75234 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 7/3/2003 | $0.00 |
| EATON<br>ROBERT BOYCHUK<br>26201 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48037 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| ELECTRONIC MOTION SYSTEMS<br>JIM TOMPKINS<br>7020 MUMFORD ROAD<br>HALIFAX, NOVA SCOTIA  B3L 4S9<br>CANADA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2009 | $0.00 |
| EQUIFAX INC<br>ATTN: JOHN ELIAS<br>1600 PEACHTREE STREET N W<br>ATLANTA, GA  30309 | CHRYSLER LLC | DAIMLERCHRYSLER MARKETCENTER<br>SUPPLIER AGREEMENT<br>EXECUTION DATE:  1/1/2001 (AMENDED<br>12/1/2004) | $0.00 |
| EXPERIAN AUTOMOTIVE<br>ATTN: DAVID NEMTUDA<br>955 AMERICAN LANE<br>SCHAUMBURG, IL  60173 | CHRYSLER LLC | MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE:  4/4/2002 | $0.00 |
| EXPERIAN CONSUMER CREDIT<br>ATTN: JOHN AYMOND<br>955 AMERICAN LANE<br>SCHAUMBURG, IL  60173 | CHRYSLER LLC | MARKETCENTER SUPPLIER<br>AGREEMENT | $0.00 |
| FAURECIA<br>LISA ZHANG<br>2380 MEIJER DR<br>TROY, MI  48084-7145 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2007 | $0.00 |
| FEDERAL MOGUL<br>JOHNNY BRYANT<br>325 SEWELL DR<br>SPARTA, TN  38583 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2006 | $0.00 |
| FEV<br>DAVID GIAN<br>4554 GLENMEADE LANE<br>AUBURN HILLS, MI  48326 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  4/21/2008 | $0.00 |
| FILIPACCHI MEDIA (CAR & DRIVER<br>MAGAZINE)<br>DAVE VANDERWERP<br>1585 EISENHOWER PLACE<br>ANN ARBOR, MI  48108 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE:  1/1/2009 | $0.00 |
| FORD MOTOR COMPANY<br>MARY BETH JOHNSON<br>ONE AMERICAN ROAD<br>DEARBORN, MI  48126-2798 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2008 | $0.00 |
| FREIGHTLINER<br>JUAN FERREIRO<br>552 HYATT STREET<br>GAFFNEY, SC  29341 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2006 | $0.00 |
| FULL CIRCLE SOLUTIONS INC<br>ATTN: SCOTT SCULLY<br>727 N 1ST ST, SUITE 620<br>ST. LOUIS, MO  63102 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE:  2/1/2006 | $0.00 |
| FW MURPHY<br>SCOTT HUHN<br>5311 S. 122ND EAST AVE<br>TULSA, OK  74146 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2008 | $0.00 |
| GALLAGHER PROMOTIONAL PRODUCTS INC<br>ATTN: KEN SMART<br>655 FLORIDA CENTRAL PARKWAY<br>LONGWOOD, FL  32705 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>DEALER MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE:  6/7/2006 | $0.00 |
| GARMIN<br>MICHELLE WOOD<br>1200 EAST 151ST STREET<br>OLATHE, KS  66062 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2007 | $0.00 |
| GENTEX<br>JEREMY BANKS<br>600 N. CENTENNIAL<br>ZEELAND, MI  49464 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE:  2002 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| GIBB'S TECHNOLOGIES<br>ALLISON RABINE<br>2046 BROWN ROAD<br>AUBURN HILLS, MI 48326 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 4/1/2009 | $0.00 |
| GLOBE MOTORS<br>ANTHONY MOTZ<br>2275 STANLEY AVE.<br>DAYTON, OH 45404 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |
| GPD<br>SECHOON PARK<br>5422 CARRIER DR., SUITE 309<br>ORLANDO, FL 32819 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| HARMAN BECKER<br>JERRY SMYTH<br>39001 W. 12 MILE ROAD<br>FARMINGTON HILLS, MI 48331 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |
| HDS/ODYNE<br>BOB MALCOLM<br>2479 ELLIOT AVE.<br>TROY, MI 48083 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| HEARST MAGAZINES (POPULAR<br>MECHANICS)<br>300 WEST 57TH STREET, 12TH FLOOR<br>NEW YORK, NY 10019 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 1/1/2009 | $0.00 |
| HI-LITE<br>MIKE SMITH<br>2001 PEACH STREET<br>WHITEHALL, MI 49461 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| HI-STAT/STONERIDGE<br>SCOTT YANCEY<br>7290 26TH COURT EAST<br>SARASOTA, FL 34243 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| HITACHI<br>MARK EVANS<br>34500 GRAND RIVER AVE<br>FARMINTON HILLS, MI 48335 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2004 | $0.00 |
