**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x
                                                    :
In re                                               :  Chapter 11
                                                    :
Old Carco LLC (f/k/a Chrysler LLC), *et al.*,[1]:  Case No. 09-50002 (AJG)
                                                    :
                            Debtors.                :  (Jointly Administered)
                                                    :
-------------------------------------------------- x


**NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT**
**TO PURCHASER OF CERTAIN SUPPLIER EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction.  On May 31, 2009, the Bankruptcy Court granted the Sale Motion.  The Sale Transaction closed on June 10, 2009.

2.      Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

[2]    Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at www.chryslerrestructuring.com.

"Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3. By notices dated June 18 and 22, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases. Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4. The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties. The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser. Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects. Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated

Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects. In addition, and for the avoidance of doubt, to the extent a Non-Debtor Counterparty has made a timely filed Section 365 Objection to the Cure Costs or the accuracy of the information provided in the Assignment Notice pending on the date hereof, such objection is preserved pending resolution by Cure Agreement or order of the Court.

5.      The Designated Agreements identified in Exhibits A through C hereto (as modified by the Addendum thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.      If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs. The Cure Costs established by a the Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.      Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.      Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease as soon as practicable (and in any event not later than ten days after the date hereof), provided, however, that Purchaser shall pay Disputed Cure Costs (as defined in the Bidding Procedures) as soon as practicable following (and in any event not later than 10 days after) the date the amount thereof is finally determined. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.      The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.

10.     Questions or inquiries relating to this notice may be directed to the Chrysler Restructuring Hotline at +1-877-271-1568 (for U.S. and Canadian callers) and +1-503-597-7708 (for international callers outside the U.S. and Canada).


Dated:  June 25, 2009
        New York, New York

Respectfully submitted,


/s/ Andrew G. Dietderich
Andrew G. Dietderich
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

ATTORNEYS FOR FIAT S.p.A. AND
CHRYSLER GROUP LLC

**Exhibit A**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| EBERSPAECHER NORTH AMERICA INC | 29101 HAGGERTY ROAD<br>NOVI, MI  48377-2913 | 47514 | $56,400.00 |

**Exhibit B**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | SIGNED DATE | CURE AMOUNT |
|---|---|---|---|---|
| ANDROID INDUSTRIES LLC | 2155 EXECUTIVE HILL DR<br>AUBURN HILLS, MI 48326 | 54291 | 6/18/2009 | $8,000,000.00 |
| DRIVESOL WORLDWIDE INC | 1104 W MAPLE RD<br>TROY, MI 48084 | 58308 | 6/3/2009 | $150,366.75 |
| FILTRAN DIVISION | 700 TERRACE POINT DR<br>PO BOX 3301<br>MUSKEGON, MI 494433301 | 83443 | 6/16/2009 | $302,166.19 |
| JAC PRODUCTS INC | 225 S INDUSTRIAL DRIVE<br>SALINE, MI 48176 | 54196 | 6/7/2009 | $81,331.00 |
| KENOSHA METAL PRODUCTS | 8121 104TH STREET<br>PLEASANT PRAIRIE, WI 53158 | 60962 | 5/29/2009 | $76,911.00 |
| MAHLE GMBH, MAHLE VENTILTRIEB GMBH | ONE MAHLE DRIVE<br>MORRISTOWN, TN 37815 | 13134 & 18929 | 6/8/2009 | $7,769,760.44 |
| MASONICO LLC | 17085 MASONIC DR<br>FRASER, MI 48026 | 62348 | 5/29/2009 | $807,458.00 |
| MITSUBISHI MOTORS SALES OF AMERICA | 33 8 SHIBA 5 CHOME<br>MINATO KU, TOKYO 1088410<br>JAPAN | 18514 | 6/17/2009 | $784,140.08 |
| TAILOR WELDED BLANKS | 2573 S ROCHESTER ROAD<br>BOX 1600<br>ROCHESTER, MI 483081600 | 23586 | 6/5/2009 | $0.00 |
| THYSSENKRUPP GERLACH COMPANY | 2573 S ROCHESTER ROAD<br>BOX 1600<br>ROCHESTER, MI 483081600 | 24245 | 6/2/2009 | $351,889.00 |
| VEYANCE TECHNOLOGIES INC | 1144 EAST MARKET STREET<br>AKRON, OH 443160002 | 42332 | 6/5/2009 | $208,779.00 |
| WAUPACA FOUNDRY INC | 2573 S ROCHESTER ROAD<br>BOX 1600<br>ROCHESTER, MI 483081600 | 97604 | 6/3/2009 | $1,130,698.00 |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| JAC PRODUCTS INC<br>225 S INDUSTRIAL DRIVE<br>SALINE, MI  48176 | 54196 | O4294007 |
| MAHLE GMBH, MAHLE VENTILTRIEB GMBH<br>ONE MAHLE DRIVE<br>MORRISTOWN, TN  37815 | 13134 &<br>18929 | O7556074<br>O9418004 |
| VEYANCE TECHNOLOGIES INC<br>1144 EAST MARKET STREET<br>AKRON, OH  443160002 | 42332 | O3532014 |

See the attached Addendum for important information.

