**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------- x
                                          :
In re                                     :    Chapter 11
                                          :
Old Carco LLC (f/k/a Chrysler LLC), et al.,[1]:    Case No. 09-50002 (AJG)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
--------------------------------------------------- x
```

## NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT TO PURCHASER OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.       On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction.  On May 31, 2009, the Bankruptcy Court granted the Sale Motion.  The Sale Transaction closed on June 10, 2009.

2.       Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as

---

[1]      A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

[2]      Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at www.chryslerrestructuring.com.

"Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3.     By notices dated May 14 and 22 and July 9 and 10, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases. Each Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4.     The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties. The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser. Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects. Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated

Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects. In addition, and for the avoidance of doubt, to the extent a Non-Debtor Counterparty has made a timely filed Section 365 Objection to the Cure Costs or the accuracy of the information provided in the Assignment Notice pending on the date hereof, such objection is preserved pending resolution by Cure Agreement or order of the Court.

5.      The Designated Agreements identified in Exhibits A through D hereto (as modified by the Addenda thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.      If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs. The Cure Costs established by the Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.      Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.      Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease as soon as practicable (and in any event not later than ten days after the date hereof), provided, however, that Purchaser shall pay Disputed Cure Costs (as defined in the Bidding Procedures) as soon as practicable following (and in any event not later than 10 days after) the date the amount thereof is finally determined. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.      The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.


Dated:  July 10, 2009                           Respectfully submitted,
        New York, New York


                                                /s/ Andrew G. Dietderich
                                                Andrew G. Dietderich
                                                Hydee R. Feldstein
                                                Sullivan & Cromwell LLP
                                                125 Broad Street
                                                New York, New York 10004
                                                Telephone:  (212) 558-4000
                                                Facsimile:  (212) 558-3588

                                                ATTORNEYS FOR FIAT S.p.A. AND
                                                CHRYSLER GROUP LLC

**Exhibit A**

**[Schedule of Certain Confirmed Dealer Agreements and Cure Costs Related Thereto]**

# EXHIBIT A

| DEALER NAME | MAJORITY OWNER | DEALER ADDRESS | DEALER CODE | LINES | CURE AMOUNT |
|---|---|---|---|---|---|
| BEACON-FL, LLC | WALTER H RITTER | DBA POTAMKIN'S PLANET DODGE CHRYSLER<br>9975 NW 12TH STREET<br>MIAMI, FL 33172 | 67962 | DTCJ | $0.00 |
| NORTHWEST AUTOMOTIVE LLC | GEORGE PSIHOGIOS | DBA TROPICAL CHRYSLER JEEP<br>8910 N.E. 6TH AVE<br>MIAMI, FL 33183-3343 | 26732 | JC | $0.00 |
| POTAMKIN CHRYSLER PLYMOUTH INC | EUGENE L FIORAVANTE | DBA POTAMKIN CHRYSLER PLYMOUTH JEEP<br>16600 NW 57TH AVE<br>MIAMI, FL 33014-6199 | 67438 | CJ | $0.00 |

Designations above for "Lines" refer to the linemakes Chrysler ("C"), Jeep ("J") and Dodge ("D") or Dodge Truck ("T"). Please see attached addendum for important additional information.

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit A are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Certain executory dealer agreements have been identified as Designated Agreements to be assumed and assigned. Although most U.S. dealers have entered into standard uniform dealership agreements in the form of the Chrysler Corporation Sales and Service Agreement (the "Sales and Service Agreement"), some dealers are parties to older agreements in the form of the Chrysler Direct Dealer Agreement (each, a "Direct Dealer Agreement"). If a Direct Dealer Agreement is identified as a Designated Agreement in this Exhibit A, then such Direct Dealer Agreement will only be assumed and assigned to the Purchaser if the counterparty to the Direct Dealer Agreement first agrees to modify such Direct Dealer Agreement and restate it in the form of the Sales and Service Agreement (each such modified and restated Direct Dealer Agreement and each Sales and Service Agreement, a "Dealer Agreement"). If the Non-Debtor Counterparty and the Debtors do not so modify and restate such Direct Dealer Agreement in the form of the Sales and Service Agreement, then notwithstanding any other provisions in the Assignment Notice, this notice or in the Bidding Procedures, such Direct Dealer Agreement and its Ancillary Agreements (as defined below) will not be assumed and assigned as set forth herein.

