**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Old Carco LLC (f/k/a Chrysler LLC), *et al.*,[1] :    Case No. 09-50002 (AJG)
                                                      :
                          Debtors.                    :    (Jointly Administered)
                                                      :
---------------------------------------------------- x

**NOTICE OF (I) ASSUMPTION BY DEBTORS AND ASSIGNMENT**
**TO PURCHASER OF CERTAIN EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On May 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, (a) authority to sell substantially all of the Debtors' assets free and clear of all liens, claims and encumbrances; (b) approval of certain procedures (the "Bidding Procedures") for the solicitation of bids with respect to the Sale Transaction (as defined in the Bidding Procedures); (c) authority to assume and assign certain executory contracts and unexpired leases in connection with the Sale Transaction; (d) approval of that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to be executed at the closing of the Sale Transaction and (e) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction.  On May 31, 2009, the Bankruptcy Court granted the Sale Motion.  The Sale Transaction closed on June 10, 2009.

2.      Old Carco LLC, formerly Chrysler LLC, and its Debtor subsidiaries; Fiat S.p.A ("Fiat"); and Chrysler Group LLC, formerly New CarCo Acquisition LLC, a Delaware limited liability company formed by Fiat (the "Purchaser"), have entered into a Master Transaction Agreement, as amended, dated as of April 30, 2009 (the "Purchase Agreement"), which, together with certain ancillary agreements, contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets, defined as

---

[1]     A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

[2]     Copies of the Sale Motion and the Purchase Agreement (without certain commercially sensitive attachments) may be obtained by accessing the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at www.chryslerrestructuring.com.

"Purchased Assets" in Section 2.06 of the Purchase Agreement, including the Designated Agreements (as defined below), the assets related to the research, design, manufacturing, production, assembly and distribution of passenger cars, trucks and other vehicles (including prototypes) under brand names that include Chrysler, Jeep® and Dodge (the "CarCo Business"), certain of the facilities related thereto and all rights including intellectual property rights, trade secrets, customer lists, domain names, books and records, software and other assets used in or necessary to the operation of the CarCo Business or related thereto (collectively, as defined in the Purchase Agreement, the "Purchased Assets") to the Purchaser.

3.     By notices dated July 13, 24 and 31, 2009 (each, an "Assignment Notice"), the Debtors informed certain non-Debtor counterparties to Designated Agreements (as defined below) (each, a "Non-Debtor Counterparty") of their intent to assume and assign to the Purchaser certain executory contracts and/or unexpired leases.   The Assignment Notice contained an exhibit or annex identifying certain executory contracts and/or unexpired leases that the Debtors intended to assume and assign to the Purchaser (collectively, the "Designated Agreements" and each, a "Designated Agreement"), pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code").  The exhibit or annex attached to the Assignment Notice also listed the amounts that the Debtors believed must be paid to cure all prepetition defaults under the Designated Agreements as of April 30, 2009, in accordance with section 365(b) of the Bankruptcy Code; provided, however, that such amount that must be paid to cure all prepetition defaults has, in some instances, been agreed in a writing signed by Debtor and the Non-Debtor Counterparty to be either higher or lower than the amount indicated in the Assignment Notice (such writing, a "Cure Agreement", and such amounts, as modified by any Cure Agreement, the "Cure Costs").

4.     The Assignment Notice stated that objections, if any, to the proposed assumption and assignment of the Designated Agreements, including, but not limited to, objections related to adequate assurance of future performance, or objections relating to whether applicable law excuses the Non-Debtor Counterparty from accepting performance by, or rendering performance to, Purchaser for purposes of section 365(c)(1) of the Bankruptcy Code, or objections to the proposed Cure Costs (each such objection, a "Section 365 Objection"), must be made in writing and filed with the Bankruptcy Court so as to be received no later than ten days after the date of the Assignment Notice (the "Section 365 Objection Deadline") by the Bankruptcy Court and other specifically identified parties.  The Assignment Notice also stated that unless a Section 365 Objection was filed and served before the Section 365 Objection Deadline, all parties would be deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements, and any non-objecting party would be forever barred from objecting to the Cure Costs or to assumption and assignment and from asserting any additional cure or other amounts against the Debtors, their estates or the Purchaser.  Furthermore, the Assignment Notice stated that if the Non-Debtor Counterparty to a Designated Agreement failed to timely assert a Section 365 Objection, such Designated Agreement would be deemed to be assumed by the Debtors and assigned to the Purchaser and the proposed Cure Cost related to such Designated Agreement would be established and approved in all respects.  Notwithstanding anything to the contrary in this notice, to the extent the Section 365 Objection Deadline has not passed for any Designated Agreement (including, but not limited to, cases where such deadline has been extended by written agreement of the Debtors and the Non-Debtor Counterparty), until the Section 365 Objection Deadline has passed, the Non-Debtor Counterparty to such Designated

