UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                           Case No.: 09-50002

    CHRYSLER, LLC, et al.,                  Chapter 11

                           Debtor
-----------------------------------------------------------x

                                     Adversary Proceeding No.: _____

                          Plaintiff

                          v.

                          Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Leo C. Donofrio, request admission, ***pro hac vice***, before the Honorable Arthur Gonzales, to represent Island Jeep, et al., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of New Jersey and, if applicable, the bar of the U.S. District Court for the _____ District of New Jersey.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 12/22/2009
_____, New York

                                                    *Mailing Address*:

                                                    3002 Colby Avenue, Suite 306

                                                    Everett, Washington 98201

                                                    leo_donofrio2000@yahoo.com

                                                  *E-mail address*: _____

                                                  *Telephone number*: (425) 605-4774