UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CHRYSLER, LLC

        Debtor,

Case No. 09-50002

REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION

## MOTION

COMES NOW, Island Jeep Incorporated (#26272), Scotia Motors Inc. (#54885), Golden Motors (#68423), John Hine Pontiac (#68445), Pen Motors Inc. (#26517), West End Garage (#6948), Mauro Motors, Inc. (#5977), Bollinger's, Inc. (#25078), Brother's Motors Inc. (#68771), St Pete Jeep Chrysler (#26318), Rallye Auto Plaza Inc. (#44078), Neil Huffman Incorporated (#68107 & #43947), Bill Spurlock Dodge, Inc. (#43024), Rock of Texas Automotive Inc. (#60020), South Holland Dodge (#43020), Pride

REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION - 1

**PIDGEON & DONOFRIO GP**
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774

Chrysler Jeep (#67773), Thomas Dodge Corp (#44098), Taylor-Parker Motor Company (#67959), Evansville Chrysler Inc. (#66101), and Alley's of Kingsport, Inc., (#42002), (hereafter, the "Movants") by and through counsel Stephen Pidgeon and Leo C. Donofrio of Pidgeon & Donofrio GP, and move this court to reconsider its ORDER, PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, (A) AUTHORIZING THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH CERTAIN DOMESTIC DEALERS AND (B) GRANTING CERTAIN RELATED RELIEF (hereafter, the "Rejection Order") and the court's OPINION REGARDING AUTHORIZATION OF REJECTION OF ALL EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH CERTAIN DOMESTIC DEALERS AND GRANTING CERTAIN RELATED RELIEF (hereafter, the "Rejection Opinion").

**RELIEF REQUESTED**

Movants seek an Order i<u>n the form attached heret</u>o:

(A) Vacating the June 9, 2009 Rejection Order and Claims Bar Date therein;

(B) Vacating the June 19, 2009 Rejection Opinion;

(C) Ordering Old Chrysler to retroactively assume rejected dealers' contracts;

(D) approving *Nunc Pro Tunc* an implied Statutory Assumption of the rejected dealers' contracts by Old Chrysler;

REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION - 2

(E) Ordering that Movants' claims are priority administrative claims;

(F) reversing payment to priority lien holders;

(G) ordering payment of damages to Movants as priority lien holders; and

(H) ordering an evidentiary hearing to establish the damages of Movants,

**EVIDENCE UPON WHICH MOVANTS RELY**

Movants rely upon the following evidence within the court record:

1. The statements of counsel and the evidence adduced with respect to the Motion, including at hearings before the Court on May 27, 2009, May 28 2009, May 29, 2009, June 4, 2009 and June 9, 2009 (collectively, the "Hearings").

2. The depostition of James Press which was designated into the record.

3. The Debtor's Omnibus Motion of May 14, 2009 For Authorization To Reject Executory Contracts Of Certain Domestic Dealers.

4. This Court's Rejection Order Dated June 9, 2009.

5. This Court's Rejection Opinion dated June 19, 2009

6. This Court's Sale Order Dated June 1, 2009.

7. This Court's Sale Opinion Dated May 31, 2009.

8. Movant's Memorandum of Law Dated December 25, 2009.

9. The remainder of the files and records docketed in respect of this action.

10. The Master Transaction Agreement dated April 30, 2009.

REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION - 3

**PIDGEON & DONOFRIO GP**
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774

## POINTS AND AUTHORITIES

See Memorandum in Support of the Rejected Dealers' Motion for Reconsideration of the June 9, 2009 Rejection Order and the June 19, 2009 Rejection Opinion.

## PROPOSED ORDER

An Order (proposed) accompanies this motion.

Respectfully submitted this 25th day of December, 2009.

_____

STEPHEN PIDGEON, WSBA#25265
LEO C. DONOFRIO, NJBA # 00440-1991
Attorneys For Certain Affected Dealers
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774

REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION - 4

**PIDGEON & DONOFRIO GP**
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774