**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
:
In re : Chapter 11
:
Old Carco LLC : Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.,*[1] :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

STEVEN INDELICATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2009, I caused to be served the following:

    a) "Capstone Advisory Group, LLC's Monthly Statement of Services Rendered and Expenses Incurred as Financial Advisor to the Debtors and Debtors-in-Possession for the Period November 1, 2009 Through November 30, 2009," dated December 21, 2009 [Docket No. 6118],

    b) "Monthly Statement of Services Rendered and Expenses Incurred by Jones Day, Counsel for Debtors, for the Period November 1, 2009 Through November 30, 2009," dated December 21, 2009, [Docket No. 6119],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, and delivered via overnight mail to those parties listed on the annexed Exhibit "A".

---

[1] A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.
T:\Clients\CHR\Affidavits\DI_6118 & 6119_Aff_12-21-09.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Steven Indelicato<br>
Steven Indelicato

Sworn to before me this
22nd day of December, 2009
/s/Time Darden
Notary Public
Notary Public, State of New York
No. 01DA6196919
Qualified in Kings County
Commission Expired January 5, 2013

**EXHIBIT "A"**

Michael Edelman
Vedder Price (Counsel to Export Development Canada)
1633 Broadway, 47th Floor
New York, NY  10019

Old Carco LLC
1000 Chrysler Drive
CIMS# 485-14-36
Auburn Hills, Michigan 48326-2766
(Attn.: Holly E. Leese, Esq.)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(Attn.: Thomas Moers Mayer, Esq.)

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Attn.: Peter Pantaleo, Esq. and David Eisenberg, Esq.)

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn.: Brian S. Masumoto, Esq.)

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn.: John J. Rapisardi, Esq.)

Carl J. Sekely
Conway MacKenzie, Inc.
401 S. Old Woodward Ave., Suite 340
Birmingham, MI 48009