SUNSHINE SLOTT & SUNSHINE PC
150 W 25th St, #503
New York, NY 10001-7404
Telephone: (212) 695-9112
Robert Slott, Esq.
Donald M. Sunshine, Esq. - Of Counsel

and

DAVIDSON LAW FIRM, LTD.
724 Garland, Cantrell at State
Little Rock, AR  72201
Telephone: (501) 374-9977
Facsimile: (501) 374-5917
Charles Darwin Davidson, Esq. (admitted *Pro Hac Vice*)
Stephen L. Gershner, Esq. (admitted *Pro Hac Vice*)
Matthew D. Wells, Esq. (admitted *Pro Hac Vice*)

*Attorneys for Crain CDJ, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
|  |  :  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| Chrysler LLC, *et al.*, | : | Case No. 09-50002 (AJG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------------------x

**CRAIN CDJ, LLC'S JOINDER TO REJECTED DEALERS' MOTION FOR
RECONSIDERATION OF THE JUNE 10, 2009 REJECTION ORDER AND THE JUNE
19, 2009 REJECTION OPINION AND AMENDED REJECTED DEALERS' MOTION
FOR RECONSIDERATION OF THE JUNE 10, 2009 REJECTION ORDER AND THE
JUNE 19, 2009 REJECTION OPINION**

TO:    THE HONORABLE ARTHUR J. GONZALEZ
       UNITED STATES BANKRUPTCY JUDGE

       Crain CDJ, LLC ("Crain"), by and through its attorneys, Davidson Law Firm, Ltd.,

hereby joins in the Rejected Dealers' Motion for Reconsideration of the June 10, 2009 Rejection

Order and the June 19, 2009 Rejection Opinion (Docket No. 6132) and Amended Rejected

Dealers' Motion for Reconsideration of the June 10, 2009 Rejection Order and the June 19, 2009

Rejection Opinion (Docket No. 6212), and states as follows:

1.       Crain operated a Chrysler, Dodge, Jeep dealership in Little Rock, Arkansas

pursuant to a continuing sales and service agreement. Crain's sales and service agreement was

rejected by the Debtors, as evidenced by the June 10, 2009 Rejection Order and the June 19,

2009 Rejection Opinion.

2.       Crain opposes the rejection of its dealership agreement, and reserves its right to

assert all of its applicable claims.

3.       Accordingly, Crain respectfully joins in the Rejected Dealers' Motion for

Reconsideration of the June 10, 2009 Rejection Order and the June 19, 2009 Rejection Opinion

(Docket No. 6132) and Amended Rejected Dealers' Motion for Reconsideration of the June 10,

2009 Rejection Order and the June 19, 2009 Rejection Opinion (Docket No. 6212).

WHEREFORE Crain respectfully requests that the Court provide the relief as requested

in the Rejected Dealers' Motion for Reconsideration of the June 10, 2009 Rejection Order and

the June 19, 2009 Rejection Opinion, and that it grant Crain any and all other just and proper

relief.

**Davidson Law Firm, Ltd.**
724 Garland, Cantrell at State
Little Rock, AR   72201
Telephone: (501) 374-9977
Facsimile: (501) 374-5917
E-mail: skipd@dlf-ar.com
         slg@dlf-ar.com
         mattheww@dlf-ar.com


By: /s/ Matthew D. Wells
   Stephen L. Gershner, Esq. 6727 (admitted *Pro Hac Vice*)
   Charles D. Davidson, Esq. 6040 (admitted *Pro Hac Vice*)
   Matthew D. Wells, Esq. 7957 (admitted *Pro Hac Vice*)

and

Robert Slott, Esq. 4622
Donald M. Sunshine, Esq. 5281 – of Counsel
Sunshine Slott & Sunshine, PC
150 W 25th St, #503
New York, NY 10001-7404
Telephone: (212) 695-9112
Email:  ssslaw@broadviewnet.net

*Attorneys for Crain CDJ, LLC*