JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Veerle Roovers

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

TOGUT, SEGAL & SEGAL, LLP
One Penn Plaza
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Albert Togut
Frank A. Oswald

Conflicts Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
Old Carco LLC                                               :  Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.*,[1]                          :
                                                            :  (Jointly Administered)
                        Debtors.                            :
                                                            :
------------------------------------------------------------x

## NOTICE OF EIGHTH OMNIBUS OBJECTION
## OF DEBTORS AND DEBTORS IN POSSESSION
## SEEKING TO DISALLOW CERTAIN DUPLICATE CLAIMS

---

[1]  A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      Old Carco LLC f/k/a Chrysler LLC ("Old Carco") and its affiliated debtors and debtors in possession (collectively with Old Carco, the "Debtors") have filed the Eighth Omnibus Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Duplicate Claims (the "Claim Objection"), objecting to certain proofs of claim filed against one or more of the Debtors' estates.  A copy of the Claim Objection is attached to this Notice.

2.      The Debtors filed the Claim Objection pursuant to the procedures established in the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rules 2002, 3007, 9006, 9014 and 9019, (I) Granting Relief From Certain Limitations of Bankruptcy Rule 3007 and (II) Establishing Procedures for Objecting to and Settling Claims (Docket No. 5980), entered on November 19, 2009 (the "Claim Procedures Order"), a copy of which is enclosed with the service copies of this Notice sent to parties with claims affected by the Claim Objection.

3.      **YOUR RIGHTS AND PROOF(S) OF CLAIM MAY BE AFFECTED AS A RESULT OF THE CLAIM OBJECTION.  You should carefully read this Notice, the Claim Objection and the Claim Procedures Order and discuss them with your attorney or representative.**  If you do not have an attorney, you may wish to consult one.

4.      Specifically, the Claim Objection seeks the disallowance of certain proofs of claim because the Debtors have determined that in each instance they duplicate at least one other claim filed by the same claimant against the Debtors.  If one or more of your proof(s) of claim are identified in the Claim Objection, attached to the copy of the Claim Objection enclosed with this Notice is an excerpt of Exhibit A to the Claim Objection, showing only your proof(s) of claim that are subject to the Claim Objection.  A complete copy of Exhibit A to the Claim Objection, showing all proofs of claim subject to the Claim Objection, may be obtained from the

Court's website at http://ecf.nysb-mega.uscourts.gov or, free of charge, at www.chryslerrestructuring.com. If you have requested service of pleadings in these cases, you may receive a copy of the Claim Objection with the entire Exhibit A attached. Parties are encouraged to review Exhibit A carefully.

5.      A hearing to consider the Claim Objection (the "Hearing") will be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **March 11, 2010**, at **10:00 a.m.** (New York time).

6.      If you oppose the relief sought in the Claim Objection and are unable to resolve your opposition with the Debtors before the Response Deadline of **February 24, 2010** (the "Response Deadline"), you must file a response (the "Response") that (a) is in writing, with a hard copy sent to Chambers; (b) conforms to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and (c) is filed with the Bankruptcy Court and served in accordance with the Claim Procedures Order and the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), so as to be **actually received** by the parties on the Special Service List (as such term is defined in the Case Management Order), including the Debtors' counsel, at (i) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Corinne Ball, Esq. and Veerle Roovers, Esq.), (ii) Jones Day, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309 (Attn: Jeffrey B. Ellman, Esq. and Brett J. Berlin, Esq.) and (iii) Togut, Segal & Segal, LLP, One Penn Plaza, New York, New York 10119 (Attn: Frank A. Oswald), **not later than 4:00 p.m. (New York time) on the Response Deadline**.

7. If you or your designated attorney or representative do not timely file and serve a Response in accordance with the procedures described above, the Court may enter an order granting the relief requested in the Claim Objection, without further notice or hearing.

8. To facilitate a resolution of any Response to the Claim Objection, you are encouraged to provide in your Response the name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) with the authority to reconcile, settle or otherwise resolve your opposition to the Claim Objection. To further facilitate a resolution of any Response to the Claim Objection, representatives of the Debtors may be contacted at the Old Carco Claims Hotline at **(248) 512-4334**. When you contact the Debtors' representatives at this number, please have your proof(s) of claim available. Speaking with the Debtors' representatives will not satisfy the requirement that you must reach an agreement before the Response Deadline or file a Response.

9. The Debtors may file and serve a reply to your Response by not later than 12:00 p.m. (New York time) on the day that is three business days before the Hearing.

10. The first Hearing on your Response, if any, to the Claim Objection shall not be an evidentiary hearing unless (a) the Claim Objection expressly provides, (b) you and the Debtors agree or (c) the Court orders otherwise. You and the Debtors may agree to an adjournment of the Hearing.

11. **If you do <u>not</u> oppose the relief sought in the Claim Objection, then you are not required to file and serve any Response or appear at the Hearing.**

12. Nothing in this Notice or the Claim Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent transfer actions or any other causes of action against any claimant or other

party.  The Debtors also reserve the right to assert additional objections to the proof(s) of claim filed in these cases, including the claims identified on Exhibit A to the Claim Objection.

13.     Copies of the Claim Objection, the complete Exhibit A thereto, most proof(s) of claim filed against the Debtors' bankruptcy estates, the Claim Procedures Order, the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb-mega.uscourts.gov or, free of charge, at www.chryslerrestructuring.com.

[The remainder of this page is intentionally blank.]

