**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re : Chapter 11
:
Old Carco LLC : Case No. 09-50002 (AJG)
(f/k/a Chrysler LLC), *et al.,*[1] :
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

STEVEN INDELICATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2010, I caused to be served the "Notice of Presentment of Stipulation and Agreed Order Providing Limited Relief from the Automatic Stay to Dollar Rent-A-Car," dated February 1, 2010, [Docket No. 6312], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, and delivered via overnight mail to those parties listed on the annexed Exhibit "A, and by electronic mail to those parties listed on the annexed Exhibit "B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Steven Indelicato
Steven Indelicato

Sworn to before me this
2nd day of February, 2010
/s/Time Darden
Notary Public
Notary Public, State of New York
No. 01DA6196919
Qualified in Kings County
Commission Expired January 5, 2013

---

[1] A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (AJG) (Docket No. 3945) and can also be found at www.chryslerrestructuring.com.
T:\Clients\CHR\Affidavits\DI 6312_Aff_2-1-10.doc

**EXHIBIT "A"**

# OLD CARCO LLC (F/K/A CHRYSLER LLC)
## Service List

| Claim Name | Address Information |
|---|---|
| ASSISTANT UNITED STATES ATTORNEYS, SDNY | ATTN: JEANNETTE VARGAS, TARA M. LAMORTE, ESQS.,(COUNSEL TO: THE UNITED STATES),86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: JOHN J. RAPISARDI, ESQ.,(COUNSEL TO: U.S. TREASURY),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CERBERUS CAPITAL MANAGEMENT, L.P. | ATTN: SETH GARDNER,(COUNSEL TO: CERBERUS),299 PARK AVENUE, 22ND FLOOR, NEW YORK, NY 10171 |
| CHRYSLER LLC | ATTN: HOLLY E. LEESE, ESQ.,SENIOR VICE PRESIDENT, GENERAL COUNSEL & SECRETARY,1000 CHRYSLER DRIVE,CIMS# 485-14-36, AUBURN HILLS, MI 48326 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES L. BROMLEY, RICHARD S. LINCER, ESQ.,(COUNSEL TO: UAW),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| COHEN, WEISS AND SIMON LLP | ATTN: BABETTE A. CECCOTII, ESQ.,(COUNSEL TO: UAW, INTERNATIONAL UNION),330 WEST 42ND STREET,25TH FLOOR, NEW YORK, NY 10036-6976 |
| JONES DAY | ATTN: CORINNE BALL, ESQ., VEERLE ROOVERS, ESQ.,(COUNSEL TO: THE DEBTORS),222 EAST 41ST STREET, NEW YORK, NY 10017 |
| JONES DAY | ATTN: DAVID G. HEIMAN, ESQ.,(COUNSEL TO: THE DEBTORS),NORTH POINT,901 LAKESIDE AVENUE, CLEVELAND, OH 44114 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN, ESQ.,(COUNSEL TO: THE DEBTORS),1420 PEACHTREE STREET, N.E.,SUITE 800, ATLANTA, GA 30309 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN,ROBERT T. SCHMIDT, ADAM C. ROGOFF, ESQS.,(COUNSEL TO: OFFICIAL COMMITTEE OF UNSECURED,CREDITORS),1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| MERCEDES-BENZ USA, LLC | ATTN: FRANK P. BERENZ, ESQ.,GENERAL COUNSEL,ONE MERCEDES DRIVE, MONTVALE, NJ 07645 |
| OFFICE OF THE UNITED STATES TRUSTEE, SDNY | ATTN: BRIAN MASUMOTO, ESQ.,33 WHITEHALL STREET,21ST FLOOR, NEW YORK, NY 10004 |
| SCHULTE ROTH & ZABEL LLP | ATTN: RICHARD PRESUTTI, ALAN S. WALDENBERG, ESQS.,(SPECIAL CORPORATE COUNSEL TO DEBTORS),919 THIRD AVENUE, NEW YORK, NY 10022 |
| SIMPSON THACHER & BARTLETT LLP | ATTN: PETER PANTALEO, DAVID EISENBERG, THOMAS RICE, MARY BETH FORSHAW, KATHRINE MCLENDON, DAVID MACK, ANNE KNIGHT, ESQS.,425 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GERHARD GNAEDIG, ESQ.,(COUNSEL TO: DAIMLER),FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SULLIVAN & CROMWELL LLP | ATTN: HYDEE R. FELDSTEIN, ESQ.,(COUNSEL TO: FIAT),1888 CENTURY PARK EAST, LOS ANGELES, CA 90067-1725 |
| SULLIVAN AND CROMWELL LLP | ATTN: SCOTT D. MILLER & ANDREW DIETDERICH,(COUNSEL TO: FIAT),125 BROAD STREET, NEW YORK, NY 10004-2498 |
| THE HONORABLE ARTHUR J. GONZALEZ | UNITED STATES BANKRUPTCY COURT,SOUTHERN DISTRICT OF NEW YORK,ONE BOWLING GREEN, NEW YORK, NY 10004 |
| TOGUT SEGAL & SEGAL, LLP | ATTN: ALBERT TOGUT, FRANK A. OSWALD, SCOTT E.,RATNER, ESQS.,(CONFLICTS COUNSEL TO THE DEBTORS),ONE PENN PLAZA, SUITE 3335, NEW YORK, NY 10119 |
| UNITED STATES DEPARTMENT OF JUSTICE, ATTYS CIV DIV | ATTN: J. CHRISTOPHER KOHN, TRACY J. WHITAKER,JAMES G. BRUEN, MATTHEW J. TROY, JOHN T.,STEMPLEWICZ, ESQS.,(COUNSEL TO: THE UNITED STATES),P.O. BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC 20044 |
| VEDDER PRICE, P.C. | ATTN: MICHAEL J. EDELMAN, MICHAEL SCHEIN, ESQS.),(COUNSEL TO: EXPORT DEVELOPMENT CANADA),1633 BROADWAY, 47TH FLOOR, NEW YORK, NY 10019 |

