UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re : Chapter 11                              :
Chrysler LLC, et al.,                           :    Case No. 09.50002 (AJG)
                            Debtors.            :
                                                :
---------------------------------------------------------------x

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that ISLAND JEEP INCORPORATED (#26272); SCOTIA MOTORS INC (#54885); GOLDEN MOTORS (#68423); JOHN HINE Pontiac Mazda Dodge(#68445); PEN MOTORS INC. (#26517); BOB TAYLOR JEEP INC(#23695); MAURO MOTORS, INC. (#5977); BOLLINGER'S, INC. (#25078); BROTHER'S MOTORS INC./DIAMOND DODGE (#68771); ST PETE JEEP CHRYSLER (#26318); RALLYE AUTO PLAZA INC. (#44078); NEIL HUFFMAN INCORPORATED (#68107/#43947); BILL SPURLOCK DODGE, INC.(#43024); ROCK OF TEXAS AUTOMOTIVE INC (#60020); SOUTH HOLLAND DODGE (#43020); PRIDE CHRYSLER JEEP (#67773); THOMAS DODGE CORP (#44098); TAYLOR-PARKER MOTOR COMPANY (#67959); EVANSVILLE CHRYSLER INC (#66101); ALLEY'S OF KINGSPORT, INC. (#42002); AUGUSTA DODGE, INC. (#44615); M&M DODGE, INC. (#59731); SCHOLTES AUTO WORLD (#39834); AXELROD CHRYSLER INC. (#68191); FIORE CHRYSLER JEEP/JIM FIORE MOTORS(#60214); FAWS GARAGE(#62044); LAKES CHRYSLER JEEP LIMITED(#26448); VAN BURKLEO MOTORS INC(#23861); FISHER MOTORS INC(#23691); COURTESY NISSAN INC (#26294); KEY BUICK-PONT-AMC INC (#42569); SOUTHEAST AUTOMOTIVE (#23926); EXTREME JEEP INC (#26632); AMBASSADOR AUTO

SERVICE, INC. (#24160); MUELLER CHRYSLER INC (#64826); WILSON DODGE NISSAN (#43679); PRESTON CHRYSLER JEEP (#63181); FORT MORGAN AUTO CENTER INC (#45143); SUPERIOR MOTORS INC (#24026); WACO DODGE SALES INC (#41132); ARCHER CHRYSLER JEEP (#66098); D PATRICK INC (#23717); BREHM GROUP INC(#68069); BIRMINGHAM CHRYSLER PLYMOUTH INC (#63747); CLARKSTON MOTORS INC (#67545); BERLIN CHRYSLER INC (# 65052); EL DORADO MOTORS INC (#68399); RUSSO GROUP ENTERPRISES INC (#63391); FOX HILLS CHRYSLER JEEP INC (#66924); ORLEANS DODGE CHRYSLER JEEP INC (#45231); WALKER MOTORS INC (#23005); MONICATTI CHRYSLER JEEP SALES (#61888); SHOEMAKER'S JEEP INC (#23178); SNOW, LLC/CHAMPION CHRYSLER (#44620); RAY'S FORD-MERCURY INC/RAY'S CDJ (#67191); BARBER BROS MOTOR CO INC (#67535); VAN LIESHOUT & SIMON DODGE (#51825); DRAKE CHRYSLER (#43097); TENAFLY CHRYSLER JEEP INC (#23109); WYCOFF CHRYSLER INC (#67977); TERRY CHRYSLER JEEP INC (#67314); SOWELL AUTOMOTIVE INC (#43120); SOUTH SHORE CHRYSLER (#64030); CIMINO BROTHERS FORD INC (#43961); WILSON DODGE INC (#43679); KALMAR MOTOR SALES, INC (#23502); REUTHER INVESTMENT CO (#23738); CONTINENTAL CHRYSLER JEEP INC (#26017); MT CLEMENS DODGE INC (#59244); GOLICK CHRYSLER JEEP INC (#23492); BRUCE CAMPBELL DODGE INC (#43102); CLAYTON AMERMAN INC (#53696); AUFFENBERG CHRYSLER INC (#68628); and DUVALL CHRYSLER DODGE JEEP INC (#60387); (hereafter, the "Movants") by and through counsel of record Stephen Pidgeon and Leo C. Donofrio of Pidgeon & Donofrio GP, hereby appeal under 28 U.S.C. § 158 and Federal Rule of Bankruptcy Procedure 8001, to the United States District Court for the Southern District of New York from the: ORDER

DENYING REJECTED DEALERS' MOTION FOR RECONSIDERATION OF THE JUNE 9, 2009 REJECTION ORDER AND THE JUNE 19, 2009 REJECTION OPINION, entered on February 5, 2010, Docket No. 6342 (the "Reconsideration Order").

The names of all parties to the Reconsideration Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Jones Day<br>Attn: Jeffrey B. Ellman, Esq.<br>(Counsel To: The Debtors)<br>1420 Peachtree Street. N.E. Suite 800<br>Atlanta, GA 30309<br>Phone: 404-521-3939<br>Fax: 404-581-8330<br>Email: JBELLMAN@JONESDAY.COM | Jones Day<br>Attn: Corinne Ball, Esq., Veerle Roovers, Esq.<br>(Counsel to: The Debtors)<br>222 East 41st Street<br>New York, NY 10017<br>Phone: 212-326-3939<br>Fax: 212-755-7306<br>Email: CBALL@JONESDAY.COM;<br>VROOVERS@JONESDAY.COM |
| Jones Day<br>Attn: David G. Heiman, Esq.<br>(Counsel To: The Debtors)<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Phone: 216-586-3939<br>Facsimile: 216-579-0212 | Office of the United States Trustee, SDNY<br>Attn: Brian Masumoto, Esq.<br>33 Whitehall Street, 21stFloor<br>New York, NY 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>No Service by Email on the U.S. Trustee |

Dated this 12th day of February, 2010, in Everett, Washington.

  //Leo C. Donofrio//
**Attorneys for Appellants**
Leo C. Donofrio, Esq.
Stephen Pidgeon, Esq.
Pidgeon & Donofrio GP
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774