| HOLE IN ONE INTERNATIONAL<br>ATTN: MARK GILMARTIN<br>6195 RIDGEVIEW COURT SUITE A<br>RENO, NV 89509 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 4/11/2001 | $0.00 |
| HUSCO INTERNATIONAL<br>MICHEAL LAYNE<br>N19W24101 RIVERWOOD DR., SUITE 200<br>WAUKESHA, WI 53188 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| HYUNDAI / KIA<br>ACCOUNTS PAYABLE<br>6800 GEDDES ROAD<br>SUPERIOR TOWNSHIP, MI 48198 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 1/1/2009 | $0.00 |
| INNOVATIVE MEDIA<br>ATTN: JAMES WHITEHEAD<br>501 E WHITCOMB<br>MADISON HEIGHTS, MI 48071 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 3/7/2007 | $0.00 |
| INTIER AUTOMOTIVE<br>ALAN FLORY<br>39600 LEWIS DRIVE<br>NOVI, MI 48377 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| ISM<br>ROBERT R. BARRETT<br>33596 HARPER ROAD, SUITE #1<br>CLINTON TOWNSHIP, MI 48035 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| ITOCHU<br>MASA NISHIMURA<br>51300 W. PONTIAC TRAIL<br>WIXOM, MI 48393-1003 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| JATCO USA<br>SKIP NYDAM<br>30893 CENTURY DRIVE<br>WIXOM, MI 48393 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 5/1/2009 | $0.00 |
| KAUTEX-TEXTRON<br>MIKE ALLEN<br>750 STEPHENSON HWY<br>TROY, MI 48083 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 9/1/2008 | $0.00 |
| KDAC<br>JD YOON<br>50 CORPORATE DRIVE<br>AUBURN HILLS, MI 48326 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| LDW<br>ED RUTHINOWSKI<br>17765 ALLEN ROAD<br>MEVINDALE, MI 48122 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 10/18/2008 | $0.00 |
| LINK ENGINEERING<br>ROY LINK<br>43855 PLYMOUTH OAKS BLVD<br>PLYMOUTH, MI 48170 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 3/1/2008 | $0.00 |
| MARQUARDT<br>TRAVIS POMERLEAU<br>2711 ROUTE 20 EAST<br>CAZENOVIA, NY 13035 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| MBTECH<br>JASON MATTHEWS<br>400 E. BIG BEAVER ROAD, SUITE 300<br>TROY, MI 48083 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2004 | $0.00 |
| MELODYLINE<br>ATTN: MIKE LANGFELS<br>250 WEST MAIN STREET, SUITE 3100<br>LEXINGTON, KY 40507 | CHRYSLER LLC | MARKETCENTER PROPOSAL<br>ACCEPTANCE FORM<br>EXECUTION DATE: 6/18/2002 | $0.00 |
| MERCEDES-BENZ RESEARCH &<br>DEVELOPMENT NORTH AMERICA<br>ANGIE MERRILL<br>850 HANSEN WAY<br>PALO ALTO, CA 94304 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 7/7/2008 | $0.00 |
| MICHIGAN STATE POLICE<br>PRECISION DRIVING UNIT / GINA<br>ROSENDALL<br>7426 NORTH CANAL ROAD<br>LANSING, MI 48913 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 1/23/2009 | $0.00 |
| MITCHELL1<br>ATTN: CHRIS HURST<br>PO BOX 509044<br>SAN DIEGO, CA 92150-9044 | CHRYSLER LLC | CHRYSLER DEALER MARKETCENTER<br>SUPPLIER AGREEMENT<br>EXECUTION DATE: 1/31/2009 | $0.00 |
| MTS<br>LARRY OSENTOSKI<br>2301 W. BIG BEAVER, SUITE 950<br>TROY, MI 48084 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| MUNRO & ASSOCIATES, INC.<br>1749 NORTHWOOD DRIVE<br>TROY, MI 48098 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 5/6/2009 | $0.00 |
| NATIONAL VENDING<br>ATTN: KEVIN WALL<br>8040 UNIVERSITY BLVD<br>DES MOINES, IA 50325 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 2/2/2006 | $0.00 |
| NIDEC<br>JOHN SURIANO<br>1800 OPDYKE CT<br>AUBURN HILLS, MI 48326 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| NSI<br>PAT JENNINGS<br>800 KIRST, SUITE 300<br>TROY, MI 48048 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| OFFICEMAX<br>ATTN: DAWN PLUNKARD<br>800 W BRYN MAWR AVENUE<br>ITASCA, IL 60143-1594 | CHRYSLER LLC | DAIMLERCHRYSLER MARKETCENTER SUPPLIER AMENDMENT<br>EXECUTION DATE: 5/5/2005 | $0.00 |
| OMRON<br>NICK KARNEZOS<br>3709 OHIO AVE.<br>ST. CHARLES, IL 60174 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| PEIKER<br>NICOLE HOWARD<br>336 MAIN STREET, SUITE A<br>ROCHESTER, MI 48307 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2009 | $0.00 |