**Exhibit C**

**[Schedule of Certain Confirmed Supplier Agreements and Cure Costs Related Thereto]**

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| 3-DIMENSIONAL SERVICES | 2547 PRODUCT DRIVE<br>ROCHESTER HILLS, MI 48309 | 10009 | $0.00 |
| ACCURCAST INC | 333 ARNOLD STREET<br>WALLACEBURG, ON N8A3P3<br>CANADA | 53085 | $0.00 |
| ACS INDUSTRIES INC | ONE NEW ENGLAND WAY<br>LINCOLN, RI 02865 | 16363 | $0.00 |
| ADVANCED ACCESSORY SYSTEMS | 12900 HALL ROAD SUITE 200<br>STERLING HEIGHTS, MI 48313 | 29446 | $294,084.45 |
| ADVANCED RUBBER TECHNOLOGIES INC | 10640 W CADILLAC<br>CADILLAC, MI 49601 | 50875 | $0.00 |
| ADVANTAGE POWDER COATINGS INC | 2090 EAST SECOND STREET<br>DEFIANCE, OH 43512 | 42266 | $0.00 |
| ADVANTECH INTERNATIONAL INC | 1600 COTTONTAIL LANE<br>SUITE 3<br>SOMERSET, NJ 8875 | 18873 | $0.00 |
| AEROLIFT AUTOZUBEHOR GMBH | SENEFELDERSTRABE 8<br>ROEDERMARK 63322<br>GERMANY | 57534 | $0.00 |
| AGC AUTOMOTIVE EUROPE SA | PARC INDUSTRIEL ZONE C<br>SENEFFE 7180<br>BELGIUM | 48349 | $5,976.05 |
| ALLSAFE JUNGFALK GMBH & CO KG | GERWIGSTRABE 31<br>ENGEN 78234<br>GERMANY | 60187 | $0.00 |
| ALPHACRAFT P LTD | SF 120 2A KARAYAM PALAYAM<br>COIMBATORE 0422, TN 641062<br>INDIA | 62105 | $0.00 |
| AMERIGON INCORPORATED | 21680 HAGGERTY ROAD<br>SUITE 101<br>NORTHVILLE, MI 48167 | 62256 | $0.00 |
| AMK AUTOMOTIVE GMBH | GAUBSTRABE 37 39<br>D 73230 KIRCHHEIMUNTER TECK<br>GERMANY | 60785 | $0.00 |
| AMOTECH CO LTD | 579 10 MANHO RI POSEUNG EUP<br>PYEONGTAEK GYEONGGI DO 31 82<br>KOREA | 62332 | $0.00 |
| AMPHENOL CORPORATION | 358 HALL AVENUE<br>WALLINGFORD, CT 064920384 | 29621 | $0.00 |
| ANDROID INDUSTRIES LLC | 2155 EXECUTIVE HILL DR<br>AUBURN HILLS, MI 48326 | 58361 | $0.00 |
| ANJUN INDUSRIAL CO LTD | DAEHWA DONG DAEDEOG GU<br>DAEJEON 306-020<br>KOREA | 60624 | $0.00 |
| ASPEE SPRINGS LIMITED | PLOT NO 236 HPSIDC INDUSTRIAL AREA<br>BADDI HIMACHAL PRADESH 173205<br>INDIA | 62215 | $0.00 |
| ATC DRIVETRAIN | SYSTON LANE BELTON<br>GRANTHAM LINCOLNSHIRE NG322LY<br>GREAT BRITAIN | 62467 | $0.00 |
| ATS STAHLSCHMIDT & MAIWORM SP ZOO | KWIATKOWSKIEGO<br>WOLA PODKARPACKIE 37-450<br>POLAND | 60025 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| ATV PRECISION COMPONENTS PRIVATE | 19 NEW SIDCO IND ESTATE MARAIMALAI NAGAR KANCHEEPURAM TAMILNADU 603 209 INDIA | 62209 | $0.00 |
| AUTO KABEL OF NORTH AMERICA INC | 7362 REMCON CIRCLE EL PASO, TX 79912 | 52450 | $0.00 |
| B&W HEAT TREATING-1975 LTD | 60 STECKLE PLACE PO BOX 430 KITCHENER, ON N2G4A1 CANADA | 20825 | $0.00 |
| BANNER GMBH | SALZBURGERSTRASSE 298 LINZ A-4021 AUSTRIA | 95723 | $19,823.26 |
| BBS INTERNATIONAL GMBH | WELSCHDORF 220 SCHILTACH 77761 GERMANY | 57862 | $0.00 |
| BECKER GMBH CAD-CAM-CAST | BRUECKENSTRASSE 19 STEFFENBERG 35239 GERMANY | 52333 | $0.00 |
| BEHR THERMOT-TRONIK GMGH | MAUSERSTRASSE 3 STUTTGART 70469 GERMANY | 60723 | $0.00 |
| BEIJING ZHONGYONG AUTO PARTS | LIANGXIANG FANGSHAN DISTRICT BEIJING 102488 CHINA | 61055 | $0.00 |
| BENDA SUKWANG IND CO LTD | 674 6 GOJAN DONG NAMDONG GU INCHON 405-819 KOREA | 60907 | $0.00 |
| BERCO B V | VAN LEEUWENHOEKWEG 36 PO BOX 262 SCHIJNDEL 5480 AG 65482TK THE NETHERLANDS | 37558 | $3,083.78 |
| BERU AKTIENGESELLSCHAFT | INDUSTRIESTRASSE 16 NEUHAUS SCHIERSCHNITZ 96524 GERMANY | 43897 | $0.00 |
| BORBET GMBH LEICHTMETALLRADER | HAUPSTR 5 HALLENBERG HESBORN, NRW 59969 GERMANY | 54882 | $0.00 |
| BOURNS INC | 1200 COLUMBIA AVENUE RIVERSIDE, CA 92507 | 18510 | $0.00 |
| BRAZING CONCEPTS | 94 CONCEPT DRIVE COLDWATER, MI 49036 | 27529 | $0.00 |
| BREHM GMBH | POSTFACH 15 40 89005 ULM GERMANY | 47945 | $0.00 |
| BRONSON PRECISION PRODUCTS DIV | 404 UNION ST BRONSON, MI 49028 | 49219 | $0.00 |
| BSB | 596 ARVIN AVE STONEY CREEK, ON L8E5P1 CANADA | 61932 | $0.00 |
| CAPARO ALUMINIUM TECHNOLOGIES LTD | HIGH STREET WOLLASTON STOURBRIDGE WEST MIDLANDS DY84ZZ GREAT BRITAIN | 99086 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| CARCOUSTICS AUSTRIA GES M B H | TREIETSTRASSE 10<br>6833 KLAUS<br>AUSTRIA | 52882 | $3,773.93 |
| CASTINO CORPORATION | 16777 WAHRMAN STREET<br>ROMULUS, MI 481743633 | 36119 | $0.00 |