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. The Purchaser is hereby confirming all of the dealership agreements relating to the dealership locations identified on Exhibit A, including, without limitation, all Sales and Service Agreements and Direct Dealer Agreements for any linemake at the identified dealership location (except as described in the preceding paragraph), and any amendments, modifications, supplements, addenda, restatements or exhibits to those agreements, as well as any ancillary agreements and leases related to such Dealer Agreements at the identified dealership locations (collectively, the "Ancillary Agreements").

The Ancillary Agreements include, without limitation, software license agreements, data exchange and electronic commerce agreements, real property leases, Five Star dealer license agreements, options, sign leases, dealer improvement agreements, market action agreements, letters of intent and term sales agreements, as well as all site control agreements and similar agreements with Chrysler Realty Company LLC. The identified Cure Costs represents the aggregate Cure Costs for all of these agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3]    Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit B**

**[Schedule of Certain Confirmed Dealer Agreements and Cure Costs Related Thereto]**

| CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|
| * Endicott Electric Vehicles | 1345 S Federal Hwy | Pompano Beach | FL | 33062 | | $0.00 |
| * Royal Gate Gem | 15502 Manchester Rd | Ellisville | MO | 63011 | | $0.00 |
| * Mike Olson Dodge Inc | 1710 S 1st St | Yakima | WA | 98901 | | $0.00 |
| * HW Hunter, Inc. | 1130 Auto Mall Dr | Lancaster | CA | 93534 | | $0.00 |
| * Neuwirth Motors Inc | 219 S College Rd | Wilmington | NC | 28403 | | $0.00 |
| * Clippinger Chrysler Jeep Dodge | 2000 E. Garvey Ave S | West Covina | CA | 91791 | | $0.00 |
| * Midway Jeep Chrysler | 777 Camino Del Rio S | San Diego | CA | 92108 | | $0.00 |
| * The Horner Group, Llc | 12301 W Bell Rd Ste A101 | Surprise | AZ | 85374 | | $0.00 |
| * Allen Motors | 19 Manchester Rd | Derry | NH | 03038 | | $0.00 |
| * Foster Motors Inc | Route 7 South | Middlebury | VT | 05753 | | $0.00 |
| * Newcastle CPDJ | 573 Route 1 | Newcastle | ME | 04553 | | $0.00 |
| * Bill Deluca Chrysler Jeep Inc | 108 Bank Rd | Haverhill | MA | 01832 | | $0.00 |
| * Jolly John Auto City | 824 Portland Rd | Saco | ME | 04072 | | $0.00 |
| * Salvadore Chrysler Plymouth Dodge | 442 W Broadway | Gardner | MA | 01440 | | $0.00 |
| * Stivers Lincoln Mercury | 320 Greystone Blvd | Columbia | SC | 29210 | | $0.00 |
| * Randall Noe Chyrsler Plymouth Dodge, Inc | 1608 W Moore Ave | Terrell | TX | 75160 | | $0.00 |

| | CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Martin Dodge Jeep | 2209 Scottsville Rd | Bowling Green | KY | 42104 | | $0.00 |