Agreement is not deemed to have consented to such Cure Costs and the assumption and assignment of such Designated Agreements and the proposed Cure Cost related to such Designated Agreement will not be established and approved in all respects. In addition, and for the avoidance of doubt, to the extent a Non-Debtor Counterparty has made a timely filed Section 365 Objection to the Cure Costs or the accuracy of the information provided in the Assignment Notice pending on the date hereof, such objection is preserved pending resolution by Cure Agreement or order of the Court.

5.        The Designated Agreements identified in Exhibits A through E hereto (as modified by the Addendum thereto) (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser, and the Cure Costs listed in the Exhibits related to such Designated Agreements are established and approved in all respects, subject only to the conditions set forth in paragraph 6 hereof. The Cure Costs listed in the Exhibits may reflect Cure Costs agreed to in the Cure Agreements, as applicable. Such Designated Agreements are hereby deemed to be Confirmed Agreements as that term is defined in the Assignment Notice.

6.        If the Cure Costs related to a Designated Agreement are established by the Court or a Cure Agreement in an amount different than the amount specified in the Exhibits, such Designated Agreement shall remain a Confirmed Agreement and each of the Non-Debtor Counterparty and, so long as the Non-Debtor Counterparty is performing under the Confirmed Agreement, the Purchaser shall be bound by the established Cure Costs. The Cure Costs established by a Court or a Cure Agreement shall govern such Confirmed Agreement without the need to amend the Exhibits hereto.

7.        Subject to the conditions set forth herein, having been assumed and assigned as a Confirmed Agreement, a Designated Agreement is not subject to rejection under section 365 of the Bankruptcy Code.

8.        Except as may have otherwise been agreed to in a Cure Agreement, the defaults under the Designated Agreements that must be cured in accordance with section 365(b) of the Bankruptcy Code shall be cured as follows: the Purchaser shall pay the Cure Costs relating to an assumed executory contract or unexpired lease as soon as practicable (and in any event not later than ten days after the date hereof), provided, however, that Purchaser shall pay Disputed Cure Costs (as defined in the Bidding Procedures) as soon as practicable following (and in any event not later than 10 days after) the date the amount thereof is finally determined. Such Cure Cost shall be reduced by the aggregate amount of any payments made to the Non-Debtor Counterparty by the Debtors pursuant to any order of the Bankruptcy Court authorizing the payment of prepetition claims against the Debtors.

9.      The assumption and assignment of any Designated Agreement is without prejudice to Purchaser's right not to confirm any other Designated Agreement in the future, whether or not related or similar to a Designated Agreement that is assumed and assigned by this notice.


Dated:  August 3, 2009                          Respectfully submitted,
            New York, New York


                                                /s/ Andrew G. Dietderich
                                                Andrew G. Dietderich
                                                Hydee R. Feldstein
                                                Sullivan & Cromwell LLP
                                                125 Broad Street
                                                New York, New York 10004
                                                Telephone:  (212) 558-4000
                                                Facsimile:  (212) 558-3588

                                                ATTORNEYS FOR
                                                CHRYSLER GROUP LLC

**Exhibit A**

**[Schedule of Certain Confirmed Agreements and Cure Costs Related Thereto]**

| COUNTERPARTY NAME AND ADDRESS | ADDITIONAL NOTICE PARTY AND ADDRESS | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| GE FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE, MN  55344 | | LETTER AGREMENT<br>CONTRACT DATE:  4/8/2009 | $0.00 |

See the attached Addendum for important information.