Dated:  February 4, 2010
     New York, New York

Respectfully submitted,

 /s/ Corinne Ball                        
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION


 /s/ Albert Togut                        
Albert Togut
Frank A. Oswald
TOGUT, SEGAL & SEGAL, LLP
One Penn Plaza
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258

CONFLICTS COUNSEL FOR
DEBTORS AND DEBTORS IN POSSESSION

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball
Veerle Roovers

TOGUT, SEGAL & SEGAL, LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Frank A. Oswald

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
David G. Heiman

Conflicts Counsel for
Debtors and Debtors in Possession

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Jeffrey B. Ellman

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|   |   |
|---|---|
| In re | : Chapter 11 |
|   | : |
| Old Carco LLC | : Case No. 09-50002 (AJG) |
| (f/k/a Chrysler LLC), *et al.*, | : |
|   | : (Jointly Administered) |
| Debtors. | : |
|   | : |

-------------------------------------------------------------x

## EIGHTH OMNIBUS OBJECTION OF
## DEBTORS AND DEBTORS IN POSSESSION
## <u>SEEKING TO DISALLOW CERTAIN DUPLICATE CLAIMS</u>

TO THE HONORABLE ARTHUR J GONZALEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Old Carco LLC f/k/a Chrysler LLC ("Old Carco") and its affiliated debtors and

debtors in possession (collectively with Old Carco, the "Debtors") respectfully represent as

follows:

### Background

1.      On April 30, 2009 (the "Petition Date"), Old Carco and 24 of its affiliated

Debtors (collectively, the "Original Debtors") commenced their bankruptcy cases by filing

voluntary petitions for relief under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code").  On May 19, 2009, Debtor Alpha Holding LP ("Alpha") commenced

its bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.  By

orders of the Court (Docket Nos. 97 and 2188), the Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being administered jointly.

2.      The Debtors are authorized to continue to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

3.      On May 5, 2009, the Office of the United States Trustee for the Southern

District of New York appointed an official committee of unsecured creditors, pursuant to

section 1102 of the Bankruptcy Code.

4.      As of the Petition Date, the Debtors and their nondebtor direct and indirect

subsidiaries (collectively, the "Old Carco Companies") comprised one of the world's largest

manufacturers and distributors of automobiles and other vehicles, together with related parts and

accessories.  On the Petition Date, the Old Carco Companies employed approximately 55,000

hourly and salaried employees worldwide, 70% of whom were based in the United States.

5.     For the 12 months ended December 31, 2008, the Old Carco Companies recorded revenue of more than $48.4 billion and had assets of approximately $39.3 billion and liabilities totaling $55.2 billion.

6.     In connection with the commencement of these cases, Old Carco and its Debtor subsidiaries, Fiat S.p.A. ("Fiat") and New Chrysler (as defined below) entered into a Master Transaction Agreement dated as of April 30, 2009 (as amended and collectively with other ancillary and supporting documents, the "MTA").  The MTA provided, among other things, that:  (a) Old Carco would transfer the majority of its operating assets to New CarCo Acquisition LLC n/k/a Chrysler Group LLC ("New Chrysler"), a newly established Delaware limited liability company formed by Fiat; and (b) in exchange for those assets, New Chrysler would assume certain of the Debtors' liabilities and pay to Old Carco $2 billion in cash (collectively with the other transactions contemplated by the MTA, the "Fiat Transaction").  On May 3, 2009, the Original Debtors filed a motion to approve the Fiat Transaction or a similar transaction with a competing bidder (Docket No. 190).

7.     On May 31, 2009, this Court issued:  (a) an Opinion Granting the Debtors' Motion Seeking Authority to Sell, Pursuant to § 363, Substantially All of the Debtors' Assets (Docket No. 3073) (the "Sale Opinion"); and (b) an Opinion and Order Regarding Emergency Economic Stabilization Act of 2008 and Troubled Asset Relief Program (Docket Nos. 3074 and 3229) (together with the Sale Opinion, the "Opinions").  On June 1, 2009 and consistent with the Sale Opinion, this Court entered an Order authorizing the Fiat Transaction (Docket No. 3232) (the "Sale Order").  Consistent with the Sale Order, the Fiat Transaction was consummated on June 10, 2009.

8.       On August 12, 2009, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules").  By an order entered on August 6, 2009 (Docket No. 5018) (the "Bar Date Order"), the Court established, among other things:  (a) September 28, 2009, as the general bar date for creditors, other than governmental units, to file proofs of claim asserting prepetition liabilities against the Debtors (the "General Bar Date"); (b) October 27, 2009, as the deadline for governmental units to file proofs of claim asserting prepetition liabilities against Debtors other than Alpha (the "Non-Alpha Governmental Bar Date"); and (c) November 15, 2009, as the deadline for governmental units to file proofs of claim asserting prepetition liabilities against Alpha (together with the General Bar Date, the Non-Alpha Governmental Bar Date and the other bar dates established by the Bar Date Order, the "Bar Dates").

9.       After the entry of the Bar Date Order, the Debtors provided notice of the Bar Dates to all known creditors and potential creditors in accordance with the requirements of the Bar Date Order.  To date, more than 28,500 proofs of claim have been filed in these cases, asserting alleged liabilities in an aggregate face amount in excess of $110 billion.  The Debtors' Schedules also include other claims scheduled as liquidated, noncontingent and undisputed.