**Total Creditor Count 21**

Stewart B. Greenspan, Esq.
Rubin Fiorella & Friedman LLP
292 Madison Avenue
11th Floor
New York, New York  10017

**EXHIBIT "B"**

**E-MAIL**

aadams@schnader.com
abglaw@yahoo.com
abrayton@braytonlaw.com
adoshi@daypitney.com
aentwistle@entwistle-law.com
afisher@ssd.com
agoldstein@tnsj-law.com
agoudiss@shearman.com
aisenberg@saul.com
ajunderwood@beckermeisel.com
akeith@honigman.com
aknight@stblaw.com
akornberg@paulweiss.com
alan.waldenberg@srz.com
altogut@teamtogut.com
Anthony.Nellis@autoliv.com
anthony_boccanfuso@aporter.com
apotter@powelltrachtman.com
arlbank@pbfcm.com
arogoff@kramerlevin.com
asprau@centralstatesfunds.org
auetz@foley.com
austin.bankruptcy@publicans.com
avery@silvermanmorris.com
awitt@wlrk.com
bankruptcy.asbpo.asbdom@braytonlaw.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bbest@schaferandweiner.com
bborrus@riddellwilliams.com
bbressler@schnader.com
bceccotti@cwsny.com
bdeutsch@schnader.com
belkys.escobar@loudoun.gov
bhshide@us.ibm.com
bjgrieco@hhlaw.com
bkmail@mccallaraymer.com
bk-mbrowning@oag.state.tx.us
bknapp@lockelord.com
bmeldrum@stites.com
bnachamie@tnsj-law.com
bnathan@lowenstein.com
borgeslawfirm@aol.com
bos-bankruptcy@hklaw.com

braunre@doj.state.wi.us
brcy@carsonfischer.com
brett.goodman@troutmansanders.com
brichardson@gordonsilver.com
broberts@slk-law.com
bschenkler@damonmorey.com
bshaw100@shawgussis.com
bwolfe@sheppardmullin.com
cameron.currie@nelsonmullins.com
carignanj@pepperlaw.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
catherine.peshkin@kirkland.com
cball@jonesday.com
cbattaglia@halperinlaw.net
cbullock@sbplclaw.com
cbwilson@mmm.com
ccahill@clarkhill.com
ccarson@burr.com
cfelicetta@reidandriege.com
cgraham@mckennalong.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chlee@centralstates.org
Christopher.Combest@quarles.com
chrysler.filings@dpw.com
chrysler.service@dpw.com
chrysler@epiqsystems.com
chrysler@whkllp.com
ChryslerOGC@chrysler.com
chryslerservice@aporter.com
ckarides@reedsmith.com
clynch@goulstonstorrs.com
cmeyer@ssd.com
cneville@sonnenschein.com
constantine.katherine@dorsey.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshulman@sheppardmullin.com
cskubic@braytonlaw.com
cwatson@balch.com
cwoodruff-neer@alpine-usa.com
dadler@mccarter.com