| PERFORMICS<br>ATTN: SCOTT LUCAS<br>180 N LASALLE ST, SUITE 1100<br>CHICAGO, IL 60601 | CHRYSLER LLC | CHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 11/1/2007 | $0.00 |
| PIERBURG<br>JOE WEKENMANN<br>26261 EVERGREEN RD., SUITE 400<br>SOUTHFIELD, MI 48076 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| POWERTRAIN INTEGRATION<br>7100 15 MILE ROAD<br>STERLING HEIGHTS, MI 48312 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 3/13/2009 | $0.00 |
| PROMATE ELECTRONICS<br>DOUG GABRIELSON<br>32036 EDWARD STREET<br>MADISON HEIGHTS, MI 48071 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| RECEPTEC<br>CHRISTOPHER JARED<br>4360 BALDWIN RD<br>HOLLY, MI 48442 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |
| REYNOLDS & REYNOLDS<br>ATTN: BARCLAY MORTON<br>24800 DENSO DR SUITE 170<br>SOUTHFIELD, MI 48034 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 7/6/2004 | $0.00 |
| RICARDO INC<br>CLIVE WOTTON<br>40000 RICARDO DR<br>VAN BUREN TOWNSHIP, MI 48111 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 6/1/2008 | $0.00 |
| RICOH<br>ATTN: JOHN FORBES<br>FIVE DEDRICK PLACE<br>WEST CALDWELL, NJ 07006-6398 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 12/17/2001 | $0.00 |
| ROCKETSPORTS<br>JOHN GENTILOZZI<br>3401 WEST ROAD<br>EAST LANSING, MI 48824 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 2/10/2009 | $0.00 |
| ROUSH INDUSTRIES<br>MATTHEW CAN BENSCHOTEN<br>12447 LEVAN ROAD<br>LIVONIA, MI 48150 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 2/10/2009 | $0.00 |
| ROUSH INDUSTRIES INC<br>12447 LEVAN ROAD<br>LIVONIA, MI 48150-1405 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 2/10/2009 | $0.00 |
| ROUSH RACING<br>PETER VISCONTI<br>4202 ROUSH PLACE<br>CONCORD, NC 28027 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 8/1/2008 | $0.00 |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| ROYAL PERFORMANCE GROUP<br>ATTN: TOM GILBERT<br>2100 WESTERN CT, SUITE 80<br>LISLE, IL 60532-1971 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>DEALER MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 5/7/2007 | $0.00 |
| S&T DAEWOO<br>CHANGKUN(CK) KWON<br>5, SONGJEONG-RI, CHOLMA-MYON<br>BUSAN<br>KOREA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| SATURN EE<br>GEORGE LAMBROPOULOS<br>575 GLASPIE<br>OXFORD, MI 48371 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |
| SCHUKRA<br>TONY ZHAO<br>360 SILVERCREEK ROAD<br>LAKESHORE, ONTARIO N8N 4Y3<br>CANADA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2005 | $0.00 |
| SENSATA<br>TOM MAHER<br>529 PLEASANT ST.<br>ATTLEBORO, MA 02703 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| SHELL CANADA PRODUCTS LTD<br>ATTN: BOB BUTLER<br>90 SHEPPARD AVE EAST SUITE 600<br>TORONTO, ONTARIO M2N 6X2<br>CANADA | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT SHELL CANADA<br>EXECUTION DATE: 1/25/2006 | $0.00 |
| SHELL OIL COMPANY<br>ATTN: BOB BUTLER<br>ONE SHELL PLAZA<br>HOUSTON, TX 77060-6088 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 12/18/2006 | $0.00 |
| SIRIUS / EVERWIN<br>SRUTI RAMASWAMY<br>27200 HAGGERTY MILE ROAD<br>FARMINTON HILLS, MI 48331 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| SL AMERICA<br>RICK ALLEN<br>41150 TECHNOLOGY PARK DR<br>STERLING HEIGHTS, MI 48314 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| SOLIANT<br>DAN MCDERMOTT<br>717 SOUTH MYRTLE AVENUE<br>MONROVIA, CA 91016 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| SOURCE INTERLINK MEDIA (MOTOR TREND<br>MAGAZINE)<br>JUDITH ANZALOE<br>6420 WILSHIRE BLVD<br>LOS ANGELAS, CA 90048-5515 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 10/28/2008 | $0.00 |
| SPEEDWAY SUPERAMERICA<br>ATTN: ALEX CHAKONAS<br>PO BOX 1500<br>SPRINGFIELD, OH 45501 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION<br>FIVE STAR MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 10/31/2000 | $0.00 |