| CHANGPENG AUTOMOBILE TRIMMING PART | NO 8 LIUFU RD<br>LIU JIABA DA DUKOU<br>CHONG QING 408002<br>CHINA | 62131 | $0.00 |
| CHINA AUTOMOTIVE SYSTEMS INC | NO 1 HENGLONG RD<br>YUQIAO DVLPT DIST<br>JINGZHOU, HUBEI 434000<br>CHINA | 60167 | $0.00 |
| CHONGQING XIYUAN CAMSHAFT CO LTD | 233 DONG WAI STREET YONGCHUAN<br>CHONGQING 402160<br>CHINA | 60764 | $0.00 |
| COBASYS | 3740 LAPEER RD SOUTH<br>ORION, MI 48359 | 47085 | $0.00 |
| COBRA AUTOMOTIVE TECHNOLOGIES SPA | VIA ASTICO 41<br>VARESE 21100<br>ITALY | 54234 | $88,609.61 |
| COBRA PATTERNS & MODELS INC | 32303 HOWARD<br>MADISON HEIGHTS, MI 48071 | 22935 | $0.00 |
| COMMERCIAL STEEL TREATING CORP | 31440 STEPHENSON HIGHWAY<br>MADISON HEIGHTS, MI 480711693 | 23662 | $29,657.05 |
| CORNING INC | HOUGHTON PARK<br>CORNING, NY 14831 | 88268 | $0.00 |
| COURT VALVE COMPANY INC | 4758 CHRISTIE DRIVE<br>BEAMSVILLE, ON L0R1B4<br>CANADA | 54591 | $0.00 |
| CRAFT-CO ENTERPRISES INC | 3269 HWY 80 WEST<br>PO BOX 289<br>MORTON, MS 39117 | 77311 | $0.00 |
| CRESCENT PATTERN COMPANY | 8726 NORTHEND<br>OAK PARK, MI 482372306 | 23877 | $0.00 |
| CYLTEC LLC | 5550 OCCIDENTIAL HWY SUITE A<br>TECUMSEH, MI 49286 | 46539 | $0.00 |
| DBM TECHNOLOGIES LLC | 220 CONGRESS 5TH FLOOR<br>DETROIT, MI 48226 | 47370 | $0.00 |
| DELPHI DELCO ELECTRONICS EUROPE | TEC CENTER<br>BAD SALZDETFURTH D-31162<br>GERMANY | 13404 | $0.00 |
| DIMENSIONAL VALIDATION INC | 5971 EAST EXECUTIVE DRIVE<br>WESTLAND, MI 481851932 | 48452 | $0.00 |
| DUDEK & BOCK SPRING MFG COMPANY | 5100 W ROOSEVELT ROAD<br>CHICAGO, IL 606501398 | 30605 | $0.00 |
| DYNAX NORTH AMERICA SALES | 1053 2 KOMIOSATSU<br>CHITOSE HOKKAIDO 0668585<br>JAPAN | 54443 | $0.00 |
| EEP QUALITY GROUP | 2512 MANITOU RD<br>ROCHESTER, NY 14624 | 62247 | $0.00 |
| EGON GROSSHAUS GMBH & CO KG | BONZELERHAMMER<br>LENNESTADT 57368<br>GERMANY | 54258 | $42.08 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| ENERGY SUSPENSION | 1131 VIA CALLEJON<br>SAN CLEMENTE, CA 92673 | 51085 | $0.00 |
| ENGINEERED MATERIALS SOLUTIONS INC | 39 PERRY AVENUE<br>ATTLEBORO, MA 02703 | 47162 | $0.00 |
| ENTERPRISE AUTOMOTIVE SYSTEMS INC | 21445 HOOVER RD<br>WARREN, MI 48089 | 26483 | $211,036.88 |
| EPIQ SENSOR NITE N V | TRANSPORTSTRAAT 1<br>3980 TESSENDERLO<br>BELGIUM | 56691 | $682,697.14 |
| EXCEL PATTERN WORKS INC | 7020 CHASE RD<br>DEARBORN, MI 481261791 | 35406 | $0.00 |
| EXCELL RP INC | 6531 PARK AVE<br>ALLEN PARK, MI 48180 | 54219 | $0.00 |
| FAG KUGELFISCHER GEORG SCHAEFER AG | POSTFACH 1260<br>SCHWEINFURT D 97419<br>GERMANY | 72511 | $0.00 |
| FILTRAUTO | PARC ARIANE 4 7 AVE<br>DU 8 MAI 1945<br>78286 GUYANCOURT CEDEX<br>FRANCE | 61267 | $2,106.05 |
| FIRST ENGINEERING | B 72 SIPCOT IND PARK IRRUNGATUKOTT<br>SRIPERUMUDHUR CHENNAI TAMIL, NADU 602105<br>INDIA | 61662 | $0.00 |
| FLUID ROUTING SOLUTIONS | 3000 TOWN CENTER SUITE 2800<br>SOUTHFIELD, MI 48075 | 62547 | $0.00 |
| FOAMADE INDUSTRIES | 2550 AUBURN COURT<br>AUBURN HILLS, MI 48326 | 38275 | $0.00 |
| FOREST CITY TECHNOLOGIES INC | 299 CLAY STREET<br>PO BOX 86<br>WELLINGTON, OH 44090 | 40021 | $0.00 |
| FOUNDRY SYSTEMS INTERNATIONAL INC | 5159 SOUTH PROSPECT STREET<br>RAVENNA, OH 44266 | 82937 | $0.00 |
| FRANZ KALFF GMBH | DECHANT WOLFGARTEN STRASSE 85<br>EUSKIRCHEN 53881<br>GERMANY | 55730 | $3,055.05 |
| FUJI ELEC DEVICE TECH AMERICA INC | 240 CIRCLE DRIVE NORTH<br>PISCATAWAY, NJ 8854 | 55033 | $0.00 |
| FUZHOU HUALIAN AUTO PARTS CO LTD | 61 FUGUANG RD FUXING INVEST ZONE<br>GUSHAN TOWN FUZHOU CITY, FUZHOU 350014<br>CHINA | 62200 | $0.00 |
| GENERAL MOTORS CORPORATION | GEN MOTORS BLDG<br>3044 W GRAND BLVD<br>DETROIT, MI 48202 | 42780 | $0.00 |
| GLAVERBEL ITALIE | VIA DEL CARPINE<br>ROCCASECCA 03038<br>ITALY | 48351 | $43,239.63 |
| GRAINGER & WORRAL LIMITED | UNITS 1 4 STANMORE INDUSTRIAL<br>ESTATE BRIDGNORTH WV15 5HP<br>GREAT BRITAIN | 57789 | $0.00 |
| GRAMMER INDUSTRIES INC | 1975 TECHNOLOGY DR<br>TROY, MI 48083 | 60877 | $0.00 |
| GRAND RAPIDS LABEL COMPANY | 2351 OAK INDUSTRIAL DRIVE N E<br>GRAND RAPIDS, MI 495056073 | 42376 | $0.00 |