| * | Remsen Dodge | 3391 HWY 35 N | Hazlet | NJ | 07730 | | $0.00 |
| * | Bill Marine Chrysler Dodge Jeep | 1182 W Main St | Wilmington | OH | 45177 | | $0.00 |
| * | Park Chrysler Jeep Inc | 1408 W Hwy 13 | Burnsville | MN | 55337 | | $0.00 |
| * | West Port Chrysler | Rt 2 BOX 39 | Lawrenceville | IL | 62439 | | $0.00 |
| * | Planet Jeep Of Flagstaff | 2020 E Route 66 | Flagstaff | AZ | 86004 | | $0.00 |
| * | Big Valley Motors | 1115 N Chicago | Portales | NM | 88130 | | $0.00 |
| * | Quality Car Company, Inc. | 15135 Jackson St | Midway City | CA | 92655 | | $0.00 |
| * | Perkins Motor City Dodge | 1205 Motor City Dr | Colorado Springs | CO | 80906 | | $0.00 |
| * | Allen Samuels Dodge - Ft Worth | 7740 NE Loop 820 | Fort Worth | TX | 76180 | | $0.00 |
| * | Hayes Chrysler Plymouth Inc | 719 W Pike St | Lawrenceville | GA | 30045 | | $0.00 |
| * | Hayes Chrysler Dodge Jeep Inc | 3115 Frontage Rd | Gainesville | GA | 30504 | | $0.00 |
| * | Buerge Chrysler Jeep | 11750 Santa Monica Blvd | West Los Angeles | CA | 90025 | | $0.00 |
| * | Cabral Chrysler Jeep | 1115 W Yosemite Ave | Manteca | CA | 95337 | | $0.00 |
| * | Glendale Dodge LLC | 1101 S Brand Blvd | Glendale | CA | 91204 | | $0.00 |
| * | Glendora Dodge | 931 S Lonehill Ave | Glendora | CA | 91740 | | $0.00 |

| | CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| * | McPeek's Dodge of Anaheim | 1221 S Auto Center Dr | Anaheim | CA | 92806 | | $0.00 |
| * | Tuttle Click Chrysler-Jeep-Dodge | 40 Auto Center Dr | Irvine | CA | 92618 | | $0.00 |
| * | David Ellis Chrysler Plymouth Inc. | 21422 Rosco Blvd | Canoga Park | CA | 91304 | | $0.00 |
| * | Auto West Dodge | 230 Auto Mall Dr | Roseville | CA | 95661 | | $0.00 |
| * | Action Motors Corporation | 74 Newton Road | Danbury | CT | 06810 | | $0.00 |
| * | Orlando Dodge | 4101 W Colonial Dr | Orlando | FL | 32808 | | $0.00 |
| * | Resnik Motors Inc | 1515 E Broadway | Newton | KS | 67114 | | $0.00 |
| * | Schumacher's Inc | 101 St Paul Ave | Linton | ND | 58552 | | $0.00 |
| * | Tanner Chrysler Products, Inc. | 85 E Pendleton St | Stanton | KY | 40380 | | $0.00 |
| * | Green Gifford Dodge | 2747 N Military Hwy | Norfolk | VA | 23518 | | $0.00 |
| * | Fox Charlevoix | 6684 US-31 | Charlevoix | MI | 49720 | | $0.00 |
| * | Bob Hoss Dodge Chrysler Jeep, Inc. | 6640 State Ave | Kansas City | KS | 66102 | | $0.00 |
| * | Furey's Chrysler Dodge Jeep | 206 Carrollton st | Malvern | OH | 44644 | | $0.00 |
| * | Chrysler Dodge of White Oak | 1234 Long Run Road | White Oak | PA | 15131 | | $0.00 |
| * | Deur-Speet Motors | 33 W Dayton | Fremont | MI | 49412 | | $0.00 |
| * | Schaefer & Bierlein Chrysler Dodge Jeep | 1015 Weiss St | Frankenmuth | MI | 48734 | | $0.00 |

| CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|