**Exhibit B**

**[Schedule of Certain Confirmed Agreements and Cure Costs Related Thereto]**

**DESIGNATED AGREEMENTS**

| SUPPLIER NAME AND ADDRESS | SUPPLIER CODE | PURCHASE ORDER | CURE AMOUNT |
|---|---|---|---|
| DAIMLER AG | 44968 | O1452012 | $0.00 |
| MERCEDESSTRABE 137 | | O1452015 | $0.00 |
| ATTN: OFFICE OF THE GENERAL COUNSEL | | K1427038 | $0.00 |
| GERD T. BECHT | | K1427047 | $0.00 |
| 70327 STUTTGART | | | |
| GERMANY | | | |
| | | | |
| DETROIT DIESEL REMANUFACTURING LLC | N/A | T073260001 | $0.00 |
| C/O DAIMLER AG | | TO73260002 | $0.00 |
| MERCEDESSTRABE 137 | | M5326016 | $0.00 |
| ATTN: OFFICE OF THE GENERAL COUNSEL | | | |
| GERD T. BECHT | | | |
| 70327 STUTTGART | | | |
| GERMANY | | | |

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| BP AMERICA PRODUCTION COMPANY<br>ATTN: GEORGIA ZOIA<br>4101 WINFIELD RD<br>WARRENVILLE, IL 60555 | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | SUBRECIPIENT AGREEMENT<br>EXECUTION DATE: 10/14/2005 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>EPPLESTASSE 225<br>70546 STUTTGART GERMANY | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | AGREEMENT<br>(TRADEMARK LICENSE UNLIMITED TRADEMARK)<br>EXECUTION DATE: 9/17/2003 | $0.00 |
| DAIMLER CHRYSLER AG<br>ATTN: MATTHIAS WOLFSTEINER<br>EPPLESTASSE 225<br>70546 STUTTGART GERMANY | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | SUBRECIPIENT AGREEMENT<br>EXECUTION DATE: 9/27/2005 | $0.00 |
| DTE ENERGY VENTURES<br>ATTN: ROBERT BACYINSKI AND GANESH ANANTHASUBRAMAMIAM<br>2000 SECOND AVENUE<br>SUITE 852 WCB<br>DETROIT, MI 48226 | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | SUBRECIPIENT AGREEMENT<br>EXECUTION DATE: 2/22/2007 | $0.00 |
| MERCEDES-BENZ USA, LLC<br>ATTN:MICHAEL SCHWEIZER<br>ONE MERCEDES DRIVE<br>MONTVALE, NJ 7645 | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | SUBRECIPIENT AGREEMENT<br>EXECUTION DATE: 6/27/2005 | $0.00 |
| NEXT ENERGY<br>ATTN: LORI KOENIG AND RACHEL KUNTZSCH<br>320 FISHER BUILDING<br>3011 WEST GRAND BLVD<br>DETROIT, MI 48202 | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | SUBRECIPIENT AGREEMENT<br>EXECUTION DATE: 6/27/2005 | $0.00 |
| US DEPARTMENT OF ENERGY<br>ATTN: JOHN GARBAK, EE-2H<br>1000 INDEPENDENCE AVENUE, SW<br>WASHINGTON, DC 20585 | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | COOPERATIVE AGREEMENT<br>HYDROGEN TO THE HIGHWAYS - DE-FC36-04GO14285<br>EXECUTION DATE: 12/22/2004 | $0.00 |

**Exhibit C**

**[Schedule of Certain Confirmed Agreements and Cure Costs Related Thereto]**

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | PURCHASE ORDER M2326219 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | SERVICE LEVEL AGREEMENT (GBMS), SLDL 15224 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | SERVICE LEVEL AGREEMENT (GSSN), SLD 15227 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | SERVICE LEVEL AGREEMENT (WAN SERVICES), SLD 17109 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – CHRYSLER OWNED TOOLING – ACCELERATOR PEDAL<br>CONTRACT DATE: 1/16/2009 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – CHRYSLER OWNED TOOLING – ACTUATION<br>CONTRACT DATE: 1/21/2009 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – CHRYSLER OWNED TOOLING – CENTER REAR RETRACTOR<br>CONTRACT DATE: 12/10/2008 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – CHRYSLER OWNED TOOLING – COMMON REAR SEAT STRUCTURE<br>CONTRACT DATE: 12/9/2008 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – DASH SEAL<br>CONTRACT DATE: 12/4/2008 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – I-SHAFT<br>CONTRACT DATE: 12/4/2008 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – REAR BEARING<br>CONTRACT DATE: 2/18/2009 | $0.00 |
| DAIMLER AG<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – SIDE AIRBAG INFLATABLE CURTAIN<br>CONTRACT DATE: 1/20/2009 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – STAMPING DIES<br>CONTRACT DATE: 1/26/2009 | $0.00 |
| DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | TOOL USAGE AGREEMENT – DAIMLER OWNED TOOLING – UNIBODY FRONT SEAT STRUCTURE<br>CONTRACT DATE: 12/8/2008 | $0.00 |
| DAIMLER AG (WOERTH PLANT)<br>C/O DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>70327 STUTTGART | CHRYSLER INTERNATIONAL CORPORATION | PURCHASE ORDER JMP9107439 | $0.00 |
| DETROIT DIESEL REMANUFACTURING LLC<br>C/O DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | PURCHASE ORDERS          M4326043<br>M5326042<br>M6312487A<br>M6326029<br>M6326029D<br>M7326007<br>M7326073<br>M7326073D<br>M8326127<br>M9306096<br>M9326096 | $0.00 |
| DSEA<br>C/O DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | LOGISTICS SERVICES AGREEMENT<br>CONTRACT DATE:  8/1/2005 | $0.00 |
| NA FUEL SYSTEMS (DDC-JV)<br>C/O DAIMLER AG<br>ATTN:  OFFICE OF THE GENERAL COUNSEL<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | PURCHASE ORDER M8326126 | $0.00 |