10.       On November 5, 2009, the Debtors filed the Motion of Debtors and Debtors in Possession, Pursuant to Sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rules 2002, 3007, 9006, 9014 and 9019, for an Order (I) Granting Relief from Certain Limitations of Bankruptcy Rule 3007 and (II) Establishing Procedures for Objecting to and Settling Claims (Docket No. 5911) (the "Claim Procedures Motion").  On November 19, 2009, the Court entered an order approving the Claim Procedures Motion (Docket No. 5980) (the "Claim Procedures Order").  Among other things, the Claim Procedures Order approved

certain (a) modifications to Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (b) procedures for the filing and prosecution of objections to claims filed or scheduled in these chapter 11 cases (the "Claim Objection Procedures").

11.     On January 22, 2010, the Debtors filed:  (a) the Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, dated January 22, 2010 (Docket No. 6272) (as it may be further amended or modified, the "Plan"); and (b) the Disclosure Statement with Respect to the Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, dated January 22, 2010 (Docket No. 6273) (the "Disclosure Statement"). The Court approved the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code pursuant to an order (Docket No. 6264) (the "Disclosure Statement Order") entered on January 21, 2010.  The hearing to consider confirmation of the Plan currently is scheduled for March 16, 2010.

## Jurisdiction

12.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Requested Relief

13.     Pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and the Claim Procedures Order, the Debtors hereby seek the entry of an order disallowing and expunging each proof of claim identified as a "Claim to be Expunged" on Exhibit A attached hereto and incorporated herein by reference (collectively, the "Duplicate

<u>Claims</u>"), because each of the Duplicate Claims is a duplicate of another claim filed in these cases, as indicated on Exhibit A.[1]

### <u>Request to Disallow the Duplicate Claims</u>

14.     The Debtors have determined that each of the Duplicate Claims is a duplicate of at least one other claim filed in these cases.  In particular, each of the claimants identified on Exhibit A (collectively with any transferees, the "<u>Claimants</u>") filed identical claims against the same Debtor or one or more other Debtors.  As a result, the Claimants currently hold multiple proofs of claim in these cases for the same alleged liabilities.

15.     Because the Claimants would be entitled only to a single claim and recovery with respect to the liabilities asserted in the Duplicate Claims (assuming such claims are valid), the Duplicate Claims overstate the Debtors' potential obligations to the Claimants.  Nevertheless, the Duplicate Claims remain on the claims docket as outstanding liabilities until withdrawn by the Claimants or disallowed by the Court.  <u>See</u>, <u>e.g.</u>, 11 U.S.C. § 502(a).[2]

16.     Accordingly, by this Objection, the Debtors seek to disallow and expunge the Duplicate Claims and thereby limit each Claimant to a single remaining claim against, and a single potential recovery from, the Debtors' estates arising from the same alleged obligation.  Specifically, for each of the Duplicate Claims, the Debtors have identified a surviving claim asserting the same liability (a "<u>Surviving Claim</u>"), which will be unaffected by the relief requested in this Objection.  Each Surviving Claim is identified as a "Surviving Claim" on

---

[1]     Consistent with the Claim Procedures Order, attached to the copy of this Objection served on each affected Claimant is an excerpt of Exhibit A, showing only that Claimant's proof(s) of claim that are subject to this Objection.  A complete copy of Exhibit A was filed with the Court, has been served on parties on the General Service List and the Special Service List in these cases and is available, free of charge, at www.chryslerrestructuring.com.

[2]     Section 502(a) of the Bankruptcy Code states, in pertinent part: "A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

Exhibit A.  Thus, the Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved, subject to the Debtors' ongoing rights to object to the Surviving Claims on any grounds.

17.     For all of the foregoing reasons, the Duplicate Claims should be disallowed and expunged.

## Reservation of Rights

18.     The Debtors reserve the right to object to each of the Surviving Claims and, to the extent not disallowed and expunged, the Duplicate Claims, on any and all additional factual or legal grounds.  Without limiting the generality of the foregoing, the Debtors specifically reserve the right to amend this Objection, file additional papers in support of this Objection or take other appropriate actions, including to:  (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Claim Objection Procedures by or on behalf of any of the Claimants or other interested parties; (b) object further to any Duplicate Claim for which a Claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Duplicate Claim based on additional information that may be discovered upon further review by the Debtors or through discovery pursuant to the applicable provisions of Part VII of the Bankruptcy Rules and the Claim Procedures Order.

## Notice

19.     Pursuant to the Claim Objection Procedures, notice of this Objection has been given to each affected Claimant, along with an individualized excerpt of Exhibit A as described above.  Pursuant to the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures (Docket No. 661) (the "Case Management Order"), notice of this Objection also has been given the parties on the Special

Service List and the General Service List (as such terms are defined in the Case Management Order).  The Debtors submit that no other or further notice need be provided.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order, substantially in the form attached hereto as Exhibit B, disallowing and expunging the Duplicate Claims; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

[The remainder of this page is intentionally blank.]