dale.cathell@dlapiper.com
dallas.bankruptcy@publicans.com
d'apice@sbep-law.com
darcys@jcenglehardt.net
davidl@bolhouselaw.com
dbaldwin@potteranderson.com
dbaty@honigman.com
Dbernstein@plunkettcooney.com
dbuell@cgsh.com
dcrapo@gibbonslaw.com
ddeutsch@chadbourne.com
ddoogal@foley.com
deborah.thorne@btlaw.com
degan@kslaw.com
deidre.richardson@us.michelin.com
deinstandig@thavgross.com
deisenberg@stblaw.com
dennis.connolly@alston.com
dfish@allardfishpc.com
dgheiman@jonesday.com
dkmayer@wlrk.com
dlerner@plunkettcooney.com
dlf9601@aol.com
dlin@seyburn.com
dloughlin@wnj.com
dlutz@fbtlaw.com
dmack@stblaw.com
dmurrell@middreut.com
dowd.mary@arentfox.com
dpm@curtinheefner.com
drosenzweig@fulbright.com
dsherrick@uaw.net
dspiro@hf-law.com
dthimmig@ralaw.com
eakleinhaus@wlrk.com
easmith@venable.com
ecf@kaalaw.com
ecfsarbt@millerjohnson.com
ECFWolfordR@millerjohnson.com
eestrada@reedsmith.com
eflaagan@faegre.com
eglas@mccarter.com
elobello@msek.com
em@mandelbhandari.com
email@orumroth.com

eric.moser@klgates.com
eric.rice@leonard.com
erin.casey@goldbergkohn.com
eschaffer@reedsmith.com
esserman@sbep-law.com
etillinghast@sheppardmullin.com
ewax@stahlcowen.com
Faye.Feinstein@quarles.com
fberg@kotzsangster.com
fdicastri@foley.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fishere@butzel.com
fjacobson@sonnenschein.com
flevy@olshanlaw.com
Frank.Berenz@MBUSA.com
frankoswald@teamtogut.com
gay-pelzer@uiowa.edu
gcasamento@lockelord.com
gcunningham@gmhlaw.com
george.cauthen@nelsonmullins.com
gepessin@wlrk.com
gerhard.gnaedig@skadden.com
giaimo.christopher@arentfox.com
gillcr@michigan.gov
gkaden@goulstonstorrs.com
gkurtz@whitecase.com
glenn.reisman@ge.com
Greg.Stclair@skadden.com
gregory.milmoe@skadden.com
grosenberg@co.arapahoe.co.us
gstein@ulmer.com
gtoering@wnj.com
hall@bwst-law.com
harrisjm@michigan.gov
hartwick@sbep-law.com
hkolko@msek.com
houston_bankruptcy@publicans.com
hpatwardhan@hahnhessen.com
hseife@chadbourne.com
IGN4VosLaw@gmail.com
iwinters@klestadt.com
jab118@chrysler.com
jack.butler@skadden.com
jaffeh@pepperlaw.com

james.moore@dechert.com
jansbro@orrick.com
jbaddeley@ulmer.com
jbanks@pbfcm.com
jbecht@lowenstein.com
jbeldner@cooley.com
jbellman@jonesday.com
jboyles@jhvgglaw.com
jbromley@cgsh.com
jbrown@ddag.com
jcalton@honigman.com
jcorneau@klestadt.com
Jdivack@hahnhessen.com
jdyas@halperinlaw.net
jean.sera@avisbudget.com
jeannette.vargas@usdoj.gov
jed@krwlaw.com
jeff.rich@klgates.com
jeffrey.carbino@bipc.com
jeffrey.kelley@troutmansanders.com
jeh@carmodymacdonald.com
jfitzgerald@freebornpeters.com
jflaxer@golenbock.com
jfontichiaro@bsdd.com
JFREAM@VISTEON.COM
jgarrity@shearman.com
jgregg@btlaw.com
jhampton@saul.com
jholmgren@co.arapahoe.co.us
jim.irving@dlapiper.com
jkimble@burr.com
jkoevary@paulweiss.com
jlevi@toddlevi.com
jlevitin@cahill.com
jliu@dl.com
jmacyda@kotzsangster.com
jmakower@tnsj-law.com
jmcdonald@briggs.com
jmsmith@germer.com
jmurch@foley.com
jodie.buchman@dlapiper.com
john.plant@trw.com
john.rapisardi@cwt.com
john.spears@alston.com
john.stemplewicz@usdoj.gov