| SPRINT<br>ATTN: PATRICA WATKINS<br>2330 SHAWNEE MISSION PARKWAY<br>WESTWOOD, KS 66205 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER<br>MARKETCENTER SUPPLIER<br>AGREEMENT<br>EXECUTION DATE: 1/12/2007 | $0.00 |
| STERLING TESTING SYSTEM INC<br>ATTN: MATT GAY<br>249 WEST 17TH ST 6TH FLR<br>NEW YORK, NY 10011 | CHRYSLER LLC | CHRYSLER DEALER MARKETCENTER<br>SUPPLIER AGREEMENT<br>EXECUTION DATE: 7/1/2008 | $0.00 |
| STOCK CAR PIT CREW CHALLENGE<br>P O BOX 545<br>MANCHESTER, MI 48158 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR<br>FACILITIES AND SERVICES<br>EXECUTION DATE: 3/13/2009 | $0.00 |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| SUREPOWER<br>LARRY HARMON<br>10955 SW AVERY STREET, SUITE A<br>TUALATIN, OR 97062 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| SVM LP<br>ATTN: JIM SPEIR<br>999 TOUHY AVE, SUITE 250<br>DES PLAINES, IL 60018 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 1/1/2004 (AMENDED 10/23/2006) | $0.00 |
| TEXTRON/KAUTEX<br>RHYS MILES<br>23 BEDFORD ROW<br>LONDON WC1R 4EB<br>UNITED KINGDOM | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| TRACY INDUSTRIES<br>ATTN: TIMOTHY ENGVALL<br>3737 SOUTH CAPITAL AVENUE<br>WHITTIER, CA 90601 | CHRYSLER LLC | DAIMLERCHRYSLER DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 10/26/2007 | $0.00 |
| TRAVEL AMERICA VACATIONS INC<br>ATTN: MICHAEL HOWE<br>2010 MAIN ST, SUITE 340<br>IRVINE, CA 92614 | CHRYSLER LLC | CHRYSLER LLC DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 3/7/2008 | $0.00 |
| TRIAD<br>BRAD SWICK<br>1750 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| TRIAD<br>TOBY PITSER<br>1750 E. LINCOLN<br>MADISON HTS, MI 48071 | CHRYSLER LLC | APG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 8/1/2008 | $0.00 |
| TRIAD SERVICES GROUP INC.<br>BRAD SWICK<br>1750 EAST LINCOLN AVE.<br>MADISON HEIGHTS, MI 48071 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 1/29/2009 | $0.00 |
| TRICO<br>PETER NEWBURY<br>3255 WEST HAMLIN RD<br>ROCHESTER HILLS, MI 48309 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2003 | $0.00 |
| TYCO ELECTRONICS<br>AARON DE CHAZAL<br>3800 REIDSVILLE RD<br>WINSTON-SALEM, NC 27101-2166 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| ULITIMATE MANUFACTURING<br>12125 DIXIE<br>REDFORD, MI 48239-2464 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 5/1/2009 | $0.00 |
| UNWIRED TECHNOLOGY<br>EFRAIN AVILA<br>2631 SUPERIOR CT, SUITE B<br>AUBURN HILLS, MI 48326 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2008 | $0.00 |
| WEST BLOOMFIELD POLICE<br>DAVID CURRY<br>4530 WALNUT LAKE ROAD<br>WEST BLOOMFIELD, MI 48325 | CHRYSLER LLC | CPG - RENTAL AGREEMENT FOR FACILITIES AND SERVICES<br>EXECUTION DATE: 1/26/2009 | $0.00 |
| WET<br>ROBERT JARNEVIC<br>9475 TWIN OAKS DRIVE<br>WINDSOR, ONTARIO N8N 5B8<br>CANADA | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES AGREEMENT<br>EXECUTION DATE: 2007 | $0.00 |
| WHO'S CALLING INC<br>ATTN: JOE PETERSON<br>5210 CARILLON PT<br>KIRKLAND, WA 98033 | CHRYSLER LLC | DAIMLERCHRYSLER CORPORATION DEALER MARKETCENTER SUPPLIER AGREEMENT<br>EXECUTION DATE: 3/15/2005 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| WISTRON NEWEB (SIRIUS)<br>SRUTI RAMASWAMY<br>27200 HAGGERTY MILE ROAD<br>FARMINTON HILLS, MI 48331 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |
| YAZAKI<br>SCOTT LYTLE<br>6801 HAGGERTY ROAD<br>CANTON, MI 48187 | CHRYSLER LLC | CHRYSLER EMC TESTING SERVICES<br>AGREEMENT<br>EXECUTION DATE: 2006 | $0.00 |

**ADDENDUM**

The executory contracts and unexpired leases identified in Exhibit D are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[6]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit D for assumption and assignment. Unless otherwise stated in Exhibit D or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[6]    Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.