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| GRAND TRAVERSE PLASTICS CORP | 5780 MOORE RD<br>WILLIAMSBURG, MI 49690 | 61832 | $0.00 |
| HALLA CLIMATE CONTROL CORPORATION | 15TH FLOOR DAELIM ACROTEL 467 6 DO<br>GOK DONG KANGNAM GU SEOUL .<br>KOREA | 61095 | $0.00 |
| HANTECH TECHNOLOGY | 290 1 GOYEON RI WOONGCHON MYEON<br>ULJU GUN ULSAN 689871<br>KOREA | 62044 | $0.00 |
| HUPPERT ENGINEERING | 41000 WOODWARD<br>SUITE 34075<br>BLOOMFIELD HILLS, MI 48304 | 86847 | $0.00 |
| IAV GMBH | 3810 PACKARD ROAD SUITE 230<br>ANN ARBOR, MI 48108 | 39324 | $0.00 |
| IEE AUTOMOTIVE | 1121 CENTRE ROAD<br>AUBURN HILLS, MI 48326 | 58236 | $0.00 |
| IMTEC INC | 7 CORPORATE DRIVE<br>KEENE, NH 034315042 | 40215 | $0.00 |
| IWIS MOTORSYSTEME GMBH & CO KG | ALBERT ROSSHAUPTER STR 53<br>MUNCHEN 81369<br>GERMANY | 45457 | $1,025.03 |
| JOHANN HAY GMBH & CO KG | HAYSTR 7 13<br>PO BOX 263<br>BAD SOBERNHEIM RHEINLAND, PFALZ 55566<br>GERMANY | 50694 | $0.00 |
| JOHNSON CONTROLS AUTOBATTERIE GMBH | AM LEINEUFER 51<br>HANNOVER 30419<br>GERMANY | 60549 | $27,530.98 |
| JST TRADING COMPANY LTD | HANKYU SENRICHUO BLG 4 1 1 CHOME<br>SHIN SENRI HIGASHI MACHI, OSAKA TOYONAKA<br>JAPAN | 53910 | $0.00 |
| KACE LOGISTICS INC | 862 WILL CARLETON ROAD<br>CARLETON, MI 481179704 | 46793 | $0.00 |
| KANEMATSU-GOSHO U S A INC | 543 WEST ALGONQUIN ROAD<br>ARLINGTON HEIGHTS, IL 60005 | 56831 | $0.00 |
| KAWASAKI AUTOMOTIVE IND CO LTD | 3459 IZUMI OHO<br>IZUMI KU<br>YOKOHAMA KANAGAWA 2450016<br>JAPAN | 52847 | $0.00 |
| KELLOGG CRANKSHAFT COMPANY | 3524 WAYLAND DRIVE<br>JACKSON, MI 492021294 | 55078 | $0.00 |
| KMC CHAIN SHENZHEN CO LTD | NO 7 ZHONGHUAN RD<br>LONGHUA TOWN<br>BAOAN COUNTY ZHENZHEN 518109<br>CHINA | 61838 | $0.00 |
| KORTEN QUALITY SYSTEMS | 69210 POWELL<br>PO BOX 210<br>ROMEO, MI 48065 | 31981 | $43,889.54 |
| KRIEWALL ENTERPRISES INC | 100 SHAFER DRIVE<br>ROMEO, MI 48065 | 47214 | $0.00 |
| KW SUSPENSIONS NORTH AMERICA | 7561 134A STREET<br>SURREY, BC V3W7B3<br>CANADA | 50397 | $0.00 |
| LEAR CORP AUSTRIA GES MBH & CO KG | WERKSTRASSE 20<br>KOEFLACH A8580<br>AUSTRIA | 94804 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| LINE PRECISION INC | 31666 W EIGHT MILE ROAD<br>FARMINGTON HILLS, MI 48336 | 42579 | $0.00 |
| LSM SYSTEMS ENGINEERING INC | 1290 CRESCENT LK RD<br>WATERFORD, MI 48327 | 50310 | $0.00 |
| LUBRIZOL CORPORATION THE | 29400 LAKELAND BLVD<br>WICKLIFFE, OH 440922298 | 58381 | $0.00 |
| M & W MANUFACTURING COMPANY | 13701 E 9 MILE RD<br>WARREN, MI 480892793 | 63016 | $0.00 |
| MAG FILTERS & EQUIPMENTS PVT LTD | 88 UDYOG VIHAR PHASE 1<br>GURGAON HARYANA 122016<br>INDIA | 62399 | $0.00 |
| MAGNA STEYR HEAVY STAMPING | FRANK STRONACH STRASSE 1<br>8200 ALBERSDORF<br>AUSTRIA | 95423 | $215,772.15 |