| * Roseville Chrysler | 25800 Gratiot Ave | Roseville | MI | 48066 | | $0.00 |
| * Dick Scott Motor Mall | 3030 Fowlerville Rd | Fowlerville | MI | 48836 | | $0.00 |
| * Windward Dodge Chrysler Jeep | 46-177 Kahuhipa St | Kaneohe | HI | 96744 | | $0.00 |
| * Shelor Motor Mile | 2257 Roanoke | Christiansburg | VA | 24073 | | $0.00 |
| * Mathews Dodge Chrysler Jeep | 1866 Marion Waldo Rd | Marion | OH | 43302 | | $0.00 |
| * Doan Dodge | 4477 Ridge Rd West | Greece | NY | 14626 | | $0.00 |
| * Security Dodge | 345 Merrick Rd | Amityville | NY | 11701 | | $0.00 |
| * Beck Chrysler Dodge Jeep | 256 HWY 17 N | Palatka | FL | 32177 | | $0.00 |
| * Tom Addis Dodge, Inc. | 314 W Clayton Ave | Coeur D'Alene | ID | 83815 | | $0.00 |
| * Egolf Motors, Inc. | 401 Duncan Hill Rd | Hendersonville | NC | 28792 | | $0.00 |
| Butler Chrysler Dodge Jeep | 1555 Salem Road | Beaufort | SC | 29902 | | $0.00 |
| Arrigo Dodge Chrysler Jeep | 6500 Okeechobee Blvd | West Palm Beach | FL | 33411 | | $0.00 |
| Hill Automotive | 3013 Hwy CX | Portage | WI | 53901 | | $0.00 |
| Allen Samuels Katy Dodge | 21777 Katy Freeway | Katy | TX | 77450 | | $0.00 |
| Johnson Auto Plaza, Inc. | 12410 E 136th Ave | Brighton | CO | 80601 | | $0.00 |
| Elk Grove Dodge | 8575 Laguna Grove Dr | Elk Grove | CA | 95757 | | $0.00 |

| CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|
| Ilderton Dodge Chrysler Jeep | 701 S Main Street | High Point | NC | 27260 | | $0.00 |
| Quality Imports Inc | 1006 N Beal Pkwy | Fort Walton Beach | FL | 32547 | | $0.00 |
| Bud's Chrysler-Dodge-Jeep, Inc. | 945 S Main St | Celina | OH | 45822 | | $0.00 |
| Gulf Atlantic Vehicles, Inc. | 3298 Pioneer Trail | New Smyrna Beach | FL | 32168 | | $0.00 |
| Roberts Jeep | 2323 Auburn Way N | Auburn | WA | 98002 | | $0.00 |
| Bill Bryan Chrysler, Dodge, Jeep, Subaru | 3401 US Hwy 441/27 | Fruitland Park | FL | 34731 | | $0.00 |
| AutoPark Chrysler Jeep | 400 Auto Park Blvd | Cary | NC | 27511 | | $0.00 |
| Red Bug Motors LLC | 500 Riverview Dr | Jekyll Island | GA | 31527 | | $0.00 |
| Texas Gemkar, Inc. | 290 Tanglewood Dr. | Pottsboro | TX | 75076 | | $0.00 |
| Ilderton Convesion of Charlotte LLC | 5518 Westpark Dr | Charlotte | NC | 28224 | | $0.00 |
| Sterling Chrysler Dodge Jeep | 5504 I-49 North Service Rd | Opelousas | LA | 70571 | | $0.00 |
| GEM of Marco Island | 9 Front Street | Marco Island | FL | 34145 | | $0.00 |
| Tyler Automotive | 1102 S 11th St | Niles | MI | 49120 | | $0.00 |
| GEM of Fargo | 4021 Main Ave | Fargo | ND | 58102 | | $0.00 |
| Sierra Volkswagen | 510 E Norris Dr | Ottawa | IL | 61350 | | $0.00 |
| Creative Bus Sales - NV | 4620 Industry Center Dr | Las Vegas | NV | 89115 | | $0.00 |

| CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|