See the attached Addendum for important information.

**Exhibit D**

**[Schedule of Certain Confirmed Agreements and Cure Costs Related Thereto]**

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| AUTOSTAR VEHÍCULOS S.A.<br>ATTN: ADMINISTRATIVE DIRECTOR<br>FRENTE AL BANCO NACIONAL EN LA URUCA<br>SAN JOSE<br>COSTA RICA<br><br>AUTOSTAR VEHÍCULOS S.A.<br>ATTN: ADMINISTRATIVE DIRECTOR<br>PO BOX 705-1150<br>SAN JOSE<br>COSTA RICA | CHRYSLER INTERNATIONAL CORPORATION | DISTRIBUTOR AGREEMENT<br>CONTRACT DATE: 10/1/2003 | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | SUPPLEMENTAL PARTS SUPPLY AGREEMENT | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | TECHNOLOGY ASSISTANCE AGREEMENT | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | TECHNOLOGY LICENSE AGREEMENT (FOR CHRYSLER 300C VEHICLES, MODEL L2) | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | TECHNOLOGY LICENSE AGREEMENT (FOR CHRYSLER SEBRING VEHICLES, MODEL J1) | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | TECHNOLOGY LICENSE AGREEMENT (FOR CHRYSLER SEBRING VEHICLES, MODEL J1 AND CHRYSLER 300C VEHICLES, MODEL L2) | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | LETTER AGREEMENT ON ARBITRATION PROCEEDING | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | CONTRACT (FOR SALES OF CERTAIN COMMODITY IN CONNECTION WITH THE TECHNOLOGY LICENSE AGREEMENT FOR CHRYSLER SEBRING VEHICLES, MODEL J1) | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | ROYALTY PAYMENT AND DOMAIN NAME TRANSFER AGREEMENT | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | WAIVER LETTER BBDC TECHNOLOGY LICENSE AGREEMENT FOR J1 TO CONFIRM BBDC MAY PURCHASE PARTS 06508761AA | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | WAIVER LETTER BBDC TECHNOLOGY LICENSE AGREEMENT FOR J1 TO CONFIRM BBDC MAY PURCHASE  FROM AAAPC FOR SPECIFIED PARTS | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | WAIVER LETTER BBDC TECHNOLOGY LICENSE AGREEMENT FOR J1 TO CONFIRM BBDC MAY PURCHASE  FROM AAAPC FOR SPECIFIED PARTS | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | WAIVER LETTER BBDC TECHNOLOGY LICENSE AGREEMENT FOR L2 TO CONFIRM BBDC MAY PURCHASE FROM AAAPC FOR SPECIFIED PARTS | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | WAIVER LETTER BBDC TECHNOLOGY LICENSE AGREEMENT FOR L2 TO CONFIRM BBDC MAY PURCHASE FROM AAAPC FOR SPECIFIED PARTS | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | SETTLEMENT,TERMINATION AND RELEASE AGREEMENT | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD., CHINA<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>ECONOMIC & TECHNOLOGY DEVELOPMENT ZONE<br>BEIJING<br>P.R. CHINA | CHRYSLER INTERNATIONAL CORPORATION | CONTRACT (FOR SALES OF CERTAIN COMMODITY IN CONNECTION WITH THE TECHNOLOGY LICENSE AGREEMENT FOR CHRYSLER 300C VEHICLES, MODEL L2) | $0.00 |
| BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CO., LTD. (F/K/A BEIJING JEEP CORPORATION, LTD.)<br>ATTN: PRESIDENT OFFICE, TEL:+861067711363<br>NO. 8 BO XING ROAD<br>BEIJING ECONOMIC & TECHNOLOGICAL DEVELOPMENT AREA<br>BEIJING<br>P.R. CHINA | CHRYSLER LLC (F/K/A DAIMLERCHRYSLER CORPORATION) | TRADEMARK LICENSE CONTRACT | $0.00 |
| DAIMLERCHRYSLER AG<br>EPPLESTRASSE 225<br>STUTTGART D-70546<br>GERMANY | CHRYSLER INTERNATIONAL CORPORATION / CHRYSLER INTERNATIONAL SERVICES, S.A. | SHARE PURCHASE AGREEMENT<br>CONTRACT DATE: 12/21/2000 | $0.00 |
| DAIMLERCHRYSLER AG<br>EPPLESTR. 212<br>STUTTGART D-70546<br>GERMANY | CHRYSLER INTERNATIONAL CORPORATION | RECEIVABLES ASSIGNMENT AGREEMENT<br>CONTRACT DATE: 8/16/2005 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| DAIMLERCHRYSLER AG<br>EPPLESTR. 212<br>STUTTGART  D-70546<br>GERMANY | CHRYSLER INTERNATIONAL<br>CORPORATION | AGREEMENT CONCERNING TRANSFER OF TITLE<br>CONTRACT DATE:  1/3/2003 | $0.00 |
| DAIMLERCHRYSLER AG<br>ATTN: STEFAN DEUTSCH<br>GLOBAL LOGISTICS CENTER, CENTRAL WAREHOUSE<br>3, Z.I.<br>2, ROUTE GUTENBERG<br>HATTEN  F-67690<br>FRANCE<br><br>DAIMLERCHRYSLER AG<br>EPPLESTR. 212<br>STUTTGART  D-70546<br>GERMANY | CHRYSLER INTERNATIONAL<br>CORPORATION | PARTS DISTRIBUTION AGREEMENT (INBOUND)<br>CONTRACT DATE:  1/1/2004 | $0.00 |
| DAIMLERCHRYSLER AG<br>EPPLESTR. 212<br>STUTTGART  D-70546<br>GERMANY | CHRYSLER INTERNATIONAL<br>CORPORATION | RECEIVABLES ASSIGNMENT AGREEMENT<br>CONTRACT DATE:  7/19/2005 | $0.00 |
| DAIMLERCHRYSLER AUTOMOTIVE HUNGARIA KFT.<br>KARPAT U. 21<br>BUDAPEST  1133<br>HUNGARY | CHRYSLER INTERNATIONAL<br>CORPORATION | GENERAL DISTRIBUTOR AGREEMENT<br>CONTRACT DATE:  10/1/2005 | $0.00 |
| DAIMLERCHRYSLER AUTOMOTIVE ROMANIA S.R.L.<br>BVD. EXPOZITIEI NO. 2<br>BUCHAREST  RO-012103<br>ROMANIA | CHRYSLER INTERNATIONAL<br>CORPORATION | GENERAL DISTRIBUTOR AGREEMENT<br>CONTRACT DATE:  1/1/2007 | $0.00 |
| DAIMLERCHRYSLER AUTOMOTIVE SLOVAKIA, S.R.O.<br>PANONSKA CESTA 31<br>BRATISLAVA  85 104<br>SLOVAK REPUBLIK | CHRYSLER INTERNATIONAL<br>CORPORATION | GENERAL DISTRIBUTOR AGREEMENT<br>CONTRACT DATE:  11/1/2004 | $0.00 |
| EUROPA MOTORS NICARAGUA, S.A.<br>ATTN: GERENTE GENERAL<br>KM. 4 CARRETERA SUR<br>APARTADO POSTAL 4634<br>MANUGUA<br>NICARAGUA | CHRYSLER INTERNATIONAL<br>CORPORATION | DISTRIBUTOR AGREEMENT<br>CONTRACT DATE:  5/1/2001 | $188,445.00 |
| MERCEDES BENZ HUNGARIA KFT AND CHRYSLER<br>AUSTRIA GMBH<br>ATTN: HANS GEORG PECHHACKER, PRESIDENT &<br>CEO  CORINNA WIDENMEYER, MANAGING DIRECTOR<br>& CFO<br>BUDAPEST<br>HUNGARY | CHRYSLER INTERNATIONAL<br>CORPORATION | MEMORANDUM OF UNDERSTANDING<br>CONTRACT DATE:  12/16/2008 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| MERCEDES-BENZ CUSTOMER ASSISTANCE CENTER N.V.<br>ATTN: JERONIMO GONZALEZ, MANAGING DIRECTOR<br>PAUL-HENRI SPAAKLAAN 1<br>MAASTRICHT  6229 EN<br>NETHERLANDS | CHRYSLER INTERNATIONAL CORPORATION | SERVICE AGREEMENT FOR CHRYSLER GROUP/CUSTOMER AND DEALER COMMUNICATIONS CENTER | $0.00 |