ATI-2408616v3

Dated:  February 4, 2010
      New York, New York

Respectfully submitted,

 /s/ Corinne Ball
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

 /s/ Albert Togut
Albert Togut
Frank A. Oswald
TOGUT, SEGAL & SEGAL, LLP
One Penn Plaza
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258

CONFLICTS COUNSEL FOR
DEBTORS AND DEBTORS IN
POSSESSION

ATI-2408616v3

**EXHIBIT A**

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 3246 | 5-6 | ALTBERGS, MARTIN<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3285 | | EMBRY & NEUSNER<br>C/O: MARTIN ALTBERGS<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3247 | 5-6 | ARCHER, RICHARD<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3286 | | EMBRY AND NEUSSNER<br>RICHARD ARCHER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3248 | 5-6 | ARRUDA, MANUEL J<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3287 | | EMBRY AND NEUSSNER<br>MANUEL J ARRUDA<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

# EXHIBIT A

## DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14614 | 5-6 | BARRETT, RAYMOND FARRELL C/ O LAW OFFICES OF G. PATTERSON KEAHEY, P. C. ONE INDEPENDENCE PLAZA, SU. 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14613 | | BARRETT, RAYMOND FARRELL C/ O LAW OFFICES OF G. PATTERSON KEAHEY, P. C. ONE INDEPENDENCE PLAZA, SU. 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 8310 | 5-6 | BARTON, ARLINGTON (DECD.) & JAMES B., FAYE BARTON DOOLEY, AS REP. OF ESTATE OF C/O HEARD, ROBINS, CLOUD, BLACK & LUBEL 3800 BUFFALO SPEEDWAY, 5TH FLOOR HOUSTON, TX 77098 | | | | $100,000.00 | $100,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8311 | | BARTON, ARLINGTON (DECD.) & JAMES B., FAYE BARTON DOOLEY, AS REP. OF ESTATE OF C/O HEARD, ROBINS, CLOUD, BLACK & LUBEL 3800 BUFFALO SPEEDWAY, 5TH FLOOR HOUSTON, TX 77098 | | | | $100,000.00 | $100,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 13782 | 5-6 | BOCOCK, III, FRANK INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED 700 TAYLOR ST. DAYTON, OH 45404 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 13771 | | BOCOCK, III, FRANK AS PARENT OF DAKOTA BOCOCK A MINOR, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED 700 TAYLOR ST. DAYTON, OH 45404 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 2 of 27*

Eighth Omnibus Objection - Duplicate Claims

**EXHIBIT A**

**DUPLICATE CLAIMS**

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 4242 | 5-6 | BOUDREAU, PAUL<br>C/O EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4253 | | EMBRY AND NEUSNER<br>PAUL BOUDREAU<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 408 | 5-6 | BUDENBENDER, JOSEPH & GRACE<br>ATTN LYNN JOHNSON<br>SHAMBERG JOHNSON & BERGMAN, CHTD.<br>2600 GRAND BLVD., STE. 550<br>KANSAS CITY, MO 64108 | | | | $3,500,000.00 | $3,500,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 409 | | BUDENBENDER, JOSEPH & GRACE<br>ATTN LYNN JOHNSON<br>SHAMBERG JOHNSON & BERGMAN, CHTD.<br>2600 GRAND BLVD., STE. 550<br>KANSAS CITY, MO 64108 | | | | $3,500,000.00 | $3,500,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3249 | 5-6 | CANTONE, PASQUALE G<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3289 | | EMBRY AND NEUSSNER<br>PASQUALE G CANTONE<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 3 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

# EXHIBIT A

## DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 3250 | 5-6 | CHAPMAN, GARY R<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3290 | | EMBRY AND NEUSSNER<br>GARY R CHAPMAN<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 28802 | 5-6 | CHRYSLER CANADA INC.<br>ATTN: LORI SHALHOUB<br>ONE RIVERSIDE DRIVE W.<br>PO BOX 1621 CIMS 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 28799 | | CHRYSLER CANADA INC.<br>ATTN: LORRAINE SHALHOUB, VICEPRESIDENT<br>ONE RIVERSIDE DR W<br>PO BOX 1621 CIMS - 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 28803 | 5-6 | CHRYSLER CANADA INC.<br>ATTN: LORI SHALHOUB<br>ONE RIVERSIDE DRIVE W.<br>PO BOX 1621 CIMS 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 28800 | | CHRYSLER CANADA INC.<br>ATTN: LORRAINE SHALHOUB, VICEPRESIDENT<br>ONE RIVERSIDE DR W<br>PO BOX 1621 CIMS - 240-15-01<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 4 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 28804 | 5-6 | CHRYSLER CANADA INC.<br>ATTN: LORI SHALHOUB<br>ONE RIVERSIDE DRIVE W.<br>PO BOX 1621 CIMS 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 28799 | | CHRYSLER CANADA INC.<br>ATTN: LORRAINE SHALHOUB, VICEPRESIDENT<br>ONE RIVERSIDE DR W<br>PO BOX 1621 CIMS - 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 28805 | 5-6 | CHRYSLER CANADA INC.<br>ATTN: LORI SHALHOUB<br>ONE RIVERSIDE DRIVE W.<br>PO BOX 1621 CIMS 240-15-03<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 28800 | | CHRYSLER CANADA INC.<br>ATTN: LORRAINE SHALHOUB, VICEPRESIDENT<br>ONE RIVERSIDE DR W<br>PO BOX 1621 CIMS - 240-15-01<br>WINDSOR, ON N9A 4H6<br>CANADA | | $186,847,008.52 | | $1,297,544,841.02 | $1,484,391,849.54 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 5 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