jonathan.gold@leclairryan.com  
joneill@foley.com  
jorbach@hahnhessen.com  
jporter@entwistle-law.com  
jrabin@fulbright.com  
jrhunter@hunterschank.com  
jsdlaw@msn.com  
jshickich@riddellwilliams.com  
jsimon@foley.com  
jteeters@fbtlaw.com  
jteitelbaum@tblawllp.com  
jtrentacosta@foley.com  
judith.adler@us.bosch.com  
juliet.sarkessian@dechert.com  
jwbank@varnumlaw.com  
jwelch@morrisonfenske.com  
jyangpat@menterlaw.com  
karpek@whiteandwilliams.com  
kayalyn.marafioti@skadden.com  
kayesd@pepperlaw.com  
KDWBankruptcyDepartment@kelleydrye.com  
keckstein@kramerlevin.com  
ken@feriacorona.com  
KFMJOEJ@CS.COM  
kgwynne@reedsmith.com  
kim.robinson@bfkn.com  
klewis@tblawllp.com  
kmclendon@stblaw.com  
kohler@butzel.com  
kovskyd@pepperlaw.com  
kressk@pepperlaw.com  
kschweiker@brownconnery.com  
kyourchock@honigman.com  
lakatz@venable.com  
lapeterson@foley.com  
lauren.mcevoy@thompsonhine.com  
lbass@faegre.com  
lbaughman@kaalaw.com  
lberkoff@moritthock.com  
lbrimer@stroblpc.com  
leopoldo.cedillo@metalsa.com.mx  
lgibson@bsdd.com  
lhsjoberg@dow.com  
lisa.wurster@dana.com  
LJKotler@duanemorris.com

lmurley@saul.com
louis.solimine@thompsonhine.com
lschweitzer@cgsh.com
lstein@seyburn.com
Madison.Martin@stites.com
magdeline.coleman@bipc.com
maiello@foley.com
mark.owens@btlaw.com
marvin.clements@ag.tn.gov
mat@mccallaraymer.com
matthew.troy@usdoj.gov
max.polonsky@skadden.com
mbarrie@schnader.com
mbaxter@cov.com
mbienenstock@dl.com
mbotica@winston.com
mcademartori@sheppardmullin.com
mcohn@winston.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdavi@velaw.com
mfelger@cozen.com
mforshaw@stblaw.com
mfox@olshanlaw.com
mhaut@fulbright.com
michael.conway@leclairryan.com
Michelle.sutter@ohioattorneygeneral.gov
millersc@sullcrom.com
mjedelman@vedderprice.com
mkieselstein@kirkland.com
mkilgore@up.com
mkshaver@varnumlaw.com
mmccrory@btlaw.com
mmilano@riddellwilliams.com
mnedelman@nglegal.com
mneier@ibolaw.com
mnienhuis@bcblaw.net
monicablacker@andrewskurth.com
mparker@fulbright.com
mreed@duanemorris.com
mreed@mvbalaw.com
mrichards@blankrome.com
mrquinn@co.tulare.ca.us
mschein@vedderprice.com
mshriro@singerlevick.com

msl@maddinhauser.com
msteen@daypitney.com
msutter@ag.state.oh.us
mudem@lowenstein.com
murphyd@pepperlaw.com
mvaughan@hdhtex.com
mvenditto@reedsmith.com
mweinczok@casselsbrock.com
ncolton@cozen.com
neal.mann@oag.state.ny.us
newman@butzel.com
newton@sbep-law.com
nganatra@uaw.net
nmiller@ngelaw.com
patricia.kovacs@bex.net
patricia.maldonado@trw.com
patrick@bbslaw.com
paul.wierbicki@kirkland.com
paula.christ@trw.com
pcaocvbk@pcao.pima.gov
Peter.Lee@BNSF.com
phoffman@vedderprice.com
ppantaleo@stblaw.com
ppascuzzi@ffwplaw.com
pricotta@mintz.com
prubin@herrick.com
przekopshaws@michigan.gov
pwang@foley.com
pweiser@buchalter.com
pwh@krwlaw.com
pzisser@ssd.com
quincy.chumley@bnsf.com
rabell@vorys.com
radom@butzel.com
raterinkd@michigan.gov
rb@mandelbhandari.com
rbarkasy@schnader.com
RCharles@LRLaw.com
RCiambrone@duanemorris.com
rdmollhagen@varnumlaw.com
rgmason@wlrk.com
rgordon@clarkhill.com
rholidy@germer.com
richard.presutti@srz.com
richard@rwmaplc.com