| MAGNUM MANUFACTURING INC | 39140 WEBB DRIVE<br>WESTLAND, MI 48185 | 84336 | $0.00 |
| MAYSER SYSTEMTECHNIK GMBH & CO KG | ORLINGERSTR 1 3<br>POSTFACH 3048<br>ULM 89073<br>GERMANY | 54020 | $0.00 |
| MECAPLAST DIFFUSION | 4 6 AVENUE PRINCE ALBERT<br>MONACO 98000<br>MONACO | 16483 | $0.00 |
| METAL ONE AMERICA | 6250 N RIVER RD<br>SUITE 2055<br>ROSEMONT, IL 60018 | 52278 | $0.00 |
| METAL POWDER PRODUCTS COMPANY | 17705 A WESTFIELD PARK RD<br>WESTFIELD, IN 46074 | 61835 | $0.00 |
| MGA RESEARCH CORPORATION | 12790 MAIN ROAD<br>PO BOX 71<br>AKRON, NY 140010071 | 13947 | $0.00 |
| MONT BLANC INDUSTRI AB | TOARPSDAL<br>DALSJOFORS 51690<br>SWEDEN | 60068 | $121,817.25 |
| NATIONAL PAPER & PACKAGING CO | 1240 EAST 55TH ST<br>PO BOX 71002<br>CLEVELAND, OH 441910001 | 79229 | $0.00 |
| NAVTEQ EUROPE B V | DE RUN 1115<br>VELDHOVEN 5503 LB<br>THE NETHERLANDS | 59415 | $0.00 |
| NINGBO AUTO CABLE CONTROLS CO LTD | NO 1 BAOYUAN RD<br>DONGQIAN LAKE IND<br>NINGBO ZHEJIANG 315121<br>CHINA | 61327 | $0.00 |
| ORIS FAHRZEUGTEILE HANS RIEHLE | STEINBEISSTRABE 6<br>MARKGRONINGEN 71706<br>GERMANY | 62272 | $0.00 |
| PARAMOUNT BORING & MACHINE | 15255 W ELEVEN MILE ROAD<br>OAK PARK, MI 48237 | 46493 | $0.00 |
| PEX VAKUUMTECHNIK GMBH | INDUSTRIESTRABE 100<br>D 72160 HORB<br>GERMANY | 37553 | $0.00 |
| PHOENIX AUTOMOTIVE GMBH | SEEHAFENSTRASSE 16<br>HAMBURG D21079<br>GERMANY | 49514 | $179.16 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| POLYTEC FOR CAR STYLING GMBH | LINZER STRABE 50<br>HORSCHING  A-4063<br>AUSTRIA | 40018 | $0.00 |
| POPPELMANN KUNSTSTOFFTECHNIK GMBH | DAIMLER STRABE 9<br>LOHNE  49429<br>GERMANY | 60768 | $0.00 |
| PORITE TAIWAN CO LTD | 3 CHUNG PU 8 LIN<br>TA PU LI<br>CHUNAN MIAOLI  35059<br>TAIWAN | 58373 | $0.00 |
| PRECISION PARTNERS | 28046 OAKLAND OAKS CT<br>WIXOM, MI  48393 | 48644 | $0.00 |
| PRETTY PRODUCTS LLC | 299 CRAMER CREEK COURT<br>DUBLIN, OH  43017 | 72571 | $51,686.20 |
| PRINZ VERBINDUNGSELEMENTE GMBH | LEHMWEG 24<br>PLETTENBERG  58840<br>GERMANY | 58759 | $0.00 |
| PRODRIVE ENGELHARD LLC | 30844 CENTURY<br>WIXOM, MI  48393 | 59129 | $0.00 |
| PRODRIVE LTD | OLDWICH LANE EAST<br>KENILWORTH  WARWICKSHIRE  CV81NR<br>GREAT BRITAIN | 52951 | $0.00 |
| PRODUCT ACTION INTERNATIONAL INC | 7998 CENTERPOINT DRIVE NO 800<br>INDIANAPOLIS, IN  462563349 | 99248 | $0.00 |
| PTI SATELLITE PAINT LLC | 6501 E NEVADA<br>DETROIT, MI  48234 | 61619 | $0.00 |
| QUALITY SPRING/TOGO | 355 JAY STREET<br>COLDWATER, MI  490362196 | 77089 | $0.00 |
| RAMCO SPECIALTIES INC | 5369 HUDSON DR<br>HUDSON, OH  442363777 | 62283 | $0.00 |
| RAPID PROTOTYPE COMPANY INC | 4141 N ATLANTIC BLVD<br>AUBURN HILLS, MI  48326 | 30815 | $0.00 |
| REHMANN INDUSTRIES | 23051 ROSEBERRY<br>WARREN, MI  480895771 | 80250 | $0.00 |