| Creative Bus Sales - CA | 1350 Benson Ave | Chino | CA | 91710 | | $0.00 |
| East Carolina Chrysler Dodge | 3401 S Memorial Dr | Greenville | NC | 27834 | | $0.00 |
| Auto Maxx Inc | 5272 N Blackstone Ave | Fresno | CA | 93710 | | $0.00 |
| Royal Gate Dodge Chrysler Jeep | 500 Admiral Wienel Blvd | Columbia | IL | 62236 | | $0.00 |
| Martin's Garage/Martin's Chrysler Dodge | 1422 Main St | Union Grove | WI | 53182 | | $0.00 |
| Spirit Chrysler | 1945 KINGS HWY | SWEDESBORO | NJ | 08085 | | $0.00 |
| Bay Lincoln Mercury Dodge Hyundai | 641 W 15th St | Panama City | FL | 32401 | | $0.00 |
| Chrysler Jeep Dodge of Rensselaer | 1106 N McKinley Ave | Rensselaer | IN | 47978 | | $0.00 |
| Green Chrysler Dodge Jeep Ford | 2104 North Buckeye | Abilene | KS | 67410 | | $0.00 |
| Highland Golf Cars, Inc. | 1260 West North Temple | Salt Lake City | UT | 84116 | | $0.00 |
| Terry Thompson Chevrolet | 1402 US Highway 98 | Daphne | AL | 36526 | | $0.00 |
| Response Vehicle Solutions | 12580 Saticoy St | Acton | CA | 93510 | | $0.00 |
| GEM Cars of Myrtle Beach, LLC | 4825 HWY 17 S | Garden City | SC | 28576 | | $0.00 |
| Crystal Chrysler Jeep Dodge Center | 36444 Auto Park Dr | Cathedral City | CA | 92234 | | $0.00 |
| Divaco Benelux BV | Molenvliet 10, NL-3961 MV WIJK BIJ | MV Duurstede | - | 3961 | The Netherland | $0.00 |
| * Geo Europa | Via Per Bulgorello, 20 | Vertemate Con Minoprio, Como | - | | Italy | $0.00 |

| | CONTRACT PARTY | ADDRESS | CITY | STATE | ZIP | COUNTRY | CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Grupo Electrico Motorizado | Prolongacion Industria Textil No 1, Parque Industrial Naucalpan | Naucalpan Edo De Mexico | - | 53489 | Mexico | $0.00 |
| | LSV Electric Cars British Columbia | 103 2430 King George Hwy | Surrey | BC | V4P 1H5 | Canada | $0.00 |
| | Matra Manufacturing & Service | 10 Rue George Sand - BP 11 | Romorantin | - | 41200 | France | $0.00 |
| | Rumec Service | Weda Odensala | Marsta | - | SE-195 92 | Sweden | $0.00 |
| | Golfejardim LDA | Estrada Da Fonte Santa | Almancil | - | 8135 | Portugal | $0.00 |

# ADDENDUM

The executory contracts listed on this Exhibit B are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures Order and the Sale Order.[4]

Consistent with the Bidding Procedures Order, the Purchaser is hereby confirming all of the dealership agreements relating to the dealership locations identified on this Exhibit B (collectively, "Dealer Agreements"). The Dealer Agreements include, without limitation, all Dealer Sales and Service Agreements or Distribution Agreements at the identified dealership location, and any amendments, modifications, supplements, addenda, restatements or exhibits to those agreements.[5]

The identified Cure Costs for each location represent the aggregate Cure Costs for all Dealer Agreements relating to such location.