**Exhibit E**

**[Schedule of Certain Confirmed Agreements and Cure Costs Related Thereto]**

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| CG INVESTMENT GROUP, LLC CHRYSLER CANADA INC. CHRYSLER HOLDING LLC DAIMLER AG DAIMLER FINANCIAL SERVICES AG DAIMLER INVESTMENTS US CORPORATION DAIMLER NORTH AMERICA CORPORATION DAIMLER NORTH AMERICA FINANCE CORPORATION MBTECH AUTOMEDIA LLC MB-TECHNOLOGY GMBH | CERBERUS CAPITAL MANAGEMENT L.P. 299 PARK AVENUE NEW YORK, NY 10171<br><br>DAIMLERCHRYSLER AG ATTN: GERD T. BECHT MERCEDESSTRASSE 137 70327 STUTTGART GERMANY<br><br>SHEARMAN & STEARLING LLP ATTN: W. JEFFREY LAWRENCE 599 LEXINGTON AVE NEW YORK, NY 10022 | CHRYSLER LLC / CHRYSLER MOTORS LLC / CHRYSLER VANS LLC / CHRYSLER INTERNATIONAL CORPORATION | AGREEMENT 2 CONTRACT DATE: 4/17/2009 | $0.00 |
| CG INVESTMENT GROUP, LLC DAIMLERCHRYSLER HOLDING CORPORATION DAIMLERCHRYSLER NORTH AMERICA FINANCE CORPORATION DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION | CERBERUS CAPITAL MANAGEMENT LP ATTN: LENARD TESSLER, FRANK BRUNO, MARK NEPORENT, SETH PLATTUS 299 PARK AVENUE NEW YORK, NY 10171<br><br>DAIMLERCHRYSLER AG ATTN: GERD T. BECHT MERCEDESSTRASSE 137 70327 STUTTGART GERMANY<br><br>SHEARMAN & STEARLING LLP ATTN: W. JEFFREY LAWRENCE 599 LEXINGTON AVE NEW YORK, NY 10022 | CHRYSLER LLC | COLLATERAL FOR CONTINUING CREDIT SUPPORT INSTRUMENTS CONTRACT DATE: 8/3/2007 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| DAIMLER AG<br>DAIMLER NORTH EAST ASIA LTD | DAIMLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY<br><br>DAIMLER NORTH EAST ASIA LTD<br>23RD FL. LANDMARK OFFICE TWR. 1<br>8 N DONGSHANHUAN RD.<br>CHAOYANG DISTRICT, BEIJING 100004<br>CHINA | CHRYSLER LLC | AGREEMENT ON TERMINATION OF THE FRAMEWORK AGREEMENT FOR THE SEPARATION OF BEIJING BENZ-DAIMLERCHRYSLER AUTOMOTIVE CORPORATION LTD.<br>CONTRACT DATE: 6/17/2008 | $0.00 |
| DAIMLER NORTH AMERICA CORPORATION<br>MBTECH AUTODIE LLC<br>MB-TECHNOLOGY GMBH | DAIMLER NORTH AMERICA CORPORATION<br>ONE MERCEDES DRIVE<br>MONTVALE, NJ 07645<br><br>MB-TECHNOLOGY GMBH<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>C/O DAIMLER AG<br>MERCEDESSTRASSE 137<br>70327 STUTTGART<br>GERMANY | CHRYSLER LLC | AUTODIE TRANSFER AND RELEASE AGREEMENT<br>CONTRACT DATE: 4/17/2009 | $0.00 |
| DAIMLER TRUCKS NORTH AMERICA LLC | DAIMLER TRUCKS NORTH AMERICA LLC<br>4747 CHANNEL AVE<br>PORTLAND, OR 97217 | CHRYSLER LLC | LETTER AGREEMENT (STERLING TRUCK)<br>STERLING TUCK<br>CONTRACT DATE: 12/2/2008 | $0.00 |
| DAIMLER VANS MANUFACTURING, LLC | DAIMLER VANS MANUFACTURING, LLC<br>8501 PALMETTO COMMERCE PARKWAY<br>LADSON, SC 29456 | CHRYSLER LLC | SERVICE LEVEL AGREEMENT (SPRINTER)<br>CONTRACT DATE: 8/13/2008 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OLAF SCHICK<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | DCAG/CHRYSLER TRANSITION SERVICES AGREEMENT<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 3<br>CONTRACT DATE: 8/3/2007 | $0.00 |