# EXHIBIT A

## DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 4241 | 5-6 | CLOUTIER, LILIAN<br>EXECUTRIX, ESTATE OF EDDIE CLOUTIER<br>EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4252 | | EMBRY AND NEUSNER<br>LILLIAN CLOUTIER, EXEC.<br>EDDIE CLOUTIER, DEC'D<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14445 | 5-6 | CORLEY, CHARLES<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14444 | | CORLEY, CHARLES<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3251 | 5-6 | COSTLEY, HOWARD<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3291 | | COSTLEY, HOWARD<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 6 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 4240 | 5-6 | DEMUTH, ALFRED<br>C/O EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4251 | | EMBRY AND NEUSNER<br>ALFRED DEMUTH<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14661 | 5-6 | EFFLER, TOBIAS<br>C/ O LAW OFFICES OF G. PATTERSON<br>KEAHEY, P. C.<br>ONE INDEPENDENCE PLAZA, SU. 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14660 | | EFFLER, TOBIAS<br>C/ O LAW OFFICES OF G. PATTERSON<br>KEAHEY, P. C.<br>ONE INDEPENDENCE PLAZA, SU. 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 8150 | 5-6 | FLORENCE, JOHN JR.<br>C/O EMBRY & NEUSNER<br>P.O. BOX 1409<br>GROTON, CT 06340-1409 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8154 | | FLORENCE, JOHN JR.<br>C/O EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 7 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 28856 | 5-6 | FRAZIER, DORENE<br>11407 CAMDEN<br>DETROIT, MI 48213 | | | | unspecified* | unspecified* |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 14784 | | FRAZIER, DORENE<br>11407 CAMDEN<br>DETROIT, MI 48213 | | | | unspecified* | unspecified* |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3252 | 5-6 | FRECHETTE, RENE<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3292 | | EMBRY AND NEUSNER<br>C/O RENE FRECHETTE, DEC'D<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3293 | 5-6 | GAGNON, DENNIS E<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 3253 | | GAGNON, DENNIS E<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Claim to be Expunged | 3294 | 5-6 | GARDINER, BERTRAND<br>EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 3254 | | GARDINER JR, BERTRAN<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 8151 | 5-6 | GIESING, STEVEN<br>C/O EMBRY & NEUSNER<br>P.O BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8155 | | GIESING, STEVEN<br>C/O EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 12658 | 5-6 | GLAHOLT, GEORGE A.<br>C/O RKHC&B<br>9237 WARD PARKWAY, SUITE 330<br>KANSAS CITY, MO 64114 | | | | $100,000.00 | $100,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 12659 | | GLAHOLT, GEORGE A.<br>C/O RKHC&B<br>9237 WARD PARKWAY, SUITE 330<br>KANSAS CITY, MO 64114 | | | | $100,000.00 | $100,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3256 | 5-6 | GODFREY, RALPH<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3296 | | GODFREY, RALPH<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 9 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14688 | 5-6 | GRAY, MELTON<br>C/O LAW OFICES OF G. PATTERSON KEAHEY<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14687 | | GRAY, MELTON<br>C/O LAW OFICES OF G. PATTERSON KEAHEY<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3257 | 5-6 | GRILLS, JAMES F<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3297 | | GRILLS, JAMES F<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14119 | 5-6 | HARLEY, SANDRA E.<br>C/O PAUL J. KOMYATTE<br>GILBERT, OLLANIK, & KOMYATTE, P.C.<br>5400 WARD ROAD, BLDG IV, STE. 200<br>ARVADA, CO 80002 | | | | $30,000,000.00 | $30,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 499 | | HARLEY, JAMES & SANDRA<br>PAUL J. KOMYATTE<br>GILBERT, OLLANIK, & KOMYATTE, P.C.<br>5400 WARD ROAD, BLDG IV, STE. 200<br>ARVADA, CO 80002 | | | | $30,000,000.00 | $30,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 10 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