richardchesley@paulhastings.com
rkilpatrick@kaalaw.com
rlincer@cgsh.com
rmcdowell@bodmanllp.com
rmckee@allardfishpc.com
rmcneill@potteranderson.com
rmeth@daypitney.com
Robert.Goodrich@stites.com
ron.meisler@skadden.com
rothleder.jeffrey@arentfox.com
rphillips@simmonscooper.com
rpm@robinsonbrog.com
rrk@mccarthylebit.com
rschmidt@kramerlevin.com
rsmith@cniinc.cc
rsox@dealerlawyer.com
rstieglitz@cahill.com
rsussman@cooley.com
rsw@hsy.com
rsz@curtinheefner.com
rweiss@honigman.com
rwolf@ssd.com
rwyron@orrick.com
ryan.bennett@kirkland.com
rzaitzeff@sheppardmullin.com
rzubaty@paulweiss.com
sa@alawdetroit.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sbarbatano@foley.com
sbloch@bm.net
scargill@lowenstein.com
schen@lockelord.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schulz@bsplaw.com
scook@lambertleser.com
scousins@armstrongteasdale.com
sdellafera@trenklawfirm.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seratner@teamtogut.com
sfalanga@connellfoley.com
sfreedman@dilworthlaw.com
sgardner@cerberuscapital.com

sgoll@sbplclaw.com
SGross@HodgsonRuss.com
sgross@mcdonaldhopkins.com
sgrow@wnj.com
shana.elberg@skadden.com
shapiro@steinbergshapiro.com
sharrington@dmoc.com
sheehan@txschoollaw.com
shilfinger@foley.com
sidorsky@butzel.com
silverman@silvermanmorris.com
sjohnston@cov.com
skim@sheppardmullin.com
slemberg@lemberglaw.com
smayerson@ssd.com
soneal@cgsh.com
srajan@starkreagan.com
sseabolt@foley.com
sselbst@herrick.com
sshimshak@paulweiss.com
sstrom-blanchard@hdhtex.com
ssutton@lathropgage.com
Stephanie.Vincent@voith.com
steven.deruyter@leonard.com
Streusand@StreusandLandon.com
sullivan.james@arentfox.com
swalsh@gmhlaw.com
swisotzkey@kmksc.com
tara.lamorte2@usdoj.gov
Taschereau.Alexia@ic.gc.ca
tatkinson@ulmer.com
tbarnes@curtis.com
tboggs@balblawyers.com
tbrown-edwards@potteranderson.com
tconnop@lockelord.com
tcornell@stahlcowen.com
tcurrier@saul.com
tfawkes@freebornpeters.com
tfitzgerald@lathropgage.com
tgaa@bbslaw.com
timothy.brink@dlapiper.com
timothy.walsh@dlapiper.com
tklestadt@klestadt.com
tlauria@whitecase.com
tlewis@schnader.com

tlindahl@mcdonaldhopkins.com
tmayer@kramerlevin.com
tmcfadden@lockelord.com
tomschank@hunterschank.com
toolee@pepperlaw.com
trice@stblaw.com
tsable@honigman.com
tsable@honigman.com
tscobb@vorys.com
tsherick@honigman.com
tspillane@foley.com
uncbill@msn.com
varughesen@pepperlaw.com
vdagostino@lowenstein.com
Vincent.roldan@dlapiper.com
vroovers@jonesday.com
whandler@swappc.com
wilkins@bwst-law.com
wnoall@gordonsilver.com
wolfson@bsplaw.com
wpayne@stemberfeinstein.com
wpb4@chrysler.com
wredmond@gentek-global.com
wrobinson@fbtlaw.com
wsanchez@pbfcm.com
yoderj@whiteandwilliams.com