| ROMAGNA RUOTE S R L | VIA CASTELBOLOGNESI 20<br>FERRARA  44100<br>ITALY | 58745 | $0.00 |
| S & V TECHNOLOGIES INC | 6476 STONE BROOK LANE<br>FLUSHING, MI  48433 | 58475 | $0.00 |
| SAMBOMOTOS CO LTD | 1080 3 WOLAM DONG DALSEO GU<br>DAEGU   KYUNGBUK  704-833<br>KOREA | 62102 | $0.00 |
| SANDHAR LOCKING DEVICES-MIRROR | DHUMASPUR   BADSHAHPUR<br>GURGAON, HR  12200<br>INDIA | 61880 | $0.00 |
| SCHREINER ETIKETTEN UND SELBSTKLEB | BRUCKMANNRING 22<br>85764 OBERSCHLEIBHEIM<br>GERMANY | 43896 | $0.00 |
| SCHWARTZ MACHINE COMPANY | 4441 E 8 MILE RD<br>WARREN, MI  480912798 | 82173 | $0.00 |
| SCOTT PRODUCTS INC | 51690 BIRCH<br>PO BOX 115<br>NEW BALTIMORE, MI  48047 | 48223 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| SEBRING TECHNOLOGY GMBH | RUHMANNSTR 11<br>VOITSBERG, STMK 8570<br>AUSTRIA | 58861 | $122,579.55 |
| SECADE GMBH | OTTO FILITZ STRASSE 1<br>RUHPOLDING D-83324<br>GERMANY | 43894 | $0.00 |
| SEJASMI INDUSTRIES INC PVT LTD | NO 879 919 AT RAJPUR TA KADI<br>MEHSANA HWY RAJPUR GUJARAT 382715<br>INDIA | 62392 | $0.00 |
| SELZER FERTIGUNGSTECHNIK GMBH COKG | BAHNHOFSTR 1<br>D 35759 DRIEDORF ROTH<br>GERMANY | 58243 | $0.00 |
| SHANGHAI AUTOMOBILE IMPORT & | 16F A C TIMES SQ<br>500 ZHANGYANG RD<br>PUDONG DIST SHANGHAI 200122<br>CHINA | 58669 | $0.00 |
| SHANGHAI ZHONGLI AUTO PARTS CO LTD | 3099 GUDAI ROAD<br>MINHNANG<br>SHANGHAI 2011100<br>CHINA | 61177 | $0.00 |
| SIRIUS CANADA INC | 135 LIBERTY ST<br>4TH FLR<br>TORONTO, ON M6K1A7<br>CANADA | 59939 | $0.00 |
| SKILL TOOL & DIE | 16151 PURITAS AVENUE<br>CLEVELAND, OH 44135 | 87676 | $118,828.03 |
| SNAVELY MACHINE & MANUFACTURING | 1070 INDUSTRIAL PKWY<br>PERU, IN 46970 | 51852 | $39,329.14 |
| SONA BLW PRECISION FORGE INC | 500 OAK TREE DRIVE<br>SELMA, GA 27576 | 61897 | $0.00 |
| STS FORMTECHNIK GMBH & CO KG | KOWALDSTRASSE 2<br>A 8570 VOITSBERG<br>AUSTRIA | 94989 | $5,205.53 |
| STS FORMTECHNIK GMBH & CO KG | KOWALDSTRASSE 9<br>8570 VOITSBERG<br>AUSTRIA | 49327 | $0.00 |
| SUPERIOR ALUMINUM | 14214 EDGERTON<br>PO BOX 678<br>NEW HAVEN, IN 46774 | 43258 | $0.00 |
| T & W BAUMAN ENTERPRISES INC | 7835 HIGHWAY 50 UNITS 18 & 19<br>WOODBRIDGE, ON L4L1A5<br>CANADA | 26636 | $0.00 |
| THORREZ C INDUSTRIES | 4909 W MICHIGAN AVENUE<br>JACKSON, MI 492018972 | 90176 | $0.00 |
| THREE BOND INTERNATIONAL INC | 6184 SCHUMACHER PARK DRIVE<br>WEST CHESTER, OH 45069 | 21503 | $0.00 |
| TREND PERFORMANCE PRODUCTS INC | 23003 DIAMOND DRIVE<br>CLINTON TOWNSHIP, MI 48035 | 32513 | $0.00 |
| TRIANA INDUSTRIES INC | 511 6TH STREET<br>MADISON, AL 35758 | 70420 | $0.00 |
| TRITEC MOTORS LTDA | R EMA TANNER DE ANDRADE N 1892<br>CAMPO LARGO PARANA CEP 83606<br>BRAZIL | 45532 | $197,008.45 |
| UMICORE AUTOCAT CANADA CORP | 2347 COMMERCIAL DR<br>AUBURN HILLS, MI 48326 | 19181 | $0.00 |