With respect to each of the listed Dealer Agreements marked with an asterisk (each, a "Specified Agreement"), such Specified Agreement is only assumed and assigned to the Purchaser if the counterparty to the agreement first agrees to the following: (a) for any domestic (U.S.) dealer that executed a Dealer Sales and Service Agreement on or before August 14, 2003, the dealer must agree to modify and restate such agreement consistent with the most current form of Dealer Sales and Service Agreement used by the Debtors and (b) for each identified foreign (non-U.S.) dealer, the dealer must modify and restate its Dealer Agreement in an updated form to be provided. To obtain a copy of the applicable modified and restated agreement, please contact Suzy Rokke at 701.232.2500. Until the counterparty to a Specified Agreement agrees to modify and restate its agreement as described in this paragraph, then notwithstanding any other provisions in the Assignment Notice, the Bidding Procedures Order, the Sale Order or this notice and this Exhibit B, such Specified Agreement will not be deemed to have been assumed and assigned as set forth herein.

---

[4] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

[5] In addition, with respect to Matra Manufacturing & Service, the Purchaser is also hereby confirming that certain Assembly Licensing Agreement dated on or about November 1, 2007.

**Exhibit C**

**[Schedule of Certain Confirmed Real Property Agreements
and Cure Costs Related Thereto]**

**Debtor as Lessee**

| | Address | Type of Interest | Type of Property | Lessee | Landlord Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | 1980 High Grove Lane Distribution Center Naperville, Illinois 60540 | Leased | Flex | Chrysler Motors LLC | <u>Landlord</u><br>James Campbell Company, LLC<br>Attn: Executive Vice President, REIM,<br>425 California Street, Suite 1000,<br>San Francisco, CA 94104<br><u>Landlord Notice</u><br>Colliers Bennett & Kahnweiler<br>Real Estate Management Services<br>Attn: Property Management,<br>6250 North River Road, Suite 11-100,<br>Rosemont, IL 60018<br><u>Managing Agent</u><br>Colliers Bennett & Kahnweiler<br>Real Estate Management Services<br>6250 North River Road, Suite 11-100,<br>Rosemont, IL 60018<br><u>Payee</u><br>James Campbell Company, LLC<br>Chicago Industrial Portfolio,<br>23201 Network Place,<br>Chicago, IL 60673-3201 | $0 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit C are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[6]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on Exhibit C for assumption and assignment. Unless otherwise stated in Exhibit C or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[6] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.

**Exhibit D**

**[Schedule of Certain Confirmed Dealer Agreements and Cure Costs Related Thereto]**

| CHRYSLER ENTITY | COUNTERPARTY | ADDRESS ONE | ADDRESS TWO | ADDRESS THREE | CITY | STATE | ZIP | COUNTRY | TITLE OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Chrysler International Corporation | Alberic Chrysler Dodge Plymouth, Inc. | ATTN: ALBERIC COLON JR | KENNEDY AVENUE, HIGHWAY NO. 2, KM. 2.5 | | | PUERTO RICO | | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Bella Retail Group, Inc. | ATTN: CARLOS A LOPEZ-LAY, PRES. | P. O. BOX 8897 | | SAN JUAN | PUERTO RICO | 00910-8897 | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Benitez Group, Inc. | ATTN: PEDRO L. BENITEZ, VP | CARR. 3 KM. 77.2 RIO ABAJO WARD LOTE 4 | | HUMACAO | PUERTO RICO | | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Berrios Auto Gallery, Inc. dba Berrios Chrysler, Dodge, Jeep de Caguas | PMB 479 | Rafael Cordero #200 | Suite 140 | Caguas | PUERTO RICO | 00725 | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Cabrera Grupo Automotriz Corp. d.b.a. Cabrera Chrysler, Dodge, Jeep® | ATTN: PRESIDENT | PO BOX 140400 | | ARECIBO | PUERTO RICO | 00614-0400 | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Caribbean Auto Mart, Inc. | FIRSTBANK PLAZA | SUITE 203 | 4700 ESTATE CHARLOTTE AMALIE | ST THOMAS | | | U.S. VIRGIN ISLANDS | Dealer Agreement | $0.00 |