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 4<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 5<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 6<br>[SUPPLEMENTS NUMBERED 1 AND 8<br>HAVE BEEN TERMINATED]<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 7<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 8<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 9<br>CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL<br>COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AGREEMENT 10<br>CONTRACT DATE: 8/3/2007 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART 70327 GERMANY | CHRYSLER LLC / CHRYSLER INTERNATIONAL CORPORATION | MARKET PERFORMANCE CENTER SERVICE LEVEL AGREEMENT SIDE LETTER CONTRACT DATE: 8/24/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART 70327 GERMANY | CHRYSLER INTERNATIONAL CORPORATION / DAIMLER CHRYSLER COMPANY LLC | AGREEMENT 11 CONTRACT DATE: 7/25/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART STE T GERMANY | CHRYSLER LLC | AMENDMENT TO THE EXISTING PURCHASE ORDERS FOR THE SUPPLY OF COLUMN ASSY STEERING TILTS MECHANICAL AND ELECTRICAL (ANNEX C6/7 TO THE P&S COOPERATION AGREEMENT) | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART 70327 GERMANY | CHRYSLER LLC | AGREEMENT 12 CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART STE T GERMANY | CHRYSLER LLC | AMENDMENT TO EXISTING PURCHASE ORDERS FOR THE SUPPLY OF TORQUE CONVERTER PARTS FOR MERCEDES BENZ W5A580 (NAG1) RWD AUTOMATIC TRANSMISSION (LICENSED TRANSMISSION) (ANNEX C18 TO THE P&S COOPERATION AGREEMENT) CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART 70327 GERMANY | CHRYSLER LLC | AGREEMENT 13 CONTRACT DATE: 8/3/2007 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | LETTER OF AGREEMENT (REGARDING THE SUPPLY OF INDEPENDENT FRONT SUSPENSION (IFS)) (ANNEX C20 TO THE P&S COOPERATION AGREEMENT) | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | AMENDMENT TO THE EXISTING PURCHASE ORDER FOR THE SUPPLY OF WATER PUMPS (ANNEX C22 TO THE P&S COOPERATION AGREEMENT) CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN HEINZ HANDTRACK<br>BUSINESS UNIT VANS (CC/VPO)<br>HPC A 406<br>STUTTGART 70546<br>GERMANY | CHRYSLER LLC | TRADEMARK LICENSE AGREEMENT CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER INTERNATIONAL CORPORATION | SERVICE LEVEL AGREEMENT, AS AMENDED CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY | CHRYSLER LLC | SUBCONTRACTS FOR AUGMENTED COGNITION PROGRAM RE: THE U.S. GOVERNMENT FUNDED AUGMENTED COGNITION PROGRAM | $0.00 |
| DAIMLERCHRYSLER AG DAIMLERCHRYSLER FINANCIAL SERVICES AG | DAIMLERCHRYSLER AG<br>ATTN OFFICE OF THE GENERAL COUNSEL<br>MERCEDESSTRASSE 137<br>STUTTGART 70327<br>GERMANY<br><br>DAIMLERCHRYSLER FINANCIAL SERVICES AG<br>ATTN GENERAL COUNSEL<br>EICHHORNSTRASSE 3<br>BERLIN 10875<br>GERMANY | CHRYSLER LLC | AGREEMENT 14 CONTRACT DATE: 8/3/2007 | $0.00 |

See the attached Addendum for important information.