# EXHIBIT A

## DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 3259 | 5-6 | HARVEY, BARRY<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3299 | | HARVEY, BARRY<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 4239 | 5-6 | HIGHAM, RICHARD, ESTATE OF<br>C/O RACHADA ITURRINO<br>EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4250 | | EMBRY AND NEUSNER<br>ESTATE OF RICHARD HIGHAM<br>C/O RACHADA ITURRINO<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 4238 | 5-6 | HOLLAND, WILLIAM F.<br>C/O EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4243 | | EMBRY AND NEUSNER<br>WILLIAM HOLLAND<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 11 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 3260 | 5-6 | HOSTETLER, ROY I<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3300 | | HOSTETLER, ROY<br>EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14429 | 5-6 | JOHNSON,HOPE ELIZABETH, THROUGH HER<br>MOTHER & NEXT FRIEND GENA KAY HASSON<br>STUART OLLANIK - GILBERT OLLANIK, ET AL<br>5400 WARD ROAD,BLDG IV,STE, 200<br>ARAVADA, CO 80002 | | | | $30,000,000.00 | $30,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 502 | | JOHNSON, HOPE ELIZABETH, THROUGH HER<br>MOTHER & NEXT FRIEND GENA KAY HASSON<br>STUART OLLANIK - GILBERT, OLLANIK, ET AL<br>5400 WARD ROAD, BLDG IV, STE. 200<br>ARVADA, CO 80002 | | | | $30,000,000.00 | $30,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14684 | 5-6 | KIRK, JAMES LEE<br>C/O LAW OFICES OF G. PATTERSON KEAHEY<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14683 | | KIRK, JAMES LEE<br>C/O LAW OFICES OF G. PATTERSON KEAHEY<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 9477 | 5-6 | KLEINLEIN, DWIGHT R<br>5332 FIELDCREST<br>SHELBY TOWNSHIP, MI 48316 | $160,570.00 | | unspecified* | | $160,570.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 9476 | | KLEINLEIN, DWIGHT<br>5332 FIELDCREST<br>SHELBY TOWNSHIP, MI 48316 | | | $160,570.00 | | $160,570.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 4237 | 5-6 | KOHLER, THOMAS H.<br>C/O EMBRY AND NEUSNER<br>P.O. BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4249 | | EMBRY AND NEUSNER<br>THOMAS H. KOHLER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3262 | 5-6 | KOKOSKY, STEPHEN A<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3324 | | KOKOSKY, STEPHEN, A.<br>C/O EMBRY AND NEUSNER<br>118 POQUONNOCK RD.<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 8526 | 5-6 | KOZICH, DON<br>601 N RIO VISTA BLVD. APT 113<br>FORT LAUDERDALE, FL 33301-2935 | | | | $4,065,000.00 | $4,065,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8528 | | KOZICH, DON<br>601 N RIO VISTA BLVD. APT 113<br>FORT LAUDERDALE, FL 33301-2935 | | | | $4,065,000.00 | $4,065,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 8527 | 5-6 | KOZICH, DON<br>601 N RIO VISTA BLVD. APT 113<br>FORT LAUDERDALE, FL 33301-2935 | | | | $4,065,000.00 | $4,065,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8528 | | KOZICH, DON<br>601 N RIO VISTA BLVD. APT 113<br>FORT LAUDERDALE, FL 33301-2935 | | | | $4,065,000.00 | $4,065,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3263 | 5-6 | LAWTON, HERBERT JR.<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3323 | | EMBRY AND NEUSNER<br>HERBERT LAWTON, JR<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 15278 | 5-6 | LAYTON HILLS DODGE<br>650 NORTH MAIN STREET<br>LAYTON, UT 84041 | | | | $9,679,855.94 | $9,679,855.94 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 12655 | | LAYTON DODGE INCORPORATED<br>CUTRUBUS MOTORS CHRYSLER JEEP<br>HOMER K CUTRUBUS<br>1234 NORTH MAIN STREET<br>LAYTON, UT 84041 | | | | $9,679,855.94 | $9,679,855.94 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 5858 | 5-6 | LEE, PING<br>615 HENRIETTA ST.<br>BIRMINGHAM, MI 48009 | | | | $1,800,000.00 | $1,800,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 5857 | | LEE, PING<br>615 HENRIETTA STREET<br>BIRMINGHAM, MI 48009 | | | | $1,800,000.00 | $1,800,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 5859 | 5-6 | LEE, PING<br>615 HENRIETTA<br>BIRMINGHAM, MI 48009 | | | | $1,800,000.00 | $1,800,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 5857 | | LEE, PING<br>615 HENRIETTA STREET<br>BIRMINGHAM, MI 48009 | | | | $1,800,000.00 | $1,800,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 4236 | 5-6 | LEON, ISAAC<br>C/O EMBRY AND NEUSNER<br>P.O. BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4248 | | EMBRY AND NEUSNER<br>ISAAC LEON<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3264 | 5-6 | LISK, HENRY J<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3322 | | EMBRY AND NEUSNER<br>HENRY J. LISK<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3265 | 5-6 | LUCHKA, THOMAS W<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3321 | | LUCHKA, THOMAS W.<br>EMBRY AND NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