See the attached Addendum for important information.

| SUPPLIER NAME | SUPPLIER ADDRESS | SUPPLIER CODE | CURE AMOUNT |
|---|---|---|---|
| VALEO ENGINE COOLING INC | 1100 EAST BARACHEL LANE<br>GREENSBURG, IN 472401278 | 40927 | $0.00 |
| VALIANT INDUSTRIES INC | 6525 CENTER DRIVE<br>STERLING HEIGHTS, MI 48312 | 94383 | $0.00 |
| VARIAN INC | 2700 MITCHELL DRIVE<br>WALNUT CREEK, CA 94598 | 41683 | $0.00 |
| VIBRACOUSTIC GMBH & CO KG | HOEHNERWEG 2 4<br>WEINHEIM 69465<br>GERMANY | 51539 | $3,875.68 |
| VIRGINIA INDUSTRIES | 951 WEST STREET<br>ROCKY HILL, CT 060673011 | 72432 | $0.00 |
| VOGEL & NOOT TECHNOLOGIE GMBH | GRAZER STRASSE 1<br>WARTBERG 8661<br>AUSTRIA | 59454 | $0.00 |
| WEBASTO | KRAILINGERSTRASSE 5<br>STOCKDORF D 82131<br>GERMANY | 36076 | $11,444.67 |
| WESTFALLIA-AUTOMOTIVE GMBH | AM SANDBERG 45<br>RHEDA WIEDENBRUCK D-33378<br>GERMANY | 60628 | $0.00 |
| WILLI HAHN GESCUBH | AM KIESBERG 11<br>WUPPERTAL ELBERFELD D-42012<br>GERMANY | 96220 | $0.00 |
| WINDINGS INC | 208 N VALLEY<br>NEW ULM, MN 56073 | 58932 | $0.00 |