| Chrysler International Corporation | Chrysler –Dodge-Jeep of St. Croix Ltd | PLOT 1-B AND 1-C | ESTATE BODY SLOP | KINGS QUARTER | ST. CROIX | | | U S VIRGIN ISLANDS | Dealer Agreement | $0.00 |
| Chrysler International Corporation | GPH Motor Corporation d/b/a Chrysler 65 de Carolina | ATTN: GERARDO PASCUAL, PRESIDENT | ROAD NO.3, 65TH INFANTRY AVE., KM 11.2 | CORNER OF MUNOZ RIVERA AVENUE | CAROLINA | PUERTO RICO | | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | HVP Motor Corporation | ATTN: CARLOS VAILLANT, CEO | PO BOX 29477 | | SAN JUAN | PUERTO RICO | 00929-0477 | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | PVH Motor Corporation d/b/a Chrysler 65th Infantry | ATTN: GERARDO PASCUAL, PRESIDENT | 65TH INFANTRY AVE., KM 2.5 CORNER OF JUAN PENA REYES | | RIO PIEDRAS | PUERTO RICO | | | Dealer Agreement | $0.00 |
| Chrysler International Corporation | V.P.H. Motor Corporation | | PO BOX 29477 | | SAN JUAN | PUERTO RICO | | | Dealer Agreement | $0.00 |
| | | | STATE ROAD NO. 2, KM. 156.4 NO 301 | FRENTE KMART | MAYAGUEZ | PUERTO RICO | | | | |
| | | ATTN: GERARDO PASCUAL,SECRETARY | PONCE BY-PASS | SALIDA PARA MAYAGUEZ | | PUERTO RICO | | | | |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibit D are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[7]

Certain executory dealer agreements have been identified as Designated Agreements to be assumed and assigned. Although most U.S. dealers have entered into standard uniform dealership agreements in the form of the Chrysler Corporation Sales and Service Agreement (the "Sales and Service Agreement"), some dealers are parties to older agreements in the form of the Chrysler Direct Dealer Agreement (each, a "Direct Dealer Agreement"). If a Direct Dealer Agreement is identified as a Designated Agreement in this Exhibit D, then such Direct Dealer Agreement will only be assumed and assigned to the Purchaser if the counterparty to the Direct Dealer Agreement first agrees to modify such Direct Dealer Agreement and restate it in the form of the Sales and Service Agreement (each such modified and restated Direct Dealer Agreement and each Sales and Service Agreement, a "Dealer Agreement"). If the Non-Debtor Counterparty and the Debtors do not so modify and restate such Direct Dealer Agreement in the form of the Sales and Service Agreement, then notwithstanding any other provisions in the Assignment Notice, this notice or in the Bidding Procedures, such Direct Dealer Agreement and its Ancillary Agreements (as defined below) will not be assumed and assigned as set forth herein.

Consistent with the Bidding Procedures, the Designated Agreements are not listed on an agreement-by-agreement basis. The Purchaser is hereby confirming all of the dealership agreements relating to the dealership locations identified on Exhibit D, including, without limitation, all Sales and Service Agreements and Direct Dealer Agreements for any linemake at the identified dealership location (except as described in the preceding paragraph), and any amendments, modifications, supplements, addenda, restatements or exhibits to those agreements, as well as any ancillary agreements and leases related to such Dealer Agreements at the identified dealership locations (collectively, the "Ancillary Agreements").

The Ancillary Agreements include, without limitation, software license agreements, data exchange and electronic commerce agreements, real property leases, Five Star dealer license agreements, options, sign leases, dealer improvement agreements, market action agreements, letters of intent and term sales agreements, as well as all site control agreements and similar agreements with Chrysler Realty Company LLC. The identified Cure Costs represents the aggregate Cure Costs for all of these agreements.

The identified Cure Costs represent the aggregate Cure Costs for all of the Designated Agreements with a Non-Debtor Counterparty. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[7] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.