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| DAIMLERCHRYSLER AG DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC | DAIMLERCHRYSLER AG ATTN OFFICE OF THE GENERAL COUNSEL, GERD T. BECHT MERCEDESSTRASSE 137 STUTTGART 70327 GERMANY<br><br>DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC ATTN TRACY L. HACKMAN 27777 INKSTER RD FARMINGTON HILLS, MI 48334 | CHRYSLER LLC | AGREEMENT 15 CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICA LLC | DAIMLERCHRYSLER AG ATTN: GERD T. BECHT MERCEDESSTRASSE 137 70327 STUTTGART GERMANY<br><br>DAIMLERCHRYSLER FINANCIAL SERVICES AMERICA LLC ATTN TRACY L. HACKMAN 27777 INKSTER RD FARMINGTON HILLS, MI 48334-5326<br><br>SHEARMAN & STEARLING LLP ATTN: W. JEFFREY LAWRENCE 599 LEXINGTON AVE NEW YORK, NY 10022 | CHRYSLER LLC | TRADEMARK AGREEMENT CONTRACT DATE: 8/3/2007 | $0.00 |
| DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION | DAIMLERCHRYSLER NORTH AMERICA HOLDING CORPORATION 36455 CORPORATE DR. FARMINGTON HILLS, MI 48331 | CHRYSLER LLC | SECURITY AGREEMENT (COLLATERAL ACCOUNT) CONTRACT DATE: 8/3/2007 | $0.00 |
| GERMERSHEIM SPARE PARTS | GERMERSHEIM SPARE PARTS INDUSTRIEGEBIEL NORD ABL 900 HAFENSTRASSE 1 GERMERSHEIM 76725 GERMANY | CHRYSLER LLC | PO M2326219 | $0.00 |
| MERCEDES-BENZ CUSTOMER ASSISTANCE CENTER N.V. | MERCEDES-BENZ CUSTOMER ASSISTANCE CENTER N.V. ATTN ACCOUNTING AND CONTROLLING PO BOX 1456 MAASTRICHT 6201 BL NETHERLANDS | CHRYSLER INTERNATIONAL CORPORATION | SERVICE AGREEMENT FOR CHRYSLER GROUP CUSTOMER AND DEALER COMMUNICATIONS CENTER CONTRACT DATE: 8/31/2004 | $0.00 |

| COUNTERPARTY | COUNTERPARTY NAME AND ADDRESS | CHRYSLER ENTITY | DESCRIPTION OF AGREEMENT | CURE AMOUNT |
|---|---|---|---|---|
| MERCEDES-BENZ USA, LLC | MERCEDES-BENZ USA, LLC<br>ATTN SUZANNE SAFFAYE, PAYROLL SUPERVISOR<br>ONE MERCEDES DRIVE<br>MONTVALE, NJ 07645<br><br>MERCEDES-BENZ USA, LLC<br>ATTN: GENERAL COUNSEL<br>ONE MERCEDES DRIVE<br>MONTVALE, NJ 07645 | CHRYSLER INTERNATIONAL SERVICES S.A. | INTERNATIONAL EMPLOYEE SERVICES AGREEMENT<br>CONTRACT DATE: 8/3/2007 | $0.00 |

# ADDENDUM

The executory contracts and unexpired leases identified in Exhibits A through E (the "Exhibits") are hereby assumed by the Debtors and assigned to the Purchaser in accordance with, and pursuant to, (1) section 365 of the Bankruptcy Code and (2) the terms and conditions of the Bidding Procedures and the accompanying notice.[3]

Subject to the terms of the accompanying notice, the Purchaser is hereby confirming the agreements identified on the Exhibits for assumption and assignment. Unless otherwise stated in the Exhibits or an applicable Cure Agreement, Designated Agreements include all related modifications, amendments, supplements, addenda and restatements thereof, related memoranda of understanding, ancillary agreements thereto and any and all similar agreements, including Cure Agreements.

The identified Cure Costs represent the Cure Costs for each particular Designated Agreement. Prior to payment of the Cure Costs in accordance with the terms of the Bidding Procedures, the Cure Costs will be reduced by the aggregate amount of any payments made by the Debtors on account of prepetition claims against the Debtors. To the extent applicable, the Cure Costs may be adjusted to account for changes in applicable currency exchange rates.

---

[3] Capitalized terms in this Addendum shall have the meanings specified in the accompanying Notice.