# EXHIBIT A

# DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 410 | 5-6 | MALONE, KELLI & HEIRS-AT-LAW OF RAMON MALONE, DECEASED LYNN JOHNSON-CHAMBERG JOHNSON & BERMAN 2600 GRAND BLVD., STE 550 KANSAS CITY, MO 64108 | | | | $3,500,000.00 | $3,500,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 411 | | MALONE, KELLI & HEIRS-AT-LAW OF RAMON MALONE, DECEASED LYNN JOHNSON-CHAMBERG JOHNSON & BERMAN 2600 GRAND BLVD., STE 550 KANSAS CITY, MO 64108 | | | | $3,500,000.00 | $3,500,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14682 | 5-6 | MARTIN, WILLIAM E. C/O LAW OFICES OF G. PATTERSON KEAHEY ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14681 | | MARTIN, WILLIAM E. C/O LAW OFICES OF G. PATTERSON KEAHEY ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3266 | 5-6 | MCGUIRE, EUGENE EMBRY & NEUSNER PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3320 | | EMBRY AND NEUSNER EUGENE MCGUIRE PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 16 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 844 | 5-6 | MCINTOSH, DAVID | | | | $8,000,000.00 | $8,000,000.00 |
| | | | ADMIN. OF ESTATE OF MICHELLE MCINTOSH | | | | | |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | C/O WILLIAM M. BLOSS - KOSKOFF KOSKOFF | | | | | |
| | | | 350 FAIRFIELD AVENUE | | | | | |
| | | | BRIDGEPORT, CT 06604 | | | | | |
| Surviving Claim | 845 | | MCINTOSH, DAVID | | | | $8,000,000.00 | $8,000,000.00 |
| | | | ADMIN. OF ESTATE OF DAVID MCINTOSH, JR. | | | | | |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | C/O WILLIAM M. BLOSS - KOSKOFF KOSKOFF | | | | | |
| | | | 350 FAIRFIELD AVENUE | | | | | |
| | | | BRIDGEPORT, CT 06604 | | | | | |
| Claim to be Expunged | 3267 | 5-6 | MERFELD, BRYAN | | | | $1,000,000.00 | $1,000,000.00 |
| | | | EMBRY & NEUSNER | | | | | |
| Debtor - CHRYSLER MOTORS LLC | | | PO BOX 1409 | | | | | |
| | | | GROTON, CT 06340 | | | | | |
| Surviving Claim | 3319 | | MERFELD, BRYAN | | | | $1,000,000.00 | $1,000,000.00 |
| | | | C/O EMBRY AND NEUSNER | | | | | |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | 118 POQUONNOCK RD. | | | | | |
| | | | GROTON, CT 06340 | | | | | |
| Claim to be Expunged | 4235 | 5-6 | MICELI, ANGELO S. | | | | $1,000,000.00 | $1,000,000.00 |
| | | | C/O EMBRY AND NEUSNER | | | | | |
| Debtor - CHRYSLER MOTORS LLC | | | P.O. BOX 1409 | | | | | |
| | | | GROTON, CT 06340 | | | | | |
| Surviving Claim | 4247 | | EMBRY AND NEUSNER | | | | $1,000,000.00 | $1,000,000.00 |
| | | | ANGELO S. MICELI | | | | | |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | PO BOX 1409 | | | | | |
| | | | GROTON, CT 06340 | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 17 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 28857 | 5-6 | MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | unspecified* | | $1,370.17 | $90.00 | $1,460.17 |
| Debtor -   GLOBAL ELECTRIC MOTORCARS, LLC | | | | | | | | |
| Surviving Claim | 28834 | | MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | unspecified* | | $1,370.17 | $90.00 | $1,460.17 |
| Debtor -   GLOBAL ELECTRIC MOTORCARS, LLC | | | | | | | | |
| Claim to be Expunged | 14502 | 5-6 | MONTGOMERY, HARVEY LEE LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14501 | | MONTGOMERY, HARVEY LEE LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 4234 | 5-6 | MOORE, JOSEPH B. C/O EMBRY AND NEUSNER P.O. BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4246 | | EMBRY AND NEUSNER JOSEPH B. MOORE, DECEASED PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -   OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 18 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 3268 | 5-6 | MOORE, KENNETH R<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3318 | | EMBRY AND NEUSNER<br>KENNETH R. MOORE<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3269 | 5-6 | PATRIDGE, ALAN<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3317 | | EMBRY AND NEUSNER<br>C/O ALAN PATRIDGE<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14581 | 5-6 | PATTERSON, DAWN<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPEDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -  CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14580 | | PATTERSON, DAWN<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPEDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 19 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 28514 | 5-6 | PETER, PAULINE<br>C/O LAW OFFICES OF ROHN & CARPENTER LLC<br>1101 KING STREET<br>CHRISTIANSTED, VI 00820-4933<br>ST. CROIX | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 28783 | | PETER, PAULINE<br>C/O LAW OFFICES OF ROHN & CARPENTER LLC<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX, 00820-4933<br>US VIRGIN ISLANDS | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3271 | 5-6 | PONT, JAMES D<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3315 | | EMBRY AND NEUSNER<br>JAMES D. POINT<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3272 | 5-6 | RAYMOND, RONALD R<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3314 | | EMBRY AND NEUSNER<br>RONALD R. RAYMOND<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT A