See the attached Addendum for important information.

# EXCLUDED AGREEMENTS

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | EXCLUDED PURCHASE ORDER |
|---|---|---|
| ADVANCED ACCESSORY SYSTEMS<br>12900 HALL ROAD SUITE 200<br>STERLING HEIGHTS, MI  48313 | 29446 | O3218043 |
| AZ AUTOMOTIVE CORP<br>24331 SHERWOOD<br>CENTERLINE, MI  48015 | 10235 | O0121001<br>O1121006 |
| CYLTEC LLC<br>5550 OCCIDENTAL HWY SUITE A<br>TECUMSEH, MI  49286 | 46539 | O6431069<br>O6431070 |
| KORTEN QUALITY SYSTEMS<br>69210 POWELL P O BOX 210<br>ROMEO, MI  48065 | 31981 | O0484007<br>O9449004 |
| SKILL TOOL & DIE<br>16151 PURITAS AVENUE<br>CLEVELAND, OH  44135 | 87676 | O3124173<br>O3125054 |

See the attached Addendum for important information.

# ADDENDUM

The executory contracts and unexpired leases identified in the Exhibits are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. Subject to the terms of the accompanying notice, the Purchaser is hereby confirming all of the agreements with the parties identified on the Exhibits relating to the supply of goods and services to the Debtors for assumption and assignment, except as otherwise expressly provided herein. If certain agreements are identified at the end of the Exhibits as excluded from the list of Designated Agreements (the "Excluded Agreements"), those Excluded Agreements are not hereby assumed and assigned. Unless otherwise stated in the Exhibits or an applicable Cure Agreement, Designated Agreements include all contracts, purchase orders or similar agreements providing for the sale or provision of goods or services to the Debtors, and all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.