## DUPLICATE CLAIMS

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 22858 | 5-6 | RICHARDSON, JOANN<br>BEVAN & ASSOCIATES LPA, INC.<br>6555 DEAN MEMORIAL PARKWAY<br>BOSTON HEIGHTS, OH 44236 | | | | unspecified* | unspecified* |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 22852 | | RICHARDSON, JOANN<br>BEVAN & ASSOCIATES LPA, INC.<br>6555 DEAN MEMORIAL PARKWAY<br>BOSTON HEIGHTS, OH 44236 | | | | unspecified* | unspecified* |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3273 | 5-6 | ROACHE, G WAYNE<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3313 | | EMBRY AND NEUSNER<br>G. WAYNE ROACHE<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 8312 | 5-6 | ROBESON, WILLIAM S., JR., DECD., MARY,<br>WILLIAM, DAVID & RICHARD ROBESON, HEIRS<br>C/O HEARD, ROBINS, CLOUD, BLACK & LUBEL<br>3800 BUFFALO SPEEDWAY, 5TH FLOOR<br>HOUSTON, TX 77098 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8313 | | ROBESON, WILLIAM S., JR., DECD., MARY,<br>WILLIAM, DAVID & RICHARD ROBESON, HEIRS<br>C/O HEARD, ROBINS, CLOUD, BLACK & LUBEL<br>3800 BUFFALO SPEEDWAY, 5TH FLOOR<br>HOUSTON, TX 77098 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor -  OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 4232 | 5-6 | SLONE, KENEL S. C/O EMBRY AND NEUSNER P.O. BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 4244 | | EMBRY AND NEUSNER KENEL S. SLONE PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14648 | 5-6 | SMITH, PAUL C. C/ O LAW OFFICES OF G. PATTERSON KEAHEY, P. C. ONE INDEPENDENCE PLAZA, SU. 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14647 | | SMITH, PAUL C. C/ O LAW OFFICES OF G. PATTERSON KEAHEY, P. C. ONE INDEPENDENCE PLAZA, SU. 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3276 | 5-6 | SMITH, RAYMOND A EMBRY & NEUSNER PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3310 | | EMBRY AND NEUSNER RAYMOND A SMITH PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 22 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14590 | 5-6 | SMITH, RAYMOND E.<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPEDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14589 | | SMITH, RAYMOND E.<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPEDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3277 | 5-6 | SMITH, ROY J<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3309 | | EMBRY AND NEUSNER<br>ROY J. SMITH<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3278 | 5-6 | SNOW, STEPHEN<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3308 | | EMBRY AND NEUSNER<br>STEPHEN SNOW<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 23 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14545 | 5-6 | SORTOR, HOWARD<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14591 | | SORTOR, HOWARD<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA STE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3279 | 5-6 | SPRALLING, CHARLES E<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3307 | | EMBRY AND NEUSNER<br>CHARLES E SPRALLING<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3280 | 5-6 | THIBODEAU, DENNIS<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3306 | | EMBRY AND NEUSNER<br>DENNIS THIBODEAU<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 24 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14473 | 5-6 | THURMAN, GLADYS<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14472 | | THURMAN, GLADYS<br>LAW OFFICES OF G. PATTERSON KEAHEY, P.C.<br>ONE INDEPENDENCE PLAZA, SUITE 612<br>BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3281 | 5-6 | TOLER, WILLIAM<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3305 | | EMBRY AND NEUSNER<br>WILLIAM TOLER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3282 | 5-6 | VENDITTO, JOSEPH<br>EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3304 | | EMBRY AND NEUSNER<br>C/O JOSEPH VENDITTO<br>P.O. BOX 1409<br>GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 14475 | 5-6 | VIDAK, LASZLO M. LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14474 | | VIDAK, LASZLO M. LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 14481 | 5-6 | WELLS, JOHN W. LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 14480 | | WELLS, JOHN W. LAW OFFICES OF G. PATTERSON KEAHEY, P.C. ONE INDEPENDENCE PLAZA, SUITE 612 BIRMINGHAM, AL 35209 | | | | $2,000,000.00 | $2,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 28513 | 5-6 | WILLIAMS, FITZROY C/O LAW OFFICES OF ROHN & CARPENTER LLC 1101 KING STREET CHRISTIANSTED, VI 00820-4933 ST. CROIX | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Surviving Claim | 28781 | | WILLIAMS, FITZROY C/O LAW OFFICES OF ROHN & CARPENTER LLC 1101 KING STREET CHRISTIANSTED ST. CROIX, VI 00820-4933 US VIRGIN ISLANDS | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 26 of 27*

Eighth Omnibus Objection - Duplicate Claims

In re Old Carco LLC (f/k/a Chrysler, LLC) et al.
Case No. 09-50002 (AJG), Jointly Administered

**EXHIBIT A**

**DUPLICATE CLAIMS**

| | Claim # | Objection Page | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim to be Expunged | 8152 | 5-6 | YOUNG, RICHARD T. C/O EMBRY & NEUSNER P.O. BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 8153 | | YOUNG, RICHARD T. C/O EMBRY & NEUSNER 118 POQUONNOCK ROAD GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| Claim to be Expunged | 3284 | 5-6 | ZEMA, JOHN S EMBRY & NEUSNER PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - CHRYSLER MOTORS LLC | | | | | | | | |
| Surviving Claim | 3302 | | EMBRY AND NEUSNER JON ZEMA, DEC'D PO BOX 1409 GROTON, CT 06340 | | | | $1,000,000.00 | $1,000,000.00 |
| Debtor - OLD CARCO LLC (F/K/A CHRYSLER LLC) | | | | | | | | |
| **Totals:** | 83 Claims | | **Claim to be Expunged Totals:** | $160,570.00 | $747,388,034.08 | $1,370.17 | $5,363,789,310.02 | $6,111,339,284.27 |
| | | | **Surviving Claim Totals:** | $0.00 | $747,388,034.08 | $161,940.17 | $5,363,789,310.02 | $6,111,339,284.27 |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Page 27 of 27*

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
Old Carco LLC                               :   Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), et al.,               :
                                            :   (Jointly Administered)
                          Debtors.          :
                                            :
------------------------------------------------------------ x
```

## <u>EIGHTH ORDER DISALLOWING CERTAIN DUPLICATE CLAIMS</u>

This matter coming before the Court on the Eighth Omnibus Objection of Debtors

and Debtors in Possession Seeking to Disallow Certain Duplicate Claims (the "<u>Objection</u>"),[1]

filed by the debtors and debtors in possession in the above-captioned cases (collectively,

the "<u>Debtors</u>"); the Court having reviewed the Objection and having heard the statements of

counsel regarding the relief requested in the Objection at a hearing before the Court

(the "<u>Hearing</u>"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and

(c) notice of the Objection and the Hearing was sufficient under the circumstances and in full

compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Claim

Procedures Order; and the Court having determined that the legal and factual bases set forth in

the Objection and at the Hearing establish just cause for the relief granted herein;

---

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED.

2.      Each claim identified as a "Claim to be Expunged" on <u>Exhibit A</u> attached hereto and incorporated herein by reference is disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.

3.      Each claim identified as a "Surviving Claim" on Exhibit A attached hereto (collectively, the "<u>Surviving Claims</u>") is unaffected by the relief granted herein.  The Debtors retain their rights to object to the Surviving Claims on any and all available grounds.

4.      The Debtors, the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.


Dated: _____, 2010 _____
            New York, New York          CHIEF UNITED STATES BANKRUPTCY JUDGE